UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN,
a resident of Wisconsin, and
MARVELS AND MIRACLES, LLC,
a Wisconsin Limited Liability Company,

Case No.: _____

Plaintiffs,

v.

TODD MCFARLANE, a resident of
Arizona, and TODD MCFARLANE
PRODUCTIONS, INC., an Arizona
corporation, TMP INTERNATIONAL,
INC., a Michigan corporation,
MCFARLANE WORLDWIDE, INC., a
Michigan corporation, and IMAGE
COMICS, INC., a California corporation,

Defendants.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Neil Gaiman and Marvels and Miracles, LLC, make the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly-owned corporation?   No.

    If the answer is YES, list below and identify of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly-owned corporation, not a party to this case, that has a financial interest in the outcome?   No.

    If the answer is YES, list the identity of such corporation and the nature of the financial interest:

1/24/02
Date

Jeffrey A. Simmons

003.338581.1