AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF WISCONSIN

FEB 19 2002

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC

FILED
JOSEPH W. SKUPNIEWITZ CLERK

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 02 C 048 S

TODD MCFARLANE, TODD MCFARLANE
PRODUCTIONS, INC., TMP INTERNATIONAL,
INC., MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.

TO: Todd McFarlane Productions, Inc.
408 W. Baseline Road
Tempe, AZ 85283-1103

Registered Agent
c/o James A. Ullman
Greenberg Traurig LLP
2375 E. Camelback Road #700
Phoenix, AZ 85016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allen A. Arntsen
Jeffrey A. Simmons
FOLEY & LARDNER
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JOSEPH W. SKUPNIEWITZ

JAN 24 2002

| CLERK | DATE |
|---|---|
| Vivian Balderas | |
| BY DEPUTY CLERK | |

003.338607.1

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: FEBRUARY 7, 2002 |
| NAME OF SERVER: RICHARD E. ROMERO | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 2375 E. CAMELBACK ROAD, PHOENIX, AZ., 85016

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $19.20 | $44.00 | $63.20 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/02
            Date

Signature of Server

Address of Server: 119 W. MCDOWELL RD., PHOENIX, AZ., 85003

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

003.338607.1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| FOLEY & LARDNER ATTORNEYS AT LAW<br>150 E. GILMAN STREET, P.O. BOX 1497<br>MADISON WI 53701-1497 | 608-257-5035<br><br>Ref. No. or File No. | |
| ATTORNEY FOR (Name) | | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN

SHORT TITLE OF CASE:
GAIMAN V MCFARLANE

| INVOICE No.<br>042781 | DATE | TIME: | DEP./DIV. | CASE NUMBER:<br>02C048S |
|---|---|---|---|---|

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS AND COMPLAINT; CIVIL COVER SHEET; BLANK NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; BLANK DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST; BLANK DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

2.  a. Party served: IMAGE COMICS, INC., A CALIFORNIA CORPORATION
    b. Person served: JIM VALENTION
       Title: REGISTERED AGENT
    c. Address: 1071 N. BATAVIA STREET
                A
                ORANGE CA 92867

3. I served the party named in item 2
   a. by personally delivering the copies on 02/05/02 at 11:10 AM

4. The "Notice To The Person Served" was completed as follows:

   On behalf of: IMAGE COMICS, INC., A CALIFORNIA CORPORATION

   Under CCP.416.10 (Corporation)

5. Person serving: PHIL THOMAS                        Fee for service: $   59.95

**All Counties Attorney Service**           d. Registered California process server
1625 East 17th Street, Ste 109              (1) [ ] Employee or [x] Independent contractor
Santa Ana, CA  92705                        (2) Registration No. PSC 1158
(714)558-1403 FAX 558-0261                  (3) County: ORANGE
                                            (4) Expiration:

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE: 02/05/02
CONFORMS WITH JUDICIAL COUNCIL FORM #982 (a) (23)           >      SIGNATURE

PROOF OF SERVICE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF WISCONSIN

FEB - 5 2002

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC

FILED
JOSEPH W. SKUPNIEWITZ CLERK
CASE #

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 02 - C - 48 - S

TODD MCFARLANE, TODD MCFARLANE
PRODUCTIONS, INC., TMP INTERNATIONAL,
INC., MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.

TO: TMP International, Inc.
15155 Fogg Street
Plymouth, MI 48170

Registered Agent
Corporation Co.
615 Griswold
Detroit, MI 48226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allen A. Arntsen
Jeffrey A. Simmons
FOLEY & LARDNER
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**JOSEPH W. SKUPNIEWITZ**

JAN 2 4 2002

CLERK

_____
BY DEPUTY CLERK

DATE

003.338611.1

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 1-29-02 |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 30600 Telegraph, B'Ham, MI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-29-02__
         Date                                    Signature of Server

ROBERT LUTREN INC.
31050 PINE CONE DR.
          *Address of Server*
FARMINGTON HILLS, MI 48331

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

003.338611.1

# United States District Court

WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: _____

TODD MCFARLANE, TODD MCFARLANE
PRODUCTIONS, INC., TMP INTERNATIONAL,
INC., MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.

