IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO.
REC'D/FILED
5
DOCKET NUMBER
02 FEB 20 AM 8:11
U.S. DISTRICT COURT
WEST DIST OF WISCONSIN

FEB 20 2002
CLERK US DIST COURT
WD OF WI
JOSEPH W. SKUPNIEWITZ, CLERK
CASE NUMBER

| | |
|---|---|
| NEIL GAIMAN, a resident of Wisconsin, and MARVELS AND MIRACLES, LLC, a Wisconsin Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>TODD MCFARLANE, a resident of Arizona, and TODD MCFARLANE PRODUCTIONS, INC., and Arizona corporation, TMP INTERNATIONAL, INC., a Michigan corporation, MCFARLANE WORLDWIDE, INC., a Michigan corporation, and IMAGE COMICS, INC., a California corporation,<br><br>    Defendants. | Case No. 0200048 S<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING IMAGE COMICS, INC.'S TIME TO RESPOND TO THE COMPLAINT** |

Copy of the _____ has been provided to: Simmons, Smith, Feldmann this 20 day of Feb, 2002. By L. Jensen
Deputy Clerk

1.    Plaintiffs Neil Gaiman ("Gaiman") and MARVELS AND MIRACLES, L.L.C., ("MARVELS AND MIRACLES") (collectively, "Plaintiffs") and Defendant Image Comics, Inc. ("Image") hereby agree and stipulate that Image shall have a fifteen (15) day extension of time to file a responsive pleading to the Complaint. Thus, Image shall file and serve a responsive pleading to the Complaint on or before Tuesday, March 12, 2002.

2.    The parties jointly represent that this extension is not made for purposes of delay, but rather so that the parties may pursue settlement negotiations.

Settlement would eliminate the need for a responsive pleading, thus conserving both this Court's time and the efforts of the parties.

DATED: February 13, 2002          BROBECK, PHLEGER & HARRISON LLP

By: *R. Scott Feldmann*
R. Scott Feldmann
Attorneys for Defendant
Image Comics, Inc.

DATED: February 13, 2002          FOLEY & LARDNER

By: *Jeffrey A. Simmons*
Jeffrey A. Simmons
Attorneys for Plaintiffs
Neil Gaiman and
MARVELS AND MIRACLES, LLC

IT IS SO ORDERED.

JOHN C. SHABAZ
U.S. District Judge

2