DOC NO
REC'D/FILED
2002 FEB 19 PM 3: 35
FEB 2 0 2002
FILED
JOSEPH W SKUPNIEWITZ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and )
MARVELS AND MIRACLES, LLC, )
                                              )
          Plaintiffs,              )
                                              )  Case No. 02-C-0048-S
     v.                                )
                                              )
TODD MCFARLANE,              )
TODD MCFARLANE PRODUCTIONS, INC., )
TMP INTERNATIONAL, INC., MCFARLANE )
WORLDWIDE, INC., and      )
IMAGE COMICS, INC.,         )
                                              )
          Defendants.           )

## STIPULATION AND MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The undersigned parties, by their respective counsel, hereby stipulate to and move the Court for an Order extending the time for defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc. to file their Answer or other responsive pleading until March 4, 2002. The undersigned parties request that the Court sign and enter the attached proposed Order reflecting the new deadline.

Dated: February 19, 2002.

FOLEY & LARDNER

Copy of provided to: Simmons, Smith, Feldmann
this 20 day of Feb, 2002
By L. Jensen

_____
Allen A. Arntsen
Jeffrey A. Simmons

Attorneys for Neil Gaiman and Marvels and Miracles, LLC

Dated:   February 19, 2002.

LA FOLLETTE GODFREY & KAHN

_____
Eugenia G. Carter
Todd G. Smith

Attorneys for Todd McFarlane, Todd McFarlane
Productions, Inc., TMP International, Inc. and McFarlane
Worldwide, Inc.

## ORDER

IT IS ORDERED that the time for defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc. to file their Answer or other responsive pleading is extended until and including March 4, 2002.

Dated: _2/20_, 2002.

BY THE COURT:

*Disregard previous order JS*

_____
Honorable John Shabaz
U.S. District Court Judge

MN143489_1.DOC

2