UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NEIL GAIMAN, and**
**MARVELS AND MIRACLES, LLC,**

Plaintiffs,

v.                                                                                  Case No.: 02-C-0048-S

**TODD MCFARLANE,**
**TODD MCFARLANE PRODUCTIONS,**
**INC., TMP INTERNATIONAL, INC.,**
**MCFARLANE WORLDWIDE, INC., and**
**IMAGE COMICS, INC.,**

Defendants.

---

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REFUSE**
**APPLICATION OF JUDGMENT OR FOR A CONTINUANCE TO PERMIT THE**
**TAKING OF DEPOSITIONS AND DISCOVERY PURSUANT TO RULE 56(f)**

---

TO:  R. Scott Feldmann, Esq.            Todd G. Smith, Esq.
     Brobeck, Phleger & Harrison, LLP   LaFollette, Godfrey & Kahn
     38 Technology Drive                One East Main Street, Suite 500
     Irvine, CA 92618-5312              P.O. Box 2719
                                        Madison, WI 53701-2719

     Michael Kahn, Esq.
     Stinson, Mag & Fizzell
     100 S. 4th Street, Suite 700
     St. Louis, MO 63102

PLEASE TAKE NOTICE that plaintiffs Neil Gaiman and Marvels and Miracles, LLC, hereby move the Court, pursuant to Fed. R. Civ. P. 56(f), to refuse defendant Image Comics, Inc.'s application for judgment or to order a continuance to permit the taking of deposition and additional discovery. The grounds for this motion are set forth in the

accompanying Affidavit of Jeffrey A. Simmons and Plaintiffs' Brief in Response to Defendant Image Comics' Motion to Dismiss and in Support of Plaintiffs' Rule 56(f) Motion.

Dated this ___ day of April, 2002.

By: _____
Allen A. Arntsen
Jeffrey A. Simmons

*Attorneys for Plaintiffs*
*Neil Gaiman* and *Marvels and Miracles, LLC*

Of Counsel:
Mark Hellmann
Michael Rechtin
FOLEY & LARDNER
1 IBM Plaza
220 N. Wabash Suite 3300
Chicago, IL 60611
Tel: (312) 755-1900
Fax: (312) 755-1925

Kenneth F. Levin
Kenneth F. Levin and Associates
20 North Wacker Drive, Suite 2200
Chicago, IL 60606
Tel: (312) 984-6000
Fax: (312) 977-2990
email: KFL@2200.com

Address:
FOLEY & LARDNER
150 East Gilman Street
Madison, WI 53703
Tel: (608) 257-5035
Fax: (608) 258-4258

2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NEIL GAIMAN, and**
**MARVELS AND MIRACLES, LLC,**

        Plaintiffs,

Case No.: 02-C-0048-S

v.

**TODD MCFARLANE,**
**TODD MCFARLANE PRODUCTIONS, INC.,**
**TMP INTERNATIONAL, INC.,**
**MCFARLANE WORLDWIDE, INC., and**
**IMAGE COMICS, INC.,**

        Defendants.

### CERTIFICATE OF SERVICE

I, Brenda Allen-Johnson, hereby certify that I am an employee of Foley & Lardner, that on the 4th day of April, 2002, I caused a true and correct copies of the following documents:

1.      Plaintiffs' Notice of Motion and Motion to Refuse Application of Judgment or for a Continuance to Permit the Taking of Depositions and Discovery Pursuant to Rule 56(f);

2.      Plaintiffs' Brief in Response to Defendant Image Comics' Motion to Dismiss and in Support of Plaintiffs' Rule 56(f) Motion;

3.      Affidavit of Jeffrey A. Simmons;

4.      Declaration of Neil Gaiman; and

5.      Affidavit of Brenda Allen-Johnson

003.345959.2

to be served as shown below on counsel for defendants as follows:

| **Via Facsimile and U.S. Mail:** | **Via Hand Delivery:** | **Via U.S. Mail:** |
|---|---|---|
| Facsimile No.: (949) 790-6301 | | |
| | Todd G. Smith, Esq. | Michael Kahn, Esq. |
| R. Scott Feldmann, Esq. | LaFollette, Godfrey & Kahn | Stinson, Mag & Fizzell |
| Brobeck, Phleger & Harrison, LLP | One East Main Street, Suite 500 | 100 S. 4th Street, Suite 700 |
| 38 Technology Drive | P.O. Box 2719 | St. Louis, MO 63102 |
| Irvine, CA 92618-5312 | Madison, WI 53701-2719 | |

/s/ Brenda Allen-Johnson
Brenda Allen-Johnson

2

003.345959.2