UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

      Plaintiffs,

v.                                          Case No.: 02-C-0048-S

TODD MCFARLANE, and
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

      Defendants.

---

### AFFIDAVIT OF BRENDA ALLEN-JOHNSON

---

STATE OF WISCONSIN    )
                                    ) ss.
COUNTY OF DANE       )

Brenda Allen-Johnson, being duly sworn, deposes and states as follows:

1.    I am an employee of Foley & Lardner, the law firm representing plaintiffs in this action and I have personal knowledge of the facts stated herein.

2.    I searched on March 26 or 27, 2002 the BarnesNoble.com and Amazon.com websites to see if the book entitled: "Spawn Angela's Hunt" was available for sale. I found that both businesses offered this book for sale. I ordered "Spawn Angela's Hunt" from Amazon.com. Exhibit A is a true and correct photocopy of the copy of "Spawn Angela's Hunt" I received from Amazon.com.

003.351723.1

3.	On Wednesday, March 27, 2002 I searched the internet in an attempt to see whether the comic book *Spawn* Issue 26 is currently being republished and sold. I checked the websites of Image Comics and Todd McFarlane. I arrived at the website http://www.spawn.com, where I found reference to the reprinting of early issues of the *Spawn* monthly comic book series. This site showed that *Spawn* Issue 26, in its reprinted version, is currently being published as "Book Six" which, in addition to Issue 26, includes *Spawn* Issues 27-30 as well. Attached as Exhibit C is a true and correct copy of the relevant page from that website.

4.	On Wednesday, March 27, 2002 I called Westfield's Comics, Etc., a comic book dealer in Madison, Wisconsin, and I inquired as to whether or not they had *Spawn* Book 6 available for sale. I was told that they did. Later that same day I drove to Westfield's Comics, Etc. and purchased *Spawn* Book No. 6, which is titled "Pathway to Judgement". Attached as Exhibit B is a true and correct photocopy of the copy of "Pathway to Judgement" I purchased from Westfield's Comics, Etc.

Brenda Allen-Johnson

Subscribed and sworn to before me
this 4th day of April, 2002.

Notary Public
State of Wisconsin, County of Dane
My commission is permanent.

003.351723.1

2