UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NEIL GAIMAN, and**
**MARVELS AND MIRACLES, LLC,**

Plaintiffs,

v.

Case No.: 02-C-0048-S

**TODD MCFARLANE, and**
**TODD MCFARLANE PRODUCTIONS, INC.,**
**TMP INTERNATIONAL, INC.,**
**MCFARLANE WORLDWIDE, INC., and**
**IMAGE COMICS, INC.,**

Defendants.

---

## AFFIDAVIT OF JEFFREY A. SIMMONS

---

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) ss. |
| COUNTY OF DANE | ) |

Jeffrey A. Simmons, being duly sworn, deposes and states as follows:

1.      I am one of the attorneys representing plaintiffs Neil Gaiman and Marvels and Miracles, L.L.C. in this action.

2.      This Affidavit is being submitted in support of Plaintiffs' Notice of Motion and Motion for Leave to File Surreply in Opposition to Defendants' Motion for Judgment on the Pleadings.

3.      Attached as Exhibit A are true and correct copies of pages from the Deposition of Todd McFarlane taken June 20, 2002.

4.    Attached as Exhibit B are true and correct copies of Exhibits 35 and 52

of the McFarlane deposition.

Jeffrey A. Simmons

Subscribed and sworn to me this
26th day of June, 2002.

Brenda Allen-Johnson
Notary Public
State of Wisconsin, County of Dane
My commission expires: 12/29/02.

133

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN


NEIL GAIMAN and MARVELS AND          )
MIRACLES, LLC.,                      )
                                     )
            Plaintiffs,              )
                                     )
      -vs-                           )  No. 02-C-0048-S
                                     )
TODD McFARLANE, TODD McFARLANE       )
PRODUCTIONS, INC., TMP INTER-        )
NATIONAL, INC., MCFARLANE            )
WORLDWIDE, INC. and IMAGE            )
COMICS, INC.,                        )
                                     )
            Defendants.              )
_____ )



30(b)(6) DEPOSITION OF TODD McFARLANE PRODUCTIONS, INC.
     AND DEPOSITION OF TODD D.M. McFARLANE

               Volume 2
           (Pages 133 - 256.)



            Phoenix, Arizona
            June 20, 2002
             8:55 a.m.






Reported by:

PAUL GROSSMAN
AZ CCR #50028
CA CSR #1487

Page 142

1  BY MR. ARNTSEN:
2    Q.  You as an individual are a shareholder of
3  Image and receive whatever kind of dividends or
4  compensation would accrue from that as an individual,
5  correct?
6    A.  Yes.
7    Q.  Now we're going to start going through some
8  documents and really what I'm going to be doing here,
9  Mr. McFarlane, is sort of going back through the
10  chronology of your relationship with Mr. Gaiman, which
11  we pretty well covered -- which we went through
12  yesterday, but now just in the context of some of the
13  documents that were -- that were drafted on that.
14       Can you identify what was previously marked
15  as Exhibit 12?
16       MR. KAHN:  Do you want him to tell you what
17  it is?
18       MR. ARNTSEN:  Yes.  He doesn't necessarily --
19  I'm not going to ask him in detail, you know, about word
20  for word what it is.  If he can tell us what it is.
21       THE WITNESS:  It appears to be the script
22  that Neil wrote for Issue 9.
23       It also appears to not be the complete
24  script, though.  It looks like it ends on page 15 and it
25  would have been probably a 22 page comic.

Page 143

1  BY MR. ARNTSEN:
2    Q.  Okay.  So --
3    A.  So a partial script it looks like.
4    Q.  Of Issue 9?
5    A.  Yes.
6    Q.  Okay.  And do you recall whether you made any
7  editorial changes to that script as submitted to you by
8  Neil?
9    A.  No.
10    Q.  No, you don't recall or no, you did not?
11    A.  No, I don't recall.
12       MR. ARNTSEN:  All right.  Mark this.
13       (Deposition Exhibit Number 34 was then
14       marked for identification.)
15  BY MR. ARNTSEN:
16    Q.  Can you identify Exhibit 34?
17    A.  Neil, as I said earlier, used to write full
18  scripts and then he would sometimes put thumbnails with
19  it.  I think these are the thumbnails that went with
20  that partial script that you had shown me.
21    Q.  For Spawn Issue 9?
22    A.  For Spawn 9, right.
23    Q.  And do you recall when these were forwarded
24  to you in connection with the process of creating Spawn
25  Issue 9?

