IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND )
MIRACLES, LLC, )
　　　　　　　　　　　　　　　　)
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　)
　　　　v. )
　　　　　　　　　　　　　　　　)   Case No. 02-C-0048-S
TODD McFARLANE, TODD )
McFARLANE PRODUCTIONS, INC., )
TMP INTERNATIONAL, INC., and )
McFARLANE WORLDWIDE, INC. )
　　　　　　　　　　　　　　　　)
　　　　Defendants-Counterclaimants, )
　　　　　　　　　　　　　　　　)
　　　　And )
　　　　　　　　　　　　　　　　)
IMAGE COMICS, INC., )
　　　　　　　　　　　　　　　　)
　　　　Defendant. )

---

**DEFENDANTS TODD McFARLANE'S, TODD McFARLANE PRODUCTIONS, INC.'S, TMP INTERNATIONAL, INC.'S AND McFARLANE WORLDWIDE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

TO:   Jeffrey A. Simmons　　　　　　　R. Scott Feldmann
　　　Foley & Lardner　　　　　　　　Brobeck, Phleger & Harrison, LLP
　　　150 East Gilman Street　　　　　38 Technology Drive
　　　Madison, WI 53703　　　　　　 Irvine, CA 92618

　　　Kenneth F. Levin
　　　Kenneth F. Levin and Associates
　　　20 North Wacker Drive, Suite 2200
　　　Chicago, Illinois 60606

　　　PLEASE TAKE NOTICE that Defendants Todd McFarlane, Todd McFarlane

Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc. (the "McFarlane

Defendants"), by their attorneys LaFollette Godfrey & Kahn and Blackwell Sanders Peper Martin, LLP, hereby move the court for partial summary judgment dismissing claims I, II, III, VII and VIII of the Amended Complaint, pursuant to Rule 56, Fed. R. Civ. P. This motion is based on the pleadings and papers on file in this matter, the proposed findings of fact and conclusions of law attached to this motion, and on the Affidavits of Todd McFarlane, Lawrence Marder and Todd G. Smith. The motion is also supported by the McFarlane Defendants' Memorandum of Law, which is attached to this motion.

Dated: July 1, 2002

LA FOLLETTE GODFREY & KAHN

_____
Eugenia G. Carter
Todd G. Smith
Gabriel S. Gross
One East Main Street, Suite 500
Madison, WI 53701
Tel: (608) 257-3911
Fax: (608) 257-0609

—and—

Michael A. Kahn
Peter W. Salsich, III
Blackwell Sanders Peper Martin LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
Tel: (314) 345-6000
Fax: (314) 345-6060

Attorneys for Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc.

MN151607_1.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and )
MARVELS AND MIRACLES, LLC, )
)
Plaintiffs, )
)
v. ) Case No. 02 C 0048 S
)
TODD MCFARLANE, )
TODD MCFARLANE PRODUCTIONS, INC., )
TMP INTERNATIONAL, INC., MCFARLANE )
WORLDWIDE, INC., and )
IMAGE COMICS, INC., )
)
Defendants. )

## CERTIFICATE OF SERVICE

Gabriel S. Gross certifies that on Monday, July 1, 2002, true and correct copies of the following documents:

1. Defendants Todd McFarlane's, Todd McFarlane Productions, Inc.'s, TMP International, Inc.'s and McFarlane Worldwide, Inc.'s Motion for Partial Summary Judgment;
2. Defendants Todd McFarlane's, Todd McFarlane Productions, Inc.'s, TMP International, Inc.'s and McFarlane Worldwide, Inc.'s Proposed Findings of Fact and Conclusions of Law in Support of Their Motion for Partial Summary Judgment;
3. Memorandum of Law of Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc. in Support of Their Motion for Partial Summary Judgment;
4. Affidavit of Todd McFarlane;
5. Affidavit of Lawrence P. Marder; and
6. Affidavit of Todd G. Smith.

were hand-delivered and mailed, first class, postage prepaid to the following:

***Hand-Delivered:*** Jeffrey A. Simmons
Foley & Lardner
150 East Gilman Street
Madison, WI 53703

***First Class Mail:*** Kenneth F. Levin
Kenneth F. Levin and Associates

                      20 North Wacker Drive, Suite 2200
Chicago, Illinois 60606

***First Class Mail:***    R. Scott Feldmann
Brobeck, Phleger & Harrison, LLP
38 Technology Drive
Irvine, CA 92618

Dated: July 1, 2002.

_____
Gabriel S. Gross

MN146974_1.DOC

2