IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND
MIRACLES, LLC.,

    Plaintiffs,

   -vs-

TODD MCFARLANE, TODD MCFARLANE
PRODUCTIONS, INC., TMP INTER-
NATIONAL, INC., MCFARLANE
WORLDWIDE, INC. and IMAGE
COMICS, INC.,

    Defendants.

_____

**03-1461**

No. DOCKET -0048-S **78**
NUMBER
U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

AUG - 1 2002

FILED/RECEIVED
JOSEPH W. SKUPNIEWITZ, CLERK
CASE
NUMBER

---

DEPOSITION OF TERENCE D. FITZGERALD

Phoenix, Arizona
June 18, 2002
10:55 a.m.

U.S.C.A.—7th Circuit
F I L E D

NOV 2 6 2003  JC

GINO J. AGNELLO
CLERK

DOC. # _____

Prepared for:

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
(Original)

Reported by:

PAUL GROSSMAN
AZ CCR #50028
CA CSR #1487

**BROWN
& TOLEU ltd.**
Court Reporters
101 West Adams

Phoenix, Arizona 85003-2003

Telephone (602) 254-5479  FAX (602) 254-5013

# I N D E X

Examination:                                          Page

BY MR. SIMMONS                                          5
BY MR. SALSICH                                         58

# E X H I B I T S

No.   Description                                      Page

11 (Handwritten letter from Mr. Fitzgerald to
     Mr. Gaiman.)                                      11

12 (Spawn 9 script, 4 January 1993.)                   14

13 (Handwritten note from Terry to Neil,
     4-7-93.)                                          15

14 (Handwritten note from Todd & Terry to
     Neil.)                                            18

15 (Handwritten note from Terry to Neil.)              19

16 (Letter from Ms. Sachs to Mr. Fitzgerald,
     2-29-96.)                                         21

17 (Memo from Terry to Tony, 2/29.)                    27

18 (Character Agreement, 7-1-97.)                      31

19 (Letter from Mr. Gaiman to Mr. McFarlane,
     7-15-97.)                                         33

20 (Handwritten note from Toddy to Neil,
     7-15-97.)                                         34

21 (Letter from Mr. Fitzgerald to Mr. Gaiman.)         41

1    22  (FAX from Mr.  Inglis to Mr.  Fitzgerald,
          8-6-97.)                                        43

2
     23  (License Agreement, 4-21-97.)                    51
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3          THE DEPOSITION OF TERENCE D. FITZGERALD,

4   taken at 10:55 a.m. on June 18, 2002, at the offices

5   of Brown & Toleu, Ltd., 101 West Adams Street, Phoenix,

6   Arizona, before PAUL GROSSMAN, a Notary Public and

7   Certified Court Reporter #50028 in and for the State of

8   Arizona, pursuant to the Federal Rules of Civil

9   Procedure.

10          The plaintiffs were represented by their

11   attorneys, Foley & Lardner, by Jeffrey A. Simmons, Esq.

12          The defendants Todd McFarlane were

13   represented by their attorneys, Blackwell, Sanders,

14   Peper, Martin, L.L.P., by Pete Salsich, III, Esq.

15          The defendant Image Comics was represented by

16   its attorneys, Brobeck, Phleger & Harrison, LLP, by

17   Matthew C. Lapple, Esq.

18          Also present was Kenneth F. Levin, Esq.

19

20

21

22

23

24

25

1                                    Phoenix, Arizona

2                                    June 18, 2002

3                                    10:55 a.m.

4

5

6                    TERENCE D. FITZGERALD,

7    called as a witness herein, having been first duly

8    sworn, was examined and testified as follows:

9

10                        EXAMINATION

11   BY MR. SIMMONS:

12        Q.    Could you state your name for the record,

13   please?

14        A.    Terence David Fitzgerald.

15        Q.    And where do you live?

16        A.    I live in Los Angeles, California.

17        Q.    Have you ever given a deposition before?

18        A.    Yes, once.

19        Q.    When was that?

20        A.    Two years ago.  I'm guessing.

21        Q.    Is this the Tony Twist case?

22        A.    Tony Twist case.  It might have been three

23   years ago.  I don't remember.

24        Q.    I'll just go through some of the basic ground

25   rules for the deposition.

1          A.      Okay.

2          Q.      I'm going to ask you a series of questions.

3    I'll try to make my questions clear.  If they are not

4    clear, feel free to ask me to rephrase the question.

5    Otherwise if you answer my question I'm just going to

6    assume that you understood it.

7                  We'll try not to talk over each other so the

8    court reporter can get everything down.  The main goal

9    here is to make sure the court reporter can get

10   everything, so when I ask you a question try not to nod

11   your head or say uh-huh or un-unh because he won't be

12   able to get that down.

13                 Any other questions you have about the

14   deposition process?

15         A.      No.  I think I'm good.

16         Q.      Okay.  Did you do anything to prepare for the

17   deposition other than talking to your attorney?  I don't

18   need to hear about that.

19         A.      No.

20         Q.      Did you review any documents in preparation

21   for this?

22         A.      One document.

23         Q.      What document was that?

24         A.      I don't know what to call that document.

25                 MR. SALSICH:  Let's go off the record for a

```
 1    second.
 2              MR. SIMMONS:  Sure.
 3              (Discussion off the record.)
 4    BY MR. SIMMONS:
 5         Q.    Okay.  Can you just go through your
 6    employment history for me?
 7         A.    Sure.  All together or --
 8         Q.    Well, did you attend college?
 9         A.    Yes, I did.
10         Q.    Okay.  Why don't you give me your post
11    college employment?
12         A.    Okay.  I went to college from '90 -- I
13    graduated in '92, so I guess I would have started in
14    '87.  Graduated high school in '86, went to college in
15    '87.  That's right.  Then I took a couple semesters off.
16    I went back in '88.
17              After I graduated in April of '92 I moved to
18    Portland, Oregon to start working with Todd at Todd
19    McFarlane Productions.  It was just the two of us.
20         Q.    Was Todd McFarlane Productions, was that
21    located in Portland at the time?
22         A.    Uh-huh.  Yes.  And then I worked there.  We
23    subsequently moved down here to Phoenix.  I still worked
24    for TMP.
25              And then in February of '98 I moved to Los
```

1    Angeles and we formed Todd McFarlane Entertainment that

2    we refer to as TME.

3        Q.    What does Todd McFarlane Entertainment do?

4        A.    We produce television feature films, music

5    videos.

6        Q.    Are you also employed by TMP?

7        A.    Currently?

8        Q.    Currently, yes.

9        A.    No.

10        Q.    So when you went to McFarlane Entertainment

11    in '98 is that when you left TMP?

12        A.    Yes, exactly.

13        Q.    Have you worked for any other companies that

14    Todd McFarlane is associated with?

15        A.    No.

16        Q.    What's your position at McFarlane

17    Entertainment?

18        A.    President and COO.

19        Q.    Have you held any other positions there?

20        A.    At TME?

21        Q.    Yes.

22        A.    No.

23        Q.    What was your position in the fall of '92?

24    You were working for TMP in the fall of '92?

25        A.    In the fall of '92 I was working with Todd.

1    I didn't have a title.

2        Q.    Do you remember how many employees TMP had at

3    that time?

4        A.    In the fall of '92 I would guess just the two

5    of us.

6        Q.    What were your duties back in '92 when you

7    were working there?

8        A.    Everything from accounting to janitorial, to

9    answering the phones, to making copies, to doing

10   background art work, to talking and dealing with the

11   inkers -- or not the inkers, the colorists, the

12   letterers, the film houses, the printer.  I guess that

13   would be it.

14       Q.    So at this time in '92, that's shortly after

15   Todd had started publishing the Spawn series of comic

16   books?

