IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC., TMP INTERNATIONAL, INC., and McFARLANE WORLDWIDE, INC. <br><br> Defendants-Counterclaimants, <br><br> And <br><br> IMAGE COMICS, INC., <br><br> Defendant. | Case No. 02-C-0048-S |

### AFFIDAVIT OF GABRIEL S. GROSS

STATE OF WISCONSIN  )
                    ) SS.
COUNTY OF DANE      )

After being first duly sworn, Gabriel S. Gross deposes and states as follows:

1. I am one of the attorneys for the McFarlane Defendants and make this Affidavit upon personal knowledge.

2. Attached as Exhibit A is a true and correct condensed copy of the transcript from the June 24, 2002 deposition of plaintiff Neil Richard Gaiman.

Dated this 5th day of August, 2002.

*Gabriel S. Gross*
Gabriel S. Gross

Signed and sworn to before me this
5th day of August, 2002.

*Mary J. Dager*
Notary Public, State of Wisconsin
My Commission: AUG. 21, 2005

MN153422_1.DOC

2