IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

          Plaintiffs,

  v.

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC.,

          Defendants-
          Counterclaimants,

  and

IMAGE COMICS, INC.,

          Defendant.

ORDER

02-C-048-S

---

Defendants' motion to amend counterclaim came on to be heard by telephone in the above entitled matter on August 7, 2002, the plaintiffs having appeared by Foley & Lardner by Allen A. Arntsen; defendants McFarlane by LaFollette, Godfrey & Kahn, S.C. by Eugenia G. Carter; defendant Image Comics, Inc. having advised by Brobeck, Phleger & Harrison by R. Scott Feldmann that it has no opposition to said motion. The Hon. John C. Shabaz, District Judge, presided.

Neil Gaiman et al. v. Todd McFarlane et al.
Case No. 02-C-048-S

### ORDER

IT IS ORDERED that defendants' motion to amend counterclaim is GRANTED.

IT IS FURTHER ORDERED that an expedited briefing schedule shall be provided in the event the amendment determines that to be appropriate.

Entered this 7th day of August, 2002.

BY THE COURT:

_____
JOHN C. SHABAZ
District Judge