104

DOC 10
RECD/FILED

2002 SEP -3  PM 4:28

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN CLERK US DIST COURT

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

                    Plaintiffs,          **03-1461**

    -vs-                         Case No. 02-C-0048-S

TODD McFARLANE,
TODD McFARLANE PRODUCTIONS,
INC., TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

                    Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Telephone Deposition of:

JULAINE CLAYBAUGH

= = = = = = =          U.S.C.A.—7th Circuit
                        F I L E D

                        NOV 2 6 2003  JC

                        GINO J. AGNELLO
Date:    Wednesday, July 17, 2002 CLERK
                        DOC. #_____
Time:    2:05 o'clock p.m.

Reported by ELIZABETH J. KERNEN

1              TELEPHONE DEPOSITION of JULAINE CLAYBAUGH,

2    a witness of lawful age, taken on behalf of the plaintiffs

3    in the above-entitled cause, wherein Neil Gaiman, et al.

4    are the plaintiffs and Todd McFarlane, et al. are the

5    defendants, pending in the District Court of the

6    United States for the Western District of Wisconsin, before

7    ELIZABETH J. KERNEN, a Notary Public in and for the State

8    of Wisconsin, at the offices of Foley & Lardner, Attorneys

9    at Law, 150 East Gilman Street, Madison, Wisconsin, on

10   July 17, 2002, commencing at 2:05 o'clock p.m.

11
                        A P P E A R A N C E S
12
          JEFFREY A. SIMMONS,
13             FOLEY & LARDNER, Attorneys at Law,
               150 East Gilman Street, Madison, Wisconsin,
14             appearing on behalf of the plaintiffs;

15        EUGENIA G. CARTER and
          GABRIEL S. GROSS,  (By telephone)
16             LaFOLLETTE, GODFREY & KAHN, Attorneys at Law,
               One East Main Street, Madison, Wisconsin,
17             appearing on behalf of the defendants;

18        MATTHEW LAPPLE,  (By telephone)
               BROBECK, PHLEGER & HARRISON, LLP,
19             Attorneys at Law, 38 Technology Drive,
               Irvine, California, appearing on behalf of
20             the defendant Image Comics, Inc.;

21        MICHAEL KAHN,  (By telephone)
               BLACKWELL SANDERS, LLP, Attorneys at Law,
22             720 Olive Street, St. Louis, Missouri,
               appearing on behalf of the witness.
23
          ALSO PRESENT:  GREGOR E. NIGH
24                        JAMES P. CAVEN
                          JOHN SCHAAK
25


                                2

1                           JULAINE CLAYBAUGH,

2              called as a witness, after being first

3              duly sworn in the above cause, testified

4              under oath as follows:

5                              EXAMINATION

6       BY MR. SIMMONS:

7    Q  Ms. Claybaugh, my name is Jeff Simmons.  I'm the

8       attorney for Neil Gaiman and Marvels and Miracles, LLC,

9       and I'm going to be taking your deposition today.  Have

10      you ever given a deposition before?

11   A  Yes, sir.

12   Q  What was that; what case was that for?

13   A  It was revolving around a former employee -- or a former

14      employer.  It was many years ago.

15   Q  Were you -- are you on a speaker phone?  I'm having a

16      little bit of trouble hearing you.

17   A  I'll try speaking up.  I am on a speaker phone.

18   Q  We'll see how it works.  It's still pretty muffled.

19   A  Okay.

20   Q  Were you a plaintiff or a defendant in that case?

21   A  I was a witness in the case.

22   Q  Any other times you have given a deposition?

23   A  No, sir.

24   Q  I'll just explain a little bit to you.  This is a little

25      bit odd because we're on the telephone, but the main

                                 3

1    points, I'm just here to ask you a series of questions,

2    and our goal is to try to create as clean a record as

3    possible for the court reporter, who is in my office

4    over here busily taking down everything we're saying.

5    So just speak up as much as you can so she can

6    accurately hear what you're saying.  And I think we

7    should just try not to speak over each other.

8        When I ask you a question, just try to -- you may

9    anticipate what I'm going to ask you, but just let me

10   finish my question so that the court reporter can get

11   the whole question down, and then I'll try to do the

12   same for you, let you finish your answer.  And we should

13   also -- your attorney may want to object to some of the

14   questions that I ask, so you may just want to be

15   conscious of that and try to give him an opportunity to

16   do that if he chooses to object, again just so that the

17   court reporter can make sure she's getting everything

18   down.

19       If I ask you a confusing question or a question

20   that just doesn't make any sense to you, feel free to

21   ask me to restate the question or rephrase it.  Let me

22   know you don't understand because otherwise if I ask you

23   a question and you answer it I'm going to assume that

24   you understood the question.  Does that make sense to

25   you?

4

Deposition of JULAINE CLAYBAUGH   7/17/02

1   A  Yes, sir.

2   Q  And if at any time you need to take a break, just let us

3      know and we can do that.  If you want to get a drink or

4      use the restroom or something, that's fine.

5          Did you receive a packet of exhibits that was sent

6      out to you?

7   A  Yes, I received two packets.

8   Q  I'm sorry, yes, two packets.  And do you have those

9      exhibits with you right now?

10  A  Yes, I do.

11  Q  Okay.  And do you have Exhibits -- the exhibits should

12     start at No. 59 and end at 119.

13  A  120.

14  Q  Excuse me, 120, you're right.  And has your attorney --

15     I don't want to know what you have said to your

16     attorney, I just want to know, have you seen the list of

17     topics to be discussed at these depositions?

18  A  No, I have not.

19                    MR. SIMMONS:  Okay.  Mike, do you

20          know which topic she is a designee on?

21                    MR. KAHN:  Here is how we would

22          designate Julaine.  She has been the person for

23          both -- for all of the McFarlane entities who is

24          being charged with the responsibility for finding

25          and compiling all documentary evidence concerning

5

PROFESSIONAL REPORTERS, LTD.

1    the various matters that are addressed and the

2    deposition designation of topics on at least two

3    30(b)(6) deposition notices that you sent out. She

4    has, as you will hear, personal knowledge of some

5    of them because she generated those reports or

6    created those documents and others she simply has

7    gathered them. So we will designate her initially

8    to at least try to testify about the documents and

9    as much information as she is able to in light of

10   the fact that she's only been with the company for

11   a year.

12          Areas that she will not have firsthand

13   knowledge of we will probably need to then have

14   Todd McFarlane address because he will be probably

15   the person at the company these days with the most

16   knowledge of those topics.

17          The other potential person out there is no

18   longer an employee, the former CFO, Allan Inglis,

19   and we may need to get some additional information

20   from Allan. But for the moment we're going to

21   tentatively at least designate Julaine Claybaugh as

22   the person to testify about each of these topics

23   with the explanation I have just given you with

24   Todd McFarlane as her backup of things she may not

25   have firsthand knowledge of.

6

Deposition of JULAINE CLAYBAUGH   7/17/02

1                        MR. SIMMONS:   Okay.   Very good.

2    Q   Ms. Claybaugh, what exactly is your title, what's your

3        job title?

4    A   Accountant and royalty administrator.

5    Q   And who is your employer?

6    A   TMP International.

7    Q   Do you hold any titles with Todd McFarlane Productions?

8    A   No.

9    Q   I'll just kind of start looking through the exhibits

10       with you, so if you want to put those in front of you.

11       Do you have them handy?

12   A   Yes, sir.

13   Q   I'm just going to start with Exhibit 59, and that's for

14       the benefit of everybody else Bates TM 1523, and the

15       document I have in front of me, the title at the top is

16       "Character Comic Appearances & Toy Productions."  Is

17       that the document you have in front of you?

18   A   Yes, sir.

19   Q   Do you recognize this document?

20   A   Yes, I do.

21   Q   Is this a document you compiled?

22   A   Yes, it is.

23   Q   Can you just tell me, describe for me the document, what

24       it is and what information it contains.

25   A   Basically it gives the appearances of any of the subject

7

Deposition of JULAINE CLAYBAUGH    7/17/02

1   characters and which issues of the comics that they

2   appear in.

3              (Discussion off the record)

4   Q   Do you know the question?

5   A   Yes.  Basically what this is is a listing of the

6       different characters that are in question and what

7       issues of comic books that they appeared in and also a

8       listing of any toys that were produced that relate to

9       the characters.

10  Q   And how did you obtain the information that's contained

11      on the document?

12  A   Through different databases here in the office.  The

13      comics, we have a database of all the comics that we

14      have produced and what characters appear in any of those

15      comics.  For the toys, I accessed our general software

16      that we use for all accounting inventory, shipping

17      purposes, access the database there and compile all the

18      information.

19  Q   And how far back in time does that database go in terms

20      of the information it contains?

21  A   On the current software that we are using here it goes

22      back into the area of 1999.

23  Q   Now, on Exhibit 59 it lists a bunch of comic book

24      issues, and some of these issues I recognize as having

25      been written prior to 1999, Spawn 9, for example, or

8

1    Spawn 26.

2  A  Okay.  I guess I should clarify that a little better.

3      The comic book database is complete, whereas the

4      accounting side of it, which would contain all the toy

5      information, goes back to 1999.

6  Q  Okay.

7  A  I also used our price list that we produced in order to

8      verify the existence of some of these toys, and those

9      price lists do go back to the very beginning.

10  Q  The very beginning is what date?

11  A  I would say it's 1995.

12  Q  Okay.  Somewhere in that time frame?

13  A  Yes.  I don't have those documents in front of me, so I

14      can't verify that.

15  Q  Okay.  Do you know, is there one person who actually

16      compiled that database that you're accessing and I

17      should say enter the information into that database?

18  A  To be honest with you, I would imagine that it was more

19      than one person, but I don't know the answer to that

20      question.

21  Q  Okay.  And I think you mentioned some price lists.  Is

22      it your understanding that you have produced copies of

23      the price lists to us already, did I hear you properly?

24  A  I don't recall if I have given you copies of the price

25      lists or not.  I'm sorry.

9

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q  Is a price list something you can generate from that
2       database, though?
3    A  The price lists are hard copies that I have.  They are
4       not something that is in the database as far as being a
5       specific document.
6    Q  Okay.  How voluminous are the price lists?
7    A  I'm sorry.
8    Q  How many pages would you say, if you produced all the
9       price lists to us for all the various products that you
10      sell, how many documents do you think you're talking
11      about roughly?
12   A  It could probably be anywhere from 25 to 50 sheets.
13                      MR. SIMMONS:  Okay.  Mike, I don't
14           think we have seen those documents, so if we could
15           get copies of those produced to us, that would be
16           helpful.
17                      MR. KAHN:  I can put that in writing
18           to you as well.
19                      MR. SIMMONS:  That's just something
20           we should get a look at.
21                      MR. KAHN:  I will make a note in my
22           margin and we can get those copied.
23   Q  Ms. Claybaugh, in terms of the comic book issues that
24      are listed on Exhibit 59, I looked at some other comic
25      books that were produced by Image Comics, and I'll just

10

Deposition of JULAINE CLAYBAUGH   7/17/02

1    represent to you in their production to us they included

2    some comic books that at least included the Angela

3    character and I think the Medieval Spawn character as

4    well that are not on this list.  For example, I think

5    there is several comic books with the Angela character

6    and then a Glory character and there are also I think a

7    few where Medieval Spawn is teamed up with the Witch

8    Blade character.

9         And I'm just wondering, are you familiar with

10   those, with any comic books, any of those type of comic

11   books that I have mentioned?

12  A  No, sir, I'm not.

13  Q  Okay.  I think those comic books may be examples where

14     Todd McFarlane Productions has teamed up with some other

15     comic book producer and they have sort of shared

16     characters between them.  Do you know, are you aware of

17     any instances where that's happened with Todd McFarlane

18     Productions' characters?

19  A  Where we have teamed up with other producers?

20  Q  Yeah.

21  A  I don't know firsthand, no, I sure don't.

22  Q  Okay.  So to your knowledge, if any of Todd McFarlane

23     Productions' characters were sort of loaned out to

24     another comic book publisher for use in another series

25     of comics not produced by Todd McFarlane Productions, do

11

Deposition of JULAINE CLAYBAUGH   7/17/02

1   you know whether that comic would show up in your
2   database of comic books and comic book characters?
3   A   I can't answer that question.  I don't know if it would
4       or wouldn't.
5   Q   Do you know who might know at either Todd McFarlane
6       Productions or TMP International?
7   A   I think probably Todd might know.
8   Q   Okay.  I'm going to turn now to the next exhibit,
9       Exhibit 60.  Do you have that in front of you?
10  A   Yes, sir.
11  Q   And for everybody else, it's Bates Nos. TM 1572 through
12      1576.  Do you recognize this document?
13  A   Yes, sir.
14  Q   Can you tell me what it is.
15  A   This is a report that was printed out of the company
16      titled "McFarlane Toys, Inc." regarding several
17      different toys, and it gives all the sales figures,
18      including the quantities and the sales dollars for the
19      entire period of time that we were using this particular
20      software.  It would go back to the very beginning and it
21      brought the numbers forward up until the day that I
22      actually ran the report, which was on June 5th, 2002.
23  Q   You said it goes back to the beginning.  By the
24      beginning, do you mean when you first started using this
25      computer program?

12

Deposition of JULAINE CLAYBAUGH    7/17/02

1   A  Yes, the computer program, which would be approximately

2      1999.

3   Q  Okay.  So this information -- so these reports won't

4      include data for sales prior to whenever in 1999 it was

5      that you started using the computer program, is that

6      correct?

7   A  That is correct.

8   Q  And is this document, is this generated from the same

9      database you were referring to before with regard to

10     Exhibit 59?

11  A  Yes.

12  Q  Same computer program basically?

13  A  Yes.

14  Q  This is a report for Todd McFarlane Toys, Inc.  Is

15     that -- where is Todd McFarlane Toys, Inc. located?

16  A  Are you meaning like the offices?

17  Q  Yeah.  Do they have a separate office somewhere?

18  A  No.  All the companies are all -- all the records for

19     all the companies are here in this office where I am

20     right now.

21  Q  Okay.  Do you know, Todd McFarlane Toys, Todd McFarlane

22     Toys, Inc., is that another name for TMP International?

23     Let me rephrase that.  Todd McFarlane -- TMP

24     International primarily sells toys, is that correct?

25  A  Well, my interpretation would be that TMP International

13

Deposition of JULAINE CLAYBAUGH    7/17/02

1        is like the parent company, where McFarlane Toys, Inc.

2        is the company that all domestic sales of toys are

3        produced through McFarlane Toys, Inc.

4    Q   Okay.  I think you're getting at what I want.  Yeah.

5        When I see a report, when I see Exhibit 60 and it says

6        McFarlane Toys, Inc. inventory sales report, is that

7        sales of toys within the U.S. then?

8    A   Correct.  There will never be a report that says TMP

9        International that covers any kind of sales.  We don't

10       run sales through that company.

11   Q   Okay.  So looking at the first page of Exhibit 60, just

12       looking at the columns on the right-hand side of the

13       page, I notice they all list zeros, they have dollar

14       amounts and the dollar amounts are all zeros.  Do you

15       see that?

16   A   Yes.

17   Q   Can you explain to me why there are zeros in those

18       columns.

19   A   Because the customers were not charged for the

20       individual toys, they were sample sales and replacements

21       and there were no charges.

22   Q   Okay.  Looking at the first line, the first entry I

23       guess on page 1, there is a listing for Weichert

24       Realtors.  Do you see that?

25   A   Yes, sir.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q   And it says to the left of that name cash sales.

2    A   Yes, sir.

3    Q   I'm just wondering, I'm wondering why it says cash sales

4        and then there is no dollar amount listed to the right.

5        Do you have any idea why that would be?

6    A   Yes, if you look above that, those words cash sales, you

7        will see that it says customer ID.  That is simply an ID

8        number that they used in order to process the

9        transaction itself in order for inventory to be

10       released.

