IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, | ) ) ) | FILED<br>JOSEPH W. SKUPNIEWITZ CLERK<br>CASE # |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 02-C-0048-S |
| TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC., TMP INTERNATIONAL, INC., and McFARLANE WORLDWIDE, INC. | ) ) ) ) ) | |
| Defendants-Counterclaimants, | ) ) | |
| And | ) ) | |
| IMAGE COMICS, INC., | ) ) | |
| Defendant. | ) | |

---

**ORDER GRANTING THE McFARLANE DEFENDANTS' MOTION TO DOWNGRADE THE DESIGNATION OF PLAINTIFFS' MARVEL COMICS DEAL DOCUMENTS FROM "CONFIDENTIAL – ATTORNEYS' EYES ONLY" TO "CONFIDENTIAL"**

---

Before the court is the McFarlane Defendants' Motion to Downgrade the Designation of Plaintiffs' Marvel Comics Deal Documents from "Confidential – Attorneys' Eyes Only" to "Confidential," filed on August 8, 2002, this matter having come before the court at the pretrial conference held on September 3, 2002, after briefing by the parties.

IT IS ORDERED that the McFarlane Defendants' Motion to Downgrade the Designation of Plaintiffs' Marvel Comics Deal Documents from "Confidential – Attorneys' Eyes Only" to "Confidential" is GRANTED.

Copy of this document has been provided to: Simmons, Levin, Smith, Kahn, Feldman this 6th day of Sept, 2002
By R. Plovdev
Deputy Clerk

2

IT IS ALSO ORDERED that the documents that are the subject of the McFarlane Defendants' motion shall hereafter be treated by all parties as "Confidential," in that access to said documents shall be strictly limited to the parties, their counsel, other law firm attorneys, law firm personnel, in-house counsel, in-house clerical staff, service bureaus, outside consultants/experts, and other qualified persons as expressly set forth in the Joint Stipulation and Protective Order entered June 4, 2002.

IT IS ALSO ORDERED that the Defendants and/or their agents, officers, or employees, under penalty of being held in contempt of court, shall not make public any of the information contained in said documents, nor disseminate such information among any persons or entities other than those identified in the June 4, 2002 Joint Stipulation and Protective Order.

Dated this 5th day of September, 2002.

BY THE COURT:

_____
Honorable John C. Shabaz
U.S. District Court Judge
Western District of Wisconsin

MN155559_1.DOC