DOCKET
NUMBER

**112**

U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

**SEP 1 3 2002**

UNITED STATES DISTRICT COURT        FILED/RECEIVED
JOSEPH W. SKUPNIEWITZ, CLERK

FOR THE WESTERN DISTRICT OF WISCONSIN

CASE
NUMBER

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

                    Plaintiffs,

  -vs-                              Case No. 02-C-0048-S

TODD McFARLANE,
TODD McFARLANE PRODUCTIONS,
INC., TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,                 **03-1461**

                    Defendants.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Telephone Deposition of:

JAMES VALENTINO

= = = = = = =

U.S.C.A.—7th Circuit
**FILED**

NOV 2 6 2003

GINO J. AGNELLO
CLERK

DOC #

Date:   Thursday, September 5, 2002

Time:   3:10 o'clock p.m.

Reported by LINDA KUHLMAN

1                          I N D E X

2    Exhibits Nos.:                                      Page

3    133 - Notice of Deposition dated August 15, 2002. . . .    7

4    134 - Spreadsheet with fax cover sheet dated August 28.    8

5    135 - Spreadsheet with fax cover sheet dated August 21.    8

6    136 - Spreadsheet dated January 24, 1996. . . . . . . .    --

7    138 - Image Comics, Inc. Print Run Instructions dated
           5/22/98 . . . . . . . . . . . . . . . . . . . . .   28
8
     139 - Spreadsheet dated June 11, 2002 . . . . . . . . .   33
9
     140 - Image Comics, Inc. Print Run Instructions dated
10          11/13/98. . . . . . . . . . . . . . . . . . . . .   38

11   141 - Spreadsheet dated June 11, 2002 . . . . . . . . .   46

12   142 - Spreadsheet dated June 11, 2002 . . . . . . . . .   48

13   143 - Spreadsheet dated October 25, 1995. . . . . . . .   --

14   144 - Spreadsheet dated Jnauary 20, 1995. . . . . . . .   --

15   145 - Spreadsheet dated January 20, 1995. . . . . . . .   48

16   146 - Image Comics Press, Inc. Order Sheet. . . . . . .   53

17   147-151 - Unidentified. . . . . . . . . . . . . . . . .   --

18

19

20

21

22

23

24

25

                                 2

1                    TELEPHONE DEPOSITION of JAMES VALENTINO,

2      a witness of lawful age, taken on behalf of the plaintiffs

3      in the above-entitled cause, wherein Neil Gaiman, et al.

4      are the plaintiffs and Todd McFarlane, et al. are the

5      defendants, pending in the District Court of the

6      United States for the Western District of Wisconsin, before

7      LINDA KUHLMAN, a Notary Public in and for the State

8      of Wisconsin, at the offices of Foley & Lardner, Attorneys

9      at Law, 150 East Gilman Street, Madison, Wisconsin, on

10     September 5, 2002, commencing at 3:10 o'clock p.m.

11                    A P P E A R A N C E S

12               JEFFREY A. SIMMONS,
                     FOLEY & LARDNER, Attorneys at Law,
13                   150 East Gilman Street, Madison, Wisconsin,
                     appearing on behalf of the plaintiffs;
14
                 EUGENIA G. CARTER, (By telephone)
15                   LaFOLLETTE, GODFREY & KAHN, Attorneys at Law,
                     One East Main Street, Madison, Wisconsin,
16                   appearing on behalf of the defendants
                     Todd McFarlane, Todd McFarlane Productions,
17                   Inc., TMP International, Inc. and McFarlane
                     Worldwide, Inc.;
18
                 PETE SALSICH,   (By telephone)
19                   BLACKWELL SANDERS, LLP, Attorneys at Law,
                     720 Olive Street, St. Louis, Missouri,
20                   also appearing on behalf of the defendants
                     Todd McFarlane, Todd McFarlane Productions,
21                   Inc., TMP International, Inc. and McFarlane
                     Worldwide, Inc.;
22
                 R. SCOTT FELDMANN,   (By telephone)
23                   BROBECK, PHLEGER & HARRISON, LLP,
                     Attorneys at Law, 38 Technology Drive,
24                   Irvine, California, appearing on behalf of
                     the defendant Image Comics, Inc.
25

                                3

Deposition of JAMES VALENTINO    9-5-02

1          MR. SIMMONS:  I'm going to have the

2     court reporter swear in the witness.

3               JAMES VALENTINO,

4          called as a witness, being first duly

5          sworn in the above cause, testified

6          under oath as follows:

7                   EXAMINATION

8     BY MR. SIMMONS:

9  Q  Mr. Valentino, this is Jeff Simmons, and I'm the

10    attorney for Neil Gaiman and Marvels & Miracles.  Have

11    you ever given a deposition before?

12 A  Yes, I have.

13 Q  When was that?

14 A  About five years ago.

15 Q  Can you just tell me a little bit about that case.

16 A  My son was being sued.

17 Q  Okay.  We'll just go over a few ground rules with you

18    here.  We're obviously on the phone here.  The point of

19    the deposition, I'm just going to ask you a series of

20    questions and get your answers, but we want to make a

21    clear record for the court reporter.  So particularly

22    since we're over the phone it will be important for you

23    to speak up.

24         If I ask you a yes or no question, try to

25    articulate either yes or no, rather than um-hum or

4

Deposition of JAMES VALENTINO    9-5-02

1    un-uhn, just so it will show up properly in the record.

2    We should just try not to talk over each other.   When

3    I'm asking a question, try to let me finish, and when

4    you're answering the question, I'll try to do the same.

5    Again, that will help the court reporter get a clear

6    record.

7         If I ask you a question and you don't understand

8    what I'm saying, the question doesn't make sense, feel

9    free to let me know, ask me to rephrase the question.

10   Otherwise, if I ask you a question and you answer it,

11   I'm going to assume you understood what I was asking.

12        If at any time you need to take a break, just let

13   me know and we can take a short break, although I'm

14   hoping this deposition will go pretty quickly.

15        Scott, should we designate this whole thing

16   attorneys' eyes only, is that -- it's up to you.   I

17   think your documents are designated confidential

18   attorneys' eyes only?

19                     MR. FELDMANN:   We'll go ahead and do

20        that.

21   Q  Mr. Valentino, what's your position at Image Comics?

22   A  I'm the vice president, publisher.

23   Q  How long have you held that position?

24   A  Since October 1999.

25   Q  Okay.   How long have you been with Image Comics?

5

Deposition of JAMES VALENTINO     9-5-02

1   A  Since its inception, February 1st, 1992.

2   Q  Can you describe for me what your duties have been at

3      Image since you first started working there.

4   A  Since I first started work as a publisher?

5   Q  Since you first started working at Image.

6   A  I co-founded Image Comics along with five other artists,

7      creators, so my position was co-owner, co-founder.

8   Q  And so what did you do in that capacity?

9   A  I created comic books basically that were published

10     through Image Comics.

11  Q  How did your position or duties change when you became

12     vice president and publisher?

13  A  I took over the day-to-day operations of the company.

14  Q  What sort of things does that include?

15  A  It includes making sure that the office runs, it

16     includes bringing new people into the company, bringing

17     in new books, dealing basically with day-to-day

18     operations, is what it includes, whatever comes up.  The

19     buck stops at my desk.

20  Q  What's your involvement in the financial matters of the

21     company?

22                  MR. FELDMANN:  Objection, asked and

23          answered.  You can answer the question if you

24          understand it.  If you don't -- do you understand

25          the question?

6

Deposition of JAMES VALENTINO    9-5-02

1                    THE WITNESS:  Not particularly, no.
2    Q  Actually why don't we turn to Exhibit 133.  That's the
3       Notice of Deposition.  Do you have that in front of you?
4    A  Yes.
5    Q  Flip to the second page of that.
6    A  Yes.
7    Q  You see five topics that are listed?
8    A  Yes, I do.
9    Q  Have you had a chance to review this deposition notice?
10   A  Yes.
11   Q  And you're the person designated to speak on all five of
12      those topics?
13   A  That's correct.
14   Q  You'll note that topic 2 is the cover prices of the
15      publications?
16   A  Yes.
17   Q  And topics 4 and 5 relate to revenue paid by Image to
18      defendants in this action, correct?
19   A  Correct.
20   Q  Those topics to me seem to relate to some of the
21      financial matters of Image Comics.  I guess, referring
22      back to the deposition notice with regard to revenue
23      paid to any of the defendants, what would your
24      involvement have been in Image paying revenue to any of
25      the defendants in this case?

