**PLAINTIFFS' NARRATIVE SUMMARY OF THE JUNE 18, 2002
DEPOSITION OF SHEILA EGGER**

SEP 13 2002
FILED
JOSEPH W. SKUPNIEWITZ
CASE # 02-C-48-S

I have worked for Todd McFarlane Productions for seven years. 6:8-16. Prior to the release of the Spawn movie in the summer of 1997, I remember Todd talking to Neil Gaiman and preparing some checks for Neil. 9:4-25. I understand that Todd and Neil had reached an agreement during this time period. 13:3-7. Todd told me that he and Neil had come to an agreement, but did not tell me the specific terms of that agreement. 29:12-22; 30:21-31:4. Todd was attempting to collect information so that he could pay royalties to Neil pursuant to that agreement. 13:8-21. I typed Exhibit 7 based on information and numbers that Todd gave me. Todd gave me the text for the notes on this exhibit, which are essentially Todd's words. The same is true of Exhibit 8. 19:10-21:11. During this time, Wanda, who is Todd's wife, was handling foreign publishing. 11:20-12:4.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and            )
MARVELS AND MIRACLES, LLC, )
                           )
         Plaintiffs,       )
                           )
   v.                      )   Case No. 02-C-0048-S
                           )
TODD McFARLANE, et al.     )
                           )
         Defendants-Counterclaimants. )

## PLAINTIFFS' PROPOSED NARRATIVE DEPOSITION SUMMARIES

Plaintiffs request that the following narrative deposition summaries of witnesses who will not be available at trial be read to the jury in this case.

1. Terri Cunningham **(CONFIDENTIAL – ATTORNEYS EYES ONLY)**

2. Sheila Egger

3. Terence D. Fitzgerald

4. Allan Inglis

5. Paul Levitz **(CONFIDENTIAL – ATTORNEYS EYES ONLY)**

6. Lawrence Marder

7. Steven Scott Smith

Dated this 13th day of September, 2002.

**FOLEY & LARDNER**
150 East Gilman Street
Madison, WI 53703-2808

Allen A. Arntsen
Joan L. Eads
Jeffrey A. Simmons
*Attorneys for Plaintiffs Neil Gaiman and Marvels and Miracles, LLC*

003.379145.1

<u>Co-Counsel:</u>
Kenneth F. Levin
20 North Wacker Drive, Suite 2200
Chicago, IL  60606

003.379145.1