Case: 3:02-cv-00048-bbc   Document #: 121   Filed: 09/13/02   Page 1 of 1

121

SEP 1 3 2002

FILED
JOSEPH W. SKUPNIEWITZ
CASE # 02-C-48-S

## PLAINTIFFS' NARRATIVE SUMMARY OF THE AUGUST 27, 2002 DEPOSITION OF STEVEN SCOTT SMITH

In about 1993, I went to work for Image Comics. I was working part time for Todd McFarlane during that time. 9:15-17. Todd originally approached me about coming to work for Image Comics. 10:19-21. Todd runs his company and Todd is the guy that carries the ball. 25:6-7. In '95 or '96, I began working with Todd McFarlane Productions full time. 10:15-17. Exhibit 11 is a memo that I wrote to Todd McFarlane and Sheila Egger on July 6, 1998, while I was employed by Todd. 24:5-9; 27:24-28:6. I wrote this memo in the ordinary course of my business with Todd McFarlane Productions. 28:7-16. I think I was talking about a Medieval Spawn/Batman crossover. 24:19-21. When I wrote memos to Todd, I always tried to make sure that they were accurate. 31:8-25. I don't have any reason to doubt that Exhibit 11 is an accurate representation of my understanding of events at the time. 31:1-7.