IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 02-C-0048-S |
| TODD McFARLANE, et al. | ) ) |
| Defendants-Counterclaimants. | ) ) |

03-1461

**AFFIDAVIT OF TODD G. SMITH IN SUPPORT OF MOTIONS IN LIMINE**

STATE OF WISCONSIN   )
                     ) SS.
COUNTY OF DANE       )

After being first duly sworn, Todd G. Smith deposes and states as follows:

1. I am one of the attorneys for the McFarlane Defendants and make this Affidavit upon personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the expert witness report of James P. Caven served upon us in this matter by the plaintiffs.

3. Attached as Exhibit B is a true and correct copy of the expert witness report of Denis Kitchen served upon us in this matter by the plaintiffs.

4. Attached as Exhibit C is a true and correct copy of the transcript from the September 11, 2002 deposition of Denis Kitchen.


03-1461-L09

2

Dated this 13th day of September, 2002.

*[signature]*
Todd G. Smith

Signed and sworn to before me this
13th day of September, 2002.

*[signature]*
Notary Public, State of Wisconsin
My Commission: 3/19/06

MN156298_1.DOC

2