TO: McFarlane Worldwide, Inc.      Registered Agent
15155 Fogg Street     c/o Corporation Co.
Plymouth, MI 48173     615 Griswold
    Detroit, MI 48226

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allen A. Arntsen
Jeffrey A. Simmons
FOLEY & LARDNER
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JOSEPH W. SKUPNIEWITZ      JAN 24 2002

CLERK      DATE

*[signature]*

BY DEPUTY CLERK

003.338613.1

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1-29-02 |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 30600 telegraph, BHm, Mi

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-29-02__
              Date

Signature of Server

Address of Server

ROBERT LUTREN INC.
PINE CONE DR.
FARMINGTON HILLS, MI 48331

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

003.338613.1

JEFFREY A. SIMMONS, ESQ.
STATE BAR #
P.O. BOX 1497
MADISON, WI 53701
(608)257-5035
ATTORNEY FOR THE PLAINTIFF

4

DOCKET #

U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

MAR 11 2002

FILED
JOSEPH W. SKUPNIEWITZ CLERK
CASE #

IN THE U.S. DISTRICT COURT
MADISON COUNTY, STATE OF WISCONSIN

NEIL GAIMAN AND MARVELS AND     )
MIRACLES, LLC                   )   NO. 02000489
                                )
                                )
       PLAINTIFF                )   SERVICE OF PROCESS BY
           vs                   )        PRIVATE PERSON
TODD MCFARLANE, TODD MCFARLANE  )
PRODUCTIONS, INC., ET AL.,      )   ASSIGNED TO THE HONORABLE
                                )            JUDGE:
                                )
       DEFENDANT                )
                                )
                                )
                                )

STATE OF ARIZONA     )   ss.
County of Maricopa   )

The undersigned, being first duly sworn, states:

1. That I am fully qualified, pursuant to RCP 4(d), to serve process in this cause;

2. That on 01/29/2002 I received the following documents:

    a)
    b)
    c)
    d)
    e) SUMMONS & COMPLAINT
    f) CIVIL COVER SHEET
    g) DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST,
    h) NOTICE OF AVAILABILITY TO EXERCISE JURISDICTION.
    i)
    j)
    k)
    l)

Track Down, Inc.              Client      No: 2011514
PO Box 56046                  Track Down No: 2011514
Phoenix, Az. 85079-6046
(602) 252-0521

-1-

3.  That the person served does not have any military obligations, except as noted below.

4.  That if this is an affidavit of posting of a trustee's sale, a due and diligent effort to ascertain whether or not trustors are affiliated with the military service was done, and no one could be found at the posting location who had knowledge of the trustors except as noted below.

5.  That I personally served copies of the above documents, on the person at the time, place and manner as follows:

UPON TODD D. MCFARLANE, PERSONALLY, WHO IS OF SUITABLE AGE AND DIS-CRETION, BY SERVING HIM ONE TRUE COPY OF EACH, AT HIS USUAL PLACE OF ABODE, 12240 SOUTH HONAH LEE COURT, PHOENIX, MARICOPA COUNTY, ARIZONA, 85044, AT THE HOUR OF 7:11 P.M., 14 FEBRUARY 2002.

RACE: CAUCASIAN    SEX: MALE    AGE: 41    HGT: 5'11"    WGT: 173

9605 S 48TH ST #2041 – NOT GOOD FOR SERVICE – MOVED.

| | | |
|---|---|---|
| 1 Document(s) served: | $ 16.00 | |
| 0 W/G(s) served: | 0.00 | Jill C. Slavin              #2028 |
| 0 Sales Notices posted: | 0.00 | Registered in Maricopa County |
| 31 Miles: | 74.40 | Subscribed and Sworn to before me on Tuesday the 19th Day of February, 2002. |
| Min. Miles Total | 0.00 | |
| Notary & Prep. Fee | 8.00 | |
| Witness Fee | 0.00 | Randy L. Smith, Notary Public |
| Filing Fee | 0.00 | My Commission Expires:  05/23/2003 |
| Additional Cost | 0.00 | |
| | 0.00 | TRACK DOWN, INC. |
| | 0.00 | PO BOX 56846 |
| | | PHOENIX, AZ. 85079-6846 |
| TOTAL | $ 98.40 | (602) 252-8521 |

OFFICIAL SEAL
RANDY L. SMITH
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires May 23, 2003

2011514

–2–