Page 144

1    A.  I don't understand the question.
2    Q.  Did these accompany the script that Neil sent
3  to you?
4    A.  I don't recall, but I would assume yes.
5    Q.  And did Neil send this to you before you
6  embarked on the art work for Spawn Issue 9?
7    A.  No.  I did the cover and then -- because we
8  have to get a cover out first for solicitation, so we
9  did the cover with the character on the -- on the front
10  and then eventually we had to get the writing, actually
11  putting the book together.
12       You can solicit, but at some point you have
13  to actually do the book, so this -- this comes after
14  putting out the cover.  So, in beginning the process of
15  putting the insides together.
16    Q.  So you got Exhibit 34 after you had drawn the
17  cover, but before you started drawing the insides of the
18  book, is that correct?
19    A.  Yes.
20    Q.  And what use did you make of these thumbnail
21  sketches?
22    A.  Usually when writers do this they are looking
23  for a pacing.  You know, they are looking to sort of
24  say, "Here's sort of the pacing that we have of the
25  book."  So you sort of look at it and most of the

Page 145

1  writers that do that just go, you know, "Do whatever you
2  want with it," you know.  "If you like what I got there
3  fine, if you don't change it."
4       Just it's, you know, you're the artist and
5  I'm the writer and so you look at it and if anything
6  sort of triggers an idea then you sort of move forward
7  and if you don't, you sort of walk away from it.  You
8  modify.  You are always modifying it.
9    Q.  So you have it as a reference point to use
10  more or less as you choose as the artist, is that
11  essentially it?
12    A.  Right.
13       (Deposition Exhibit Number 35 was then
14       marked for identification.)
15  BY MR. ARNTSEN:
16    Q.  Identify Exhibit 35, please.  Do you know
17  what Exhibit 35 is?
18    A.  Not really.
19    Q.  Have you seen it before?
20    A.  No.
21    Q.  Do you recognize it as a copyright
22  application for Spawn Issue 9?
23    A.  Yes, it looks like it.
24    Q.  And you're the copyright claimant, correct?
25    A.  No.  It should be Todd McFarlane Productions.

Page 146

1   Q. But looking down at item 4 on the first page
2 it says it's Todd Dean McFarlane, correct?
3   **A. That's what it says, right.**
4   Q. And up under item 2, do you see the name of
5 author? That's Todd Dean McFarlane, correct?
6   **A. Right.**
7   Q. And it's got your year of birth, correct?
8   **A. Right.**
9   Q. And you indicate -- you checked "yes" where
10 it says "Was this contribution to the work a 'work made
11 for hire,'" correct?
12   **A. I don't believe I show this on --**
13   Q. You what?
14   **A. I don't believe I filled this in.**
15   Q. Did you authorize someone to fill this out on
16 your behalf?
17   **A. Yep. That looks like Beth.**
18   Q. And who's Beth?
19   **A. She used to work for me years ago.**
20   Q. And what did she do for you?
21   **A. She was an assistant to one of the presidents**
22 **at the toy company.**
23   Q. Who?
24   **A. Paul Burke.**
25   Q. Okay. And she was your authorized agent,

Page 147

1 correct?
2   **A. It appears.**
3   Q. And it states here that -- under item 2 you
4 state that you are the creator. It states that you're
5 the creator of the text and art work, correct?
6   **A. Where am I looking?**
7   Q. Nature of Authorship, item 2 a.
8   **A. What did you want me to look at?**
9       MR. KAHN: It says "Work for Hire" and then
10 "Nature of Authorship."
11      THE WITNESS: Oh, I see.
12 BY MR. ARNTSEN:
13   Q. Is that correct?
14   **A. Right.**
15   Q. But you weren't the creator of the text of
16 Spawn Issue 9, were you?
17   **A. No.**
18   Q. Neil was, right?
19   **A. Right.**
20   Q. Do you know -- do you recall the process that
21 caused you to apply for a copyright for Spawn Issue 9 in
22 April of 1996?
23   **A. No. It probably wouldn't have been about**
24 **Issue Number 9. It would have been the comic books as a**
25 **whole.**

Page 148

1   Q. So you recall applying for a number of
2 copyrights for previous comic books in 1996?
3   **A. I don't recall the date specifically.**
4   Q. No, but generally. I guess what I'm
5 wondering about is what caused you to apply for a
6 copyright approximately three years after the issue came
7 out?
8   **A. Probably I started having more lawyers**
9 **hanging around me, so --**
10   Q. Do you have any recollection in that regard
11 or is that --
12   **A. That's probably the closest thing to the**
13 **truth, so --**
14   Q. But do you recall that?
15   **A. I don't recall.**
16   Q. Okay. Do you recall addressing the issue of
17 why you did not list Neil as the author of the text of
18 Spawn Issue 9?
19   **A. No.**
20   Q. And do you know why it is that you're listed
21 individually as the copyright claimant instead of Todd
22 McFarlane Productions?
23   **A. No.**
24       **(Deposition Exhibit Number 36 was then**
25       **marked for identification.)**

Page 149

1 BY MR. ARNTSEN:
2   Q. Take a look at Exhibit 36. Can you identify
3 what Exhibit 36 is?
4   **A. Yes. It looks like the -- the -- some of the**
5 **script for a couple pages from Spawn Issue 26.**
6   Q. And this was written by Neil?
7   **A. Right.**
8   Q. And did you make any changes to this portion
9 of the script before incorporating it into Spawn Issue
10 26?
11   **A. I don't recall.**
12      MR. ARNTSEN: Mark this.
13      (Deposition Exhibit Number 37 was then
14      marked for identification.)
15 BY MR. ARNTSEN:
16   Q. Take a look at Exhibit 37, please.
17   **A. Okay.**
18   Q. Can you identify what Exhibit 37 is?
19   **A. What I think it is or -- or --**
20   Q. Yes. Have you seen it before?
21   **A. No.**
22   Q. Do you see that it purports to be a
23 Certificate of Registration for a copyright for Spawn
24 Issue 26?
25   **A. Right.**