17       A.    Yes.  That was April of '92 he started.

18       Q.    And during the fall of '92 did you or Todd

19   try to recruit some writers, outside writers, to come

20   author issues of Spawn?

21       A.    Yes.  Todd did.

22       Q.    Were you involved at all in the recruiting of

23   those writers?

24       A.    Recruiting, no.

25       Q.    Who were some of the writers that Todd got to

1    author issues of Spawn at that time in '92 or '93?

2        A.    There was four.  Alan Moore, Neil Gaiman,

3    Dave Simm and Frank Miller.

4        Q.    Do you remember what Todd -- anything about

5    what Todd did to try to get Neil Gaiman to author an

6    issue of Spawn magazine, Spawn comic book?

7        A.    He talked to him on the phone.  I don't

8    specifically know what you mean.

9        Q.    Do you remember, did Todd ever tell you what

10   he was offering Neil in exchange for Neil coming to

11   write an issue of Spawn?

12       A.    Everyone was to receive the same dollar

13   amount.

14       Q.    And what was that dollar amount?

15       A.    I believe it was 100,000.

16       Q.    Do you know how that figure was arrived at?

17       A.    No.

18       Q.    So, did Todd tell you anything specific about

19   the terms of his deal with Neil?

20       A.    In what regard?

21       Q.    Anything other than that he might have --

22   that he was to receive $100,000?  Did Todd tell you

23   anything else about what terms there might be of his

24   agreement with Neil?

25       A.    Just that Neil was looking to match a deal

1    that he had previously with DC, that he didn't want to

2    try to take a pay cut.

3        Q.    And did you have any understanding what that

4    deal was?

5        A.    No.

6              MR. SIMMONS:  This is a document heads up for

7    you that we haven't produced yet, but it should be.

8    Actually, you may have gotten it or Todd may have gotten

9    it yesterday.

10              Mark this as 11.

11              (Deposition Exhibit Number 11 was then

12                 marked for identification.)

13              THE WITNESS:  Oh, there's my title right

14    there, Production Director.

15    BY MR. SIMMONS:

16        Q.    Okay.  Do you recognize this document?

17        A.    No, not at all.

18        Q.    That's your name at the bottom of the

19    document, correct?

20        A.    Oh, yes, absolutely.

21        Q.    Any reason to think that you didn't author

22    this document?

23        A.    No.

24        Q.    The text of the letter talks about, discusses

25    enclosing a check for $10,000.  Do you remember sending

1    a check for $10,000 to Neil Gaiman?

2         A.    I remember sending a check or two, but I

3    don't remember specifically what the dollar amount was.

4         Q.    Do you remember sending any advances to Neil

5    Gaiman for his authoring Spawn 9?

6         A.    I don't.

7         Q.    In the body of the document you state that

8    "you'll receive -- the final installment you'll receive

9    when we receive the final royalties."

10            Do you know what that -- what that final

11   installment was to be?

12        A.    No.

13        Q.    Do you know what the final royalties are that

14   are mentioned?

15        A.    Meaning?

16        Q.    In this letter you refer to "when we receive

17   the final royalties."

18        A.    Right.

19        Q.    Do you know what those final royalties are?

20        A.    I would assume that meant our check from

21   Image.

22        Q.    But you don't recall?

23        A.    Yes, I don't.

24        Q.    Do you recall how TMP was compensated by

25   Image at that time for the comic books that it

1   published?

2       A.    We received a check based on sales of the

3   book, but I don't know the general accounting.

4       Q.    Was it generally a percentage of the price

5   that was received for the sales?

6       A.    I honestly don't know.  That was Todd.

7       Q.    Do you know if there's anything in writing

8   setting forth the terms of the agreement between Todd

9   and Neil, the agreement that they had back in '92 or

10  '93?

11      A.    Anything in writing?

12      Q.    Yes.

13      A.    No.

14      Q.    Were you involved in cutting the checks that

15  went out to Neil for this?  I think you actually

16  testified earlier that you remember sending a couple of

17  checks out to him.

18      A.    Yes.

19      Q.    Do you remember any documents that you may

20  have referred to at that time to figure out what the

21  proper amount was to send to Neil?

22      A.    No.

23      Q.    Do you recall how you decided to send him

24  $10,000?

25      A.    I would have been told by Todd.

1         MR. SIMMONS:  This will be number 12.

2         (Deposition Exhibit Number 12 was then

3         marked for identification.)

4   BY MR. SIMMONS:

5        Q.   Take a look at this document and just let me

6   know when you've reviewed it.

7        A.   Okay.

8        Q.   Do you recognize this document?

9        A.   Not at all.

10        Q.   You don't remember -- you don't remember

11   receiving this document?

12        A.   No.

13        Q.   You don't remember ever seeing it before?

14        A.   No.

15        Q.   Looking at it, it looks to me like it's the

16   script, Neil Gaiman's proposed script for Spawn 9.  Do

17   you remember receiving a script from Neil Gaiman for

18   Spawn 9?

19        A.   I remember receiving it.  I couldn't honestly

20   recall if this is specifically it, but I do remember

21   receiving one.

22        Q.   Given what your duties were at that time,

23   would it be logical that you would be the one that

24   received a script for Spawn 9 from Neil?

25        A.   Yes, absolutely.

1    Q.    Do you recall Neil sending any sketches in

2  that accompanied the script?

3    A.    No.

4    Q.    Do you recall what happens -- what the

5  process was after you received the script for Spawn 9?

6    A.    I would have put it on Todd's desk to read

7  it.

8    Q.    And do you recall if any revisions were made

9  by you or Todd to Neil's script?

10    A.    I would not have ever done anything like

11  that, no.

12    Q.    Why not?

13    A.    I just didn't -- I was not -- my job was --

14  let me rephrase that.

15         It was not my job to do anything creatively

16  in the writing or the art work of the book.

17    Q.    So any changes would have been made by Todd?

18    A.    Made by Todd.

19         MR. SIMMONS:   This is number 13.

20         (Deposition Exhibit Number 13 was then

21           marked for identification.)

22  BY MR. SIMMONS:

23    Q.    Take a look at Exhibit 13.   Do you recognize

24  this document at all?

25    A.    No.

```
1        Q.    Is that your handwriting at the bottom,
2    "Sincerely, Terry"?
3        A.    Yes.
4        Q.    Any reason to believe that this is a note
5    that --
6        A.    No.
7        Q.    -- someone other than you sent?
8        A.    No.
9        Q.    In the text of this document it says, "Todd
10   and I quickly, very quick like, played the numbers and
11   are guessing that your take will be about $100,000."
12              And I know you said you don't recognize the
13   document, but do you recall making a calculation of what
14   Neil's payment might be for Spawn 9, for his work on
15   Spawn 9?
16       A.    No.
17       Q.    Looking at this document, earlier you
18   testified I think that it was your understanding that
19   all the guest writers that came in for Spawn were going
20   to receive a flat $100,000.  Is that -- am I accurately
21   characterizing your testimony?  Tell me if I'm not.
22       A.    I believe that's what I said.
23       Q.    Okay.  Looking at this document, it seems to
24   read as though it's not a flat $100,000, that there's
25   some -- some calculation going on.  I don't think -- I
```

1    don't know what goes into that calculation.

2             Looking at this document, does that change --

3    does that alter your recollection of what the

4    compensation was for the guest writers coming in?

5    A.    No.

6    Q.    Is it possible that the compensation was

7    based on a percentage of the sales for each issue?

8    A.    I honestly don't remember.

9    Q.    That's fine.

10            So, did you -- after Spawn 9 was published

11   did you continue to serve as a contact with Neil Gaiman

12   or as one of TMP's contacts with Neil Gaiman for Neil

13   Gaiman's work?

14   A.    After Spawn 9 I wouldn't believe so.   I

15   don't -- I wouldn't believe so.