11   Q   And when you say it's a phrase that they used, who is

12       they?  Who is it that would have entered into that, who

13       would have used that term cash sales?

14   A   Cash sales is a customer ID that would -- if it is set

15       up within our system, that simply -- well, whoever

16       processed this order back in 1999 used that customer ID

17       and then put in the customer's actual name so that it

18       could be tracked at a later time, but there was actually

19       no charge for the sale.  Therefore, the 11 pieces that

20       were given to this Weichert Realtors, there was an

21       inventory adjustment to lessen the inventory by those 11

22       pieces.

23   Q   Okay.  So is it true then if -- there are a number of

24       these reports for different companies and different

25       products.  If we see the term, if I see the term cash

15

Deposition of JULAINE CLAYBAUGH    7/17/02

1    sales in the customer ID column on some of these other

2    reports, is it possible that there may or may not be

3    dollar figures associated with them?  Did that make

4    sense?

5  A  That is correct.  It could go either way, yes.

6  Q  And also, just looking right above the first entry right

7    above the Weichert Realtors entry and below the location

8    code, there is a reference to Spawn Ultra, and I guess

9    that's assortment one.  Do you see where I'm referring

10    to?

11  A  Yes.

12  Q  Can you tell me what that refers to.

13  A  It refers to that particular line of toys which is item

14    No. 10110, which is to the left of that name and it is

15    an assortment of toys.

16  Q  Okay.  So you said it's an assortment of toys.  Is it

17    several action figures that are sold as one unit or is

18    it something else?

19  A  Yes, it is several action figures that are sold as one

20    unit.

21  Q  Okay.  They come in one package when a person buys them?

22  A  Yes, sir.

23  Q  Just going down and again right below the Weichert

24    Realtors entry there is an entry for replacements.

25  A  Yes.

16

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q  Do you see that?

2    A  Yes.

3    Q  Can you just explain to me how you define replacements.

4    A  Well, I can tell you how I would define replacements.  I

5       don't know if it would be the same as what they would

6       define it when whoever it was that entered this.

7    Q  That's a fair point.  What's your understanding of what

8       the term replacements means on this entry?

9    A  My interpretation would be that a product had been

10      damaged and returned to us and therefore we replaced

11      that item at no charge, but we needed to enter it

12      through our system in order for inventory to be adjusted

13      properly.

14   Q  Okay.  You don't know that for sure, that's just an

15      assumption you're making?

16   A  Yes, sir.

17                    MR. KAHN:  Jeff, this is Mike Kahn,

18           if I can interrupt.

19                    MR. SIMMONS:  You simply may.

20                    MR. KAHN:  I just want to make sure

21           that we're all clear on this point, so I will ask

22           the question that I don't know the answer to, but

23           it's my understanding on, for example, Spawn Ultra

24           assortment No. 1 that several different toys are

25           packaged in a box together but that when you open

17

Deposition of JULAINE CLAYBAUGH    7/17/02

1          the box there may be individual toys in them, and I
2          just want to make sure there is no confusion over
3          that.  I'm not sure, for example, it says quantity
4          invoiced 11, I don't know if that's 11 boxes, if
5          that's 11 toys, if it's an assortment of 11 toys.
6          We may want to just take this opportunity to let
7          Julaine know that, and she may not, at least to get
8          that clarified early on.
9    Q    Julaine, can you either confirm or correct what Mike
10         just said?
11   A    The quantity invoiced is going to be individual toys,
12         not cases of toys.
13   Q    But again what Mike I think was saying is, you know,
14         these may come in a box and they may contain like five
15         separate action figures, and then the action figures
16         themselves might be sold separately by the retailer.  I
17         think that's what Mike was suggesting.  Is that an
18         accurate description of what we're seeing on this sheet
19         here?
20   A    Yes, it is.
21   Q    Okay.  So when looking at again taking the Weichert
22         Realtors entry, for example, where it says quantity
23         invoiced 11, is that going to be 11 individual action
24         figures or 11 boxes that contain some other number of
25         action figures within them?

18

Deposition of JULAINE CLAYBAUGH    7/17/02

1   A  That is going to be 11 action figures.

2   Q  Eleven individual items, 11 individual figures?

3   A  Yes, sir.

4                  (Discussion off the record)

5   Q  In looking up towards the upper left-hand corner of the

6      first page of Exhibit 60, there is an entry that says

7      item number?

8   A  Yes, sir.

9   Q  Can you see that and it says 10110.

10  A  Yes, sir.

11  Q  And I'm just wondering, does that -- turning your

12     attention back to Exhibit 59, I don't see 10110 anywhere

13     on Exhibit 59, and I'm just wondering, I'm wondering if

14     the information on Exhibit 60 correlates somehow to any

15     of the information I'm seeing on Exhibit 59.

16  A  Yes, it does.  If you look on Exhibit 59 under Angela

17     under the title of toys, the first one that is on there

18     refers to Spawn Series No. 1.  The specific item number

19     for the Angela toy in that series is 10113.  That is a

20     part of the assortment that is called 10110.

21  Q  Okay.  And so we're turning to the question I asked just

22     a couple of minutes ago and that Mike was talking about,

23     so hypothetically looking at the first page of

24     Exhibit 60 again where it says quantity invoiced 11 --

25  A  Yes.

                              19

                PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q  -- it could conceivably be 11 Angela figures, is that
2       right?  I'm not saying it was in this case, but
3       theoretically it could be?
4    A  No.  If somebody was ordering and purchasing Angela
5       specifically, it would show up on the report as item
6       No. 10113.
7    Q  Okay.
8    A  These sales specifically refer to the assortment, which
9       is going to contain Angela but also contain several
10      other toys.
11   Q  Okay.  And again that will be -- using the Weichert
12      Realtors line as an example, that will be 11 toys total?
13   A  Yes, sir.
14   Q  Just turning to the second page of Exhibit 60, are you
15      there?
16   A  Yes, sir.
17   Q  Okay.  Can you explain to me -- well, what's this page
18      showing me?
19   A  It's basically the exact same report as the first page.
20      It is only on the Spawn Ultra assortment No. 2, which is
21      item number 10120.
22   Q  And what does that assortment consist of?
23   A  Are you asking me for the names of toys?
24   Q  Sure, if you know them.  Do you know --
25   A  I don't have that list with me.  I'm sorry.  And I don't

20

Deposition of JULAINE CLAYBAUGH   7/17/02

1    know that off the top of my head.

2  Q  Sure.  That's fine.  Is there somewhere you could get

3    that information?

4  A  Certainly.

5  Q  Okay.  And do you know, you may not know the answer to

6    this either, but I'm just wondering what the difference

7    is between the Spawn Ultra assortment No. 1 that's on

8    page 1 of Exhibit 60 and Spawn Ultra assortment No. 2 on

9    page 2.  I assume -- do you have any idea what the

10    difference is?

11  A  Actually, no, other than that the names of the toys are

12    going to be completely different.  I notice that the

13    individual Angela toy that is in the assortment No. 2 is

14    called Cosmic Angela.  It's very possible that it will

15    be Cosmic Spawn and cosmic whatever else is included in

16    the assortment.

17  Q  Sure.  Okay.  But there are some documents that will

18    tell us what those assortments consist of?

19  A  Yes, sir.  The price lists will be specific as to the

20    names of the toys that make up all the assortments.

21  Q  Good.  So we have requested those already.  Turning to

22    page 3 of Exhibit 60, are you there?

23  A  Yes, sir.

24  Q  Okay.  I'm just on page 3.  There is kind of a mixture

25    of entries, some of which have dollar figures, some of

21

Deposition of JULAINE CLAYBAUGH    7/17/02

1    which don't.  Can you tell me why some of them don't

2    have any dollar figures associated with them and others

3    do.

4    A  Again I cannot attest to what took place back in 1999

5    because I was not here, but I have my own

6    interpretation.

7    Q  Just based on your experience dealing with these

8    documents, correct?

9    A  Yes.

10   Q  Yeah, just tell me what you know based on your

11   experience.

12   A  Based on my experience, what I am looking at is

13   replacement toys for damaged toys that were returned to

14   us, sample sales that went out, promotionals that went

15   out and then, of course, actual sales to places like

16   Kay-Bee Toys.

17   Q  Okay.  And all the items listed on page 3 of Exhibit 60

18   are for, the upper left-hand corner it says, Manga Spawn

19   assortment No. 1, is that right?

20   A  Yes, sir.

21   Q  And so now looking at the unit price column of that

22   sheet, do you see where that is, the third from the

23   right?

24   A  Yes, sir.

25   Q  I'm just noticing that the unit prices seem to vary

22

Deposition of JULAINE CLAYBAUGH   7/17/02

1     between customers, and I'm wondering based on your

2     experience if you know why that might be.

3  A  I have absolutely no idea on that.

4  Q  Okay.  Have you -- well, strike that.  Do you know who

5     might know?

6  A  Actually, I couldn't answer that because I don't know

7     who would be in charge of that back in this time frame.

8  Q  Okay.  That's fine.  Turning to page 4 of Exhibit 60 --

9  A  So you're referring to TM 1575?

10  Q  Yeah.  I should do that.  Towards the middle of the page

11     it says Manga Spawn assortment one repaint?

12  A  Yes, sir.

13  Q  Can you tell me what that is.

14  A  That means that the assortment was painted in a

15     different way than the original assortment and reissued

16     as an assorted line of toys.

17  Q  And I'm turning back to Exhibit No. 59.  I only see one

18     reference to a repaint on Exhibit 59.  Under Cogliostro

19     it says Count Cogliostro repaint?

20  A  Yes, sir.

21  Q  So is it your understanding that there are no repaint

22     figures that include Angela or Medieval Spawn?

23  A  That's not my understanding at all.  When I compiled

24     what you have got here as Exhibit No. 59, on any items

25     that were on here, if there was a repaint, I simply

23

Deposition of JULAINE CLAYBAUGH    7/17/02

1    included them with the original item number.

2  Q  Okay.  So why does Cogliostro show up separately, if you

3     know?

4  A  Because that was a club exclusive and it was the only

5     one that I found.  I actually did not find an item that

6     was the original toy prior to the repaint.  Item No.

7     00013 must have been used throughout the entire sales of

8     that item and at some point in time somebody changed the

9     name to repaint, but that is my interpretation.

10 Q  Okay.  You're just trying to come up with an explanation

11    that makes the most sense to you based on what you know

12    about the records?

13 A  Yes, sir.

14 Q  Okay.  I'll turn to Exhibit 61 now.  Do you have that in

15    front of you?

16 A  Yes, sir.

17 Q  At the top of the document it says McFarlane Worldwide,

18    Inc., is that right?

19 A  Yes, sir.

20 Q  Can you explain to me what this document is.

21 A  It's the exact same type of document as in Exhibit

22    No. 60.  It's an inventory sales report.  It is simply

23    run out from a different company, which is Worldwide,

24    Inc., which covers all of our international sales.

25 Q  Okay.  So if I'm looking at the first three pages of

24

Deposition of JULAINE CLAYBAUGH   7/17/02

1      Exhibit 61, those all refer to McFarlane Worldwide, Inc.

2      Is this just telling me that McFarlane Worldwide, Inc.

3      has never made any sales of the characters identified on

4      these pages during --

5   A  That is correct.

6   Q  At least during the time period that this database was

7      maintained, correct?

8   A  That is correct.

9   Q  Then on page 4 of Exhibit 61, which is TM 1580 --

10  A  Yes.

11  Q  -- there begins three pages referring to McFarlane Toys

12     Collectors Club.  Is this showing me what the sales were

13     for the McFarlane Toys Collectors Club or I guess it's

14     showing me that there were no sales for the McFarlane

15     Toys Collectors Club?

16  A  For these specific items, that is correct.

17  Q  Okay.  And how did you -- can you just explain to me how

18     you went about running these reports that we're looking

19     at.  Did you run a search for every single character for

20     sales of every single character or action figure for

21     each individual company?

22  A  Yes, that's what I did.  Yes, I would go into the

23     system, go into the specific area that covers the

24     inventory sales report.  I would put in whatever

25     parameters that I felt needed to be put in there.  As

25

Deposition of JULAINE CLAYBAUGH   7/17/02

1   you can see from the left-hand side of it, I did not put

2   any date parameters in there because I wanted it to tell

3   me everything.  I did not put any document number

4   parameters because I wanted every document.  The only

5   parameters I put in on this specific item that we're

6   looking at was the item number because, you know, I

7   didn't want to run 60,000 pages.

8   Q  Sure.

9   A  So I just wanted to know on this particular item what

10   were our sales, so I printed off the report even though

11   it showed no sales because that at least gives me that

12   information.

13   Q  Sure.  Turning to Exhibit 62, do you have Exhibit 62 in

14   front of you?

15   A  Yes, sir.

16   Q  What is Exhibit 62?  What's this information here

17   telling us?

18   A  This again is an inventory sales report printed out of

19   the McFarlane Toys Collectors Club, and it is for a

20   specific item, which is item No. 10126, which is Cosmic

21   Angela, which again that is part of the assortment that

22   would have been numbered 10120.

23   Q  Okay.  And do you know why there are no dollar figures

24   associated with all these entries?

25   A  No, I do not.

26

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q    Give me an understanding of how sales are made through
2         the McFarlane Toys Collectors Club.
3    A    I'm sorry, could you repeat that question.
4    Q    I guess I'm just wondering how the McFarlane Toys
5         Collectors Club works.  Do people pay a fee to join the
6         club and then they get a certain number of toys or does
7         the club just give away toys, do you know?
8    A    Well, to be honest with you, I could tell you how the
9         collectors club today is run.  I don't know that it was
10        run the same way back in this era.  I know it was a much
11        larger entity back in this time.  But no, we don't have
12        a fee -- at this present time we don't work that way.
13        It doesn't -- you don't join the club and then get so
14        many free toys.  You still have to buy toys.  There is
15        no fee for joining the club.
16   Q    So turning back to Exhibit 62, is it possible that
17        Exhibit 62, the transactions that it's showing are just
18        toys that have been given away to people during that
19        time period back in 1999?
20   A    Yes, sir, that's exactly how I would interpret it.  It
21        could have been some sort of a contest.  There could be
22        many different explanations, but again I don't know for
23        a fact what reasons there were no charge.
24   Q    Sure.  Turn to Exhibit 63.
25   A    Okay.

27

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q    Can you just tell me what Exhibit 63, what the
2         information in Exhibit 63 contains.
3    A    This is a slightly different report than the other
4         reports that I ran off, and to be honest with you, I
5         don't know why I switched reports.
6    Q    Okay.
7    A    But this shows me that there were 125 pieces of the
8         Rainbow Angela that were sold and it gives me the total
9         dollar amount of the sales.  What it does not give me is
10        the detail because it was run out of the summary report.
11             The only difference between a sales document
12        analysis report and an inventory sales report is that on
13        an inventory sales report it will give me specific dates
14        of specific sales.  It will also give me invoice
15        numbers.  On a sales document analysis report, it does
16        not give me those two things.  It doesn't give me the
17        date of the invoice or the invoice number, but it gives
18        me the same information otherwise.
19   Q    Gives you total sales and the total amount of money that
20        came in for those sales, right?
21   A    Correct, for whatever time frame or, you know, item
22        numbers that I tell it to give me.
23   Q    Okay.  And so on Exhibit 63 with regard to the time
24        frame, I don't see any date listed on here.  Is the time
25        frame from the time when this database was started until

28

Deposition of JULAINE CLAYBAUGH    7/17/02

1      the present?

2   A  Until the date of the report, yes.

3   Q  Yes.  Yes.  Okay.  Turning to Exhibit 64 --

4   A  Yes, sir.

5   Q  -- looks like this may be similar to one of the

6      documents we looked at before.  Can you just explain to

7      me what Exhibit 64 is.