7

Deposition of JAMES VALENTINO    9-5-02

1                              MR. FELDMANN:  Are you talking about

2              his personal knowledge or in preparation for this

3              deposition?

4                              MR. SIMMONS:  I'm talking about his

5              day-to-day duties as vice president and publisher.

6              What involvement would he have in paying revenue to

7              any of the defendants.  It's not a trick question.

8      A   Okay.  I'm the boss.  I have a controller.  I have a

9          controller who is the one who does tally sheets and gets

10         the information.  She brings that information in to me.

11         It's all backed up.  I sign the paychecks and that's the

12         involvement.

13     Q   Okay.  So any checks that go out to Todd McFarlane

14         Productions or any other company whose works you

15         publish, any of those checks come through you before

16         they go out, is that a fair statement?

17     A   That's correct.

18     Q   That's all I'm looking for.  I turn your attention to

19         the next two exhibits, Exhibits 134 and 135.

20     A   One moment, please.  You want to take these in order

21         here?

22     Q   The spreadsheets, are you familiar with these two

23         documents?

24     A   Yes.

25     Q   Were you involved in preparing Exhibits 134 and 35?

8

Deposition of JAMES VALENTINO    9-5-02

1    A  No.  I instructed Ms. Tracy Hale to prepare these
2       documents.
3    Q  Tracy Hale is your controller?
4    A  That's correct.
5    Q  Okay.  But you're prepared to answer questions about
6       these documents?
7    A  To the best of my ability.
8    Q  Okay.  I guess we should back up.  What did you do to
9       prepare for this deposition?
10                      MR. FELDMANN:  I'll just jump in.  I
11          would instruct you not to answer about any
12          communications or activities that you undertook at
13          my direction, either directly speaking with you or
14          information that's passed along to you by
15          Ms. Hale.  Other than that you can feel free to
16          discuss anything you'd like.
17   Q  Yeah.  I'm not looking for conversations with your
18       attorneys.
19   A  There's --
20                      MR. FELDMANN:  If there's anything
21          else that's --
22   A  I think it's pretty much all privileged at this point.
23   Q  Did you review financial documents that had been -- or
24       any documents that had been produced by Image Comics as
25       part of this lawsuit?

9

Deposition of JAMES VALENTINO    9-5-02

1   A  Yes.

2   Q  And did you review any documents that may have been used

3      to compile the spreadsheets that are Exhibits 134 and

4      135?

5   A  Yes.

6   Q  What sorts of documents did you review?

7   A  I reviewed the individual spreadsheets on various books

8      in question here.

9   Q  Okay.  And do you know whether all those documents that

10     you reviewed were previously produced to the plaintiff

11     in this case?

12  A  Well, I think they have our Image Comics designation on

13     them, except for these two spreadsheets which we were

14     not obligated to create, just we did to speed your

15     inquiry along.

16                  MR. FELDMANN:  We did not produce

17          these original top level spreadsheets here marked

18          Exhibit 134 and Exhibit 135, because those were

19          created solely to assist preparation and testimony

20          in this 30(b)(6) deposition.

21  Q  Okay.  Mr. Valentino, can you explain to me what some of

22     the differences are between Exhibits 134 and 135?  I'm

23     looking at a comparison of the two spreadsheets.

24  A  Right.  Okay.  The --

25                  MR. FELDMANN:  The most recent one I

10

PROFESSIONAL REPORTERS, LTD.

Deposition of JAMES VALENTINO    9-5-02

1           believe that we faxed to you appears to be

2           Exhibit 134 and then the one that I sent you

3           earlier that has the fax strip, 8-21-02.  That's

4           Exhibit 135.  That's a recent version of exhibit --

5      Q  What are the differences?

6      A  The differences that I see between the two documents is

7           Document 134 has Money Received from Distributors as

8           opposed to 135 which is marked Money Received by

9           Diamond.

10               In actuality there were a couple of distributors at

11          that point in time, so that was modified to reflect the

12          two major distributors, which would be Diamond and

13          Capital City, as opposed to just Diamond as listed in

14          135.

15               Also, Total Payment, Total Number of Payments that

16          were paid out per book were omitted, I believe being

17          unnecessary.

18     Q  I'm sorry, which -- omitted on which?

19     A  Omitted from 134.  It was on 135.  It was omitted on

20          134.

21     Q  Okay.

22     A  Also I believe 134 has added in newsstand

23          reconciliation, which did not appear on 135.

24     Q  I'm going to walk you through now Exhibit 134, the most

25          recent of the two spreadsheets.

11

Deposition of JAMES VALENTINO   9-5-02

1   A  Okay.

2   Q  And direct your attention to the third column from the

3       left, the one labeled Number of Units Sold Distributors?

4   A  Yes.

5   Q  Can you explain how the numbers in those columns -- in

6       that column were arrived at?

7   A  Numbers sold is -- the numbers of units sold is derived

8       from taking 57.5 percent average Diamond retail to

9       publisher of the cover price and dividing that into the

10      total dollar amount received by Diamond after the seven

11      percent fee.

12  Q  Are you referring to the note that appears on the last

13      page of the spreadsheet?

14  A  Yes, I am.

15  Q  Why don't we walk through that note then.  You say

16      number of units sold is derived by taking 57.5

17      percent --

18  A  Correct.

19  Q  And what is that number exactly, 57.5 percent?

20  A  That is what -- that's Diamond's cut basically of the

21      cover price.

22  Q  You said earlier there's another distributor, I believe

23      it was Capital City?

24  A  Yes.

25  Q  Was Capital City's cut figured into that number?

PROFESSIONAL REPORTERS, LTD.

Deposition of JAMES VALENTINO    9-5-02

1   A   Yes.

2   Q   Are the percentages for Capital City and Diamond the

3       same?

4   A   As far as we can tell, yeah.

5   Q   What information did you use to derive that percentage?

6   A   We had a contract.  We had a contract with Capital City.

7   Q   Okay.  What does that --

8   A   Contract with Diamond, excuse me.

9   Q   You had a contract with both or just one?

10  A   We couldn't find a contract with Capital City, but we

11      just had the contract with Diamond.  They were in

12      competition with one another.  They were pretty much --

13      pretty similar.

14  Q   So the 57.5 percent number, that's just based on the

15      contract with Diamond, is that right?

16  A   That's our best estimate, our best guess of what the

17      percentage would be with Capital as well.

18  Q   What did you use to make that guess?

19                      MR. FELDMANN:  Objection, asked and

20          answered.

21  Q   What did you use -- what information did you use to make

22      the guess about what Capital was paying?

23  A   We based it on what Diamond is paying.

24  Q   You assumed Capital is paying the same as Diamond?

25  A   Yeah, within a reasonable amount, yes.

13

Deposition of JAMES VALENTINO    9-5-02

1    Q   What do you mean by that, within a reasonable amount?

2    A   As I said we're, you know, we're basing it off the best

3        information we have at hand.

4    Q   This percentage of 57.5 percent is the average sale

5        price to Diamond.  Did that -- has that percentage

6        changed over time?

7    A   It has fluctuated, yes.  It's an average percentage.

8    Q   Can you tell me -- do you know what the spread is, what

9        the lowest amount they paid is versus what the highest

10       amount they paid was?

11   A   No, I'm sorry, I can't.

12   Q   Okay.  And again, I'm referring to the note on

13       Exhibit 134 where it says the average Diamond retail to

14       publisher, do you mean -- when you say -- I think it

15       says retail.  It's difficult to read.  Is that what it

16       says?

17   A   Yes, it does.

18   Q   Do you mean by that the price that Diamond paid to the

19       publisher?

20   A   It's their discount to the retailer.  Okay.  They sell

21       to a retailer.  We sell to them, they sell to the

22       retailer.