**Page 150**

1    Q. And you are listed as the author, correct?
2    A. Right.
3    Q. And you are listed as the copyright claimant,
4 correct?
5    A. Right.
6    Q. And it's dated January 20, 1995, correct?
7    A. Right.
8    Q. Does this at all refresh your recollection as
9 to why you would have applied for a copyright for Spawn
10 Issue 26 fifteen months before applying for a copyright
11 on Spawn Issue 9?
12    A. No.
13    Q. And it lists you as the author of the text of
14 Spawn Issue 26, correct?
15    A. What am I looking for?
16    Q. 2 a.
17    A. Right.
18    Q. And were you the author of the text of Spawn
19 Issue 26?
20    A. Most of it.
21    Q. Was Neil Gaiman the author of the remaining
22 portion of the text of Spawn Issue 26?
23    A. Right.
24    Q. Why didn't you list him here as a co-author?
25    A. I don't know. I didn't fill that out.

**Page 151**

1    Q. Beth did again?
2    A. Right.
3    Q. And again the copyright is claimed for you as
4 an individual, correct?
5    A. That's what it says.
6    Q. Do you have any recollection of the process
7 of filling out and submitting these copyright
8 registrations?
9    A. No.
10    MR. ARNTSEN: Mark this.
11    (Deposition Exhibit Number 38 was then
12    marked for identification.)
13 BY MR. ARNTSEN:
14    Q. Take you through Exhibit 38, please. Can
15 you identify what Exhibit 38 is?
16    A. It appears to be checks sent to Neil Gaiman.
17    Q. From whom or what?
18    A. From Todd McFarlane Productions.
19    Q. Do you recall what you paid Neil for his
20 contribution to the script of Spawn 26?
21    A. Probably not exactly, but it was probably
22 around a thousand a page or something.
23    Q. Yes. Do you recall how you would have come
24 up with the calculation of what to pay?
25    A. Not really. I can -- again, Neil said he'd

**Page 152**

1 write them for free, he didn't want to be paid. So I
2 didn't think that would be fair. So I wanted to get him
3 some money. So I don't know if it was based on anything
4 other than wanting to give him some money for his
5 effort.
6    Q. Can you take a look at page number 347. Do
7 you see the check, the check number 1145, the bottom
8 half of that check where in the memo line it says
9 "Angela Intro"?
10    A. Okay.
11    Q. Does that represent the payment for this
12 portion of the script of Spawn 26?
13    A. It's possible, yes.
14    Q. Do you have any recollection in that regard?
15    A. No. I'd have to see if there was any
16 paperwork that accompanied that check.
17    Q. And do you have -- does this help refresh --
18 just assume for the moment that this is the payment for
19 that.
20    A. Okay.
21    Q. It was $3,300.
22    A. Okay.
23    Q. Does that refresh your recollection as to how
24 you came up with that number?
25    A. No. I'm -- it probably wasn't based on any

**Page 153**

1 formula. He did some work and I wanted to make sure he
2 got paid, so --
3    Q. It was just essentially a number you thought
4 was fair?
5    A. Right.
6    Q. Do you recall whether you made any other
7 payments to Neil for the script for Spawn 26?
8    A. I don't recall.
9    Q. I'll show you what was previously marked
10 Exhibit 14. Mr. McFarlane, is that in your handwriting?
11    A. No.
12    Q. Do you recognize it as Terry Fitzgerald's
13 handwriting?
14    A. I think so.
15    Q. And did you sign it or -- do you see where
16 it's signed "Todd and Terry"?
17    A. Right.
18    Q. Did you sign that or did he just send a note
19 on behalf of both of you?
20    A. Yeah.
21    Q. The latter?
22    A. Yeah. It's all in his handwriting.
23    Q. And what does this relate to?
24    A. I think this is in reference to the Angela
25 mini series.

Page 154

1    MR. ARNTSEN: Mark that.
2    (Deposition Exhibit Number 39 was then
3       marked for identification.)
4 BY MR. ARNTSEN:
5    Q. Take a look at Exhibit 39, please.
6    (Deposition Exhibits Numbers 40 through 44,
7       inclusive, were then marked for
8       identification.)
9 BY MR. ARNTSEN:
10   Q. Can you take a look at Exhibits 39, 40 and
11 41. Can you identify what Exhibits 39, 40 and 41 are?
12   A. 39 looks like the script to Angela mini
13 series Issue 1.
14       Exhibit 40 looks like the script for the
15 Angela mini series Issue 2.
16       And Exhibit 41 looks like -- there's no page
17 numbers on it -- either a partial or a complete script
18 for Angela mini series Issue Number 3.
19   Q. And who wrote those scripts?
20   A. Neil did.
21   Q. Did you make any edits to those scripts?
22   A. I don't recall.
23   Q. Are you aware of anyone at Image making any
24 edits to those scripts?
25   A. No, nobody else would have been authorized