16   Q.    Kind of an awkward question, but after Spawn

17   9 it's my understanding that Neil contributed some text

18   to issue 26 of Spawn.   Is that correct?

19   A.    I don't know.

20   Q.    Is it your understanding that Neil authored

21   the scripts for a three-part Angela series of comic

22   books?

23   A.    That was between him and Todd.   I don't know.

24   I wasn't dealing in the creative arena at that point.

25            MR. SIMMONS:   Okay.   Mark this as 14.

1          (Deposition Exhibit Number 14 was then

2          marked for identification.)

3   BY MR. SIMMONS:

4      Q.    Do you recognize this document, Exhibit 14?

5      A.    No.

6      Q.    Is this your handwriting?

7      A.    Yes.

8      Q.    Okay.  Any reason to believe that you -- that

9   someone other than you sent this document out?

10     A.    No.

11     Q.    And the text here says, "Just a friendly

12  reminder that Greg eagerly awaits the Angela project."

13         Looking at this document, does that refresh

14  your recollection at all as to whether you served as a

15  contact with Neil during his work on the Angela series

16  of comics?

17     A.    June 9th there was probably three of us in

18  the office, so I'm sure I probably would have seen

19  whatever came in at that point.

20     Q.    Do you recall having any other conversations

21  or sending any other documents to Neil Gaiman at this

22  time period?  And by "this time period" I mean the 1993,

23  1994 time period.

24     A.    No.

25     Q.    Do you have any understanding regarding how,

1   how, if at all, Neil Gaiman was to be compensated for

2   his work on the Angela series of comic books?

3       A.      No.

4       Q.      Who would know that?

5       A.      Todd.

6       Q.      I thought you testified earlier that you

7   handled the accounting for TMP.  Is that correct?

8       A.      I was -- yes, I was told to write checks.

9   What I mean by accounting, I mean keeping a check

10  registry and writing checks.  Not your traditional

11  accounting role.

12              MR. SIMMONS:  Mark this as 15.

13              (Deposition Exhibit Number 15 was then

14              marked for identification.)

15  BY MR. SIMMONS:

16      Q.      Do you recognize this document?

17      A.      No.

18      Q.      Your handwriting?

19      A.      Yes, for sure.

20      Q.      No reason to believe that someone other than

21  you sent this letter out?

22      A.      No.

23      Q.      The first line of the letter says, "They

24  conveniently 'forgot' to send them to you."  Do you have

25  any recollection of who "they" are, who the "they"

1   that's referenced there is?

2      A.   No clue.

3      Q.   Any idea what it was that whoever it was

4   forgot to send to Neil?

5      A.   No.

6      Q.   And so I take it you don't know who it is you

7   want to kill here as well?

8      A.   This was somebody I wanted to kill.  No.

9          MR. SALSICH:  For the record, I suppose I

10  should at least point out that this is a reference to

11  what appears to be a joking remark in the text of

12  Exhibit 15 itself and not any other off the record

13  conversations anybody here has had about killing

14  anybody.

15         THE WITNESS:  I'm a Canadian and a pacifist.

16         MR. SALSICH:  Duly noted.

17         MR. SIMMONS:  Fair enough.

18      Q.   Do you recall sending any checks to Neil

19  Gaiman relating to any work on the Angela series or

20  Spawn 26?

21      A.   No.

22      Q.   Were you involved in the purchase of any

23  assets from Eclipse Comics as a result of the Eclipse

24  Comics bankruptcy?

25      A.   Yes.

1    Q.    Can you just generally describe for me what

2 your role was in that purchase?

3    A.    I was on the phone.  It was a live auction

4 that was done over the phone and I was bidding on behalf

5 of TMP.

6    Q.    And what was it you were bidding on?

7    A.    It was a bankruptcy sale.  It was whatever

8 was included in the bankruptcy sale of the Eclipse.

9         MR. SIMMONS:  Mark this as 16.

10        (Deposition Exhibit Number 16 was then

11             marked for identification.)

12 BY MR. SIMMONS:

13    Q.    Take your time and look that over.

14    A.    This is all one document or --

15    Q.    I believe so.  But I guess I don't know.

16 This is something that your company produced.

17         Done looking at it?

18    A.    Yes.

19    Q.    Okay.  So why don't we take it page by page,

20 I guess.  Do you recall -- the first page of Exhibit 16,

21 do you recall receiving this document?

22    A.    Yes, I do.

23    Q.    Okay.  Then flipping back, do you recall

24 whether the -- why don't we go page by page.  Do you

25 recall whether each of these pages were attached to this

1   letter when you received it?

2       A.    These pages with the inventory description

3   were because I remember seeing these and reviewing

4   these.

5       Q.    The inventory description looks like it goes

6   through -- I'm looking at the bottom right-hand corner,

7   TM 1452.  Is that right?

8       A.    Yes.

9       Q.    Flip to the next page, 1453.  Do you recall

10  seeing that document?

11      A.    This I do not.

12      Q.    Go to the next page, TM 1454.  Do you recall

13  seeing that document?

14      A.    No, I don't.

15      Q.    The next page 1455, and from 1455 through

16  1461, it looks like that's all one document.

17      A.    Yes.  No, I don't remember seeing this.

18      Q.    Do you recall seeing this document -- by

19  "this" I mean TM 1455 through TM 1461 -- do you recall

20  seeing that document at any other time?

21      A.    No.

22      Q.    This TM 1455 through TM 1461 appears to be an

23  agreement between Eclipse comics and Neil Gaiman.  I'm

24  basing it on the first paragraph of the document.  I

25  think you flipped back one page too many.  I'm sorry.

1              Do you ever recall seeing any written

2     agreements between Neil Gaiman and Eclipse, Eclipse

3     Enterprises or Eclipse comics?

4          A.    No.

5          Q.    And then turning to the last page of Exhibit

6     16, which is TM 1462, it looks to be a written agreement

7     between Alan Moore and Neil Gaiman and Mark Buckingham.

8     Have you ever seen this document before?

9          A.    Not that I can recollect.

10         Q.    Can you generally describe for me what

11    documents, if any, you produced in this case?

12             And I don't know if you're aware that Neil

13    Gaiman and Marvels and Miracles, the plaintiffs in this

14    case, served document requests on the defendants in this

15    case and the documents that we are referring to are some

16    of the documents that were produced in response to

17    those.

18             Did you participate in a production of any of

19    the documents in this case?

20         A.    No.

21         Q.    Did you ever -- were you ever asked to search

22    your files --

23         A.    Yes.

24         Q.    -- to look for documents for this case?

25         A.    Yes.

1    Q.    Who asked you to do that?

2    A.    I think it was Mike Kahn.

3    Q.    Okay.  And I don't need to hear the substance

4    of your conversation with Mike.

5         Did you end up producing any documents from

6    your files?

7    A.    No.

8    Q.    As a result of that, did you look for any

9    documents in your files?

10   A.    No, because I know I didn't have any.

11        When I moved from Phoenix to Los Angeles I

12   left anything that was comic related behind to start the

13   entertainment company so I didn't have anything in

14   regards to comics, licensing.  That was all left.

15   Q.    And you didn't come out to Arizona to help

16   sort through files --

17   A.    No.

18   Q.    -- when they were producing them?

19   A.    No.

20   Q.    Do you know why TMP was interested in

21   purchasing the assets of Eclipse comics?

22   A.    Todd wanted to expand our catalog of

23   characters.

24   Q.    And how would purchasing the Eclipse assets

25   accomplish that?

1    A.    Eclipse had several different characters that

2 were attached to it.

3    Q.    Do you recall what some of those characters

4 were?