8   A  Again it's an inventory sales report covering the

9      assortment called Manga Spawn Series No. 1 from the

10     collectors club.

11  Q  And so this report is just telling me that the toy

12     collectors club didn't make any sales of Manga Spawn

13     Series No. 1?

14  A  Of the assortment, that's correct.

15  Q  Okay.  Turning to Exhibit 65, I think these are going to

16     start going a lot quicker now, tell me what Exhibit 65

17     is.

18  A  Again this is another inventory sales report run for the

19     collectors club covering item No. 60103, which is

20     specifically the 13-inch Angela toy figure.

21  Q  Okay.  And there are a couple of entries that differ

22     from the majority of the entries here.  About two-thirds

23     of the way down the page there are two entries for

24     McFarlane Toys.

25  A  Yes.

29

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q   Do you see those?

2    A   Yes, sir.

3    Q   And the unit price listed is $5.25?

4    A   Yes, sir.

5    Q   Whereas the majority of the other ones I guess look like

6        they're $22.50.  Can you, if you know, explain to me

7        what transaction is being reflected in those McFarlane

8        Toys entries.

9    A   I really can't verify exactly.  I can only tell you my

10       interpretation of what I'm looking at.

11   Q   Sure, if you can just give me that, that would be fine.

12   A   Because this is a collectors club report and it's to

13       McFarlane Toys, I would interpret this as being simply a

14       transfer of inventory from one company to the other, so

15       that if the sales of these toys out of McFarlane Toys

16       occurred, it's going to show up on their report as the

17       end sale to the retailer.

18   Q   And you're saying in this case you're just sort of

19       speculating.  Have you seen entries like that before

20       where you know that it's -- where you know for a fact

21       that that sort of transfer has taken place?

22   A   Unfortunately, yes.

23   Q   Why do you say unfortunately?

24   A   Because that's not the correct way of doing it, but, you

25       know, I have seen it done this way in past documents.

30

1  Q  What's the correct way to do it?

2  A  A simple journal entry transferring, transferring

3      inventory from one company to another so that it cannot

4      process through these reports and have situations like

5      double royalties paid if it shows up on collectors club

6      and a royalty is paid on it there and it is transferred

7      into toys and sold out of toys and have a royalty paid

8      on it there again.

9  Q  So do you supervise the entry of this data into this

10     database currently?

11  A  No, I do not.

12  Q  Okay.  I guess I'm just wondering to the extent there

13     are any sort of internal rules about how this data is to

14     be entered, do you have any -- do you help write those

15     rules or tell people how things should properly be

16     entered into this database now?

17  A  Yes, I do, only because I oversee all of the royalty

18     processing and it's very important that things are

19     processed correctly so that they show up on the reports

20     properly so that I have good documentation.

21  Q  So is it your understanding that in general people do

22     enter those transfers between McFarlane companies in

23     what you would consider to be the correct manner or do

24     you not know?

25  A  I would say for the past year as far as how long I have

31

Deposition of JULAINE CLAYBAUGH    7/17/02

1    been with the company that yes, it is being entered
2    correctly.
3    Q  Okay.  And I don't know if I asked you this before or
4       not.  McFarlane Toys Collectors Club, is that a separate
5       corporation or separate company from TMP International?
6       I guess I'm wondering what's its relationship to TMP
7       International.
8    A  Yes, it is a separate company, a separate corporation.
9    Q  Okay.  Turning to Exhibit 66 --
10   A  Yes, sir.
11   Q  -- do you have that?  Okay.
12                   MR. KAHN:  Jeff, just for your own
13           information, all sales would be ultimately
14           collected under for the purpose of this lawsuit TMP
15           International.  The collectors club, whether it
16           continues to exist as a separate entity or not,
17           McFarlane Toys, which has become, although there
18           may be a separate entity, it's treated as d/b/a of
19           TMP International.  If you're concerned that you
20           might be missing sales through this, you will not
21           be.  They will all be collected under TMP
22           International.
23                   MR. SIMMONS:  Yeah, that is what I'm
24           getting at.
25                   MR. KAHN:  And ultimately with the

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1          financial statements that's how it works.

2                    MR. SIMMONS:  Okay.  Good.  Thanks.

3     Q  Exhibit 66, you want to just explain to me what that is

4        telling me.

5     A  Again this is an inventory sales report processed

6        through the collectors club and specifically for item

7        No. 90118, which was called Red Angela.  It also

8        includes item No. 90118-D, which again it is Red Angela

9        but I understand the dash D stands for damaged.

10    Q  Okay.  And I'm just trying to figure this out from the

11       document, and you know that by looking in the upper

12       left-hand corner, is that right, where it says item

13       numbers, it has two columns for item numbers?

14    A  Correct.  And the first column says "From" and I started

15       with item No. 90118 and then ended with 90118-D because

16       I wanted to be able to collect any sales that related to

17       that specific toy.

18    Q  Okay.

19    A  This is similar to the dash R that's a repaint.

20    Q  Oh, okay.  And then looking to the actual entry on this

21       page, customer name is listed as "Archives to take out

22       of each."  Can you tell me what that means.

23    A  Well, the each actually falls under the unit column.

24    Q  Okay.

25    A  I would imagine if we can see that entire line for the

33

Deposition of JULAINE CLAYBAUGH   7/17/02

1    customer name, it would say "Archives to take out of

2    inventory."  They are archived toys.  They take a

3    certain amount of them and put them away for whatever

4    reason.  I can't answer the reasons behind it other than

5    we would like to have samples of all of our toys put

6    away in a safe place.

7  Q  To be used as exhibits in lawsuits, right?

8  A  I won't answer that.

9  Q  That's not a question.  Okay.  Turning to the second

10    page of Exhibit 66 --

11  A  Yes, sir.

12  Q  -- you want to just explain that, the information on

13    that page to me.

14  A  That is a sales document analysis report which I

15    explained to you before is very similar to the inventory

16    system of sales report only it doesn't give the dates

17    and detail that the inventory sales report would do, and

18    it specifically addresses item No. 90131, which is

19    called the Gold Angela.

20  Q  Okay.  And then the profits column, it's showing it in

21    parentheses, which I think means it's a negative number,

22    is that right?

23  A  Yeah, that's correct.

24  Q  Why is that?

25  A  I would have to run off the detailed report to be able

34

Deposition of JULAINE CLAYBAUGH    7/17/02

1      to answer that.

2   Q  Any --

3   A  I'm sorry, I'm just so used to running off the sales

4      document analysis report that I guess sometimes I ran

5      off the wrong report.  I should have run the one with

6      the detail in it and I didn't.  So if you need me to

7      replace those reports, I will certainly do that.

8   Q  Okay.  I don't know that we need you to do that at this

9      point.

10  A  Okay.

11  Q  And so then flipping through the remaining pages of

12     Exhibit 66, stop at 1593.

13  A  Yes.

14  Q  Okay.  Again, am I right in saying this is just showing

15     me the total number of Heavenly Fire Angela figures that

16     were sold by the McFarlane Toys Collectors Club?

17  A  Correct.

18  Q  Okay.  During the entire time period that this database

19     has been in operation through the date of your report?

20  A  Correct.

21  Q  Okay.  Stopping at the second to last page, which is

22     1595 --

23  A  Yes, sir.

24  Q  -- at the top of the page it refers to McFarlane Toys

25     Canada, Inc.  Can you explain to me what this document

35

Deposition of JULAINE CLAYBAUGH   7/17/02

1      is referring to.

2    A  McFarlane Toys Canada, Inc. is the company that handles

3       all of our Canadian sales.

4    Q  Okay.

5    A  So this is again a document analysis report showing the

6       sales that occurred during the time frame that I put in,

7       which was the entire period for just items 10113.

8    Q  And there were no sales?

9    A  Correct.

10                  MR. SIMMONS:  And, Mike, I don't

11              want you to have to testify or maybe Julaine can,

12              but you were talking about before all the sales

13              running through TMP International.  Do you know

14              whether that would be true for McFarlane Toys

15              Canada, Inc.?

16                  MR. KAHN:  Yeah, you know, we can

17              check on this.  I believe that that is the case,

18              and Julaine may actually be able to tell us for

19              royalty purposes generally, Julaine, if you have,

20              let's take an example, action figures for some

21              other licensor that gets sold in the United States

22              and Canada and overseas, how are those other -- are

23              there three separate royalty reports that would go

24              out then or would they be all collected under one?

25                  THE WITNESS:  The actual royalties

36

Deposition of JULAINE CLAYBAUGH   7/17/02

1    are all collected under one report, but I do run

2    reports out of each company.

3              MR. KAHN:  Okay.

4              MR. SIMMONS:  And when you say

5    royalties, we're referring to royalty reports, do

6    you mean royalty reports, royalties paid from TMP

7    International to Todd McFarlane Productions, is

8    that what --

9              MR. KAHN:  Either that or I was

10   asking her even more generally with other

11   licensors, so Todd McFarlane Productions or some

12   other licensor.

13             MR. SIMMONS:  Oh, if TMP

14   International is making toys for somebody else?

15             MR. KAHN:  Correct.

16             MR. SIMMONS:  Okay.

17             MR. KAHN:  So I believe the answer,

18   Julaine, correct me if I'm wrong, is there will be

19   a single royalty report but included within that

20   report will be a breakdown of sales domestically

21   and Canada and overseas?

22             THE WITNESS:  That is correct.

23             MR. SIMMONS:   Okay.  Thanks, Mike.

24 A One other thing that I wanted to point out is on the

25   McFarlane Toys Canada, Inc. reports, if there is any

37

Deposition of JULAINE CLAYBAUGH   7/17/02

1      dollars that show on this report, it's going to be in

2      Canadian dollars.

3   Q  I notice there is a C in the dollar columns.

4   A  Yes.

5   Q  Okay.  Just one second here.  Sticking with Exhibit 66

6      for a minute, there is only two pages for McFarlane Toys

7      Canada.  How do you -- I guess how do we know there

8      shouldn't be more pages for McFarlane Toys Canada?  It

9      looks like you only ran them on two characters.

10  A  If you look at Exhibit No. 67, there is more reports.

11  Q  Okay.  Sorry about that.  Let's turn to Exhibit 67 then.

12     Again just the first page of Exhibit 67, am I right that

13     this is showing me that McFarlane Toys, Inc. made no

14     sales of the Battle Horse With Medieval Spawn?

15  A  That is correct.

16  Q  Okay.  Turning to the second page, it's showing me that

17     McFarlane Toys, Inc. made no sales of the Medieval Spawn

18     character with the item numbers listed in the upper

19     left-hand corner, 11202 and 11202-R?

20  A  That's correct.

21  Q  I'm sorry, looks like it made one sale but no money was

22     received for that, it was a sample sale?

23  A  Correct.

24  Q  Okay.  Turning to the third page, TM 1599, are you

25     there?

38

Deposition of JULAINE CLAYBAUGH   7/17/02

1  A Yes.

2  Q Okay. Why don't you explain to me what that page is

3     showing us.

4  A Okay. Item No. 11200 is going to be the assortment of

5     Spawn Series No. 17. That includes several toys, one of

6     which is item No. 11202 that is on the previous page, we

7     sold as an assortment. We only made one sample sale as

8     an individual toy, which is the one to Cliffwood

9     Productions.

10 Q Okay. And turning back to Exhibit 59, the first

11    exhibit, which is the compilation that you put

12    together --

13 A Yes, sir.

14 Q -- can you just tell me where, if at all, on Exhibit 59

15    the items listed on these two pages of Exhibit 67 would

16    fit in. Does that make sense?

17 A Yes. If you look down at the bottom under Medieval

18    Spawn, you'll see Spawn Series No. 17. To the right of

19    that it gives item No. 11202. That is the item number

20    for the specific toy Medieval Spawn. The item number

21    for the entire series, which is the assortment, is

22    11200.

23 Q Okay. Again I'm on the third page here, TM 1599. Can

24    you explain to me the last entry, the Spawn Classic

25    Series.

39

Deposition of JULAINE CLAYBAUGH    7/17/02

1   A   If you look to the left of that under the column that is

2       labeled item number, the first item number is 11200,

3       which is the original assortment.  The second item

4       number has a dash C and a dash R.  The dash C tells me

5       that it is trilingual, in other words, it has three

6       languages on the package.  The dash R tells me it's a

7       repaint.  The 11200-R is a repaint without the

8       trilingual.

9   Q   Okay.  So if we're going through all the documents that

10      you have produced, and maybe we can shore some of this

11      up, if we took the number, you know, 11200, is it your

12      understanding you have produced documents that will show

13      reports for each McFarlane company, the toy collectors

14      club, McFarlane Toys, Inc., McFarlane Toys Canada, there

15      should be separate reports in the documents that we have

16      received for each company for this item number, 11200?

17      Did that make sense?  It was a little bit of a

18      convoluted question.

19  A   Yes, that makes sense.

20  Q   So for this item number I should have individual reports

21      for each company --

22  A   Yes.

23  Q   -- is your understanding.  Okay.  Bear with me for a

24      second.  I'm going to see if I can flip through some of

25      these and move us ahead a little bit.

40

Deposition of JULAINE CLAYBAUGH    7/17/02

1          (Counsel examining documents)

2    Q   Turning to page TM 1604 --

3    A   Yes.

4    Q   -- it looks like these are sales made by McFarlane

5        Worldwide, Inc., is that correct?

6    A   Yes, sir.

7    Q   Do you know whether McFarlane Worldwide, Inc. is still

8        making sales of toys?

9    A   Yes, it is.

10   Q   Okay.  Do you know what McFarlane Worldwide, Inc.'s

11       relationship is to TMP International?

12   A   I don't understand the question.

13   Q   I guess it sounds like, you know, the McFarlane Toys or

14       McFarlane Toys Canada handles sales in Canada.

15       McFarlane Toys, Inc. handles sales of toys in the U.S.,

16       is that correct so far?

17   A   Correct.

18   Q   And the toy collectors club may handle some other subset

19       of customers, is that correct?

20   A   Correct.

21   Q   So do you have an understanding as to what group of

22       customers McFarlane Worldwide, Inc. makes sales to?

23   A   Yes, that's all our international sales.

24   Q   Okay.  So it's everything else essentially?

25   A   Anything outside of the U.S. and Canada, yes.

41

1    Q  Okay.  Do you know how the sales -- all the sale prices
2       on this page are listed in dollars, and I'm just
3       wondering, are there any currency exchange issues when
4       you're dealing with sales by McFarlane Worldwide, Inc.?
5    A  No.  All sales in McFarlane Worldwide, Inc. are done in
6       U.S. dollars.
7    Q  And again for royalty purposes, all the McFarlane
8       Worldwide, Inc. sales, do those run through TMP
9       International?
10   A  Well, that's kind of a -- I don't know how to answer
11      that.  The salesmen sales are run through Worldwide for
12      royalty reporting purposes.  I gather all of the sales
13      from all the different companies.  I report them under
14      one royalty statement.
15   Q  Okay.  I guess that's what I needed to know.  So they
16      all --
17   A  The information is separate on the royalty statement.  I
18      will show domestic, I will show Canada and I will show
19      international sales on the statement itself.
20   Q  Okay.  This royalty report that we're sort of talking
21      about generally, is there a specific report that you run
22      annually or over some period of time to show what your
23      total sales are for purposes of the various royalties
24      you have to pay out?
25   A  It depends on how any individual contract is written,

42

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    but on the average I report royalties on a quarterly

2    basis, a calendar quarter.

3  Q  Okay.  I don't know if you can tell me how many various

4    entities you run out royalty reports for.  Can you

5    identify some of the companies that you run out royalty

6    reports for?  And I guess I mean licensors, that's what

7    I'm saying, yes, who the various licensors are that you

8    run out royalty reports for.

9  A  Well, I can -- I suppose I could identify some just off

10    the top of my head.