23   Q   Sure.

24   A   Okay.

25   Q   So 57 percent is the percentage of -- is derived by

14

Deposition of JAMES VALENTINO    9-5-02

1    taking the ratio of what they -- the price that the
2    retailer pays to the cover price, is that correct?
3   A  Yes.
4   Q  Okay.  And what's -- at the end of that note you say the
5      seven percent fee.  Do you see where that is?
6   A  That would be Diamond's fee to us.
7   Q  Okay.  So that's -- Diamond pays you seven percent?
8   A  Hold on one second.
9   Q  Sure.
10                     MR. FELDMANN:  Just a second, Jeff.
11                  (Discussion off the record)
12   A  That's correct.  Sorry for the interruption.
13                     MR. FELDMANN:  Sorry.
14   Q  So again, seven percent is what's paid by Diamond to
15      Image?
16   A  No.  That's the fee that they charge Image, their
17      processing fee, whatever it's called.
18   Q  Okay.  Okay.  Does Image maintain any records of the
19      actual number of magazines -- comic books sold for each
20      issue?
21   A  Yes.
22   Q  Well, describe those records for me.  What are those
23      records?
24   A  They're in the form of a weekly Diamond sales report.
25   Q  Okay.  What's contained on the weekly Diamond sales

15

Deposition of JAMES VALENTINO    9-5-02

1        report?

2    A   How many units are sold.

3    Q   Where does that information come from?

4    A   It comes --

5                       MR. FELDMANN:  Objection, lack of

6            foundation.

7    A   Personal knowledge.

8    Q   Do you know where the information comes -- well, first

9        of all, it's a weekly -- what's the document called

10       again?

11   A   It's called a weekly Diamond sales report.

12   Q   Okay.  Is that a document that somebody at Image Comics

13       prepares?

14   A   No.  It comes from Diamond.  Diamond collects this

15       information from retailers.  They place their orders,

16       Diamond collects those orders, then they tell us how

17       many orders they have.

18   Q   For what period of time have you been receiving those

19       weekly Diamond order sheets, order reports?

20   A   Well, again you're -- I'm not certain here.  Do you mean

21       per unit or do you mean how long have we received these

22       reports?

23   Q   How long have you been receiving those reports from

24       Diamond?

25   A   As far as I know since we've been doing business with

16

Deposition of JAMES VALENTINO    9-5-02

1          them.

2     Q   So I guess my question is why wouldn't you use those

3          documents in determining what the number of units sold

4          was?

5     A   Well, sir, with a matter of over 12,000 pages of

6          documents.

7     Q   These reports from Diamond constitute 12,000 pages of

8          documents?

9     A   That's correct.  We really didn't have enough time to

10         look at every single one of them.

11    Q   That's fine.  I'm trying to get an understanding of how

12         the numbers were derived.

13    A   Okay.

14    Q   So the numbers on Exhibit 134 are your best estimate?

15    A   That's correct.

16    Q   Not using the Diamond documents?

17    A   That's correct.

18    Q   Turn to the next column on Exhibit 134, Money Received

19         From Distributors?

20    A   Yes.

21    Q   Can you tell me how the numbers in that column were

22         compiled?

23    A   Once again those numbers were compiled from the sales

24         reports.

25    Q   From which sales reports?

17

Deposition of JAMES VALENTINO     9-5-02

1    A  The Diamond sales reports.  I'm sorry.

2    Q  This is the 1,200 sheets of documents you were talking

3       about before?

4    A  Yes.

5    Q  I thought you just said earlier you didn't refer to

6       those weekly Diamond reports in preparing the number of

7       units sold, correct?

8                       MR. FELDMANN:  Objection, misstates

9           prior testimony.  He wasn't able to review all of

10          them.

11   Q  Okay.  So tell me what you did review.

12   A  We just answered that.

13   Q  Well --

14                      MR. FELDMANN:  If I may, Jeff.

15                      MR. SIMMONS:  Yeah.

16                      MR. FELDMANN:  Given that we had

17          just a few days to put the spreadsheet together we

18          looked at the contract and then we pulled samples.

19                      MR. SIMMONS:  The contract being the

20          contract with Diamond distributors?

21                      MR. FELDMANN:  Yes.  And then they

22          pulled the sample reports to try to get the best

23          estimates, for example, in the 57 and a half

24          percent and give you those figures.

25                      Now, as he said, you know, you're talking

18

Deposition of JAMES VALENTINO    9-5-02

1           well over 12,000 pages of documents.  They couldn't

2           go through every single one and add them up and do

3           an exact average.

4     A  It's the best estimate.

5     Q  I understand that.  I'm just trying to understand

6        exactly how that estimate was arrived at.  So how many

7        of the Diamond reports did you review to come up with

8        the Money Received from Distributors figures?

9                         MR. FELDMANN:  Can we just take a

10          brief break?

11                        MR. SIMMONS:  Sure.

12                   (A short recess is taken)

13    A  We did not review the original source documents.  Here's

14       where a bit of my confusion is with your questions.

15    Q  Let me jump in here.  Source documents, what documents

16       do you mean?

17    A  I'm talking about the 12,000 pages referenced earlier,

18       the Diamond weekly sales reports.

19    Q  Okay.

20    A  We did not review those documents.  What we -- but what

21       we did do -- those documents are input into the

22       computer, okay.  We took the printout, summarized it,

23       data entry that we had created.  This is what we send to

24       creators and stuff like that.

25          That's where we came up with the numbers in both

19

Deposition of JAMES VALENTINO    9-5-02

1    columns 3 -- no, 4 and 9 -- 4, 6 and 9.

2  Q  And by 4, 6 and 9 you're referring to the Money Received

3     From Distributors column, Money Received From Newsstand

4     column and Total Amount Paid to TMP column?

5  A  That's correct.

6  Q  You're saying the information you received from Diamond

7     in these weekly reports is input into a computer

8     database?

9  A  That's correct.

10 Q  Is the sales information input into a computer database?

11 A  Yes, it is.

12 Q  Why didn't you refer to that in providing the sales

13    numbers?

14 A  Well, I think you asked for the units sold.

15              MR. FELDMANN:  And the cover price.

16        I don't think sales data is one of the five topics.

17              MR. SIMMONS:  Topic 1 is

18        number of copies sold.

19              MR. FELDMANN:  Number of copies, not

20        necessarily revenue.

21 Q  Well, column 3 says Number of Units Sold.  That seems to

22    be the same thing to me.  So my question is if you've

23    got information on number of units sold in the database,

24    why didn't you refer to that when compiling the

25    spreadsheet in Exhibit 134?

20

Deposition of JAMES VALENTINO    9-5-02

1    A  I'm at a loss.

2                    (Discussion off the record)

3    Q  Do you need me to clarify the question?

4                    MR. FELDMANN:  Yes, if you wouldn't

5           mind.

6    Q  My understanding of your testimony is that column 3 of

7       Exhibit 134, the column that states Number of Units Sold

8       Distributors, that you used a -- you used the formula

9       described in the note on page 3 of Exhibit 134 to come

10      up with that number, correct?

11                   MR. FELDMANN:  I'm sorry, we didn't

12          catch that.

13   Q  In coming up with the numbers in column 3 of the Number

14      of Units Sold, the way you arrived at that number was

15      through applying this formula that you've described on

16      page 3 of Exhibit 134, where you take 57.5 percent of

17      the average Diamond sale price to publishers, correct?

18   A  Correct.

19   Q  So in doing your calculation for the number of units

20      sold in column 3, you did not refer to any of the sales

21      information on your database, correct?

22   A  Yes, correct.  We don't have that in our database.  We

23      just had to -- we went from the sales numbers, the

24      dollars.

25   Q  Maybe I misunderstood your prior testimony, but I

21

Deposition of JAMES VALENTINO    9-5-02

1       thought you said the sales information -- the number of

2       units sold is on the database?

3   A   I don't believe I said that.  Perhaps I did.  I don't

4       believe that I said that, though.