Page 155

1 to.
2    Q. Okay. So if anyone would have, you would
3 have and you don't recall, is that correct?
4    A. Correct.
5    Q. And can you identify what Exhibits 42, 43 and
6 44 are?
7       Mark that.
8    (Deposition Exhibit Number 45 was then
9       marked for identification.)
10 BY MR. ARNTSEN:
11   Q. Can you identify what Exhibits 42, 43 and 44
12 are?
13   A. They appear to be thumbnail sketches for --
14 Exhibit 42 -- although I can't be sure, but it says for
15 the Angela mini series Issue Number 1.
16       Exhibit 44 appears to be thumbnails that may
17 have been done for Angela mini series -- I guess it says
18 Number 3 here.
19       And Exhibit 43, although we got a duplication
20 in here. We -- we -- it's done twice here, the
21 duplication, but minus that it appears to be thumbnails
22 that may -- may have accompanied some of the work done
23 on Angela mini series Number 2.
24   Q. And do you know who drew those thumbnail
25 sketches?

Page 156

1    A. I believe Neil did.
2    Q. And did you receive these thumbnail sketches
3 in connection with the development of the Angela comics?
4    A. I don't recall.
5    Q. Would they have come to you?
6    A. I don't know.
7    Q. Did you have any involvement in the art work
8 for the Angela mini series?
9    A. I wasn't the artist on that book, unlike
10 Issue 9. Greg Capullo was the actual artist.
11   Q. So, did you have any involvement in the art
12 work?
13   A. Just in my conversations with -- talking Greg
14 through some of his problems if he had any or what he
15 wanted me to have in it visually.
16   Q. And do you have any recollection of receiving
17 these thumbnail sketches?
18   A. No.
19   Q. Take a look at Exhibit 45. And I'll
20 represent to you that Exhibit 45 is comprised of three
21 copyright registrations.
22   A. Okay.
23   Q. Do you recognize Exhibit 45 as copyright
24 registrations for Angela 1, 2 and 3?
25   A. I don't understand the question.

Page 157

1    Q. What do you understand Exhibit 45 to be?
2    A. They appear to be Certificates of
3 Registration.
4    Q. For Angela 1, 2 and 3?
5    A. Right.
6    Q. And you are listed as the copyright claimant
7 for those works, correct?
8    A. Right.
9    Q. And you are listed as the creator of the text
10 and art work for those works, correct?
11   A. Where am I looking there again?
12   Q. 2 a, Nature of Authorship.
13   A. Right.
14   Q. And you weren't the creator of the text or
15 the art work for those works, were you?
16   A. Right.
17   Q. Did you ever tell Neil that you were applying
18 for a copyright for Angela 1, 2 and 3?
19   A. I don't recall.
20   Q. Do you recall what you paid Neil for his work
21 for Angela 1, 2 and 3?
22   A. No.
23   Q. I'll show you a document that was previously
24 marked Exhibit 9 and I wonder whether that would refresh
25 your recollection at all.

Page 230

1    A.   Right.

2    Q.   And then you come to the publisher's royalty

3   of Angela art work, correct?

4    A.   Right.

5    Q.   And again that's 16 percent of the 323,000,

6   correct?

7    A.   Well, I lost you there.

8    Q.   You're multiplying the $323,341.72 times 16

9   percent to come up with the 51,734.68, correct?

10    A.   Right.

11    Q.   Okay.  What does the next row mean?

12    A.   Given -- it's giving a weight to an

13   individual card within the confines of it, which would

14   mean that the card set was called Spawn.  It was based

15   on Spawn.  The headline was Spawn.  The title was Spawn.

16   It was listed as Spawn, Spawn, Spawn, Spawn.  So, to say

17   that a Spawn card and a 20th ranked character would be

18   of equal value didn't make -- didn't make much sense.

19        So there was a deduction that essentially was

20   from Spawn, the big boy.  And so anything -- anything

21   less than Spawn isn't at the same value.  And then

22   there's a number.  Then it is multiplied.

23    Q.   So you concluded that the Angela character or

24   characters were worth 50 percent of the Spawn character,

25   is that what that means?

Page 231

1    A.   Right.  Which probably was a generous number

2   at the time.

3    Q.   Okay.  I just need to understand the

4   calculation process.

5        And again you don't recall if that refers to

6   just Angela or Angela, Medieval Spawn and Cogliostro,

7   correct?

8    A.   Right.  I'd have to look at the set.

9    Q.   Okay.  Okay.  Here's a small portion that

10   you're probably going to want to mark confidential,

11   attorneys eyes.  I'm going to ask him -- let's go off

12   the record just for a second.

13        (Discussion off the record.)

14        (The following excerpt was designated

15         "Confidential.")

16        (Discussion off the record.)

17        (Deposition Exhibit Number 52 was then

18         marked for identification.)