5    A.    Not really.  I mean Black Terror is one.  Air

6 Boy would be another.  I know there was a few others,

7 but --

8    Q.    Is Miracleman one of those characters?

9    A.    It would be one.

10    Q.    Did you have any understanding as to what

11 rights, if any, Eclipse comics had to the copyrights or

12 trademarks in the Miracleman character?

13    A.    No.

14    Q.    Has anyone ever told you, anyone other than

15 your attorneys, told you that Eclipse comics didn't

16 possess the full rights to the copyrights or trademarks

17 to Miracleman?

18    A.    Did anyone ever tell me that?

19    Q.    Yes.  Have you ever been informed by anyone

20 either in writing or spoken that Eclipse comics doesn't

21 own all the rights?

22    A.    No.  Other than I read Neil said that he

23 didn't believe that.

24    Q.    Did Todd ever tell you that he thought

25 Eclipse might not own all the rights and the copyrights

1    or trademarks to Miracleman?

2        A.    No.

3        Q.    Did you ever talk to anybody associated with

4    Eclipse Comics to find out what rights they might have

5    to the Miracleman character?

6        A.    No.

7        Q.    Ever talk or write to Dean Mullaney about the

8    rights to Miracleman?

9        A.    I might have talked to Dean.  I don't

10    specifically remember about what.

11        Q.    Do you think you did talk to Dean Mullaney?

12        A.    I might have.

13        Q.    About Miracleman?

14        A.    No.  It would have been more about the sale

15    and whether or not what was listed on the inventory was

16    correct.

17        Q.    Did you talk to Dean Mullaney about those

18    issues?

19        A.    I believe I did, yes.

20        Q.    What do you recall about that conversation?

21        A.    I think we went through the inventory list.

22        Q.    That's all you remember?

23        A.    Yes.

24        Q.    Ever talk to Dez Skinn about any rights

25    Eclipse may have to Miracleman?

1          A.      I have no idea who that is.

2          Q.      Ever talk to Alan Moore about Eclipse's

3    rights to Miracleman?

4          A.      No.

5          Q.      Or any writing or any other form of

6    communication with Alan Moore about Miracleman?

7          A.      No.

8          Q.      The same question for Mark Buckingham?

9          A.      I never talked to the gentleman.

10         Q.      How about Neil Gaiman?

11         A.      Neil?

12         Q.      Yes.

13         A.      About Miracleman?

14         Q.      About Miracleman.

15         A.      No.

16                 MR. SIMMONS:  Mark this.

17                 (Deposition Exhibit Number 17 was then

18                  marked for identification.)

19   BY MR. SIMMONS:

20         Q.      Take a look at that and let me know when

21   you're done.

22         A.      Uh-huh.  Okay.

23         Q.      Do you recall this document?

24         A.      Yes.

25         Q.      Is this a letter you wrote?

1        A.    Yes.

2        Q.    It looks like --

3        A.    Well, I wrote the first page and the last

4    page.  Every page in between I did not write.

5        Q.    Okay.  Any idea who did write that?

6        A.    No.

7        Q.    And it looks to me like this letter --

8    correct me if I'm wrong, but this letter is just

9    directing someone to go to Eclipse comics and pick up

10   various pieces of property.  Is that accurate?

11       A.    I don't know if the location was Eclipse

12   comics or some bankruptcy holding.  Physically I don't

13   remember.

14       Q.    Or were you directing someone to just go

15   pickup Eclipse's assets wherever that may be?

16       A.    Yes.

17       Q.    And this -- by "this" I mean 1441 to 1443.

18       A.    Yes.

19       Q.    Is that document just an inventory of the

20   assets that you expected to be there to pick up?

21       A.    That's what it looks like.

22       Q.    Do you recall whether you got everything on

23   this list, whether everything was there?

24       A.    No.

25       Q.    Do you remember anything being missing?

1      A.    I didn't go through it, so I don't know.

2      Q.    So you never -- did you -- was all this stuff

3  brought back to TMP's offices?

4            How did you handle the physical property that

5  was being picked up?

6      A.    I believe it was sent to our office in

7  Michigan, but I'm not a hundred percent sure.

8      Q.    But you never went through to see if

9  everything was there or not?

10     A.    No.

11     Q.    I'm going to jump ahead a little bit to 1997.

12  Actually, you know what, why don't we take a break right

13  now and I can look at this draft.  That would make

14  sense.

15            MR. SALSICH:  Sure, sure.

16            (Whereupon, a short recess was then had from

17            11:32 a.m. until 11:39 a.m.)

18  BY MR. SIMMONS:

19     Q.    Okay.  We'll move up to 1997.

20            Were you aware that in 1997 Neil Gaiman and

21  Todd McFarlane were attempting to negotiate an agreement

22  regarding their respective rights in the Miracleman

23  character and the Angela character, Cogliostro, Medieval

24  Spawn and Miracleman?

25     A.    No.  After all that introduction --

1       Q.    Yes.  Sure.  The question is, were you aware

2  in 1997 that Todd McFarlane and Neil Gaiman were

3  negotiating an agreement regarding their respective

4  rights in those characters that I just rattled off?

5       A.    I know that Todd and Neil were discussing

6  issues, but I was not privy to their conversations.

7       Q.    You didn't participate in any conversations?

8  You weren't -- you didn't participate in any

9  conversations where both Neil and Todd were present

10  discussing those issues?

11       A.    No.

12       Q.    Did you have any discussions with Neil

13  regarding his rights in any of those characters?

14       A.    Not that I recall.

15       Q.    Did you ever discuss possible terms of an

16  agreement with Neil -- excuse me.  Did you ever discuss

17  the terms of a possible agreement between Neil and Todd

18  with Todd?  Does that question make sense?

19       A.    Can I have that once again?

20       Q.    Sure.  Yes.  Did you ever discuss with Todd

21  the terms of a potential agreement between Todd and

22  Neil?

23       A.    I would say no.  I was asked to draft an

24  agreement.

25       Q.    When were you asked to draft an agreement?

1    A.    I couldn't give you the date.

2    Q.    Give me a rough time-frame?

3    A.    Some time in '97.

4    Q.    Can you give me a month?

5    A.    No.

6          MR. SIMMONS:  Okay.  Why don't we mark this

7  as Exhibit 18.

8          (Deposition Exhibit Number 18 was then

9           marked for identification.)

10          THE WITNESS:  Okay.

11  BY MR. SIMMONS:

12    Q.    Okay.  Did you author any part of Exhibit 18?

13    A.    Yes.

14    Q.    Do you know who is -- there's some

15  handwritten wording on here.  Do you know whose

16  handwriting that is?

17    A.    I believe that would be Todd's, but he would

18  be better suited at recognizing his handwriting.

19    Q.    Sure.  So, did you author all the typewritten

20  portions of Exhibit 18?

21    A.    Well, yes or no.  Because this was an

22  agreement, the framework of this agreement, meaning not

23  any particulars but sort of the basic legal language, I

24  borrowed from two other agreements and cobbled them

25  together to create our own.

1     Q.    Do you remember which agreements those were

2  that you borrowed from?

3     A.    They were from studios.  I can't remember

4  which ones.  I mean movie studios.

5     Q.    You don't recall which agreements you used --

6     A.    No.

7     Q.    -- as a basis for your agreement?

8     A.    This was a standard that we had used for a

9  myriad of different licensing arrangements.

10     Q.    But there are specific percentages referenced

11  in various parts of the agreement?

12     A.    Yes.

13     Q.    Where did you get -- for example, on page 1

14  it talks about domestic comic books, 5 percent of net,

15  licensing, 5 percent of net, those percentages; do you

16  recall where you got those from?

17     A.    No.

18     Q.    Did Todd tell you to put those in?

19     A.    I would assume that.  If I had to guess, that

20  would be my assumption.