11 Q  Sure, whatever you can think of right now.

12 A  Let's see.  Universal Studios, Dream Works, National

13    Football League, National Basketball Association,

14    players associations relating to all the different

15    sports, hockey, baseball, football, there is probably 50

16    to 100 different royalty reports.

17 Q  Okay.  Have you ever done one for Todd McFarlane

18    Productions, have you ever run a royalty report for Todd

19    McFarlane Productions?

20 A  I don't do royalty reports for Todd McFarlane

21    Productions.  I do compile information, but it's not

22    done on a royalty report like what I send out to

23    licensors.

24 Q  How is it done?

25 A  Well, the same information is gathered, but it's

43

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1   gathered and put into a whole different format than our
2   actual royalty report.  I make internal journal entries
3   to move everything into the Todd McFarlane Productions
4   company, so any sales that occur in, say, McFarlane
5   Worldwide or Canada or collectors club or toys domestic
6   sales, all of that is calculated within the company.  It
7   is expensed.  The royalty is expensed within that
8   company, but then it is all transferred internally by
9   journal entries to Todd McFarlane Productions.
10  Q  Is that something you do on a regular basis, do you do
11     it, say, once a month or --
12  A  Since I took over, I have done it once a month, yes.
13  Q  So there would be a report for every month showing those
14     transfers for royalty purposes to Todd McFarlane
15     Productions?
16  A  Yes, for the last year, yes.
17                     MR. SIMMONS:  Okay.  Mike, if we
18            could get copies of those as well.
19                     MR. KAHN:  Okay.  Can we limit those
20            to -- well, I guess we could limit them to the same
21            categories of characters that --
22                     MR. SIMMONS:  I think so, yeah.
23            I'll let you know if I come up with a reason why
24            not, but yeah, I think so.
25                     THE WITNESS:  Now, that's going to

44

Deposition of JULAINE CLAYBAUGH   7/17/02

1       be a report that I generate because I take

2       everything relating to Spawn and lump it

3       all together.  So if I'm going to be splitting

4       things out --

5                   MR. KAHN:  Well, you know what.  Why

6       don't we -- how about if we start you up with a

7       couple sample Spawn reports and look at them and

8       see whether you want that information broken out.

9    Q  Julaine, you said you have done it just for the past

10      year, right?

11   A  Yes, sir.

12   Q  So why don't we just get the ones for the past year.

13      That would be fine.  How voluminous are these?  How many

14      pages do you think these are?

15   A  That depends on what you're asking for.  Are you asking

16      for the report to make the journal entry or all the

17      documentation that pertains to that report?

18   Q  I think I'm just asking for the report that you use for

19      the journal entry.

20   A  Okay.  Then it's just one page each month.

21   Q  Why don't we just get those.

22   A  Okay.

23   Q  And then do you know, Julaine, was somebody preparing

24      similar reports for Todd McFarlane Productions before

25      you got there?

45

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A   I have found no evidence of that.

2    Q   Okay.  Why don't we turn to Exhibit 68.  Are you there?

3    A   Yes, sir.

4    Q   Okay.  Am I correct that this is a report showing sales

5        of the Count Cogliostro action figure by McFarlane Toys

6        Collectors Club?

7    A   That's correct.

8    Q   And this Count Cogliostro figure that's referenced on

9        Exhibit 68, does that correspond with the Count

10       Cogliostro item that's identified on Exhibit 59?

11   A   Yes, sir.

12   Q   Just one second.  One of the exhibits here is out of

13       order.  If you could go to the very back of your exhibit

14       pile and pull up Exhibit 120.

15   A   Yes.

16   Q   Okay.  Do you recognize Exhibit 120?

17   A   I recognize it only that I received it from you, yes.

18   Q   So this is not a document that you assembled?

19   A   No, sir.

20   Q   Okay.  Do you have any idea what this document is?

21   A   I can basically tell you what it looks like to me, but

22       it's not a normal document that was run out of any

23       software program here.

24   Q   What does it look like to you?

25   A   Simply by looking at the customers' names, look vaguely

46

1    familiar within the -- the information that is contained

2    in the far left-hand column looks like it could be

3    customer ID numbers.  This does look like it could be a

4    re-creation of some sort of the documents that I have

5    provided to you that are called sales document analysis

6    reports.

7  Q  Okay.

8  A  But it looks to me like this was an extract exported out

9    of our Great Plains software program and possibly into

10    Excel and then printed from there.

11  Q  And so you mentioned those various computer programs.

12    Does that mean it's information that would exist on your

13    current database or is this stuff that was created in a

14    previous computer system?

15  A  There are no dates on this report anywhere that I have

16    seen that would tell me what time frame that this is

17    covering at all, so to be honest, I can't answer that.

18  Q  Sure.  That's fine.  Do you have any idea what the

19    right-hand column or the last column that has numbers in

20    it, it says 4.9 all the way down the page, any idea what

21    that might be referring to?

22  A  No, I don't.  I wondered the same thing.  I have no

23    idea.  In fact -- well, I would be totally speculating.

24  Q  And that's fine.  If I could turn your -- if you could

25    turn to page 34, what's listed as page 34 of that

47

Deposition of JULAINE CLAYBAUGH   7/17/02

1    document, Exhibit 120, also it's Bates TM 401, you'll

2    see -- and again I may be asking you to speculate here,

3    so just feel free to tell me if you have no idea, but

4    there are some -- looks like there are some total

5    numbers listed towards the top of the page.  See where

6    it says item totals?

7  A  Yes.

8  Q  Angela production units and then there is a percentage

9    number, 24.09 percent.

10 A  Yes.

11 Q  Any idea what that percentage number is referring to?

12 A  I have absolutely no idea whatsoever what the purpose of

13   those calculations are.

14                MR. SIMMONS:  Okay.  Direct this to

15        your attorney.  Mike, do you have any idea who

16        would know about these documents?

17                MR. KAHN:  Our best bet I think

18        within the company anyway would be Todd.

19                MR. SIMMONS:  Does anybody else work

20        there?

21                MR. KAHN:  All that Julaine and I

22        could figure out is that this document got

23        produced, it was probably maintained out of order,

24        because the page 1 of this document appears --

25                MR. SIMMONS:  Yeah, it's in the

48

Deposition of JULAINE CLAYBAUGH   7/17/02

1    back.

2                    MR. KAHN:  -- to start after

3         page 36.  I will tell you, for the record, that

4         these are among the documents that appear to have

5         been generated back in 1997 --

6                    MR. SIMMONS:  Oh, okay.

7                    MR. KAHN:  -- in an attempt to

8         calculate some sort of royalties, but I don't know

9         that for sure.  I just know that when we went back

10        and looked for older documents, we found among all

11        the Gaiman type documents several documents that

12        look like this, which appear to be compilations of

13        numbers having to do with sales of different toys.

14                   MR. SIMMONS:  Well, I'll talk to you

15            later.

16                   MR. KAHN:  Right.  Let us try to

17        work this out.  I mean we can talk about this.  I

18        can maybe get some more information.  Maybe we can

19        even talk to Allan, see if he knows what these are.

20                   MR. SIMMONS:  Sure.

21   Q  Well, that's going to dispense with several exhibits

22        then because I think Exhibits 69, 70 and 71 look to be

23        the same sort of reports.  If you could just take a

24        quick look at 69, 70 and 71, Julaine, and just let me

25        know if you recognize any of those documents.

49

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A   Again you're right, they are exactly like No. 120 and I

2        can't verify this information at all.

3    Q   Okay.  That's fine.

4                        MR. SIMMONS:  I'm actually at sort

5            of a logical point for a pause.

6                        (A short recess is taken)

7    Q   Julaine, I'm going to ask you to turn to Exhibit 72.

8    A   Yes.

9    Q   Do you recognize Exhibit 72?

10   A   Only from you producing it to me.

11   Q   Okay.  So this is -- you have never seen this before?

12   A   No, sir.

13   Q   Okay.  Do you have any understanding what this document

14       is?

15   A   No.  I could tell you my interpretation again, but I

16       really don't know.

17                       MR. SIMMONS:  Okay.  Mike, any idea,

18           is this something we're going to have to ask either

19           Todd or Allan about?

20                       MR. KAHN:  This is something again

21           which was included in the pile of materials that

22           apparently were generated sometime in the summer of

23           1997.

24                       MR. SIMMONS:  Okay.  That's kind of

25           what I thought.

50

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q  We'll turn to Exhibit 73.  Do you recognize that
2      document?
3   A  I recognize the format of the document, but as far as
4      ever seeing this document before you produced it to me,
5      it was the first time I had seen it.
6   Q  What do you recognize the format as being?
7   A  It looks like information directly off of a purchase
8      order that we may have placed with our manufacturer.
9   Q  Probably just reflecting the cost to produce various
10     toys?
11  A  Correct, as well as other information, such as tooling
12     and other various costs that would enter into it.
13  Q  Turn to Exhibit 74.  Do you recognize Exhibit 74?
14  A  I recognize it from you producing it to me.  It looks
15     like what would accompany a purchase order instructing
16     our manufacturer as to the shipping schedule.
17  Q  Do you currently create documents similar to this?
18  A  The company currently creates them.  I as an individual
19     do not.
20  Q  Okay.  Do you have any understanding of -- the documents
21     that the company currently produces relating to shipping
22     schedules, do they look just like this, same format?
23  A  Basically the same format, yes.
24  Q  Can you sort of -- do you think you can walk me through
25     what this document is telling me?

51

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1   A  Yes.

2   Q  Okay.  Just starting with the first line with a date on

3      it, this is January 14th, 1995?

4   A  Yes.

5   Q  Can you tell me what you think that line is telling me.

6   A  I think each one of those lines of dates is telling --

7      for that first line, January 14th, 1995, all the

8      information to the right of that number is going to tell

9      you what items and quantities of those items are to ship

10     during that week.

11  Q  Do you know what the second column on the left, "asst,"

12     do you know what that stands for, what it might stand

13     for?

14  A  My interpretation of that, because that's not something

15     real common, my interpretation is that they had set up

16     several different assortments, in other words, different

17     ratings of the toys in respect to the entire assortment

18     whereas in one week you may ship out as part of the

19     assortment more of No. 10111 in one week than you would

20     in another week.  So maybe assortment No. 4 tells them,

21     okay, these are the specifics of that assortment as far

22     as how many of each of these toys are to be produced and

23     shipped.  But that's my interpretation.

24  Q  Sure.  And again, I understand you may not really know

25     the answer to this, but I'm just trying to figure out

52

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    what you just said.  So assortment 4, it looks like the

2    line that says assortment 4 corresponds with Commando

3    Spawn, with a Commando Spawn character, am I reading

4    that correctly?

5  A  Yeah, and because there is assortments all the way

6    across, to be honest with you, I don't know what they

7    were referring to --

8  Q  Okay.  That's fine.

9  A  -- back in those times.  I know that what goes out with

10   our purchase orders now are very specific, so it

11   wouldn't have this kind of vague information on it.

12 Q  Okay.  Turning to Exhibit 75, I realize this is probably

13   a document created before your time, but do you have any

14   understanding as to what this document might be?

15 A  No.

16 Q  Okay.

17 A  This could be created anywhere, anytime.  It's very

18   vague.  I mean I can see that there are names of toys

19   across the top and there are dates.  It could be some

20   sort of a shipping schedule, but it's titled "New Spring

21   Pricing," so I couldn't really tell you.

22 Q  Have you ever created or seen documents, documents

23   created since you have been with TMP International that

24   are titled "New Spring Pricing" or, you know, new

25   whatever season pricing?

53

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A  The only thing that I would correlate with that would be
2       a price list that may or may not change throughout any
3       given year, and if there is a change that occurs, then
4       they will put out a new price list and they may put a
5       similar title to it.  But it would contain the item
6       numbers and descriptions and specifics as to the price
7       that we would offer our customers on any of the given
8       toys that it would contain.
9    Q  Okay.
10   A  This is too vague right here to be anything that would
11      relate to a price list.
12   Q  Okay.  Turn to Exhibit 76.
13   A  Yes.
14   Q  Same sort of questions, can you give me any explanation
15      what this document is?
16   A  Well, I can tell you my interpretation of it.  Again
17      there is no item numbers on here.  There is just names
18      of toys.  But it gives shipping dates on the left-hand
19      side and I would assume all numbers to the right of that
20      underneath each of the different names of toys are
21      giving quantities of the amounts that are shipped in
22      relation to that shipping date.
23   Q  All right.  Exhibit 77.
24   A  Yes.
25   Q  Can you give me any explanation of that document?

54

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A   I would say very similar to No. 76, it looks like

2        shipping dates on the left-hand side and quantities of

3        the different toys which are noted across the top.

4    Q   Okay.  Exhibit 78.

5    A   Yes.

6    Q   Do you have any understanding what that document is?

7    A   My interpretation of it is it looks like some sort of a

8        royalty calculation for Neil Gaiman.

9    Q   This is a document you -- have you ever seen this

10       document before?

11   A   No, I have not.

12   Q   Okay.

13   A   It looks like a document that somebody has also amended

14       by hand, and I don't recognize the handwriting or

15       anything on any of it.

16   Q   Okay.  There is a box with some figures in it and then

17       below that there is a series of totals and subtractions

18       and there is a listing for freight and duty and tax and

19       insurance, shipping.  I know you don't know how these

20       specific percentages were arrived at in Exhibit 78, but

21       I'm wondering, at TMP International do you maintain

22       information that would allow you to give us the current

23       freight percentage, current duty and tax percentage,

24       insurance percentage, percentages corresponding with

25       what are listed in Exhibit 78?

55

Deposition of JULAINE CLAYBAUGH   7/17/02

1   A  Yes, we do.

2   Q  I don't know if you can answer it off the top of your

3      head, but do you have any idea what some of those

4      percentages might be today?

5   A  Off the top of my head, I do not.  I know we do have

6      files that contain the information.  It's just I don't

7      have it in front of me.

8   Q  Sure.  That's fine.  And again I recognize that you

9      didn't create this document, but looking at the

10     beginning at the third line from the bottom, do you see

11     where it says royalty rate?

12  A  Yes.

13  Q  And it looks like it says publisher after that?

14  A  Yes.

15  Q  And then there is a five percent listed in the column to

16     the right of that?

17  A  Yes.

18  Q  Can you make any guess as to what that is referring to?

19  A  I would assume that the five percent is the actual

20     royalty rate that was used in calculating royalties due

21     to Neil Gaiman at the time this document was produced.

22  Q  Okay.  Could it also be the royalty rate that Todd

23     McFarlane Productions receives from TMP International?

24  A  Yes, it could be, because that is the rate that I use to

25     calculate royalties on Spawn toys.

56

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q   Okay.  And looks like there was a 3.5 percent figure

2       that was crossed out there.  Do you see where I'm

3       referring to?

4   A   I'll have to take your word for it being 3.5.  I see

5       there is a number there that's crossed out, but --

6   Q   Yeah, I know, it's small type.

7   A   Yeah.

8   Q   Assuming it's 3.5 percent, do you have an understanding

9       that the royalty from TMP International to TMP was ever

10      3.5 percent?

11  A   I have never seen anything that would tell me that, no.

12      It's always been five percent from everything I have

13      seen.

14  Q   And what have you seen that tells you that it's five

15      percent today?

16  A   Well, I have had to go back into previous years, mainly

17      just the last two years, back into the early part of

18      2000, to try and reconcile the entries that were made

19      from the different entries to production and paying Todd

20      for royalties and reconciling it, so I looked over many

21      documents in that period of time.

22  Q   When you say paying Todd for royalties, do you mean --

23  A   McFarlane Productions, I'm sorry, paying the company.

24  Q   Sure.  Have you ever seen any sort of license agreement

25      or royalty agreement between Todd McFarlane Productions

57

1   and TMP International?

2   A  Yes, I have.

3   Q  And did the agreement specify a royalty percentage?

4   A  Yes, it does, and I'm sure it's -- pretty sure it's five

5      percent, but again I would be working off my memory.