5   Q   So let's back up again.  You receive weekly reports from

6       Diamond distributors, correct?

7   A   That is correct.

8   Q   The information that's contained on those reports

9       includes the number of units ordered by Diamond, is that

10      correct?

11  A   Yes.

12  Q   And the amount -- does it include the amount of money

13      paid by Diamond?

14  A   It includes the dollar amount paid by Diamond, that's

15      correct.

16  Q   Do you input all of the information on those reports

17      into your database?

18  A   Just the sales figures.

19  Q   What do you mean by sales figures?

20                      MR. FELDMANN:  Objection, asked and

21          answered.  I believe he testified as to revenue

22          earlier.

23  Q   So you don't -- is it your testimony that your database

24      does not include the number of units ordered by Diamond

25      distributors?

22

Deposition of JAMES VALENTINO    9-5-02

1   A  That is correct.

2   Q  It just includes the amount -- the total sale price?

3   A  That's correct.

4   Q  Okay.  This is a database that you've used personally?

5   A  No, it is not.

6   Q  So you don't personally know that?

7   A  That is correct.

8                    MR. SIMMONS:  Let me put you on hold

9          for just second here.

10                   (Discussion off the record)

11                   MR. SIMMONS:  Okay, I'm back.  Sorry

12         for the delay there.

13  Q  Just to summarize here, make sure I've got it straight

14     now, referring back to the Money Received From

15     Distributors column?

16  A  Yes.

17  Q  These figures in this column to your knowledge reflect

18     money actually received from Diamond distributors?

19  A  To the best of my knowledge, yes.

20  Q  How does it -- how, if at all, do these numbers account

21     for any money received by Capital City distributors?

22  A  It's included.  It's inclusive of Capital City.

23  Q  And how did you go about finding out what the revenue

24     was received from Capital City?

25  A  I don't believe that it was separated.  Okay.  That, I

23

Deposition of JAMES VALENTINO    9-5-02

1    think -- I don't believe it was separated.

2  Q You testified earlier that the money received column was

3    comprised of information taken from the weekly reports

4    from Diamond distributors, correct?

5  A Yes.

6  Q Okay.  Well, does money received from Capital City

7    distributors appear on the reports from Diamond?

8  A No.

9  Q Okay.  So how did you get the money -- where did you get

10    the figures for money received from Capital City?

11 A Hold on a second, please.

12                MR. FELDMANN:  Just give us one

13         second.

14              (Discussion off the record)

15                MR. FELDMANN:  We're back.  Go

16         ahead.

17                MR. SIMMONS:  I just want to get

18         this on the record, that it appears that

19         Mr. Valentino is conferring either with you or

20         Ms. Hale before answering practically every

21         question here.

22                MR. FELDMANN:  No, that's not

23         accurate.  What we're trying to do is make sure we

24         understand your questions and the basis for it.

25         Image has gone above and beyond by creating these

Deposition of JAMES VALENTINO    9-5-02

1          documents, which I think speak for themselves, are

2          pretty straightforward.

3                         MR. SIMMONS:  If Mr. Valentino

4          doesn't really know the answer to these questions

5          and has to rely on Ms. Hale for the answer to

6          everything, it seems to me it would be more

7          appropriate to take Ms. Hale's deposition.

8                         MR. FELDMANN:  I don't think the

9          controller is sufficiently senior to be a designee

10         under a 30(b)(6).  The CFO might be, if there

11         were a CFO with knowledge.  But my knowledge is

12         controllers are not sufficiently senior.

13                        MR. SIMMONS:  That's fine.  I wanted

14         to get that on the record.

15    Q  So you were going to answer my question about how you

16       arrived at revenue received from Capital City.  Is this

17       derived from your internal database?

18    A  I stated before, the reports we have to go back to are

19       what we paid the artists for payout.

20    Q  I didn't hear the last part of your answer.

21    A  Payout.  The artist has to be paid.  The artists are

22       paid based on, you know, the money that we receive.  So

23       we have to prepare a report for them.  That is in our

24       internal database.  That's there where these figures

25       come from.

25

Deposition of JAMES VALENTINO     9-5-02

1    Q   So I thought earlier you testified it came from the

2        database of information from Diamond -- of information

3        compiled from Diamond distributors?

4    A   That's where we get the information.  It's input into

5        the computer.  It's our internal database.  Okay.

6    Q   Where did the information from Capital City come from

7        that was input into the database?

8                            MR. FELDMANN:  Objection, vague as

9            to time.

10   Q   Well, how far back in time does that database go?  Does

11       it go back to 1993?

12   A   Yes.

13   Q   Okay.  And for how long did you -- for what period of

14       time did Image Comics use Capital City as a distributor?

15   A   That would be 1992 to I believe '96, somewhere in that

16       vicinity.  I believe they went bankrupt around 1996.

17   Q   So does the database that you were referring to contain

18       information -- does the database extend all the way back

19       to 1992, that time period?

20                           MR. FELDMANN:  Hold on one second.

21                       (Discussion off the record)

22   A   Yes.  Yes.

23   Q   Okay.  And for the period 1992 to 1996 does it contain

24       sales information from Capital City distributors?

25   A   Yes.

26

Deposition of JAMES VALENTINO    9-5-02

1    Q   And do you know -- I'm trying to phrase this properly
2        here.  Do you know what information from Capital City
3        was used to input the data into your database?
4    A   No, sir, I do not.
5    Q   Okay.  Has this database changed at all since -- and I
6        guess I mean, have you used the same computer program or
7        format for this database since 1993?
8    A   I believe so, yes.
9    Q   Okay.  We'll move to the next column on Exhibit 134,
10       Number of Units Sold Newsstand.
11   A   Yes.
12   Q   Can you just explain to me how those numbers were
13       arrived at?
14                       MR. FELDMANN:  You're referring to
15           the footnote?
16                       MR. SIMMONS:  He can refer to the
17           footnote if he wants.
18   A   Newsstand units sold is an estimated average based on
19       sample contracts with newsstand distributors.
20   Q   Okay.  Why don't you walk me through that calculation
21       that's there.  Net sales equals the cover price, that
22       much I understand, times the number of units.  Where
23       does -- what is the number of units?
24   A   The number of units would refer to those books that were
25       shipped.

27

Deposition of JAMES VALENTINO     9-5-02

1   Q   Okay.

2   A   Newsstand is a returnable market, so number of books

3       that are shipped is not necessarily the same as the

4       number of units that are sold.  There's a difference

5       there.  It can be very wide.

6   Q   Sure.  So the number of units -- correct me if I'm wrong

7       here, I'm trying to understand.  The number of units

8       that were shipped is actually larger than the number

9       that's reflected in the number of units sold newsstand?

10  A   Yes.

11  Q   So the number of units sold newsstand are the actual

12      number of units that are sold?

13  A   Yes.

14  Q   Again, just so I understand, any returns from the

15      newsstand would be -- have already been taken out of the

16      equation by the time of arriving at the number of units

17      sold newsstand in this column?

18  A   That's correct.

19  Q   Okay.  Bear with me for a second here.  I think I'm

20      going to turn you to a new exhibit now.  I'm going to

21      skip exhibit -- we'll renumber these.

22          Why don't you turn to what's currently labeled

23      Exhibit 138.

24  A   Okay.

25  Q   Do you see it's a little table with appears to be orders

28

Deposition of JAMES VALENTINO    9-5-02

1    of Spawn trade paperback Volume 6?

2    A  Yes.

3    Q  Do you recognize this document or this format of

4       document?

5    A  Yes.

6    Q  Can you just tell me what the document is.

7                        MR. FELDMANN:  Objection, document

8          speaks for itself.

9    A  Print Run Instructions is what it is.  This is the

10      instructions I sent to the printer.

11   Q  Okay.  And that's all I'm looking for.  So the total

12      orders on that document say 15,000?

13   A  That's correct.

14   Q  Your understanding is that's the total number of Spawn

15      Volume 6 trade paperbacks that Image asked the printer

16      to print for it?

17   A  That's correct.

18   Q  Referring back to Exhibit 134, if you flip to the last

19      page of Exhibit 134 I think the last entry on your

20      spreadsheet is the Spawn trade paperback No. 6?