19   BY MR. ARNTSEN:

20    Q.   Can you identify what Exhibit 16 is?

21        Have you seen Exhibit 16 before?

22    A.   No, not that I recall, but --

23    Q.   What did you do, if anything, to ascertain

24   what intellectual property rights of Eclipse you were

25   obtaining out of the bankruptcy as opposed to tangible

Page 232

1   property?

2    A.   Well, again looking at the documents from the

3   bankruptcy trustee and what it was they put down there

4   and then later on whatever it was that they handed over,

5   probably getting some lawyer to look at it to sort of

6   go, "What did I just buy, you know?"  So --

7    Q.   And do you ever recall finding out somebody

8   letting you know what you just bought with regard to

9   intellectual property rights?

10    A.   Well, again I don't recall what the opinion

11   was once it came back, but "whatever was in that pool is

12   yours now."

13    Q.   Okay.

14    A.   And that there was no disputes at that point

15   over anything.

16    Q.   And do you recall whether Mr. Fitzgerald

17   forwarded a copy of Exhibit 16 and the attached

18   documents to you?

19    A.   I don't recall.

20    Q.   Do you ever recall prior to acquiring the

21   rights out of the Eclipse bankruptcy looking at any

22   contracts that might have been in place between Eclipse

23   and Mr. Gaiman?

24    A.   No.

25    Q.   Do you recall any discussions concerning any

Page 233

1   such contracts?

2    A.   No, because it was -- it was an Eclipse

3   bankruptcy, so it was Eclipse, not specifically for any

4   one character.

5    Q.   Okay.  You were just getting whatever rights

6   Eclipse had?

7    A.   Right.

8    Q.   Take a look at Exhibit 52.

9        (Deposition Exhibits Numbers 53 and 54

10         were then marked for identification.)

11   BY MR. ARNTSEN:

12    Q.   Did you have a chance to look at Exhibit 52?

13    A.   Yes.

14    Q.   If you look at the second to last page, page

15   number 1391, is that your signature?

16    A.   Yes.

17    Q.   Did you direct your attorney to file this

18   trademark application?

19    A.   Right.

20    Q.   In October of 1997?

21    A.   I told him to -- to go and get the paperwork

22   done for a trademark.

23    Q.   When did you tell him to do that?

24    A.   Probably shortly after my last conversation

25   with Terri Cunningham, which would have been maybe in

Page 234

1  August, August some time probably, September. Late
2  August, early September.
3     Q. Okay. Did you communicate to Mr. Gaiman in
4  any way that you were going to be doing this?
5     A. No.
6     Q. As far as Mr. Gaiman knew he had the rights
7  to Miracleman, is that right?
8     A. You'd have to ask Mr. Gaiman that question.
9     Q. He didn't know anything to the contrary,
10 right?
11    A. You'd have to ask Neil that question.
12    Q. Why did you ask your lawyer to file the
13 trademark application for Miracleman at this time?
14    A. We were -- we're now at the tail end of some
15 of -- sort of some of these conversations here and again
16 I thought we were -- I thought we were pretty close. I
17 thought we were getting pretty close. We were finally
18 going to get a deal done here.
19       But to get near the finish line made me feel
20 pretty good and given this is August, the movie's coming
21 out, I'm trying to enjoy life. To find out that some of
22 the information that had been a constant source of
23 discussion may not have been completely forthright was
24 becoming wearisome to me, and so again at some point the
25 straw broke the camel's back. Neil in good faith had

Page 235

1  been receiving moneys trying to get the calculations
2  that we were giving him based on what we thought was
3  truthful information and he had my money and my
4  character and was giving me back something that --
5  essentially something that we had that he had
6  represented that he had which from my perspective he
7  didn't and it was -- I was never going to get money back
8  from Neil. I didn't think that would ever be true. So
9  I had to grab something. The only thing that was still
10 left was I gave him money and Miracleman. The money was
11 gone and so I -- I told him to get Miracleman back.
12    Q. Okay. Because you had obtained your rights
13 from Eclipse to Miracleman, whatever those rights were,
14 in early 1996, correct?
15    A. Well, whenever the auction was held.
16    Q. Okay. Take a look at Exhibit 16.
17    A. Right.
18    Q. But you didn't do anything with regard to
19 registering any intellectual property rights until the
20 fall of 1997, correct?
21    A. I don't know. This is the first time that we
22 did something or later on I know there was a lapse or
23 something they notified me on.
24    Q. What do you recall with regard to that, with
25 regard to the lapse?