21     Q.    Did Todd give you any written documents from

22  which to work when you were drafting this agreement?

23     A.    I don't believe so.

24     Q.    He didn't give you any documents that

25  summarized his agreement with Neil?

```
 1          A.     No.

 2          Q.     What he believed to be his agreement with

 3     Neil?

 4          A.     I don't believe so.

 5          Q.     I think this has been marked as Exhibit 2.

 6     Take a look at Exhibit 2.  Just let me know when you've

 7     reviewed it.

 8          A.     Okay.

 9          Q.     Ever see Exhibit 2 before?

10          A.     I don't recall seeing it.

11          Q.     Do you recall Todd ever -- Todd or anybody

12     else at TMP or any company controlled by Todd providing

13     you with any sort of correspondence from Neil Gaiman

14     regarding his potential agreement with Todd?

15          A.     No.

16                 MR. SIMMONS:  I'll mark this as 19.

17                 (Deposition Exhibit Number 19 was then

18                 marked for identification.)

19     BY MR. SIMMONS:

20          Q.     Do you recall ever seeing Exhibit 19 before?

21          A.     No.

22          Q.     You don't recall Todd ever supplying you with

23     a copy of this document at any point?

24          A.     No.

25                 MR. SIMMONS:  Mark this as 20.
```

```
 1              (Deposition Exhibit Number 20 was then

 2              marked for identification.)

 3   BY MR. SIMMONS:

 4        Q.    Take a look at 20.

 5        A.    Okay.

 6        Q.    Okay.  Ever see Exhibit 20 before?

 7        A.    No.

 8        Q.    Todd never supplied you with a copy of this

 9   document?

10        A.    No.

11        Q.    Turning back to Exhibit 18.

12        A.    Okay.

13        Q.    Yes, which is the contract; did you draft

14   more than one version of this document?

15        A.    I believe so.

16        Q.    Okay.  Why don't you explain to me everything

17   you can remember about the drafting of this document and

18   any prior versions or any revisions to it?

19        A.    Oh, that I couldn't recall what the

20   differences would be.

21        Q.    Okay.  Do you recall -- you drafted this

22   document at the request of Todd, correct?

23        A.    Yes.

24        Q.    Okay.  Did you supply Todd with -- did Todd

25   ever get back to you with comments on your draft?
```

1    A.    Of which draft?

2    Q.    Of any draft of this agreement.

3    A.    I would assume he would have.

4    Q.    Do you recall ever making revisions to the

5    agreement as a result -- revisions to the written

6    document as a result of comments that Todd made?

7    A.    No, I don't recall making any changes.

8    Q.    Do you recall any suggestions for revisions

9    that Todd may have given you?

10    A.    No, other than what I read here in this

11    document that he's put in the margins.

12    Q.    Turning to the last page of Exhibit 18, the

13    summary table of what looks like some sort of accounting

14    of revenue of units sold, did you create this document?

15    A.    No.

16    Q.    Do you know who did?

17    A.    No.

18    Q.    Do you know what company -- this document

19    refers to Medieval Spawn figure and Angela figure,

20    Cosmic Angela figure and a 13 inch Angela figure.  Do

21    you see where I'm referring to in the upper left portion

22    of it?

23    A.    Yes.

24    Q.    Do you know what company would have been

25    responsible for producing those products --

1       A.      Yes.

2       Q.      -- back in '97?

3       A.      It would have been McFarlane Toys.

4       Q.      Okay.  And who -- do you know who was the

5   president of McFarlane Toys at that time?

6       A.      The president?

7       Q.      Rephrase that.

8               Do you know who was in charge of the

9   day-to-day operations of McFarlane Toys at that time?

10      A.      I believe it was Paul Burke.

11      Q.      Does McFarlane Toys still exist as a company?

12      A.      It's an entity owned by a corporation.

13      Q.      What corporation owns it?

14      A.      Todd McFarlane -- no, God, what is it?  I

15  think it's TMP International, Inc.

16      Q.      And do you recall whether that same

17  arrangement was in existence back in 1997.

18      A.      I believe so.

19      Q.      I'm going to refer to Exhibit 8, I believe it

20  is.  No, I may be wrong.  Exhibit 4.  Exhibit 4 and 4A.

21      A.      Do I have that or not?

22              MR. SALSICH:  I've got copies here I'll show

23  you.  That's 4.

24              THE WITNESS:  Okay.  I'm looking at 4.  I

25  haven't read 4A yet.  Sorry.

BY MR. SIMMONS:

  Q.    Okay.

  A.    Okay.

  Q.    Okay.  Do you recognize Exhibit 4?

  A.    No.

  Q.    You don't remember ever seeing a copy of
Exhibit 4 before?

  A.    No.

  Q.    Would you turn to the last page of Exhibit 4,
please.  In the lower right-hand corner it's TM 478.

  A.    Yes.

  Q.    Do you recall seeing this document before?

  A.    No.

  Q.    Okay.  Do you recall Sheila Egger ever FAXing
you -- FAXing information to you and/or Todd about a
potential agreement with Neil Gaiman?

  A.    To me, no.  I can't speak for Todd.

  Q.    Okay.  Do you recall -- do you recall ever
staying at the Sutton Place Hotel?

  A.    Yes.

  Q.    Okay.  When do you remember staying there?

  A.    I would assume it would be on the date listed
here.

  Q.    Is that the only time you stayed there?

  A.    Yes.  I have never been there other than this

```
1    time.
2         Q.    Why were you there at that time, the date
3    referred to in this document?
4         A.    I honestly don't remember.  Comic book show
5    maybe.
6         Q.    And where is that hotel located?
7         A.    Looking at the area code, 416, I believe it's
8    Toronto.
9         Q.    So, do you recall going to a comic book show
10   in Toronto at this time period, July 29, 1997?
11        A.    You know, I was so busy doing a lot of
12   different things at that point, I honestly don't
13   remember.
14        Q.    Okay.  Is there a regular comic book show in
15   Toronto at this time of year?
16        A.    I don't think so.
17        Q.    Do you recall ever going to the Sutton Place
18   Hotel the --
19        A.    I mean, is that Toronto?  Do we know?  Do we
20   know where 416 is?
21        Q.    I have no idea.  No, I don't know.
22        A.    Okay.
23        Q.    Do you recall anybody else from TMP or any
24   other company that Todd McFarlane is associated with
25   being with you at the Sutton Place Hotel?
```

1       A.      From reading this, it looks like Todd was.

2       Q.      But you don't remember anybody else having

3   been there with you?

4       A.      No.

5       Q.      Do you remember having any discussions with

6   Todd at the Sutton Place Hotel regarding his agreement

7   with Neil Gaiman?

8       A.      No.

9       Q.      Do you remember receiving any financial

10  information or accounting information from Sheila Egger

11  or anybody else at TMP during the roughly July or August

12  of 1997?

13      A.      No.  I was too busy working on the movie and

14  the TV show.  That was not my job.

15      Q.      What movies and TV shows are you referring

16  to?

17      A.      Spawn, a live feature film at New Line, and

18  then an animated series on HBO called Todd McFarlane's

19  Spawn.

20      Q.      Turning back to Exhibit 18, which is that,

21  the agreement here.