6   Q  Sure.  That's fine.  I'm going to turn your attention to

7      Exhibit No. 79 now.

8   A  Okay.

9   Q  Do you recognize Exhibit 79?

10  A  No, I don't, other than you provided it to me.

11  Q  Sure.  Do you have any -- in the upper right-hand corner

12     it refers to Spawn Archives Chromium.  Do you see that?

13  A  Yes.

14  Q  Any idea what that's referring to?

15  A  No, I don't.  I just see at the very top of this

16     document that it was faxed from somebody called

17     Wildstorm, so I don't think this has anything to do with

18     any transactions within this company.

19  Q  Have you ever heard of a company called Wildstorm?

20  A  No, no, just in the documents that I have seen here.

21  Q  Okay.  Below the Spawn Archives Chromium it just says TC

22     in capital letters.  Do you see that?

23  A  Yes, sir.

24  Q  Is it possible that that could be referring to trading

25     cards?

58

Deposition of JULAINE CLAYBAUGH   7/17/02

1   A   That could very well be.  I don't know.

2   Q   Does Todd McFarlane Productions or TMP International

3       ever use the abbreviation TC to refer to trading cards?

4   A   Not in the period of time that I have been here, but we

5       also have not sold trading cards in the period of time

6       that I have been here.

7   Q   Okay.  Turn to Exhibit 80.

8   A   Okay.

9   Q   Do you recognize Exhibit 80?

10  A   I recognize it from you providing it to me.

11  Q   Okay.  Exhibit 80 looks like a document from Irwin Toy

12      Limited?

13  A   Yes, sir.

14  Q   And then actually on the second page of the document in

15      the upper left-hand corner it refers to TMP Irwin

16      Licensing Corporation.  Do you see that?

17  A   Yes, sir.

18  Q   Do you have any understanding who Irwin Toy Limited or

19      TMP Irwin Licensing Corporation might be?

20  A   Yes, sir.

21  Q   Okay.  And who are they or what are they?

22  A   TMP Irwin Licensing Corporation was a company, some sort

23      of a partnership, I have never seen any actual

24      documentation on it, but they handled our international

25      sales before the company McFarlane Worldwide, Inc. was

59

Deposition of JULAINE CLAYBAUGH   7/17/02

1   formed.

2                   MR. SIMMONS:  Okay.  And so, Mike,

3           if I wanted to ask anybody about that, would Todd

4           probably be the person?

5                   MR. KAHN:  Yeah, Todd would be the

6           one who would know.

7   Q  Turning to Exhibit 81 --

8   A  Yes, sir.

9   Q  -- can you tell me what Exhibit 81 is.

10  A  Yeah, I recognize this one.

11  Q  It's got your name on it.

12  A  Yeah, I better recognize it.  Yes, I do.

13  Q  Okay.  Can you tell me what it is.

14  A  In preparation for documents that were being requested,

15          I contacted somebody with the company HBO and requested

16          from them any copies of royalty statements and checks

17          that they could provide to me in reference to Spawn, the

18          movie, or I guess this was the TV series.  I'm sorry.

19  Q  Right.  This is the HBO animated TV series?

20  A  Yes.

21  Q  And are these royalties, are these checks for sales of

22          videotape or are they royalties for showing of the

23          series on television, do you have any understanding as

24          to what the royalties correspond to?

25  A  My interpretation of the statements that they provided

60

Deposition of JULAINE CLAYBAUGH    7/17/02

1        to me are that these are for sales of videotapes.

2    Q   And do you know how many different videotapes are there?

3    A   Again going from these documents here, they mention

4        Spawn I, Spawn II and Spawn III.

5    Q   Okay.  Have you had any other contact with HBO or HBO's

6        representatives about the HBO series other than calling

7        to request these royalty reports?

8    A   No, I have not.

9    Q   Do you know who normally does deal with HBO on these

10       matters, if anybody?

11   A   Well, there is no reason to be dealing with HBO right

12       now simply because there is no animated series going on.

13       Prior to that I would imagine that maybe Terry

14       Fitzgerald.

15   Q   Turning to the third page of Exhibit 81, you see

16       apparently there is a Xerox of some attorney work

17       product on here, Post-it note that should have been on

18       there, but there is a -- do you see where it says

19       "T. McFarlane share at 25 percent"?

20   A   Yes.

21   Q   Can you tell me what that's referring to?

22   A   Well, it looks like it's 25 percent of the total royalty

23       that is calculated on the line above it.  I would have

24       to have a calculator to know that for sure, but that's

25       my assumption at this point.

61

Deposition of JULAINE CLAYBAUGH  7/17/02

1   Q   But you don't have any understanding, any personal
2       understanding of where that 25 percent figure is coming
3       from?
4   A   No, I don't.
5   Q   Do you know where that money -- that 25 percent, is that
6       something that comes to TMP or TMP International or Todd
7       McFarlane directly?
8   A   It goes to Todd McFarlane Productions, the company.
9   Q   And then it didn't look to me like this exhibit contains
10      all of the royalty reports that may have been sent out
11      for this, for these videos.  We're a little bit out of
12      order here, but let's see, it looks -- I think, bear
13      with me one second as I flip through here, looks like
14      the earliest statement we have for Spawn, turn to page
15      TM 1552.
16  A   Okay.
17  Q   I think that is the first statement in here for -- no, I
18      take that back.  Turn to TM 1557, second to last page.
19  A   Okay.
20  Q   It looks like that's the earliest statement we have for
21      the Spawn video.  I assume it's the first Spawn video
22      because some of the other documents refer to Spawn II
23      and III, yet it says Royalty Statement No. 7.  Do you
24      see where I'm --
25  A   Yes.

62

Deposition of JULAINE CLAYBAUGH   7/17/02

1  Q  -- referring to?

2  A  Yes.

3  Q  Do you have any understanding as to whether there were

4     additional royalty statements given to TMP or TMP

5     International?

6  A  Again I would interpret that as being yes, that there

7     were, but I don't know that for a fact.  And we are

8     getting back into a time period where no

9     documentation -- as far as looking on a computer program

10    to see where a deposit may have occurred is very

11    difficult.

12 Q  Again these are documents you requested from HBO,

13    though, correct?

14 A  Correct.

15 Q  So you just asked them to give you whatever they had

16    relating to royalties that were paid out?

17 A  Yes.

18 Q  Okay.

19 A  But like you, because it says statement No. 7, I would

20    on a normal basis go back to them and say can I have

21    statements 1 through 6.

22 Q  Sure.  Did you do that in this case?

23 A  No.  I received the information and forwarded it without

24    really reviewing it.

25 Q  Fair enough.  Turning to Exhibit 82, do you recognize

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1        Exhibit 82?

2    A   Yes, this is an agreement with New Line Productions.

3    Q   I believe in the re line it refers to itself as a

4        merchandising agency agreement, and if you turn -- I

5        take that back.  Do you have any understanding as to

6        whether any merchandise was produced by New Line

7        Productions pursuant to this agreement?

8    A   I don't have personal knowledge of that at all.

9    Q   Okay.  Do you have any understanding as to whether there

10       was any merchandise produced in conjunction with New

11       Line?

12   A   Produced by New Line?

13   Q   Well, it looks to me like this is an agreement between

14       Todd McFarlane Productions and New Line Productions and

15       it's indirectly also with Katja, K-a-t-j-a, Motion

16       Picture Corp. relating to merchandise that New Line

17       and/or Katja might produce as a result of the Spawn

18       motion picture.  I'll just represent that to you as

19       that's my interpretation of the agreement.

20           Do you have any understanding as to whether any

21       companies produced merchandise or sold merchandise

22       relating to the Spawn motion picture?

23   A   I have an understanding that that did occur, but I could

24       not sit here and give you any names of companies or any

25       items that were actually manufactured without further

64

Deposition of JULAINE CLAYBAUGH   7/17/02

1    investigation.

2  Q  Sure.  Do you have any idea what items might have been

3     produced just generally, I mean do you know whether

4     there was any clothing produced?

5  A  I'm sorry, I couldn't give you any specifics right now.

6  Q  Okay.  Well, turn to Exhibit 83.

7  A  Yes.

8  Q  Do you recognize Exhibit 83?

9  A  From you producing it to me.

10  Q  Okay.  Do you have any understanding as to what

11     Exhibit 83 is?

12  A  It looks like a financial statement referencing Spawn.

13     Because it's Random House, I would assume it's some sort

14     of printed publication.  It looks like it might be some

15     sort of a royalty report of some kind.

16  Q  Sure.  But again you're just reading the document and

17     sort of speculating as to what it might be, correct?

18  A  Correct.

19  Q  Okay.

20  A  I have not gone in and verified receipt of any monies

21     that this report may say that it has given to Todd

22     McFarlane Productions.

23  Q  Okay.  Turn to Exhibit 84.

24  A  Yes.

25  Q  Do you recognize Exhibit 84?

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A  I have seen it before, yes.

2    Q  Okay.  Do you have any understanding as to what it is?

3    A  Well, I know that it's a license agreement.  I have not

4       studied it to know the details of the agreement itself,

5       no.

6    Q  Okay.  It looks to me to be an agreement between Todd

7       McFarlane Productions and a company called Capcom,

8       C-a-p-c-o-m, Company, Ltd.?

9    A  Yes.

10   Q  It's a Japanese company and it looks to me like an

11      agreement to make various video games?

12   A  Yes.

13   Q  Incorporating a bunch of characters from the Spawn

14      series.  Do you know whether any video games were ever

15      produced in conjunction with Capcom?

16   A  I could not verify that one way or the other.

17   Q  Okay.

18   A  Again, these are in time frames that are before my time.

19   Q  During the time that you have been with Todd McFarlane

20      or TMP International, are you aware of any video games

21      incorporating any of the Spawn characters?

22   A  There is nothing at the moment that we are receiving as

23      far as royalties are concerned in that regard, no.

24   Q  Has there ever been a time when you have been at TMP

25      International that royalties came in for video games?

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A  No.

2    Q  Turn to Exhibit 85.

3    A  Yes.

4    Q  Do you recognize Exhibit 85?

5    A  From your producing it to me, yes.

6    Q  In the lower right-hand corner it has a date of

7       June 22nd, 1999.  Again that's before your time,

8       correct?

9    A  Yes, sir.

10   Q  When was your start date?  I apologize.  I may have

11      asked you this already.

12   A  The end of June of last year, 2001.

13   Q  This looks like a royalty statement from 989 Studios.

14      Have you seen subsequent, have you ever seen royalty

15      studies from 989 Studios during the time that you were

16      at TMP International?

17   A  No, sir.  Seeing this document was the first time I had

18      ever seen that company name.

19   Q  Okay.  Turning to Exhibit 86 --

20   A  Yes.

21   Q  -- same question, do you recognize Exhibit 86?

22   A  I recognize it for what it is.  I have never seen it

23      before and I have not seen any royalty statements or

24      payments come in from Sony in regards to Spawn.

25   Q  Are you aware of any agreements between TMP or TMP

67

Deposition of JULAINE CLAYBAUGH    7/17/02

1       International and Sony?

2   A   My memory tells me that I have seen it, but I can't

3       verify that without having it in front of me.

4   Q   Okay.  Move on to Exhibit 87.

5   A   Okay.

6   Q   Just give me a second here.

7   A   Okay.  Yes.

8   Q   Do you recognize Exhibit 87?

9   A   Again I have seen this document, but I have not actually

10      read it as far as knowing the details of the document.

11  Q   Okay.  Looks like an agreement between HBO and Todd

12      McFarlane Productions.  Again I may have asked you this

13      before in conjunction with the videotapes, but are you

14      aware of any other payments of any form, royalties or

15      license fees or anything coming to TMP International or

16      TMP from HBO, anything other than the videos that we

17      already discussed?

18  A   No, I'm not.  There has not been any reports or any

19      payments that have been received in the year that I have

20      been here.

21  Q   Okay.  Turning to Exhibit 88 --

22  A   Yes.

23  Q   -- do you recognize Exhibit 88?

24  A   From you producing it to me, yes.

25  Q   Okay.  It looks to be an actor agreement between Todd

Deposition of JULAINE CLAYBAUGH    7/17/02

1   McFarlane and HBO.  This may be subsumed in the previous
2   question.  Are you aware of any payments coming to Todd
3   McFarlane individually or Todd McFarlane Productions
4   from HBO relating to any sort of actor agreement?
5   A  No, sir, I'm not.
6   Q  Exhibit 89, do you recognize Exhibit 89?
7   A  Yes.
8   Q  Okay.  Good.  Is this a document you created?
9   A  I didn't create it, but I provided it to you from our
10     database.
11  Q  Okay.  You provided it from the database.  Is this a
12     format, is this a document that you can -- describe for
13     me how this document was produced.
14  A  Well, we have a couple of people that kind of oversee
15     all of the workings for any of the comics that we are
16     involved in, and so they maintain a database on all the
17     Spawn, all the -- any comics that we are involved in,
18     there will be a page similar to this one that you're
19     looking at here as Exhibit 89 that gives all the
20     information relating to the artists that were involved
21     and also gives a summary of what the plot of the comic
22     is and also lists the characters that are included in
23     the comic.
24  Q  Okay.  And is this information maintained on the same
25     database that you were referring to earlier that you

69

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH   7/17/02

1      used to generate Exhibit 59?

2   A  For the comics area of that exhibit, yes.

3   Q  And I notice on the first page of Exhibit 89 there is a

4      section that says "Print Run," you see it about

5      two-thirds of the way down the page?

6   A  Yes, sir.

7   Q  And there is nothing listed in that section, is that

8      correct?

9   A  Yes, sir.

10   Q  Is print run information available for this particular

11      issue of Angela?  Could you have generated information

12      to fill in that space?

13   A  I imagine that there is documents that I could probably

14      locate that would give me that print run information.

15   Q  But if it's not in Exhibit 89, does that mean the print

16      run information isn't in your database?

17   A  That's correct.

18   Q  And then turning to the second and third pages of

19      Exhibit 89, I guess the same question again, they look

20      like the same type of reports as the first page, again

21      there is no print run information?

22   A  Yes.

23   Q  That probably means it's not in the database?

24   A  That is correct, because the person who was maintaining

25      the database didn't put that information in.

Deposition of JULAINE CLAYBAUGH   7/17/02

1  Q  From what I have seen, what's been produced -- well,
2     actually, turn to Exhibit 90 first.
3  A  Okay.
4  Q  Can you tell me what Exhibit 90 is.
5  A  Again this is another print-off giving the information
6     regarding the Angela trade paperback book.  This is
7     information that is in our database.
8  Q  Okay.  And here Exhibit 90, all three pages of
9     Exhibit 90 do have print run numbers associated with
10    them on the right side of the page?
11 A  Yes.  If you'll notice, all three of them are the same,
12    the same publication.  They are all three book number
13    one.  It's simply giving us the pictures of the three
14    different covers that were used for that particular
15    trade paperback.
16 Q  Do you know where that print run number would have come
17    from to begin with?  When somebody inputted into that
18    database, where do they get that number from to put into
19    the database?
20 A  I can tell you where I think that they probably got it,
21    but I'm not the person who put that information in, so I
22    can't verify it.
23 Q  Yeah.
24 A  I believe that Image Comics would have provided us with
25    that information.

71

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q   And I'm noticing the only sheets that we have similar in

2       the same format as Exhibit 89 and 90 just refer to the

3       Angela comic books and Angela trade paperbacks.  I'm

4       wondering if you know the fact that we didn't get

5       equivalent documents for Spawn issue 9, Spawn issue 26

6       and the trade paperbacks incorporating those issues,

7       does that mean that that information is not on your

8       database?

9   A   No, it's not.  I can generate that for you.

10  Q   Okay.  If we could get the same documents, that would be

11      good, for Spawn 9, Spawn 26.