21   A  Yes.

22   Q  I'm just -- the number of units sold is 13,830?

23   A  Yes.

24   Q  And the total orders on Exhibit 138 is somewhat higher

25      than that, 15,000.  I'm just wondering if you can

Deposition of JAMES VALENTINO     9-5-02

1       explain for me what might account for the difference.

2    A  I'm sorry?

3                           MR. FELDMANN:  You're talking about

4           between the 15,000 and 13,800?

5    A  The 15,000 ordered and the 13,000 sold?

6    Q  Yep.

7    A  That would be what we call reorders.  In other words,

8       what we do is we do an initial shipment, okay.  We

9       overprint in anticipation of the book being sold out and

10      then store it.  As they sell the units, then we reorder

11      that particular book, restock it in other words.

12   Q  So I'm sorry, what number would be the reorder number,

13      though?

14   A  The reorder would be the difference between the two.

15   Q  Okay.  So the difference between the two, those are

16      numbers that they were not sold -- or they were

17      reordered but they weren't sold, is that your testimony?

18                     (Discussion off the record)

19   A  Could you repeat the question.

20   Q  Let me try to rephrase it.  I guess I'm just wondering,

21      138 shows an order of 15,000.  The spreadsheet shows

22      number sold.  The difference between the two, where did

23      those units go?

24   A  It says right here on the sheet here, 138, 25 units went

25      to Todd McFarlane Productions.  It's hard for me to see

30

Deposition of JAMES VALENTINO    9-5-02

1       these numbers.  It looks like 7104 went into inventory.

2       400 went to Todd McFarlane Productions, Tempe.  Image

3       Comics comp list took 51.  Image Comics took 100.

4            They get disbursed, okay.  So, you know, I'm going

5       to take a leap of faith here and say that's where they

6       go.

7   Q   Well, why don't you -- looking at Exhibit 138, the first

8       two entries, Diamond Comics and then inventory, do you

9       see those two entry?

10  A   Yes.

11  Q   14,400 copies?

12  A   Yes.

13  Q   That amount is still greater than the number of units

14      sold reflected on Exhibit 134, correct?

15                        MR. FELDMANN:  Objection.  The

16          documents speak for itself.

17  Q   You can answer the question.

18  A   Yeah.  You know -- yes, it is.  You have damaged books

19      that are unsalable.  You have books that are kept in

20      inventory.  You always have to account for spoilage and

21      things like that.

22           You always overprint what have been ordered.  The

23      books that are ordered, you overprint to account for all

24      of these things.  You account for comps, you account for

25      damages, you account for reorders.

31

Deposition of JAMES VALENTINO     9-5-02

1                        MR. FELDMANN:  Comp is

2              complimentary?

3      A  Complimentary copies that are sent out to any number of

4         people -- creators, people in Hollywood, whatever.  So

5         yes, you always overprint what was initially ordered,

6         always.

7      Q  Sure.  The first two entries on Exhibit 138 shows --

8         column one says Destination, Diamond Comics and next

9         says inventory shipped to Diamond.

10             Can you explain to me what the difference is

11        between those?  They both -- can you explain what the

12        difference is?

13     A  The first one, the 7320 units, that's the initial order.

14     Q  Okay.

15     A  And the other one is reorders, comps, you know, that

16        kind of thing, the inventory essentially.

17     Q  But it's all shipped to Diamond, correct?

18     A  Diamond holds an inventory as a warehousing.  That's

19        part of their distribution.  In order to distribute

20        effectively they have to have the book on the premises

21        right there.  So, you know, that's how they deliver the

22        books to the stores.

23     Q  At what point in this process does Diamond pay Image for

24        the comic books that have been shipped to Diamond?

25     A  They pay us -- you mean when do they pay us for the

32

Deposition of JAMES VALENTINO    9-5-02

1       books that are shipped to them?

2   Q   Correct.

3   A   They pay us 60 days after they receive the books.

4   Q   So referring to this second entry on Exhibit 138, the

5       inventory shipped to Diamond, would they have paid --

6       would Diamond have paid Image for all 7104 comic books

7       shown in the quantity column there?

8   A   No, they would not.  They would pay us for the ones they

9       actually sell.

10  Q   Go ahead and finish.

11  A   They would pay us for the initial orders, the 7320,

12      because those books are presold.  They're already sold

13      prior to going to press.  The others are being held

14      for -- you know, they're being held for reorders.

15      They're being held to send out for complimentary copies

16      or whatever.

17          So they would not pay us -- that's where the

18      multiple payments come in.  They would not pay us until

19      those books were actually sold.  They're holding it on

20      consignment, I guess is the easiest way to describe it.

21  Q   Okay.  I'll have you turn now to Exhibit 139.

22  A   Okay.

23  Q   Do you recognize this document or at least this format

24      of document?

25  A   Yes.

33

Deposition of JAMES VALENTINO    9-5-02

1    Q  This is a document that Image -- this sort of document

2       is a document Image uses?

3    A  Yes, it is.

4    Q  Can you just explain to me what this document is or

5       generally what this format of document is intended to

6       show?

7                            MR. FELDMANN:  Do you understand the

8          question?

9    A  I'm not quite certain.  It basically shows the total

10      number of books invoiced, in the accrual, with reorders,

11      with that kind of stuff.  That's basically what it's

12      showing, how much money is owed based on how many units

13      are sold.

14   Q  Is the number of books invoiced or sold actually shown

15      on this table?  I guess I refer you to the fourth line

16      from the top it says Total Invoiced.  I'm assuming based

17      on the decimals that's a dollar amount not a unit,

18      correct?

19   A  Yes.

20   Q  Looking at this I don't see the units.  If they're on

21      here, point them out to me.

22   A  They are not on here.

23   Q  Okay.  Referring you to the fourth line from the bottom

24      which says Due to Creator for Book?

25   A  Yes.

34

Deposition of JAMES VALENTINO    9-5-02

1    Q  Do you see that line?

2    A  Yes, I do.

3    Q  And then go all the way to the right-hand column and it

4       says $9,506.85, do you see that?

5    A  Yes, I do.

6    Q  Is that number reflected there, that would be the amount

7       paid to the creator, I assume in this case is Todd

8       McFarlane Productions, for the Spawn trade paperback

9       Volume 6?

10   A  Yes.

11   Q  Referring you back to Exhibit 134, last page of that,

12      the entry for Spawn trade paperback Volume 6.

13                          MR. FELDMANN:  I'm sorry, just a

14          minute here.

15   Q  The spreadsheet, the current spreadsheet.

16   A  Yes.

17   Q  The entry for Spawn trade paperback Volume 6, last entry

18      there.

19                          MR. FELDMANN:  The far right-hand

20          column?

21                          MR. SIMMONS:  Sure.  Total amount

22          paid to TMP, I think it says.

23                          MR. FELDMANN:  The 6,522?

24   Q  Do you see that number, Mr. Valentino?

25   A  Yes, I do.

35

Deposition of JAMES VALENTINO    9-5-02

1   Q  Can you explain to me why the number on the spreadsheet

2      is about 3,000 less than the number reflected on

3      Exhibit 139 as being due to the creator?

4   A  Yes.  Spreadsheet --

5   Q  134.

6   A  No, the other one, 139.

7   Q  Sure.

8   A  This is the second printing of this trade paperback.

9      The one on 134 I believe is the first printing.  So

10     again, what happens with a book is you can go into

11     multiple printings.

12         Each multiple printing will have, you know, a

13     different number of units and a different number of

14     dollars.

15   Q  Okay.  So is there anyplace on Exhibit 134 where the

16     amount paid to TMP for the second printing is shown?

17               MR. FELDMANN:  Actually, I think

18        we're confused here, because your earlier exhibit

19        shows separate payments that did not sum to the

20        $9,506.85 on 139.  Those are separate things.

21               MR. SIMMONS:  Just to be clear,

22        you're referring to Exhibit 139?

23               MR. FELDMANN:  Yeah, I believe so.

24          (Discussion off the record)

25               THE WITNESS:  Hold on one second.  I

36

Deposition of JAMES VALENTINO    9-5-02

1    want to ask Scott a question about this.