Page 236

1     A. That they -- that they -- well, it's my --
2  Jon is my lawyer.
3        Am I allowed to talk about that?
4        MR. KAHN: This is something Jon told him. I
5  didn't realize that.
6        If you heard something from Jon, your lawyer,
7  then that's covered by privilege. There are documents
8  that we produced and they can answer that.
9        You should not get into any discussions about
10 the documents or the situation that you had with Jon
11 Chick, your attorney. You can talk about discussions
12 you had concerning these matters with non-attorneys, but
13 your discussions with Jon Chick are privileged.
14       THE WITNESS: Okay.
15 BY MR. ARNTSEN:
16    Q. Were all of your discussions concerning the
17 lapse with Attorney Chick?
18    A. Right.
19    Q. Did you have any discussions on that subject
20 with anyone else?
21    A. No.
22    Q. Okay. Take a look at Exhibit 53. Is that
23 your signature on the second to last page?
24    A. Yes.
25    Q. And that's you're signing as to the

Page 237

1  declarations set forth therein, correct?
2     A. Correct.
3     Q. And you are stating that you're either the
4  owner of the trademark sought to be registered or
5  entitled to use such mark in commerce, correct?
6     A. Right.
7     Q. And what did you do to satisfy yourself that
8  those were true statements?
9     A. Well, again those were discussions with Jon,
10 so --
11    Q. Okay. Anything else other than discussions
12 with your lawyer?
13    A. No.
14    Q. All right. Take a look at Exhibit 54. Is
15 that your signature on the bottom?
16    A. Yes.
17    Q. What prompted you to sign and file this
18 document?
19       MR. KAHN: The same caution, Todd. If what
20 prompted you was a conversation with Jon Chick, you can
21 answer to other things but not to the subject of the
22 conversation with Jon Chick. You can identify Jon Chick
23 as the person that prompted you to do this, but that's
24 all you can say.
25       THE WITNESS: All right. So after

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-256-095**

EFFECTIVE DATE OF REGISTRATION

APR 12 1996

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

Spawn

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 1 | 9 | March 1993 | Monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a  Todd Dean McFarlane

DATES OF BIRTH AND DEATH
Year Born ▼  1961   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Canada
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NOTE**
Under the law, the "author" of a

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Creator: Text / Artwork

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3** a  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1993  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 12   Year ▶ 1993
Nation ▶ USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Todd Dean McFarlane
12240 S. Honah Lee Ct.
Phoenix, AZ. 85044            TM 00155

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 12 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 12 1996

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces.
• See detailed instructions.

DO NOT WRITE HERE

EXHIBIT C

EXHIBIT
35
6-29-02

EXAMINED By  *TMS*    FORM SE

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☒ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

   None

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   None

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TMP International / BethAnn Vaisanen

11904 Farmington Road
Livonia, MI. 48150

Area Code & Telephone Number ▶  **(313) 425-0551**

Be sure to
give your
daytime phone
◄ number

**9**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Todd Dean McFarlane

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BethAnn Vaisanen                                          date ▶

Handwritten signature (X) ▼

*BethAnn Vaisanen*

TM 00156

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
TMP International

Number/Street/Apartment Number ▼
11904 Farmington Road

City/State/ZIP ▼
Livonia, MI. 48150

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1989—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428 000

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-029-099**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 1 | 20 | 95 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

Angela

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 1 | 1 | December | Monthly |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

TM 00309

**2**

**NAME OF AUTHOR ▼**

a  Todd Dean McFarlane

**DATES OF BIRTH AND DEATH**
Year Born ▼  1961   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Canada
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Creator: Text / Artwork

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ December   Day ▶ 15   Year ▶ 1994
U.S.A. ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Todd Dean McFarlane
12240 S. Honah Lee Ct.
Phoenix, AZ. 85044

**TRANSFER** If the claimant(s) named here in space [ ] in space 2, give a brief statement of how the claima

APPLICATION RECEIVED
JAN 20 1995  APR 05 1995
ONE DEPOSIT RECEIVED
JAN 20 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces
• See detailed instructions

DO NOT WRITE HERE
Page 1 of [ ] pages

EXHIBIT
45

EXHIBIT J

0714320913

EXAMINED BY [signature]    FORM SE

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office? **5**
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
None
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    See instructions before completing this space
None

**—space deleted—** **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a **8**
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords    b ☒ Copies Only    c ☐ Phonorecords Only    See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
TMP International / BethAnn Vaisanen
11904 Farmington Road
Livonia, MI. 48150    Be sure to give your daytime phone number
Area Code & Telephone Number ▶ (313) 425-0551

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    **10**
☐ author
Check one ▶  ☐ other copyright claimant
☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☒ authorized agent of Todd Dean McFarlane
by me in this application are correct to the best of my knowledge.    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
BethAnn Vaisanen          date ▶

Handwritten signature (X) ▼
[signature]    TM 00310

**MAIL CERTIFI-CATE TO**    Name ▼    **11**
TMP International
Number/Street/Apartment Number ▼
11904 Farmington Road
City/State/ZIP ▼
Livonia, MI. 48150

• Complete all necessary spaces
• Sign your application in space 10
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate will be mailed in window envelope

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1989—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428-00061

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
- ☐ This is the first published version of an issue previously registered in unpublished form.
- ☒ This is the first application submitted by this author as copyright claimant.
- ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
- Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
  None

- Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  None

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☒ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
TMP International / BethAnn Vaisanen
11904 Farmington Road
Livonia, MI. 48150