22      A.      Yes.

23      Q.      The draft agreement.

24      A.      Yes.

25      Q.      After you drafted Exhibit 18, did Todd or

40

```
 1   anybody else from TMP come to you with any sort of sales
 2   figures or accounting information and ask you to compare
 3   it to -- compare it to the draft agreement or ask to
 4   discuss with you how the draft agreement might be
 5   applied to the accounting information?
 6       A.    No, no.  I'd have no dealing with accounting
 7   at that point.
 8       Q.    Do you ever recall at any point from 1997 on
 9   analyzing or reviewing any financial information that
10   might be used or considered to be used in calculating
11   royalties or payments being made to Neil Gaiman?
12       A.    No.
13       Q.    Who would have been making those sorts of
14   calculations based on your knowledge of the way TMP is
15   organized?
16       A.    At what point?
17       Q.    In 1997 if someone was to be calculating
18   royalties for an author, for Neil Gaiman.
19       A.    Based on?
20       Q.    Based upon any sort of written agreement.
21   Who at --
22       A.    No.  Based on comic books, toys?
23       Q.    Comic books.
24       A.    Whoever was doing the accounting at that
25   point.  It would have been after Julia Simmons, but I
```

```
 1    don't -- we went through a myriad of accountants in a
 2    three year period so I couldn't specifically tell you
 3    who it would be.  Todd would be best to answer that
 4    question.
 5              MR. SIMMONS:  Mark this as 21.
 6              (Deposition Exhibit Number 21 was then
 7              marked for identification.)
 8    BY MR. SIMMONS:
 9        Q.    Do you recognize Exhibit 21?
10        A.    Yes.
11        Q.    Okay.  Can you tell me what Exhibit 21 is?
12        A.    A letter.
13        Q.    Why did you write it?  Did you write Exhibit
14    21?  Is it a letter from you?
15        A.    Yes.
16        Q.    Why did you send it out?
17        A.    I was asked by Todd to send it out.
18        Q.    What did Todd -- can you be more specific
19    about what it was that Todd was telling you to do?
20        A.    He was out of town and someone had to write
21    Neil a letter and I sort of was, I guess, next in
22    command and I had obviously a previous relationship with
23    Neil, so just to send him a check.
24        Q.    Okay.  And then the second line of that -- of
25    this letter says, "Everyone here and at McFarlane Toys
```

```
 1    are diligently reviewing all accounting to finalize the
 2    royalties owed you to date."  Have I read that
 3    accurately?
 4         A.    Yes.
 5         Q.    So, were you involved in reviewing all the
 6    accounting --
 7         A.    No.
 8         Q.    -- as referred to here?
 9         A.    No.  Strictly writing this letter.
10         Q.    Did you talk to any of the people who were
11    reviewing the accounting?
12         A.    No.
13         Q.    You said Todd was absent during this time
14    period?
15         A.    Yes.
16         Q.    Were you supervising any of the people doing
17    the accounting during this time period?
18         A.    No.  He was doing it himself from where he
19    was at.
20         Q.    "He" being Todd?
21         A.    Yes.
22         Q.    Do you recall approximately when you would
23    have sent out Exhibit 21?
24         A.    I would assume it was after 7-31-97 since
25    that's the date written on the check stub, but, no, I
```

1   couldn't give you a specific time-frame.

2      Q.   Do you have any sort of point of reference as

3   to when this would have been sent out?

4         And I guess by that I mean did there come a

5   time when you understood that Neil and Todd had reached

6   an agreement regarding their various rights in comic

7   book characters that we have discussed previously?

8      A.   No, I was never privy to that.

9      Q.   But did you understand that they had reached

10  an agreement?

11     A.   No, I was never privy to that.

12     Q.   Were you told that -- was it your

13  understanding that $5,000 was being sent out pursuant to

14  some agreement that had been reached between Neil and

15  Todd?

16     A.   No.  I was just told to write a letter to

17  accompany the check since Todd was out of town.

18     Q.   Todd did not tell you why you were sending

19  out the check?

20     A.   No.  Which is not uncommon for him.

21         MR. SIMMONS:  Okay.  Mark this 22.

22         (Deposition Exhibit Number 22 was then

23          marked for identification.)

24  BY MR. SIMMONS:

25     A.   Okay.

1    Q.    Do you recognize Exhibit 22?

2    A.    No.

3    Q.    It looks like this document is from Allan

4    Inglis.

5    A.    Yes.

6    Q.    Do you know who Allan Inglis is?

7    A.    Yes.

8    Q.    Who is he?

9    A.    He was the accountant for TMP International.

10   Q.    Do you have any idea what he's writing to you

11   about here?

12   A.    I assume that that would be that page that

13   was included in the back of 18.

14   Q.    The table at the back of 18?

15   A.    Yes.  But again I'm not sure.  That would be

16   my best guess.

17   Q.    Do you have any recollection of ever

18   receiving this FAX from Allan Inglis?

19   A.    No.

20   Q.    Do you recall having any conversations with

21   Allan Inglis about information that he was supposed to

22   be providing to calculate payments for Neil Gaiman?

23   A.    No.

24   Q.    Do you have any -- during 1997 or roughly

25   that time period did you contact Allan Inglis on any

1    sort of regular basis?

2        A.    On a regular basis, no.

3        Q.    Would you have any reason to contact Allan

4    Inglis in that time period?

5        A.    I would have been finishing up my licensing

6    chores, so I assume I would have had some conversations

7    with him in regards to us licensing properties and him

8    cutting checks out for creation of action figures, Kiss,

9    that kind of thing.

10        Q.    At the bottom of this document, the last two

11    lines of the document, it looks like Mr. Inglis writes,

12    "The other two schedules are calculations to make the

13    bottom line 'come out.'"  Do you have any idea what he's

14    referring to there?

15        A.    No.

16        Q.    The next sentence is, "I do not like them."

17    Do you recall Mr. Inglis ever expressing any -- any

18    sentiment to you that he wasn't happy with the way

19    calculations were being performed?

20        A.    No.

21        Q.    That he was unhappy with any of the

22    information that was being provided to Todd McFarlane

23    for purposes of Neil Gaiman's payments?

24        A.    No.

25        Q.    I'll flip back to a previous exhibit.

1    A.    Does anyone mind if we take five minutes?

2          MR. SIMMONS:  That will be fine.

3          MR. SALSICH:  That's fine.

4          (Whereupon, a short recess was then had from

5          12:07 p.m. until 12:15 p.m.)

6          MR. SIMMONS:  I'm going to be referring to

7    Exhibits 5 and 6.

8          MR. SALSICH:  Okay.

9    BY MR. SIMMONS:

10    Q.    Take a look at those.

11    A.    Okay.

12    Q.    Okay.  Do you recognize Exhibits 5 and 6?

13    A.    No.

14    Q.    Five and/or 6.

15    A.    No.

16    Q.    You've never seen either one of them before?

17    A.    No.

18    Q.    Did you have any understanding that anyone at

19    Todd McFarlane Productions was producing a royalty

20    report for Neil Gaiman in 1997?

21    A.    No.  I was not involved with the accounting.

22    Q.    Okay.

23    A.    I had 27 other hats I was wearing at that

24    time.

25    Q.    So you had no knowledge of anyone preparing

1    royalty reports for Neil Gaiman?

2        A.    No.

3        Q.    Did Todd ever tell you that Neil

4    misrepresented to Todd what the terms of Neil's

5    agreement were with DC Comics?

6        A.    No.

7        Q.    Did Todd ever tell you that he talked to

8    Terri Cunningham of DC comics about Neil's agreement

9    with DC Comics?

10       A.    No.

11       Q.    Did you ever review any agreements, any draft

12   agreements or any sort of contracts or agreements with

13   either -- let me back up.

14             Did you ever review any contracts involving

15   DC Comics in order to prepare any information draft,

16   Exhibit 18 or any other documents for Todd McFarlane?

17       A.    No.

18       Q.    We'll go back to Exhibit 8 now, which I don't

19   think you have.

20       A.    Do I have it?

21       Q.    I don't think you have it.  Pete has it.

22       A.    Okay.

23       Q.    Okay.  Do you recognize 8?

24       A.    No.

25       Q.    Did Todd ever tell you that he was going to

1    be rescinding or that he was going to be terminating his

2    agreement with Neil Gaiman?