12  A   Okay.  Any others?

13                      MR. KAHN:  Trade paperback?

14                      MR. SIMMONS:  Yeah, trade

15          paperbacks.  I'm sorry.  I guess it would be

16          volume 2 and volume 6, which is also called Pathway

17          to Judgment.  And while we're at it, this may be --

18          Mike, why don't we go back to Exhibit 59 for a

19          second, the first one, that sort of summary

20          document that you created.

21                      THE WITNESS:  Yes, sir.  You want

22          them all?

23                      MR. SIMMONS:  That's what I'm

24          thinking, might be an easier way to get the

25          information that I requested from Mike in some of

72

Deposition of JULAINE CLAYBAUGH    7/17/02

1    the document requests.

2                    THE WITNESS:  And that's fine,

3    because I have already printed all these off on all

4    the Spawn comics.  I have a file now that has

5    hardcopy.  It's just a matter of making

6    photocopies.

7                    MR. SIMMONS:  That seems like it

8    would be the easiest for all of us.

9               (Discussion off the record)

10                   MR. SIMMONS:  Actually, you mind if

11   we just take a couple of minutes here.  There is a

12   new set of exhibits coming up, and I just want to

13   make sure that I have my act together before I

14   start asking you questions about them.  We'll just

15   take five.

16              (A short recess is taken)

17   Q  Looking at Exhibit 91, do you recognize this document at

18      all?

19   A  Yes.

20   Q  Okay.  Can you tell me what it is.

21   A  This is a document created by Image Comics in relation

22      to giving us the bottom line financial information for

23      Angela No. 1 comic.

24   Q  Okay.  As I'm looking in the lower left-hand corner, I

25      see it looks like it was created January 20th, 1995?

73

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A   I would say that that's probably accurate.

2    Q   So this is before your time with Todd McFarlane

3        Productions, right?

4    A   Correct.

5    Q   Do you receive similar reports currently from Image

6        Comics?

7    A   Yes, we do.

8    Q   Okay.  So you have an understanding of the general

9        format this is laid out in?

10   A   Yes, I do.

11   Q   So maybe while you're not familiar with these specific

12       ones, maybe you can walk us through some of the terms

13       they use and the way this is set up.

14   A   Certainly.

15   Q   Unless I'm missing it, it doesn't look to me -- I'm

16       looking at page 1 of Exhibit 91.

17   A   Yes.

18   Q   I don't see the total number of units sold on this

19       document.  Am I missing it?

20   A   As far as units, it's not on here.

21   Q   Okay.

22   A   And there unfortunately is a consistency issue on that

23       because I have come across where they are on there, but

24       these ones obviously they're not.

25   Q   Okay.  The reports you receive currently, are the number

74

Deposition of JULAINE CLAYBAUGH   7/17/02

1    of units usually listed on those documents?

2    A  That's hard to say.  Sometimes they are and sometimes

3       they're not.

4    Q  Okay.

5    A  What I look at is the cover price and the total invoice

6       and go from there if I need to come up with a number of

7       units.

8    Q  Okay.  That was going to be my next question.  That's

9       how you would go about estimating what the total number

10      of units are?

11   A  Yes, sir.

12   Q  Okay.  So in this case it would be -- I'm looking at the

13      third line from the top where it says cover price,

14      $2.25.  Do you see that?

15   A  Yes.

16   Q  So your understanding would be you take that number and

17      divide it into the number that's four lines below, I

18      think it says total invoiced, $250,969.50?

19   A  Yes.

20   Q  You divide that 250,000 number by two and a quarter and

21      you would come up with what the total number of units

22      sold were?

23   A  Yes.

24   Q  What about -- is there another way to do this?  I'm

25      wondering, looking at the unit cost line, do you see

75

Deposition of JULAINE CLAYBAUGH   7/17/02

1      that four lines from the top?

2   A  I think that's more involved in a cost of production.

3   Q  Okay.

4   A  But again I would verify that with Image Comics.

5   Q  I was just wondering, if you took the unit cost number

6      and then there is in sort of the middle of the document

7      a total cost of goods sold, do you see that?

8   A  Yes.  And if you see after the words unit cost, it has

9      in parentheses cost of goods sold divided by quantity

10     paid for, and that must be some sort of an internal

11     calculation that they do.

12  Q  Okay.  I'm wondering, the cover price, I guess I'm just

13     looking at these numbers, I'm trying to figure out how

14     the distributor makes any money here.  I guess I'm

15     wondering if the calculation I just proposed to you

16     actually makes sense, dividing the 250 by two and a

17     quarter, because it seems to me that I guess that

18     wouldn't leave any percentage for the distributor or the

19     retailer on the street.  Does that make sense if we

20     divide the cover price, is presumably what the

21     distributor or the retailer sells the --

22  A  Well, actually, you're right there.

23  Q  I'm just sort of walking through it.

24  A  That is an accurate way of going about getting that

25     number.

76

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q  So it would be an approximation, but it wouldn't give us
2      the exact number?
3   A  Right.  You just have to know what the actual markup is
4      between who they sell it to and the end retailer.
5   Q  Do you have any idea what the markup is on these?
6   A  No, I really don't.
7   Q  Okay.  Who at TMP, Todd McFarlane Productions or TMP
8      International would be responsible for receiving these,
9      currently be responsible for receiving these type of
10     reports from Image Comics, if you know?
11  A  That's me.
12  Q  Excuse me.
13  A  That's me.
14  Q  Oh, it is you.  Okay.  I'm going to turn to Exhibit 92.
15  A  Yes.
16  Q  It looks to me like it's -- well, it's kind of a
17     variation on what we were looking at in Exhibit 91 in
18     terms of format.  Is this a document you received
19     from -- is it a document you believe was received from
20     Image Comics?
21  A  Yes, it was.  It was a document that I personally
22     received.  If you see at the top, it gives you a
23     May 29th of 2002 date of it being faxed from Image
24     Comics to me.
25  Q  Okay.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A   I requested the information.

2    Q   Okay.  And can you just explain to me generally what

3        information is contained on this document.

4    A   Again it gives me all the financial information on the

5        income and expenses related to the income for the Angela

6        trade paperback.  I made a note off to the right of

7        Angela Hunt No. 1, so at some point I must have, I don't

8        know, researched it enough to know that that was the

9        name of the trade paperback.

10   Q   So this would be the first -- Angela Hunt No. 1, I don't

11       think that the term Angela Hunt was actually used on all

12       three versions of the trade paperback, so by Angela Hunt

13       No. 1, do you just mean the first version of the Angela

14       trade paperback?  Does that make sense?

15   A   Yeah, it could be the first printing.  I mean, yeah, I

16       mean they refer to it only as the Angela trade

17       paperback.

18   Q   Okay.  We'll turn to Exhibit 93.

19   A   Yes.

20   Q   I'll ask you the same questions here.  Is this a

21       document you received from Image Comics?

22   A   Yes, it is.

23   Q   And which publication is this referring to?

24   A   This is referring to the Spawn Angela Hunt trade

25       paperback, and on the first line to the left on the

78

Deposition of JULAINE CLAYBAUGH    7/17/02

1    report it mentions second printing.

2   Q  Okay.

3   A  Oh, it mentions it in several places, and it gives you

4      an example, if you see on that particular report, it

5      does seem to give some quantities as far as number of

6      units.

7   Q  Yeah, do you know what -- what I'm seeing is about four

8      lines from the top.  It says "Quantity paid for Ronalds

9      Printing"?

10  A  Correct.

11  Q  Is that what you're referring to?

12  A  Correct.

13  Q  Do you know what Ronalds Printing is?

14  A  Ronalds Printing I believe is the same as the company

15     called Quebecor, which is the printing company that

16     prints all of our comics.

17  Q  So do you have any understanding as to what the term

18     quantity paid for Ronalds Printing means?

19  A  I would think that maybe Image Comics paid Ronalds

20     Printing and that is the amount, the quantity that they

21     paid for, and then it looks like these entries are an

22     attempt to give them an idea of what inventory that they

23     had on hand, so they started off with the amount that

24     Ronalds Printing actually printed and then the amount,

25     they deducted the amount that Diamond Comics took, then

79

Deposition of JULAINE CLAYBAUGH    7/17/02

1       they deducted the amount of studio and Image comp to

2       come to a remaining inventory number.

3   Q   Okay.  So it looks like the total print run, based on

4       this document, would look like the total print run for

5       the second printing, at least as far as the information

6       contained on this document, was 7,500?

7   A   Yes.

8   Q   Okay.  Why don't I turn you back to Exhibit 90, which

9       are the reports that you printed off from your database.

10  A   Yes.

11  Q   And I'm just looking, this is Exhibit 90, the report for

12      the Angela trade paperback, and down in the notes

13      section of it, about three-quarters of the way down the

14      page --

15  A   Yes.

16  Q   -- none of the numbers for the various printings

17      correspond with the 7,500 number listed on Exhibit 93.

18  A   Yes.

19  Q   Any idea why they don't correspond?

20  A   I would have no idea what the source was for them coming

21      up with these print numbers on Exhibit No. 90 to be able

22      to relate to that.  I mean it may be the Image

23      statement, Exhibit 93, is inaccurate, but I don't know

24      which one, one or the other, is inaccurate and I don't

25      know which one it is.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q  Looking at Exhibit 93, the sixth printed line down, it
2       says "Less studio and image comps," do you know what
3       that term means?
4    A  Well, I know what the term comps means.  I don't know
5       what studio is in relation to the entire picture.  I
6       would assume that Image keeps some comps within their
7       own inventory for archive purposes or whatever, but I
8       don't have a clue as to what studio is.
9    Q  Okay.
10   A  Unless it's studio color, which it could be.
11   Q  I'm going to turn to -- I'm sorry, studio color did you
12      say?
13   A  Yes.
14   Q  What's studio color?
15   A  If you look about halfway down that page under the title
16      of expenses, you'll see a notation for studio color, and
17      that is the company that does -- I don't know how
18      exactly you would term it, but they do a lot of
19      advertising and stuff like that in relation to the
20      comics.
21   Q  Sure.
22   A  So perhaps because they are so strongly involved in the
23      production of each of the comics that they get comps to
24      keep in their archives.  That's how I would interpret
25      it.

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q  Okay.  Turning to Exhibit 94, is Exhibit 94 a document

2      that was sent to you by Image Comics?

3   A  Yes.

4   Q  And what's your understanding of the information that

5      Exhibit 94 contains?

6   A  Again financial information pertaining to a publication

7      that they titled Angela/Glory.

8   Q  Okay.  And turning to Exhibit 59, which is again that

9      summary document that you compiled --

10  A  Correct.

11  Q  -- Angela/Glory No. 1, which seems to be what's referred

12     to on Exhibit 94, if that is a separate publication,

13     that seems to be one of the publications that does not

14     appear on the summary you created on Exhibit 59.

15  A  That is correct.

16  Q  Okay.  And I may have asked you this before, but again,

17     do you have any understanding as to why Angela/Glory

18     No. 1 might not appear on the summary you created in

19     Exhibit 59?

20  A  Obviously it was not in -- well, not obviously, but it

21     must not have been in the database.  It's possible that

22     we were not the ones that were receiving the statements

23     and the payments on this, so I would have had no other

24     way to run across it.  I don't know who Glory is and I

25     don't know who the creator of Glory is, but I guess it's

82

Deposition of JULAINE CLAYBAUGH   7/17/02

1   very possible that they would be the ones who received

2   this information originally.

3   Q   I'll put you down towards the bottom of Exhibit 94, and

4   there is a line that says "First payment to creator."

5   A   Yes.

6   Q   Do you have an understanding as to who the creator is

7   that's being referred to in that line?

8   A   No.

9   Q   So it may or may not be Todd McFarlane Productions?

10  A   That's very true.

11  Q   We'll turn to Exhibit 95.

12  A   Yes.

13  Q   Can you tell me what Exhibit 95 is.

14  A   This is an accounting provided by Image Comics in

15  relation to what they are terming Spawn Angela Hunt

16  trade paperback.

17  Q   Okay.  Do you -- let's see.

18  A   Well, and actually, since they are attached to it,

19  relate to completely other publications, so that's just

20  the first sheet of Exhibit 95.

21  Q   Yes.  Thank you.  Again are these documents that were

22  sent to you by Image Comics?

23  A   Were they sent to me by Image Comics?

24  Q   Yeah, I think some of the earlier exhibits, like

25  Exhibit 91 --

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A   Oh, are you asking ones that I requested that were faxed
2        to me?
3    Q   Correct.  Exhibit 95, does that consist of documents
4        that you requested be sent to you?
5    A   I may have requested them, but I don't see any
6        indication that they came to me as far as faxed in to me
7        and me turning around and providing them to you.
8    Q   Okay.
9    A   I have seen so many of these things that it's hard for
10       me to pick one out and say yes, I have seen it before.
11   Q   Sure.  On Exhibit 95, if you could turn to the page
12       marked TM 1682 --
13   A   Yes.
14   Q   -- do you see in the lower right-hand corner to the
15       right of the line first payment to creator?
16   A   Yes.
17   Q   There is some handwritten notes.
18   A   Yes.
19   Q   Any idea whose notes those are?
20   A   Yes.  Me.
21   Q   Okay.
22   A   That's my checkmarks and my initials on there.
23   Q   Okay.  What are they?  What do those notes refer to?
24   A   I think, if my memory serves me well, that I located
25       those actual payments as having been received.  You're

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH    7/17/02

1       referring to the ones that are next to the line that

2       says first payment to creator?

3    Q  Correct, at the bottom of the page.

4    A  Right.  So that if my memory serves me well, that's what

5       I'm sure that I was telling myself at the time was yes,

6       I verified that we received this check for $5,952.89,

7       yes, we received this check for $7,406.34.

8    Q  Okay.  And then turning to the next page, TM 1683,

9       similar checkmark and a number two down at the bottom of

10      the page?

11   A  Yes.

12   Q  Is that also your handwriting?

13   A  Yes, it is.

14   Q  The same explanation?

15   A  Yes.  Off the top of my head, I don't remember what my

16      distinguishing between number one and number two, unless

17      I was tracking down printings, like number one may refer

18      to it being the first print and number two being the

19      second print, but again I'm going by memory.

20   Q  And what is the -- what's the event you're remembering,

21      were these notations you made, was this something you

22      were doing in preparation for litigation, and if it is,

23      I don't want to know the substance of it, but were these

24      notations you made for just some purpose totally

25      unrelated to this litigation?

85

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A   No, it was related to this litigation.

2    Q   Okay.

3    A   At some point I was attempting to actually tie down

4        these numbers, but it ended up that I wasn't able to do

5        that all the way through all of these documents, only

6        because of time constraints.

7    Q   Okay.  Turning to TM 1684, the checkmarks and the star

8        at the bottom right of that page, are those also your

9        notes?

10   A   Yes, they are.

11   Q   Part of the same process you were going through?

12   A   Correct.  The checkmarks, I believe, if my memory serves

13       me right, if I would take those numbers and total them

14       up, they're going to total that one number of $173,468

15       that has the star next to it.

16   Q   Turning to TM 1685, the handwritten notes in the bottom

17       right-hand corner of that page --

18   A   Those are mine.

19   Q   Okay.  And what do they refer to?

20   A   April of 1995, I can't remember exactly, I would imagine

21       that they are payments received, but I would have to get

22       back into it again to know that.  This statement for

23       Angela No. 1, the date on it is 1994, so I may have gone

24       a little bit further and made myself some notes as to

25       other monies that were received after that date.