2                    MR. FELDMANN:  Just a second.

3                    (Discussion off the record)

4                    MR. FELDMANN:  We're back here.

5  A  I'm sorry for the confusion.  I'm not a controller,

6    okay.  You're asking me a lot of financial questions.

7    We did the best we could do in the short amount of time

8    we've had.

9        From what I can gather, the number on 139 does not

10   reflect any cost holdbacks that we may have from TMP

11   from various other publications, et cetera, et cetera.

12       We pulled this together very, very quickly.

13 Q  Sure.  Can you explain what you mean by that, cost

14   holdbacks?

15 A  Each book, especially a trade paperback, it's incredibly

16   expensive to print it, to publish it.  What we tend to

17   is to borrow from Peter to pay Paul.

18       So if we're going to press on a trade paperback

19   that's going to cost somewhere in the vicinity of 30 to

20   40 grand and TMP, for example in this case, has a

21   payment due to them, we may hold money due to them to

22   help defer the printing cost, and then it will catch up

23   to it in the accrual, which is where get paid for the

24   units being sold as things accrue.

25       It's sort of complex in a way, but it's sort of

37

Deposition of JAMES VALENTINO    9-5-02

1      like borrowing from Peter to pay Paul.  That's probably
2      where this discrepancy is coming in.
3   Q  You don't know but that's your best guess?
4   A  That's our best guess.
5   Q  Why don't we turn to Exhibit 140?
6   A  Okay.
7   Q  Can you tell me what Exhibit 140 is?
8   A  Again, these are Print Run Instructions, Volume 6,
9      second printing.
10  Q  And it reflects that another 10,060 issues were printed?
11  A  Yes.
12  Q  Turning back to a comment you made earlier, I think you
13     had initially suggested that the reason why the number
14     on 134, the total amount paid to TMP number for Spawn
15     Volume 6, reason why it was low might be because it
16     didn't include the second printing.  Am I accurately
17     recalling your testimony?
18                      MR. FELDMANN:  You're referring now
19          to Exhibit 138 or 134?
20                      MR. SIMMONS:  134.
21  A  Yes, I believe so.  Again --
22  Q  I guess I'm just looking at Exhibit 140 and I'm
23     wondering if it's possible that the second printing of
24     the Spawn trade paperback Volume 6 was simply not
25     included in the spreadsheet Exhibit 134, is that

PROFESSIONAL REPORTERS, LTD.

Deposition of JAMES VALENTINO    9-5-02

1        possible?

2    A   I'm sorry, I don't know.

3    Q   Sure.

4    A   I do not know.

5    Q   But looking at -- why don't we compare Exhibits 138 and

6        140?

7    A   Yes.

8    Q   Exhibit 138 reflects total orders of 15,000.  So you

9        think that is the initial printing of Spawn Volume 6?

10   A   Yes, I believe so.

11   Q   Okay.  Then Exhibit 140 reflects an additional 10,000

12       copies being printed?

13   A   Yes.

14   Q   And then again referring back to Exhibit 134, the number

15       of units sold there of Spawn Volume 6 is only 13,830?

16   A   Right.  If you look at -- one thing I just noticed here

17       in looking at this.  On 140, Diamond Comics quantity

18       zero.  So it looks to me like the vast majority of these

19       books, just looking at this, went directly into

20       inventory which was shipped to Diamond direct.

21           But since the first line -- now again, the first

22       line to the best of my knowledge on 138, the 7320 units,

23       that was Diamond initial orders.

24   Q   Okay.

25   A   Since we're at zero here on 140 with Diamond Comics

39

Deposition of JAMES VALENTINO   9-5-02

1    initial orders, my best guess is it was to accommodate

2    reorders.  That's why we see 9975 in the second column

3    inventory as opposed to on the first column Diamond

4    Comics, Diamond pickups.

5        It seems to me like they sold out in -- they sold

6    out of their inventory.  This inventory on here, on 138,

7    7104, either was gone or dangerously close to being

8    gone.  They manufactured to move it into inventory

9    directly.

10   Q  Referring back to Exhibit 138, the first two entries,

11      you said the 7320 is the initial shipment to Diamond

12      direct which they've already arranged to have sold, is

13      that accurate?

14   A  That's correct.

15   Q  The next entry, the 7104, is shipped into inventory in

16      anticipation of future sales?

17   A  That's correct.

18   Q  What you just said to me is, looking at Exhibit 140,

19      Diamond has ordered another 9975 for inventory, correct?

20                    MR. FELDMANN:  Objection, misstates

21          prior testimony.

22   Q  Correct me if I haven't stated it correctly.

23                    MR. FELDMANN:  Do it again.

24   A  I'm not real sure where the confusion lays here.  Let me

25      try to explain how it works.  Maybe we can get there.

Deposition of JAMES VALENTINO    9-5-02

1    Diamond publishes a catalog.  Retailers receive this

2    catalog.  They place their orders for a book, okay.

3    That would be the Diamond PU, the very first line here,

4    okay.  That's the number of books that retailers

5    ordered, correct?

6  Q  Correct.

7  A  Okay.  Now, second line is what we've placed into

8    Diamond inventory, okay.

9  Q  Second line on Exhibit 138?

10  A  That's correct.  Now, as time goes on Diamond does not

11    reissue the book in a catalog again.  In other words,

12    they don't necessarily always offer it again to

13    retailers, but retailers have the right to order it from

14    them.

15  Q  Right.

16  A  That's why -- so you know, again it's my best guess, but

17    looking at this, what this is telling me is we did not

18    resolicit the book in Diamond's catalog.  We did not

19    offer it again to retailers.  Retailers are coming in

20    ordering this book directly from Diamond.  Okay.  But it

21    wasn't offered, and that's why it's zero in the first

22    column on 140, and that's why the inventory is the 9975.

23        Diamond did not order that.  Instead, that number

24    was derived at by TMP or by Image or whoever at that

25    particular time.  I don't know where that decision was

41

Deposition of JAMES VALENTINO    9-5-02

1     made or by whom.

2   Q  Let me see if I understand.  So looking at Exhibit 138,

3     the first two entries --

4   A  Yes.

5   Q  -- is it your best guess based on looking at Exhibit 138

6     and Exhibit 140 that the 14,424 issues that are

7     reflected in Exhibit 138 and the first two entries on

8     Exhibit 138 were sold by Diamond?

9                         MR. FELDMANN:  Objection, misstates

10        prior testimony.  You can answer.

11  A  You know --

12  Q  I'm trying to understand your testimony.  Correct me if

13     I'm wrong.

14  A  Okay.  The best information I have is that 7320 units

15     were ordered initially by Diamond.  7104 units were

16     placed in inventory.

17        Now, this is dated 5-22-98.  By 11-13-98 we are

18     putting into inventory 9975 dollars.

19  Q  That's units.

20  A  Units, excuse me.

21  Q  Let me just stop you.  Let's take this a piece at a

22     time.  So you're shipping an additional 9975 units to

23     Diamond inventory?

24  A  Right.

25  Q  Let me just finish.  So your best guess as to what's

42

Deposition of JAMES VALENTINO    9-5-02

1    happening here is that the 7104 units that had

2    previously been shipped into Diamond's inventory have

3    now either been sold or close to having all been sold?

4                    MR. FELDMANN:  Objection, misstates

5           prior testimony.

6    Q  Have I accurately characterized what you're trying

7       explain to me?

8    A  No.  The problem is, as stated earlier, I can't know how

9       many of these books are damaged.  I don't know how many

10      of these books were lost.  I can't accurately tell you

11      what the status of that 7104 units would be.

12           Some of them may have been sold, some of them may

13      have been damaged.  I don't know.  All I do know is --

14      all I can see from there is 9975 units were placed back

15      into inventory from a second printing.  What happened to

16      the 7104 I honestly don't know.

17   Q  But is it fair to say that initially Diamond wanted a

18      total of 14,242 units?

19                    MR. FELDMANN:  Objection, misstates

20           prior testimony.