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶   **(313) 425-0551**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                     Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Todd Dean McFarlane**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
BethAnn Vaisanen
                                                            date ▶

Handwritten signature (X) ▼

TM 00312

**MAIL
CERTIFI-
CATE TO**

Name ▼
TMP International
Number/Street/Apartment Number ▼
11904 Farmington Road
City/State/ZIP ▼
Livonia, MI. 48150

**11**

- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Certificate
will be
mailed in
window
envelope

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428/00Y-01

# CERTIFICATE OF REGISTRATION

**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-010-007**

EFFECTIVE DATE OF REGISTRATION

MAR 8 1995
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

Angela

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 1 | 3 | February 1995 | Monthly |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2a** NAME OF AUTHOR ▼
Todd Dean McFarlane

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1961

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Canada
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Creator: Text / Artwork

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Month ▶ February Day ▶ 17 Year ▶ 1995
U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Todd Dean McFarlane
12240 S. Honah Lee Ct.
Phoenix, AZ. 85044

TM 00313

APPLICATION RECEIVED
MAR 08 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 08 1995
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ____ pages

**EXHIBIT L**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates.
None

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
None

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☒ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TMP International / BethAnn Vaisanen
11904 Farmington Road
Livonia, MI. 48150
        Area Code & Telephone Number ▶   (313) 425-0551

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the                 ☐ author
                                                              ☐ other copyright claimant
                              Check one ▶                     ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☒ authorized agent of  Todd Dean McFarlane
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
    BethAnn Vaisanen
                                                                                    date ▶

        Handwritten signature (X) ▼

**10**

TM 00314

MAIL
CERTIFI-
CATE TO

Name ▼
TMP International

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
11904 Farmington Road

City/State/Zip ▼
Livonia, MI. 48150

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

1989—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989

FILING RECEIPT FOR TRADEMARK APPLICATION                    Page 01 of 01

Dec 18, 1997

.eceipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below.  The DATE OF FILING
: contingent upon the collection of any payment made by check or draft.  Your application will be considered in the order in which it was received and
ou will be notified as to the examination thereof.  Action on the merits should be expected from the Patent and Trademark Office in approximately 06
ionths from the filing date.  When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

JON R CHICK
15155 FOGG ST
PLYMOUTH MI  48170

**ATTORNEY
REFERENCE NUMBER**

---

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

. request for correction to the filing receipt should be submitted within 30 days to the following address:  ASSISTANT COMMISSIONER FOR
RADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513.  The correspondence should be marked to the attention of the Office
f Trademark Program Control.  The Patent and Trademark Office will review the request and make corrections when appropriate.

SERIAL NUMBER: 75/379919
FILING DATE:   Oct 27, 1997
REGISTER:      Principal
LAW OFFICE:    107
MARK:          MIRACLEMAN
MARK TYPE(S):  Trademark
DRAWING TYPE:  Words, letters, or numbers in typed form
FILING BASIS:  Sect. 1(b)  (Intent to Use)

---

ATTORNEY: JON R CHICK

OWNER: Todd McFarlane Productions, Inc  (ARIZONA, Corporation)
       12240 South Honah Lee Court
       Phoenix, ARIZONA  85044

---

FOR: Printed matter, namely comic books and posters
     INT. CLASS: 016

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED



EXHIBIT
5-2
6-20-02

TM 01384

THFRF3 (REV 2/97)        ADDITIONAL INFORMATION MAY BE PRESENT IN THE PTO RECORDS

Express Mail #: EI392735865US
                        Mailed: 10/27/97
Applicant: Todd McFarlane Productions, Inc.
Mark:      MIRACLEMAN
Class:     16-comic books

Received: Letter, Application based on intent-to-
use, Declaration with Power of Atty.,Drawing page
& check in the amount of $245 to cover filing fee.

TM 01385

MAIL
UNITED STATES POSTAL SERVICE™

**POST OFFICE TO ADDRESSEE**   EI392735865US

Mailing Label

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code

Day of Delivery
☐ Next  ☐ ☐ Second  ☐ 3 PM

Flat Rate Envelope
☐

Date In
Mo. Day Year

Military
☐ 12 Noon  ☐ 3 PM
☐ 2nd Day  ☐ 3rd Day

Postage
$

Time In
☐ AM  ☐ PM

Int'l Alpha Country Code

Return Receipt

Weight
lbs. ozs.

Acceptance Clerk Initials

C.O.D.

No Delivery
☐ Weekend  ☐ Holiday

Total Postage & Fees
$

**CUSTOMER USE ONLY**

METHOD OF PAYMENT:

Express Mail Corporate Acct. No.