3         A.    No.

4         Q.    He never told you that "We're not going to be

5    paying Neil Gaiman any more" or words to that effect?

6         A.    No.   I never had a discussion with Todd about

7    Neil after I moved to L.A. in '98, early '98.

8         Q.    You never had any discussions that you can

9    recall with Todd about Neil after that date?

10        A.    Un-unh.   I think we talked once when his hard

11   cover novel came out that I saw in the store, but --

12        Q.    What novel?

13        A.    A hard cover novel that Neil had written.   A

14   book book, you know, an actual book book.

15        Q.    American Gods?

16        A.    Yes.   I remember seeing it in the store and a

17   couple of my friends had read it and thought it was

18   great.

19        Q.    But that's the only discussion that you can

20   remember?

21        A.    Yes.

22        Q.    So, let me see if I can summarize what you

23   testified to so far.

24              My understanding is that the only facts that

25   you have knowledge of regarding an agreement or a

1   potential agreement between Neil Gaiman and Todd

2   McFarlane is your drafting of Exhibit 18?

3       A.    I don't know what exists between Todd and

4   Neil because I was not privy to his conversations.

5           MR. SALSICH:  Excuse me for a second.  Just

6   so I understand, I think what he's trying to do -- what

7   he is trying to do here now is sort of summarize your

8   testimony and it's important for you at this point to

9   listen carefully to the question he asks --

10          THE WITNESS:  Okay.

11          MR. SALSICH:  -- and see if you can answer

12  that question.

13          If you need to explain about answering,

14  answer the question and then explain, simply because

15  this is a point to try to clear up the record and your

16  answer there was not necessarily responsive to his

17  question.

18          THE WITNESS:  Okay.

19          MR. SIMMONS:  And just to clarify I don't

20  mind you doing that, but I just hope we get the same

21  courtesy when Neil is being deposed in terms of speaking

22  objections and so forth.

23          MR. SALSICH:  Yes.  And again I'll say on the

24  record, you'll find the same for Mike.  We're not --

25  whatever the local practice is as far as objections

50

1    goes, we can be as limited or as verbose, but the goal

2    is always to get a clean record and certainly any

3    courtesies you extend to us we'll extend to you.

4              MR. SIMMONS: That's fine. I'll restate the

5    question. And Pete's right. I'm trying to make sure I

6    understand what the body of your knowledge is about this

7    agreement.

8         Q.   Am I right if I say that the only facts that

9    you know about an agreement or a potential agreement

10   between Neil Gaiman and Todd McFarlane are that you

11   drafted Exhibit 18 at the request of Todd McFarlane?

12        A.   I drafted Exhibit 18 at the request of Todd

13   McFarlane, yes.

14        Q.   No one else talked to you about an agreement

15   between Neil Gaiman and Todd McFarlane?

16        A.   No.

17        Q.   You were never involved in calculating any

18   royalties for Neil Gaiman pursuant to any agreement with

19   Todd McFarlane?

20        A.   No.

21             MR. SIMMONS: We're almost done here.

22             Let me go off for just one minute.

23             (Whereupon, a short recess was then had from

24             12:22 p.m. until 12:25 p.m.)

25             MR. SIMMONS: Mark this.

1              (Deposition Exhibit Number 23 was then

2              marked for identification.)

3              THE WITNESS:  Do you want me to review it

4    all?

5    BY MR. SIMMONS:

6         Q.    You don't need to read the whole thing.

7         A.    Okay.

8         Q.    You can look through it if you want.  I

9    believe that your signature is on the last page or

10   wherever the signature page is.

11        A.    Okay.

12        Q.    Do you recognize that document at all?

13        A.    Yes.

14        Q.    Okay.  Can you tell me what it is?

15        A.    A license agreement between Capcom, a

16   Japanese video game company, and TMP.

17        Q.    And what's your understanding of the general

18   terms of the agreement, or I should say what's the

19   subject matter of the agreement?

20        A.    We were going to license them the rights to

21   produce a video game.

22        Q.    Did that happen?

23        A.    Yes.

24        Q.    And did that company end up producing video

25   games?

1      A.     One.

2      Q.     Just one.   What was the name of the video

3   game?

4      A.     I believe it was Spawn in the Demon's Hand.

5      Q.     Do you know whether the company is still

6   producing that video game?

7      A.     No.   Or yes, I do and no, they are not.

8      Q.     Okay.   Do you recall when they stopped

9   producing that video game?

10     A.     No, I wouldn't have a specific date.

11     Q.     Do you recall negotiating or being involved

12   in the negotiations for any other license agreements

13   between Todd McFarlane Productions or any other company

14   controlled by Todd McFarlane and outside entities,

15   licensing agreements between Todd McFarlane companies

16   and outside entities?

17     A.     During what time-frame?

18     Q.     I guess, well, 1993 to the present.

19     A.     Sure.   Yes.

20     Q.     Can you tell me what some of those are?

21     A.     There was a T shirt deal with Giant

22   Merchandising, a video game deal.

23     Q.     Actually, I'll stop you after each one.

24          The T shirt deal, can you explain to me what

25   the products were that were being produced?

1      A.    Just silk screen T shirts.

2      Q.    Any particular images that were on them that

3  you remember?

4      A.    Yes.   It was a few different pictures taken

5  from the Spawn movie of Spawn, the character.

6      Q.    The Spawn movie, though?

7      A.    Correct.

8      Q.    Do you remember what the Cogliostro -- or the

9  Cogliostro character was one of the characters on the T

10 shirts?

11     A.    I don't think so.

12     Q.    And you were going to say there was another

13 license agreement you remember?

14     A.    Yes.   We did a video game license with Konami

15 to do a color Game Boy deal.   We did a video game deal

16 with Sony.

17     Q.    Okay.   Do you remember -- backing up again --

18 no, that's okay.   It's the way I'm doing the questioning

19 here.

20          The first video game deal that you

21 mentioned --

22     A.    The Sony.

23     Q.    -- or the one prior to Sony.   I don't

24 remember the name.

25     A.    Konami, K-O-N-A-M-I.

1    Q.    Do you recall how many different video games

2  they produced?

3    A.    One.

4    Q.    Do you remember what the title of that one

5  was?

6    A.    No.  It was just a color Game Boy.

7    Q.    Do you remember what characters, what Spawn

8  characters were involved in the video game?

9    A.    Spawn.  And then I think we created a bunch

10  of -- it was set in an urban setting, so it was a bunch

11  of your common street thugs, quote, unquote.

12    Q.    Were Cogliostro or Medieval Spawn or Angela,

13  were they characters?

14    A.    I don't believe so.

15    Q.    The Sony video game, do you know what the

16  video game was they produced or what characters --

17    A.    Yes.  That was a game for Super Nintendo, so

18  that they ended up selling the rights to Acclaim to put

19  out because they were going to abandon development and I

20  wouldn't let them.  Sorry.

21    Q.    Do you recall whether the Cogliostro,

22  Medieval Spawn or Angela characters were in that video,

23  that video game?

24    A.    That's so long ago.  I don't believe -- I

25  don't believe so.  Yes, I don't remember.  No, I don't.