86

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q  If you could just quickly flip through the remaining
2       pages of the exhibit, again you'll see handwriting in
3       the bottom right-hand corner of each page.
4    A  Those are mine.
5    Q  That's what I figured.  Turn to Exhibit 96.
6    A  Yes.
7    Q  Do you recognize Exhibit 96?
8    A  No.  It's foreign.
9    Q  Is this a document that you -- would you have any idea
10      when this document was created?
11   A  No, I really don't.  I have never seen it before until
12      you provided it to me.  I can only assume from the
13      little bit that I read here that it's some sort of a
14      royalty payment and it's from a Japanese company.
15   Q  Have you ever seen royalty reports similar to this one
16      since you have been with TMP International?
17   A  No, I have not.
18   Q  Do you have any idea whose handwriting is in the middle
19      of the page?
20   A  No, I don't.  I don't recognize that handwriting.
21   Q  All of Exhibit 96 in general appears to deal with
22      foreign sales of various Spawn publications.  And again,
23      we're just trying to figure out how we determine what
24      the foreign, what the total volume of foreign sales is
25      of all the publications that are at issue in this

87

Deposition of JULAINE CLAYBAUGH   7/17/02

1   lawsuit, presumably all the publications that are listed

2   on Exhibit 59.  Are you aware of documents that would --

3   documents or data on a computer somewhere that would

4   tell us what the foreign sales were of all the various

5   Spawn publications at issue in this suit?

6  A  Well, Exhibit No. 97 is a document that I prepared based

7   on a database that has been maintained here at Todd

8   McFarlane that the licensing people were maintaining.  I

9   can't verify that the dollar amounts that are on that

10   were what was actually received and deposited into any

11   bank account, but I have to assume that they maintained

12   the level of accuracy.

13  Q  Okay.  Are there any -- can you explain to me how you

14   receive royalty payments, you being TMP International or

15   TMP, receive royalty payments from foreign distributors

16   or whatever foreign entities you may be selling Spawn

17   publications to.

18  A  You mean the method that we receive it?

19  Q  Yeah, I'm just trying to understand the process by which

20   the sales are made and then the money comes back to TMP

21   or TMP International.

22  A  Well, at the time a contract is signed, then they,

23   meaning the publisher that is purchasing the rights to

24   publish our work, pay in advance against future sales.

25   Most of the time at least in these instances their sales

88

1    have not exceeded the amounts in order to receive
2    additional monies based on quantities sold, at least not
3    compared to toys, and that's where my level of reference
4    is.  It's supposed to be on a quarterly basis.  There
5    isn't a whole lot of consistency to that, but there is
6    communication with these companies in order to attempt
7    to keep them reporting on a regular basis.
8  Q  Okay.  And so today is the actual printing and
9    distributing of the comic books or trade paperbacks,
10   does that actually take place in the foreign country
11   then?
12 A  Yes, sir.
13 Q  So the comic books that are sold abroad, they never pass
14   through TMP's hands?
15 A  That is correct.  We provide the publisher with a CD
16   that contains all the information that they need in
17   order to reproduce the comic in their country, and so as
18   far as the quantities and dollars that they receive and
19   sales that they make, we have to rely on information
20   that they provide to us.
21 Q  Okay.  And is there a standard format in which they
22   provide that information to you?
23 A  Unfortunately, not.  That is something that I would like
24   to see take place only for my own peace of mind.  They
25   all report in their own little way.

89

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q   Okay.  And so --

2   A   And I have no idea how many dollars are in one yen, so I

3       mean -- and that's on this Exhibit 96, it's reported in

4       yens.

5   Q   Okay.  And then on Exhibit 97, just so I make sure I

6       understand Exhibit 97, what you think Exhibit 97 is, is

7       it your understanding Exhibit 97 should include, should

8       be a summary of all the information that you have

9       received from all these foreign publishers relating to

10      what they have published in their various countries?

11  A   Yes.

12  Q   So all these -- you said that each foreign publisher

13      submits information in different forms.

14  A   Yes.

15  Q   Exhibit 97, it's your understanding that Exhibit 97 is

16      an effort to sort of pull all that information together

17      and put it together in one standard form?

18  A   That was my attempt, yes.

19  Q   Okay.  But this was something you compiled?

20  A   Yes, it is.  The biggest issue that I have on

21      Exhibit No. 97 is that there are several contracts that

22      were entered into that include a lot more than just one

23      comic.  It will include several different issues of

24      several different comics.  So coming down to, okay, how

25      much of the income that we received on this contract

90

Deposition of JULAINE CLAYBAUGH   7/17/02

1    truly relates to this specific comic, I simplified it.

2    I simply looked at, okay, there is eight different

3    comics here.  Therefore, I'm going to take the income

4    that was received and divide it by eight.  And I don't

5    think that that is an accurate way of doing it.

6  Q Okay.  It doesn't apportion them out, doesn't apportion

7    the revenue out to each specific issue?

8  A Exactly.  The number of pages that may be relating, the

9    popularity of the comic, there could be several issues

10   that enter into the picture that may make this portion

11   of this contract more valuable than this other portion

12   of the contract.  In other words, if you look at like

13   Titan Publishing Group on Exhibit 97, which is the third

14   from the bottom --

15 Q Yeah.

16 A -- and you'll see over into the middle of the page where

17   I have listed comments, you can see that there is

18   several different comics that were involved in this one

19   contract.  The first one says Creation & Evolution, 120

20   pages each, the next one we have Revelation and

21   Escalation, 120, then you get down to Confrontation and

22   Angela, Confrontation was 120 but Angela was only 72, so

23   how does one then come down to the bottom line, how much

24   of the royalties that were received relates to Angela.

25   Do you understand what I'm saying?

PROFESSIONAL REPORTERS, LTD.

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q  Yes, I think do.

2    A  Okay.

3    Q  And you're saying based on the information that these

4       foreign publishers give you, that's just not a

5       determination you can make?

6    A  No, because I would have to then be in touch more with

7       the publishers themselves to find out, okay, what was

8       the cover price, how many of this one were published,

9       how many -- you know, I would need a whole lot more

10      information than what I have.

11   Q  Sure, and we won't ask you for that at this time.

12   A  Thank you.

13   Q  I think you said this is a spreadsheet or database that

14      you went out of your way to compile this separately, is

15      that correct?

16   A  That's correct.

17   Q  So can you run the same information for domestic sales

18      or is that --

19   A  No, this is information that is strictly for

20      international because we're the ones that are handling

21      international.  We don't handle domestic.  Image Comics

22      does.

23   Q  Okay.

24   A  I mean I can request the information from them, but I

25      don't have access to the information myself.

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q   Okay.  No, we don't need that at this point.  And what's
2        the creation date on this?  I'm sorry, you may have told
3        me that.  When did you create this document?
4    A   Oh, I don't know, a couple months ago.
5    Q   That's all, just a general time frame.
6    A   I see that I follow along and didn't put a date on the
7        document.  It's just in the last two to three months.
8    Q   So I'm just trying to figure out what sales might be
9        missing, so there could be some smattering of recent
10       sales that aren't on here?
11   A   It's possible.  But like I said before, I'm the one who
12       gets royalty checks in and I don't remember seeing
13       payments on any of these older issues, but that's not to
14       say that they aren't there, you know.  I would have to
15       go through all the statements that I have received to
16       know that, but the information is available.
17   Q   And Exhibit 97 is just based on whatever documents you
18       had available in the files at TMP or TMP International?
19   A   Right.  I compiled this information based on a database
20       that was put together by people in our licensing
21       department, not people in our accounting department, and
22       as we all know, accountants are a whole breed within
23       themselves.  So I can't sit here and say that this
24       information as far as the dollars is real accurate.  I
25       have to assume that they were doing their job and

93

Deposition of JULAINE CLAYBAUGH    7/17/02

1    keeping these things updated and accurate.  But I did
2    not verify that yes, this is the money that we put into
3    the bank.
4    Q  Okay.  You said you pulled this off of a database.  So
5       this isn't -- am I correct that this then isn't based on
6       you looking at individual printed out letters or reports
7       that you received from the foreign publishers?
8    A  That is correct.
9    Q  Okay.
10   A  And again we're going back into time frames where I'm
11      not sure that those papers still exist.
12   Q  Some of them still do exist, though?
13   A  I'm sure that there are.
14   Q  Okay.
15   A  But they are located in a warehouse that's not air
16      conditioned.
17   Q  Okay.
18   A  If you catch my drift.
19   Q  Yeah.  Yeah.  In Arizona.
20   A  Yes.
21   Q  Yeah.  Okay.  Let's turn to Exhibit 98.  Do you
22      recognize Exhibit 98?
23   A  Only from you providing it to me.  I have absolutely no
24      idea what it is.
25   Q  Okay.

94

Deposition of JULAINE CLAYBAUGH    7/17/02

1    A  And what the purpose of anybody putting these numbers

2       together, I just don't know.

3    Q  Okay.  That's fine.  We'll turn to Exhibit 99.  Have you

4       seen Exhibit 99 before?

5    A  Not before you provided it to me.

6    Q  Okay.  We'll move ahead to Exhibit 100.

7    A  Okay.

8    Q  Do you recognize Exhibit 100?

9    A  I have seen this copy before, yes.

10   Q  Okay.  Do you have any understanding as to what it is?

11   A  My understanding is that it's a payment to Neil Gaiman

12      as a bonus for foreign sales of -- I don't know if it's

13      toys or if it's comics.

14   Q  Do you have any idea who generated the first page of

15      Exhibit 100?

16   A  No, I don't.  Well, the first page of Exhibit 100 is

17      simply a photocopy of a check.

18   Q  Okay.

19   A  The second page I do not recognize the handwriting and I

20      have absolutely no idea who generated.

21   Q  That was my second question.  Yeah.  Okay.  Well, turn

22      to Exhibit 101.

23   A  Yes.  We're back to Image Comics.

24   Q  Yeah.  Do you have any understanding of what Exhibit 101

25      is?

95

Deposition of JULAINE CLAYBAUGH   7/17/02

1    A  Yeah, it's an accounting prepared by Image Comics for

2         the production and distribution of a poster that they

3         termed Angela Spawn Heaven.

4    Q  Do you know, is that a poster that is still in

5         production?

6    A  Not that I'm aware of.  I have never seen any posters

7         still in production since I have been here.

8    Q  Did you talk to anybody, any of your co-workers at TMP

9         International or Todd McFarlane Productions about the

10        substance of Exhibit 101?

11    A  I'm not sure I'm understanding what you're asking me.

12    Q  Well, this is a document, looks like it was created at a

13        time before you were on board at Todd McFarlane

14        Productions or TMP International, and I'm just wondering

15        when you received this document from Image, did you go

16        to any of your co-workers at Todd McFarlane Productions

17        or TMP International and say, hey, do you understand

18        what Exhibit 101 is, can you explain some of the various

19        lines here.

20    A  No, because to me I do understand the exhibit, because

21        it's the same as the statements that we get from the

22        comics, I mean, you know, in general it's the same.

23    Q  Same general format, yeah.

24    A  And I see also that this was one that Image had provided

25        to me.  I see the line at the top that shows they faxed

96

Deposition of JULAINE CLAYBAUGH   7/17/02

1    it.  I did not get samples of these posters, but I'm

2    sure that I would be able to if it was requested.

3  Q  Turn to Exhibit 102.

4  A  Yes.

5  Q  Am I correct that this is essentially just a variation

6    of Exhibit 101 except for the Angela Pray for the Hunt

7    poster?

8  A  My understanding is that we're looking at two different

9    posters.

10  Q  That's what I mean.

11  A  But yes, it's the same type of document giving financial

12    information on their income and their expenses relating

13    to the production and distribution of this particular

14    poster.

15  Q  Okay.  And it looks like this report ends in the year

16    2000.  Are you aware of this particular poster still

17    being sold or still being in production?

18  A  In the year that I have been here, I have not seen any

19    income come in relating to any posters.

20  Q  Turning to Exhibit 103, again this is the same format as

21    the previous two exhibits.  This one just refers to

22    Angela poster.  Do you have any understanding of whether

23    this is yet a third poster or is this a subset of one of

24    the two previous exhibits we looked at?

25  A  Well, I would think because of the time, the dates that

97

Deposition of JULAINE CLAYBAUGH    7/17/02

1       are noted across the top as to the shipping dates, that

2       this is probably the first one, only because you're

3       going back into 1994 whereas the other ones were 1999,

4       2000 and '96.

5    Q  So that's a different time frame, and you assume it's --

6       it's a different time frame certainly, but you assume

7       it's also a different poster?

8    A  That would be my assumption. Again I would -- to sit

9       and swear to that, I would want to see a sample of each

10      one of these posters.

11   Q  Sure. And then Exhibits 104 and 105, same thing, they

12      look like just a variation of the same format as the

13      earlier exhibits, just these two are relating to

14      different posters this time?

15   A  Right. My interpretation would be the first poster

16      would be Exhibit 103, the second one is Exhibit 104 and

17      then the other two that we noted earlier, I guess it was

18      101 and 102, those probably came after. I mean that's

19      just from the dates of these statements, that's how I

20      would interpret it.

21   Q  And again Exhibits 104 and 105, your understanding is

22      these were given to TMP by Image Comics?

23   A  Correct.

24   Q  Turning to Exhibit 106, do you recognize Exhibit 106?

25   A  Wait a second. I have to get to that pile.

98

Deposition of JULAINE CLAYBAUGH    7/17/02

1    Q   Sure.

2    A   Here it is.  Yes, I do.

3    Q   Okay.  Can you tell me what it is.

4    A   This is a report that I printed out of a software

5        program called Quicken where I put in the parameters,

6        tell me everything that has been processed on New Line

7        Cinema.  So I don't know why West Linn Travel Cruise

8        popped up.  Maybe there was some expenses that were

9        referred to in the memo section so that's why it picked

10       it up in this report.

11   Q   And I think this is the first document we have seen with

12       information on the Quicken computer program.

13   A   Right.

14   Q   Does TMP or TMP International still use Quicken to

15       maintain any of its financial information?

16   A   No.  Emphatically, no.

17   Q   Do you have any understanding as to when they stopped

18       using Quicken?

19   A   Quicken was used only for Todd McFarlane Productions,

20       and if I remember, and again I'm going off of memory

21       here, it was right in the area of early to mid 1999 when

22       they set Todd McFarlane Productions up in the current

23       software that we use, which is Great Plains.

24   Q   Okay.

25   A   Todd McFarlane Productions was never set up in the first

Deposition of JULAINE CLAYBAUGH   7/17/02

1     Great Plains software.

2   Q  So do you have an understanding -- well, first of all, I

3      guess you're no longer using Quicken, correct?

4   A  That's correct.

5   Q  So when you pulled up this information, you created the

6      report in Exhibit 106, correct?

7   A  Correct.  Yes.

8   Q  You pulled that up, was that just from a database that

9      you had in storage somewhere or --

10  A  Yes.

11  Q  So do you have an understanding of what other

12     information is on that Quicken program or Quicken

13     database?

14  A  Yeah, there is a lot of information in there and there

15     is a lot of information that is missing.  I went through

16     a lot just trying to locate this program, trying to

17     locate the passwords to get into the program, and

18     whether or not the information that is in it is

19     complete, I think it's accurate what's there, but

20     whether it's complete, I would have to be able to access

21     hardcopy information to verify that.  Again we have

22     boxes and boxes and boxes in our warehouse, so I mean

23     we're talking a huge project.

24  Q  Sure.  But for example, theoretically should all the

25     payments made to TMP by Image Comics during the time

100

Deposition of JULAINE CLAYBAUGH   7/17/02

1      period that they were using the Quicken database, should
2      they be in the Quicken database?
3   A  They should be, yes.  But again, I can't verify that it
4      is as complete as I would hope that it is.  There may be
5      stuff missing, and the only way that I would be able to
6      verify that is to locate the hardcopy information.
7   Q  And we won't ask you to do that today.
8   A  If you could just wait a couple of months when it starts
9      cooling off here a little bit.  Otherwise it will just
10     cook me.
11                  MR. KAHN:  Although, on the comic
12             statements, the final lines talk about payments to
13             creators.  Presumably, Julaine, correct me if I'm
14             wrong, if they show a payment to creator in a
15             certain amount, when is that payment being made, at
16             the time that the statement is being sent?
17                  THE WITNESS:  Yes.  Correct.
18                  MR. KAHN:  So whatever the creators'
19             statements show would total the amount of
20             payments to Todd McFarlane Productions.
21                  THE WITNESS:  I should be able to
22             take anything that is labeled at the bottom of
23             Image statements as payments to creators, I should
24             be able to tie that down to a specific payment that
25             was received by Todd McFarlane Productions and in

101

Deposition of JULAINE CLAYBAUGH    7/17/02

1    some of the documents that are contained here where

2    I have made those checkmarks and stuff like that, I

3    did verify that, that those payments were received.