21   Q  Is it fair to say that?

22                    MR. FELDMANN:  You can answer.

23   A  It's only fair to say 7320 units.  That's all they have

24      had orders from from the retailer.  It was up to the

25      decision of TMP to determine how many books were going

43

Deposition of JAMES VALENTINO    9-5-02

1    into inventory for future sales and to make up damages

2    and that kind of thing.  That would be their decision.

3        First number is Diamond's decision.  The second

4    number would be TMP's decision.

5    Q  Okay.  So --

6                    MR. FELDMANN:  We're referring to

7            Exhibit 138?

8                    THE WITNESS:  I'm referring to

9            Exhibit 138, I'm sorry.

10   Q  So let me go at this another way.  Is it fair to say --

11   look again comparing Exhibits 138 and 140.  Am I

12   accurate in stating that approximately, let's see here,

13   approximately 24,000 units were shipped to Diamond

14   either at Diamond's request or because TMP said, "Ship

15   more to Diamond"?  I'm summing up the three entries.

16   A  You're summing up 138 and 140 here, the numbers we have

17   on here?

18   Q  Right.  It's about 24,000?

19   A  Yes, fair to say that they were shipped to Diamond, yes.

20   Q  Referring back to Exhibit 134.

21   A  Yes.

22   Q  The entry for Spawn Volume 6 says number of units sold

23   13,830?

24   A  Once again, you're mixing up one column with the other.

25   The number of units sold reflects how many units were

44

Deposition of JAMES VALENTINO    9-5-02

1       sold.  All the books in Diamond inventory are not

2       necessarily sold.  That's about as simply as I can put

3       it.

4   Q   So it's your testimony that possibly 11,000,

5       approximately 11,000 units may have been shipped to

6       Diamond but weren't sold?

7                       MR. FELDMANN:  Objection, lack of

8           foundation, personal knowledge.  You can answer.

9   A   From what I can see here, yes.  Okay.  I don't have any

10      way of knowing what's in their inventory or what remains

11      in their inventory.

12          Part of this, if I may, which might help you a

13      little bit, is you want books in inventory, particularly

14      perennials.  A trade paperback is a perennial.  It's not

15      something that's pulled off the stands after a week or

16      two.  It's something that can be sold in perpetuity.

17          You want that to remain in inventory so as

18      retailers sell out they can reorder more.  This helps

19      bring in new readers and it helps with current sales on

20      books.  So you want an inventory.  You want a stack of

21      books there at the distributors available for retailers

22      to order at all times.

23          Does that help make a little bit more sense to you?

24  Q   Sure.  Is it also possible that the entry on Exhibit 134

25      for Spawn Volume 6 showing number of units sold, is it

45

Deposition of JAMES VALENTINO    9-5-02

1    possible that that number does not include the second
2    printing of Spawn Volume 6?
3                    MR. FELDMANN:  Objection, calls for
4         speculation.  You can answer if you know.
5    A  I honestly don't know.  I'm sorry.  I do not know.
6    Q  That's all I want is what -- your best answer.  Why
7         don't we turn to Exhibit 141.  This looks like the same
8         format of document we saw previously for Spawn Volume 6.
9             It's for the Angela Pray for the Hunt poster, is
10        that right?
11   A  Yes.
12   Q  I'm looking at the last column of Exhibit 141.
13   A  Yes.
14   Q  It looks like this was a second printing of the poster,
15        am I reading that correctly?
16   A  That what it says on top, yes.
17   Q  That would be your reading of the document as well?
18   A  Yes.
19   Q  Turning to Exhibit 134.  The Angela Pray for the Hunt
20        entry is on the first page of the spreadsheet, second
21        entry.  If you go to the total amount paid to TMP on the
22        right-hand column, it's $2,106.93?
23   A  Yes, I do.
24   Q  Referring back to Exhibit 141, if you look at the fourth
25        column, the next to last column of Exhibit 141 --

46

Deposition of JAMES VALENTINO    9-5-02

1                    MR. FELDMANN:  You're referring to

2          the accrual 6/00?

3     Q  Go to the Due to Creator for Book line close to the

4          bottom.

5     A  Yes.

6     Q  The number there is $2,106.93.

7     A  Yes, I do.

8     Q  That number corresponds with the number entered on

9          Exhibit 134, correct?

10    A  Yes.

11    Q  I guess my question is, the second printing that's shown

12         on Exhibit 141 --

13    A  Yes.

14    Q  -- that does not appear to be reflected on Exhibit 134.

15         Is that your reading of these documents?

16    A  My reading it's in the negative, but yes, that's

17         correct.

18    Q  Why might it be in the negative?

19                    MR. FELDMANN:  Objection, asked and

20            answered from before.

21    Q  Do you know whether the second printing of Angela Pray

22         for the Hunt poster was ever sold?

23    A  I don't know.  I'm sorry, I do not know.

24    Q  That's fine.

25    A  This is the first time I'm seeing this particular

47

Deposition of JAMES VALENTINO    9-5-02

1        document.

2    Q   But this is -- Exhibit 141 is a document created by

3        Image to the best of your knowledge, correct?

4    A   Yes, it is.

5    Q   Turn to Exhibit 142, at the top of the document it says

6        Angela/Glory No. 1?

7    A   Yes.

8    Q   Do you know who was the creator of that publication,

9        Angela/Glory No. 1?

10   A   What do you mean?

11   Q   Is it Todd McFarlane Productions, is it one of the other

12       members of the Image partnership?

13   A   It was Extreme Studios.

14   Q   What is Extreme Studios?

15   A   Rob Liefeld owns Extreme Studios, one of the Image

16       partners.

17   Q   Quickly on Exhibit 142 go to the Due to Creator for Book

18       line, there's a number in the last column of $54,628.69,

19       do you see that?

20   A   Yes, I do.

21   Q   Is it your understanding that's the amount that would

22       have been paid to Liefeld or Mr. Liefeld's company as a

23       result of the Angela/Glory No. 1?

24   A   That would be my understanding, yes.

25   Q   That's all on that one.  I'll turn you to Exhibit 145,

48

Deposition of JAMES VALENTINO    9-5-02

1       skipping ahead a couple of exhibits.

2   A   Okay.

3   Q   Do you recognize Exhibit 145?

4   A   Yes.

5   Q   Can you tell me what it is?

6   A   It's the Inventory Recap Sheet for Angela No. 1.

7   Q   And the second entry on this table on Exhibit 145, it

8       says Quantity Sold Direct Market, do you see that,

9       261,350?

10  A   Yes.

11  Q   To your understanding what is that entry intended to

12      reflect?  Who are those sales made to?

13  A   Those sales would be Diamond orders, the initial Diamond

14      orders.

15  Q   Okay.  And it would -- Angela Issue No. 1, I'll

16      represent to you, was published back in 1994.  Would

17      that also reflect sales or orders of Capital City

18      distributors?

19  A   Yes, probably, considering the publication date, yeah.

20      Sorry.

21  Q   That's fine.  So referring back to Exhibit 134.

22  A   Yes.

23  Q   If you go the first page of the spreadsheet.

24  A   Yes.

25  Q   If you go down to the fourth entry from the bottom, see

49

Deposition of JAMES VALENTINO    9-5-02

1      it?

2   A  Angela 1?

3   Q  Exactly.  And then the column after that, Number of

4      Issues Sold to Distributors?

5   A  235,513.

6   Q  Correct.  That number is approximately 25,000 units

7      lower than the number reflected on Exhibit 145, correct?

8   A  Yes, it looks that way to me.

9   Q  I'll just note that Exhibit 145, it appears to have been

10     created back in 1995.

11                     MR. FELDMANN:  Document speaks for

12          itself.

13  Q  You don't have any reason to doubt that's when this

14     document was created, is that right, Mr. Valentino?

15  A  I have no reason to doubt that, no.

16  Q  Do you have any explanation for why the numbers of units

17     sold differ on these two documents?

18                     MR. FELDMANN:  Objection, asked and

19          answered.

20  Q  Are you still there?

21  A  The number on 134?

22  Q  Yeah.

23  A  Would be a derived number.  This is our best guess based

24     on the monies from our database.  The other one, the

25     145, this appears to be the actual document.  In other

50

Deposition of JAMES VALENTINO    9-5-02

1    words, this is part of that 12,000, you know.