Federal Agency Acct No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)    PHONE ( 313 ) 414-3500

Jon R. Chick Esq.
TMP International, Inc.
15155 Fogg Street
Plymouth, Michigan 48170

ITU-MIRACLEMAN (comic books)

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt
Mo. Day

Time
☐ AM  ☐ PM

Employee Signature

Delivery Attempt
Mo. Day

Time
☐ AM  ☐ PM

Employee Signature

Date of Delivery
Mo. Day

Time
☐ AM  ☐ PM

Employee Signature

Signature of Addressee or Agent
X

Name - Please Print
X

Customer Signature

☐ WAIVER OF SIGNATURE (Domestic Only) I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend  ☐ Holiday

TO: (PLEASE PRINT)    PHONE

Assistant Commissioner for Trademarks
Box ITU / FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

**PRESS HARD.**
You are making 3 copies.

**FOR PICKUP OR TRACKING CALL 1-800-222-1811**

Label 11-B October 1995

TM 01386

**TODD McFARLANE PRODUCTIONS, INC.**
12240 S. HONAH LEE CT.
PHOENIX, AZ 85044-3455

3250

BANK ONE, ARIZONA, NA
PHOENIX, AZ 85004
91-2/1221

10/22/1997

PAY TO THE
ORDER OF ___Assistant Commisioner For Trademarks___

$ **245.00

Two Hundred Forty-Five and 00/100************************************************** DOLLARS

Assistant Commissioner
For Trademarks

MEMO___MIRACLEMAN, UTI App. Comics___

⑈003250⑈ ⑈122⑈0000 24⑈

0738⑈ 1766⑈

---

TODD McFARLANE PRODUCTIONS, INC.                                              3250

Assistant Commisioner For Trademarks          10/22/1997                      245.00
Legal Fees

---

A297 Checking          MIRACLEMAN, UTI App. Comics                            245.00

TM 01387

Certificate of Express Mail:

     I, Jon R. Chick, do hereby certify that the foregoing documents are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 postage prepaid, in an envelope addressed to the Assistant Commissioner for Trademarks, Box ITU / FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513, on this date of ___10/27/97_____.

_____
Name

EI392735865US
_____
Express Mail Label No.

_10/27/97_____
_____
Date of Deposit

TM 01388

Express Mail Label #:EI392735865US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Todd McFarlane Productions, Inc.
Mark:        MIRACLEMAN

Box NEW APP FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Re:    Application for Registration of Mark Based on *Bona Fide*
Intent-to-Use the mark in Commerce.

Dear Sir:

Enclosed please find the following for registering the above-referenced mark based on the Applicant's *bona fide* intent to use the mark in commerce: Application for registration based on Intent-to-Use pursuant to Section 1(a) of the Lanham Act; Signed Declaration with Power of Attorney; Drawing page; and A Return Addressed Post Card.

Our check in the amount of $245 is also enclosed to cover the filing fee for the Application based on Intent-to-Use.

Very truly yours,

Date: 10/27/97

Jon R. Chick
Reg. No. P55021
15155 Fogg Street
Plymouth, Michigan 48170
Tel. No. 313-414-3500
Fax No. 313-414-3510

TM 01389

Express Mail Label #:EI392735865US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     **Todd McFarlane Productions, Inc.**
               **(An Arizona Corporation)**
               **12240 South Honah Lee Court**
               **Phoenix, Arizona 85044**

Mark:          **MIRACLEMAN**

Class:         **16**

**Box NEW APP FEE**
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

### Application for Registration on the Principal Register
### Based on Intent-to-Use Mark

Sir:

The above identified Applicant has a *bona fide* intention to use the mark shown in the accompanying drawing in commerce in connection with the following goods or services:

Printed matter, namely comic books and posters,

in International Class 16, and requests that the mark be registered pursuant to Section 1(b) of the Lanham Act, 15 U.S.C. § 1051(b), in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 *et seq.*, as amended).

Applicant intends to use the mark in connection with the recited goods or services by applying it to the goods or their containers, to tags or labels affixed thereto, or on displays associated with the goods or their sale.

TM 01390

Express Mail Label #:EI392735865US

Page 2
Applicant:     Todd McFarlane Productions, Inc.
Mark:          MIRACLEMAN

### Declaration and Power of Attorney

The undersigned being duly warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this application on behalf of the applicant; he believes the applicant to be the owner of the trademark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or deceive; and that all statement made of his own knowledge are true and all statements made on information and belief are believed to be true.

Applicant hereby appoints Jon R. Chick, a member of the Bar of the State of Michigan, with full power of substitution and revocation, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the Certificate of Registration. Applicant hereby directs that all communications be sent to:

Jon R. Chick
15155 Fogg Street
Plymouth, Michigan 48170
Tel. (313) 414-3500 Fax. (313) 414-3510
State of Michigan Reg. No. P55021

OCT. 21. 97
Date

Todd McFarlane
Chief Executive Officer
Todd McFarlane Productions, Inc.

TM 01391

Express Mail Label #:EI392735865US

Page 3
Applicant:     Todd McFarlane Productions, Inc.
Mark:          MIRACLEMAN

**Drawing**

Applicant:     Todd McFarlane Productions, Inc.
               An Arizona corporation

Address:       12240 South Honah Lee Court
               Phoenix, Arizona 85044

Class:         Int. Class No. 16 "Printed matter"

Goods:         Printed matter, namely comic books and posters

Basis for
Registration:  15 U.S.C. 1051(b)

**MIRACLEMAN**

TM 01392