1    Q.    That's fine.   Any other license agreements
2    you remember?
3    A.    Let's see.   What else did we do?   Trading
4    cards through Inkworks.
5    Q.    Were the Angela, Cogliostro and Medieval
6    Spawn characters on those trading cards?
7    A.    It was based on action figures that were
8    produced to that point, so I would assume, yes.
9    Q.    But you don't know?
10   A.    But I don't remember.   Yes, I mean I don't
11   know.
12   Q.    Any other license agreements?
13   A.    Gosh, let's see.   What else did we do?   Oh,
14   we did a T shirt deal with a Japanese company.
15   Q.    Were Angela, Medieval Spawn and Cogliostro
16   used on those T shirts?
17   A.    No.   That was strictly Spawn.
18   Q.    Any other agreements?
19   A.    Oh, we did Zippo lighters through a Japanese
20   company.
21   Q.    Why don't I just say "the characters."   I'll
22   define the characters as --
23   A.    I think there was an Angela Zippo lighter
24   created.
25   Q.    Okay.   But no Medieval Spawn or Cogliostro?

1      A.     No.

2      Q.     Okay.

3      A.     We did telephone cards in Japan.

4      Q.     Were any of those characters on telephone

5   cards?

6      A.     No.  It was strictly Spawn from the movie.

7      Q.     Okay.

8      A.     We did pogs at one point.

9      Q.     Do you know who was the licensee for the

10   pogs?

11      A.     A Canadian company out of Toronto.  I think

12   it was in Ottawa.  I don't remember their name.

13      Q.     And do you recall whether any of the

14   characters that I mentioned were on the pogs?

15      A.     Yes, I don't remember.

16            I think that might be all.  Yes, I think that

17   might be it.

18      Q.     Okay.  Who manufactures the action figures --

19   who manufactured the action figures embodying the Spawn

20   characters?

21      A.     Who manufactured them?  I mean, they are

22   produced in China.

23      Q.     Okay.  Is there a licensee that's in charge

24   of selling the action figures?

25            I want to back up.  What's your understanding

```
 1   of how Spawn action figures are sold?
 2              What are all the -- who are all the various
 3   entities that might be involved in it?
 4        A.   Well, they are produced by McFarlane Toys
 5   which is, I believe, an entity under TMP International.
 6        Q.   Are you aware of any written licensing
 7   agreement between Todd McFarlane Productions and TMP
 8   International --
 9        A.   No.
10        Q.   -- for production of those toys?
11        A.   No.
12        Q.   Are you aware of any written license
13   agreements between Todd McFarlane Productions and any of
14   the other companies that Todd McFarlane may be involved
15   in?  And I'll go through some of those.  McFarlane
16   Worldwide.  I had list here.
17              Oh, well, any other companies that Todd
18   McFarlane is associated with?
19        A.   No.
20        Q.   Are you aware of any other license
21   agreements?
22        A.   No.
23        Q.   Okay.  Were there any written license
24   agreements between TMP and Image Comics?
25        A.   No.
```

| | |
|---|---|
| 1 | MR. SIMMONS: Let me just take one minute and |
| 2 | go through my notes and make sure I didn't forget |
| 3 | anything, but otherwise I think I'm done. |
| 4 | I'm done. Do you have any follow-up? |
| 5 | MR. SALSICH: Just one or two, I think. |
| 6 | And just for the record, I believe we need to |
| 7 | get -- actually this can be off the record. |
| 8 | (Discussion off the record.) |
| 9 | EXAMINATION |
| 10 | BY MR. SALSICH: |
| 11 | Q. Terry, I just have a few questions by way of |
| 12 | clarification or follow-up. |
| 13 | Do you recall earlier in your deposition you |
| 14 | were asked some questions about the arrangements that |
| 15 | were made between Todd McFarlane Productions and the |
| 16 | four guest writers of issues, I believe it's 8, 9, 10 |
| 17 | and 11 of Spawn? |
| 18 | A. Yes. |
| 19 | Q. Do you recall talking about specifically your |
| 20 | understanding of the deals each of those guest writers |
| 21 | received from Todd McFarlane Productions? |
| 22 | A. Yes. |
| 23 | Q. And I believe you testified that it was your |
| 24 | understanding that each of the writers got the same |
| 25 | deal, is that correct? |

1    A.    Yes.  I believe that's -- that's what the

2    situation was.

3    Q.    Okay.  And that you thought that they -- as

4    far as Neil Gaiman goes, you thought he was receiving a

5    flat fee of $100,000?  Do you recall that testimony?

6    A.    Yes.  I believe everyone was going to receive

7    the same amount so as not to make any of the four

8    superior or lesser to the other three.

9    Q.    And my question is -- no, that's okay.  Do

10   you have -- were you specifically involved in

11   negotiating the deal between Todd McFarlane Productions

12   and Alan Moore, for example?

13   A.    No.

14   Q.    And were you specifically involved in

15   negotiating the deal between Todd McFarlane Productions

16   and Neil Gaiman?

17   A.    No.

18   Q.    Were you specifically involved in negotiating

19   the deal between Todd McFarlane Productions and either

20   of the other two guest writers?

21   A.    No.

22   Q.    So you're testifying that it's your

23   recollection that each of the writers were supposed to

24   get basically the same deal, correct?

25   A.    Yes.

1       Q.   Okay.   And you thought that was $100,000 per

2  writer, is that right?

3       A.   Yes.

4       Q.   But you don't recall and you were not

5  involved with the specific negotiations as to the terms

6  of each writer's deal, is that right?

7       A.   No.

8       Q.   Who -- this is the last question.   Who was

9  the person who negotiated the terms of the deal between

10 Todd McFarlane Productions and each of the guest writers

11 we've talked about?

12      A.   That would have been Todd.

13      Q.   And you're referring to Todd McFarlane?

14      A.   Yes.

15      Q.   You also testified, I believe, that from

16 April of 1992 up until February of 1998 when you left to

17 take over the operations or start up the operations of

18 Todd McFarlane Entertainment that that entire time

19 period between '92 and '98 you were an employee of Todd

20 McFarlane Productions, correct?

21      A.   Yes.

22      Q.   And you were not an employee of any other

23 company during that time, is that right?

24      A.   Yes, that's right.

25      Q.   Okay.   And in all of your dealings with Todd

1    McFarlane during the years between April, 1992 and

2    February of 1998, during that time was Todd McFarlane

3    your boss?

4         A.    Yes.

5         Q.    Okay.  Do you know what his title was, if he

6    had a title?

7         A.    Early on we didn't have titles.  In the end

8    I'm sure his title probably was Chairman or CEO.

9         Q.    But you don't know -- don't recall

10   specifically?

11        A.    No.

12              MR. SALSICH:  That's all I have.

13              MR. SIMMONS:  That's it.

14              MR. LAPPLE:  No questions.

15              (Whereupon, the deposition was then

16                 concluded at 12:40 p.m.)

17

18

19

20                        _____

                          TERENCE D. FITZGERALD

21

22

23

24   3442-G

25

1  STATE OF ARIZONA      )
                         )   ss.
2  COUNTY OF MARICOPA    )

3

4          BE IT KNOWN that the foregoing deposition was

5  taken before me, PAUL GROSSMAN, a Notary Public and

6  Certified Court Reporter #50028 in and for the County of

7  Maricopa, State of Arizona; that the witness before

8  testifying was duly sworn by me to testify to the whole

9  truth; that the witness will read and sign the

10  deposition; that the questions propounded to the witness

11  and the answers of the witness thereto were taken down

12  by me in shorthand and thereafter reduced to print by

13  computer-aided transcription under my direction; that

14  the foregoing 61 pages are a true and correct transcript

15  of all proceedings had upon the taking of said

16  deposition, all done to the best of my skill and

17  ability.

18          I FURTHER CERTIFY that I am in no way related

19  to any of the parties hereto, nor am I in any way

20  interested in the outcome hereof.

21          DATED at Phoenix, Arizona, this 21st day of

22  June, 2002.

23

24  OFFICIAL SEAL
    PAUL GROSSMAN
    Notary Public - State of Arizona
    MARICOPA COUNTY
    My comm. expires Oct. 13, 2005
                            Paul Grossman, Notary Public
25                          AZ CCR #50028