4    I didn't for everything and I certainly haven't on

5    all the Spawns.  I mean we're talking a major

6    project here, not one that I am telling you I

7    wouldn't do --

8              MR. KAHN:  Right, but no, I'm just

9    really -- off the record.

10              (Discussion off the record)

11  Q  And again we're referring to Exhibit 106 here,

12    Ms. Claybaugh, would revenue received for action figures

13    be entered in the Quicken database?

14  A  I can't answer that.  What I'm looking at here, only

15    because they are large dollars and they are even

16    amounts, it certainly would not cover any royalties for

17    any sales of any product that New Line might have paid

18    to us.  This looks like it directly relates to contract

19    rights and things like that.  So I don't know.  I would

20    have to research that further.

21  Q  What about more broadly, for example, royalty payments

22    from TMP International to Todd McFarlane Productions for

23    action figures sold by TMP International, have you ever

24    seen those royalty payments show up on the Quicken

25    database?

Deposition of JULAINE CLAYBAUGH  7/17/02

1   A  The only royalty payments -- oh, what you're asking me

2       is if I have seen any income on production side as far

3       as entries that would have been made out of Todd

4       McFarlane International or any of those companies?

5   Q  Well, your understanding is that TMP International pays

6       a royalty to Todd McFarlane Productions for the action

7       figures it sells, correct?

8   A  Well, payment is a very broad term here.  What actually

9       takes place is internal entries that are accounted for

10      on both sides.  I cannot sit here and tell you that that

11      was taking place back in this time frame.  I know that

12      it takes place now.  I know that it was taking place for

13      a couple of years before I took over.  But back in 1996

14      and 1997 I don't know if they would sit down and write a

15      check that was then deposited into Todd McFarlane

16      Productions or if it was simply a paper transaction.

17   Q  Okay.  And yeah, I think you have answered my question.

18      So it may or may not, some of these payments may or may

19      not have ended up in the Quicken database, you just

20      don't know, correct?

21   A  Correct.  If it was royalties received from New Line

22      Cinema for royalties that related to the contract that

23      we're referring to on Spawn, then my assumption would be

24      that yes, it should show up in the Quicken because that

25      would be production.

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q   Okay.  Why don't we turn to Exhibit 107.

2   A   Okay.

3   Q   Do you recognize Exhibit 107?

4   A   Only from you providing it to me.

5   Q   Okay.  Do you recognize the format of Exhibit 107?

6   A   You know, I don't.  It doesn't look like anything that

7       is printed out of any current software that I have been

8       using since I have been here.  But it does look like

9       something that was generated somewhere.  It's not just

10      like an Excel spreadsheet of any kind, so I really don't

11      know what the source of this document is.

12  Q   And my accounting consultant here is assuring me that

13      it's an earlier version of Quicken and I'll take his

14      word on that.

15  A   And hopefully I'll never have to know that because I do

16      not like Quicken.  Can you tell?

17  Q   Yes.  Why don't we turn to Exhibit 108.

18  A   Okay.

19  Q   And do you recognize Exhibit 108?

20  A   Not until you provided it to me.  I don't recognize the

21      handwriting or anything.  It's obviously a handwritten

22      ledger of some sort.

23  Q   Are you aware of ledgers of this sort being maintained

24      by Todd McFarlane Productions or TMP International?

25  A   I vaguely remember in trying to locate some documents in

104

Deposition of JULAINE CLAYBAUGH   7/17/02

1    regards to this Gaiman issue coming across some

2    documents that were in this time frame that were

3    handwritten, and this probably is one of those, but I

4    would have to verify that.  I recognize the dollar

5    amount.  I recognize everything else.  I have seen a

6    copy of this check.

7  Q  Okay.  We'll turn to Exhibit 109.

8  A  Okay.

9  Q  Do you recognize Exhibit 109?

10 A  No, I don't, not until you provided it to me.

11 Q  Do you recognize the format of the document at all?

12 A  It looks like an Excel spreadsheet to me.

13 Q  Okay.

14 A  And actually it's got Image Comics on it, so it looks

15   like something generated by Image.

16 Q  Turn to Exhibit 110.

17 A  Yes.

18 Q  Again, do you recognize Exhibit 110?

19 A  Yes.

20 Q  Is this a document you created?

21 A  Yes.

22 Q  Okay.  This is a document created from the Quicken

23   database that we referred to earlier?

24 A  Correct.  I went in and said give me any information

25   that you have in reference to Neil Gaiman.

105

Deposition of JULAINE CLAYBAUGH   7/17/02

1    Q  Okay.  So any payments or any monetary transactions one
2       way or another to Neil Gaiman that were entered into the
3       Quicken database --
4    A  Yes.
5    Q  -- should have shown up?
6    A  Exactly.
7    Q  The next set of exhibits, the last ones are these TMP
8       International auditors' reports.
9    A  Yes.
10   Q  Just generally, I guess there is some McFarlane Toy
11      reports in here as well.  Are you familiar with these
12      reports at all or can you tell me what your level of
13      knowledge is of these reports.
14   A  Only that I located an internal file that contained
15      these.  You had requested copies of financial
16      statements.  I made the copies.  I cannot verify that
17      the information that's contained in it -- I mean I would
18      have to assume that because there is a certified public
19      accountant, but these days that doesn't mean much, but
20      yeah, I made copies of these reports from a file that's
21      located here.
22                   MR. SIMMONS:  If we take five
23            minutes here, I may be just about done.  I just
24            want to see if there is anything else I want to
25            cover.

Deposition of JULAINE CLAYBAUGH   7/17/02

1          (A short recess is taken)

2    Q   Just a couple of questions relating to these annual

3        reports, and I understand that you have very limited

4        knowledge.  Looking at Exhibit 111, if you turn to

5        page 6 of Exhibit 111, it's Bates No. TM 1697, you see

6        at the bottom of the page there is a reference, it says

7        "The company has a note receivable from Stabur

8        Corporation."

9    A   Stabur.

10   Q   Stabur.  Any idea, do you know what Stabur Corporation

11       is?

12   A   I have seen the name before, but I couldn't tell you

13       without looking deeper into it.  I really don't know.

14   Q   Do you have any sense of whether Stabur Corporation is a

15       company that TMP International or Todd McFarlane

16       Productions has any sort of current relationship with?

17   A   No, we do not.

18   Q   Okay.  And then bear with me for just one second here.

19       If you turn to Exhibit 117 and then you turn to page 13

20       of that exhibit, which is TM 1813 --

21   A   I'm sorry, TM what?

22   Q   1813.

23   A   Okay.  Yes.

24   Q   It contains a bunch of columns listing sources of

25       revenue and expenses for various McFarlane related

107

Deposition of JULAINE CLAYBAUGH   7/17/02

1    corporations, is that fair to say?

2    A  Yes.

3    Q  I'm seeing some columns in here for TMP Asia, Ltd.?

4    A  Yes.

5    Q  McFarlane Europe B.V.?

6    A  Yes.

7    Q  McFarlane Global Operations?

8    A  Yes.

9    Q  I'm just wondering, in the other information that you

10       have provided to us, specifically the reports that you

11       generated, for example, Exhibit 67, 68, the exhibits in

12       that range, I didn't see any reports for TMP Asia or

13       McFarlane Europe.  Is there a reason for that?

14   A  Because there were no sales that were generated through

15       those companies that like for TMP Asia, we had to have

16       an office in Asia in order to do some sort of specific

17       types of transactions in that company, so there weren't

18       actual sales of toys or sales of comics that were

19       produced through those companies.

20   Q  Do those companies have any involvement in the sale of

21       toys or comics?

22   A  No, as far as I know.

23   Q  As far as you know, yes.

24   A  Yeah.

25   Q  Turning to page 15 of Exhibit -- I think it's 117,

108

Deposition of JULAINE CLAYBAUGH    7/17/02

1      right?

2    A  Yes.

3    Q  Yeah, Exhibit 117, it's Bates No. 1815, looking at the

4       column for TMP Asia, gross sales, it lists $1.9 million

5       in gross sales.

6    A  Yes.

7    Q  Do you have any knowledge what they're selling that's

8       valued at $1.9 million?

9    A  I don't.  I really don't.  I would have to research that

10      to know.

11   Q  Okay.  But as far as you know, it's nothing to do with

12      action figures or toys or comics or anything like that?

13   A  As far as I know.

14   Q  Okay.

15   A  But again this is before my time, so I would have to

16      look into that.

17   Q  Okay.  Turning to Exhibit 118, Bates No. 1780 --

18   A  Yes.

19   Q  If you flip back to the last page of that exhibit, this

20      is -- well, is this actually, this report, is this

21      during your time or is this before your time as well?

22   A  It's still before my time.

23   Q  Still before your time, isn't it.  Yeah.  Okay.  I think

24      that's it on the financial reports.  I guess the only

25      other thing I want to try to get a handle on is exactly

109

Deposition of JULAINE CLAYBAUGH   7/17/02

1    what we're missing in terms of sales information,

2    particularly, primarily for the action figures I think.

3  A  Okay.

4  Q  The reports that you produced for us on your new -- is

5    it the Great Plains software?

6  A  Correct.

7  Q  Again that begins sometime, the information picks up

8    somewhere in 1999 or so, is that right?

9  A  That's correct.

10  Q  Okay.  And then I think what we have seen in terms of

11    documents are financial information created before you

12    started that runs up until about 1997 and it looks to me

13    like there is a gap starting in 1997 and then running

14    through the point in 1999 when the reports you created

15    pick up.

16  A  Yes.

17  Q  Is that a fair statement?

18  A  Yes.

19  Q  And so I think your attorney was telling me that there

20    is another computer program out there somewhere that

21    probably has most of that information in it and you're

22    trying to get access to it now, is that it?

23  A  Yes.

24  Q  What's the status of those recovery efforts?

25  A  I have had the -- what it entailed is that we had to

110

Deposition of JULAINE CLAYBAUGH    7/17/02

1    contact Great Plains.  They had to come in here and

2    install a very old version, a DOS version of

3    Great Plains on-line computer.  At that point we were

4    then able to upload a disk that I had found that just

5    says old Great Plains data on it.  And then at that

6    point we had to try and come up with passwords to get

7    into it.  It has just been a science project.

8         I am able to now get into it and access

9    information.  Unfortunately, we did not locate all

10    passwords, so I can't get into the utilities to be able

11    to actually print reports directly from the program.  I

12    have to export them from Great Plains into Excel in

13    order to be able to print anything.  But that's the

14    point I'm at.

15    Q  Okay.  Sorry about that.

16    A  Believe me, you're not the only one.

17    Q  So any idea how long it's going to take to gather that

18    information?  I guess, first of all, from what you have

19    seen so far, does the program seem to contain all the

20    missing information that we would want, I mean sales

21    information on action figures?

22    A  In the few things that I have actually gone in and

23    reviewed on screen, I can run off the report that is

24    similar to ones that I gave you that are called sales

25    document analysis report.

111

Deposition of JULAINE CLAYBAUGH   7/17/02

1   Q  Okay.

2   A  Yeah, which is the ones that don't give the date and

3      don't give the invoice numbers.  I have not been able to

4      even locate in the program the ability to run the other

5      report that's titled inventory sales report that gives

6      me complete detail of each and every sale.

7   Q  So if you ran us the reports that you can run on that

8      program that don't have dates, they aren't necessarily

9      going to tell us whether the sales reflected there

10     correspond to the time period where we have a gap, is

11     that right?

12  A  No, but there is ways of backing into that by using the

13     program.  Like what I did was I simply went in there, I

14     told it, okay, I want you to tell me on item No. 10110

15     all sales that relate to that item.  I can get a report

16     out of that.  I can then turn around and go, okay, I

17     want you to tell me the same item but from this time to

18     this time and keep doing that until I narrow things

19     down.  It's a long, drawn-out process, but it is the

20     only way I see in being able to tie down what the actual

21     time frame of these sales is.

22  Q  Okay.

23  A  Do you understand what I'm saying?

24  Q  Yeah, I think it makes sense.

25  A  Yeah, so for each and every item I can go in and say

112

Deposition of JULAINE CLAYBAUGH   7/17/02

1    give me all the sales and it's going to tell me

2    everything.  It's not going to give me any specific

3    dates, so the only way for me to find those dates is go

4    in there and put that in as the parameters of the

5    report.

6                    MR. SIMMONS:  All right.  Well,

7           Mike, you and I can talk about that.

8                    MR. KAHN:  Right, we can talk about

9           that I think right after this deposition ends

10          because I think trying to monitor Julaine's

11          progress with this, it would be nice if we could

12          figure out, among other things, who created this

13          disk, and maybe to add something obviously Julaine

14          won't know, it would have been created up in

15          Michigan years ago.  But if we can figure out who

16          created it, we can try and verify some numbers, we

17          can in theory at least between the reports Julaine

18          ran and some reports we can generate from this, if

19          it's accurate, come up with a full picture on

20          different toys.

21                   THE WITNESS:  We'll have three

22          different sources basically of information.  We're

23          going to have the old Quicken program, we're going

24          to have the first Great Plains and then our current

25          Great Plains.

113

Deposition of JULAINE CLAYBAUGH   7/17/02

1                        MR. KAHN:  Although for toys is out

2          of the -- at least for toys sales it ought to be

3          the two programs.

4                        MR. KAHN:  Correct.

5                        THE WITNESS:  Because there would

6          be no toys sales for production.

7                        MR. SIMMONS:  I didn't follow that.

8                        MR. KAHN:  We can talk about it

9          after we end this.

10                       MR. SIMMONS:  I mean can you give me

11         sort of a rough estimate of what the earliest is

12         you would likely have those reports and what the

13         latest is?

14                       MR. KAHN:  Let's you and I talk

15         about that and then I'll talk to Julaine because we

16         may simply want to have some computer person run

17         these things.

18                       (5:15 p.m.)

19

20

21

22

23

24

25

114

Deposition of JULAINE CLAYBAUGH   7/17/02

1   STATE OF WISCONSIN                          COUNTY OF DANE

2        I, ELIZABETH J. KERNEN, a Notary Public commissioned

3   and qualified in and for the State of Wisconsin, do hereby

4   certify that, there came before me on the 17th day of

5   July, 2002, at the offices of Foley & Lardner, 150 East

6   Gilman Street, Madison, Wisconsin, the following named

7   person, to wit:  JULAINE CLAYBAUGH, who was by me duly

8   sworn to testify to the truth and nothing but the truth of

9   knowledge touching and concerning the matters in

10  controversy in this cause; that the witness was thereupon

11  carefully examined upon oath; that said examination was

12  taken in shorthand by me and reduced to writing using

13  computer-aided transcription; that said deposition is a

14  true record of the testimony given by the witness; and

15  reading and signing of deposition by said witness were

16  requested.  I further certify that I am neither attorney or

17  counsel for, nor related to or employed by, any of the

18  parties to the action in which this deposition is taken,

19  and further that I am not a relative or employee of any

20  attorney or counsel employed by the parties or financially

21  interested in the action.  In witness whereof I have

22  hereunto set my hand and affixed my notarial seal

23  July 28, 2002.  My commission expires 1/26/04.

24

25                          Notary Public, State of Wisconsin

115

PROFESSIONAL REPORTERS, LTD.