2  Q  This is part of the reports you actually received from

3    Diamond?

4  A  No.   This is created by us but this was created then.

5    The 134 was our best guess estimate.   Okay.

6        So I guess the discrepancy between the two of them,

7    which is like 24,000, something like that.

8  Q  Roughly, yes.

9  A  I guess that would be the difference between a --

10 Q  Is it your testimony, is it your belief that Exhibit 145

11   would be a more accurate assessment of the number of

12   units sold?

13 A  Not necessarily, because there could also be things like

14   returns in there and stuff like that, which again I

15   can't really speak to.   I don't know.

16       You're asking me -- you know, there could be

17   discrepancy -- it could be returns, damages, blah, blah,

18   blah.   There's all -- there are these variables there in

19   printing that are difficult to account for.   It's the

20   nature of publishing.

21 Q  So you don't know which document would be more accurate,

22   Exhibit 145 or Exhibit 134?

23                     MR. FELDMANN:   Objection, misstates

24       prior testimony.

25 Q  Is that an accurate statement?

51

Deposition of JAMES VALENTINO    9-5-02

1                        MR. FELDMANN:  Same objection.
2    Q  Mr. Valentino, do you need me to restate question?
3    A  Yes, why don't you.
4    Q  Mr. Valentino, is it fair to say you simply don't know
5       which document is more accurate, Exhibit 145 or
6       Exhibit 134, at least --
7    A  I believe it's fair to say, again, that these are our
8       best guess estimates.
9    Q  Which ones are you referring to?
10   A  Document 134.  You know, if I may.
11   Q  Sure.
12   A  145 I believe reflects what was printed, what was
13      shipped.  I mean, if you look at it, quantity sold,
14      Image inventory, Rob Liefeld, all these things are on
15      here, so this would probably be what was printed, what
16      was shipped, 80,000 to newsstand, et cetera.  The other
17      one I believe is what was paid.
18   Q  The other one being?
19   A  134, is what was paid on.  Okay.  The two aren't
20      necessarily the same.  I mean, especially when you're
21      comparing things like newsstands and stuff.  It's sort
22      of like you're comparing two different things and trying
23      to make them one.
24   Q  I'm trying to understand how you came up with the
25      numbers, is all.

                           52

Deposition of JAMES VALENTINO    9-5-02

1    A   I'm trying to explain why my confusion is coming in
2        here.  We have two different numbers here and we have
3        two different documents that are reflecting two
4        different things.
5    Q   They're both documents that were created by Image
6        Comics?
7    A   Yes, sir, they were, on very short notice.
8    Q   That's fine.
9                    MR. FELDMANN:  Jeff, can we take a
10            five-minute break?
11                    MR. SIMMONS:  I think I'm almost
12            done.
13            (A short recess is taken)
14                    MR. SIMMONS:  I'm back.  I think
15            we're just about done here.
16   Q   Mr. Valentino, if I could have you turn to Exhibit 146.
17   A   Yes.
18   Q   Can you just -- do you recognize Exhibit 146?
19   A   It looks like an order sheet.
20   Q   And I'm just -- we talked earlier about distributors,
21        and I think we talked a little bit about newsstand
22        versus direct market sales?
23   A   Yes.
24   Q   And it seemed like Exhibit 146 was maybe a good sample
25        to look at here.  I note on Exhibit 146 there are a

53

Deposition of JAMES VALENTINO      9-5-02

1      number of entries for Diamond.  I assume that's Diamond

2      distributors?

3   A  Yes.

4   Q  And then a number of entries for Capital, as well.  I

5      assume that's Capital City, is that correct?

6   A  Yes.

7   Q  Then there's some other miscellaneous entries in here,

8      for example, American Entertainment, Andromeda, on the

9      next page there's Friendly Franks.  I'm just wondering

10     are those -- do you consider those newsstands, do you

11     consider those to be distributors?

12  A  No.  They were all smaller distributors in the direct

13     sales market.

14  Q  Okay.  So do you know -- do you still -- does Image

15     continue to sell comics to smaller distributors such as

16     the ones reflected on Exhibit 146?

17  A  No.  In 1996 Image signed an exclusive distribution

18     contract in the direct sales market with Diamond.  At

19     that particular point pretty much all of these smaller

20     distributors folded.

21  Q  Okay.  So turning to Exhibit 134, the spreadsheet, and

22     again the column saying Number of Units Sold

23     Distributors.

24  A  Yes.

25  Q  For sales made on or before 1996 that are reflected on

54

Deposition of JAMES VALENTINO     9-5-02

1     Exhibit 134, would that number of units sold figure take

2     into account some of these miscellaneous distributors

3     listed -- identified on Exhibit 146?

4  A  Yeah, to our best and most reasonable estimate, yes.

5  Q  Do you know how you, or whoever put together this

6     spreadsheet, went about making the estimate up for these

7     miscellaneous distributors?

8              MR. FELDMANN:  Objection, asked and

9        answered.

10  A  I believe it was calculated under the same formula we

11     did with Diamond.

12  Q  Whatever your deal was with Diamond you just assumed the

13     same deal and numbers would apply to those

14     miscellaneous?

15  A  It could have been a few percentage points this way or

16     that way.  It averaged out there.  We took an average as

17     being a reasonable estimate and applied that to the

18     others.

19              MR. SIMMONS:  Okay.  I'm done in

20        that case.  Does anybody else want to jump in?

21        Anybody?  Pete?

22              MR. SALSICH:  I'm representing Todd

23        McFarlane, Todd McFarlane Productions, TMP

24        International and McFarlane Worldwide,

25        Mr. Valentino, and also on the phone with us is

PROFESSIONAL REPORTERS, LTD.

Deposition of JAMES VALENTINO   9-5-02

1    Gina Carter who represents the same defendants as
2    well.
3            Gina, we're not in the same office,
4    obviously, so we don't know what notes we each have
5    and we haven't had an opportunity to talk.  Are
6    there any questions that you have identified that
7    you would like to ask Mr. Valentino?
8                    MS. CARTER:  No.  I have no
9    questions.
10                   MR. SALSICH:  Okay.  Let me take a
11   quick look here, Mr. Valentino.  I don't think that
12   I do either.
13                   MR. FELDMANN:  Why don't we take a
14   one-minute break?
15                   MR. SALSICH:  That's not a bad idea.
16           (A short recess is taken)
17                   MR. FELDMANN:  We're ready to
18   conclude.
19                   MS. CARTER:  I don't have any
20   questions.
21                   MR. SIMMONS:  This is Jeff.  I'm
22   set.  Pete?
23                   MR. SALSICH:  I have no questions.
24   Okay.
25                   (4:40 p.m.)

56

Deposition of JAMES VALENTINO    9-5-02

1    STATE OF WISCONSIN                        COUNTY OF DANE

2          I, LINDA KUHLMAN, a Notary Public commissioned and

3    qualified in and for the State of Wisconsin, do hereby

4    certify that, pursuant to notice, there came before me on

5    the 5th day of September, 2002, at the offices of Foley &

6    Lardner, 150 East Gilman Street, Madison, Wisconsin,

7    the following named person, to wit:  JAMES VALENTINO, who

8    was by me duly sworn to testify to the truth and nothing

9    but the truth of knowledge touching and concerning the

10   matters in controversy in this cause; that the witness was

11   thereupon carefully examined upon oath; that said

12   examination was taken in shorthand by me and reduced to

13   writing using computer-aided transcription; that said

14   deposition is a true record of the testimony given by the

15   witness; and reading and signing of deposition by said

16   witness were not waived.  I further certify that I am

17   neither attorney or counsel for, nor related to or employed

18   by, any of the parties to the action in which this

19   deposition is taken, and further that I am not a relative

20   or employee of any attorney or counsel employed by the

21   parties or financially interested in the action.  In

22   witness whereof I have hereunto set my hand and affixed my

23   notarial seal September 9th, 2002.  My Commission Expires:

24   7/23/06

25                              Notary Public, State of Wisconsin

57