# V E R B A T I M

**REPORTING SERVICE, LLC**

*137*

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE WESTERN DISTRICT OF WISCONSIN

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
                                    )
NEIL GAIMAN and                     )
MARVELS AND MIRACLES, LLC,          )
                                    )        03-1461
        Plaintiffs,                 )
                                    )
    -vs-                            )        Case No.
                                    )        02-C-0048-S
TODD MCFARLANE, TODD MCFARLANE      )
PRODUCTIONS, INC., TMP              )
INTERNATIONAL, INC., MCFARLANE      )
WORLDWIDE, INC., and IMAGE          )
COMICS, INC.,                       )
                                    )
        Defendants.                 )
                                    )
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Telephonic Deposition of:

**STEVEN SCOTT SMITH**

Madison, Wisconsin
August 27, 2002

Reported by:  Jill Benson, RPR

U.S.C.A.—7th Circuit

F I L E D

NOV 2 3 2003  JC

GINO J. AGNELLO
CLERK

DOC. #_____

**ORIGINAL**

TWO EAST MIFFLIN STREET • SUITE 102
MADISON, WISCONSIN 53703
MADISON: 608•255•7700 FAX: 608•255•7749 MILWAUKEE: 414•276•3886
1•800•255•7710 e-mail: verbatim@gdinct.com www.verbatim-madison.com

1                          I N D E X

2      WITNESS                                       Page(s)

3      STEVEN SCOTT SMITH

4          Examination by Mr. Simmons              4
           Examination by Mr. Feldmann             33
5

6

7
                         E X H I B I T S
8
           No.   Description                      Identified
9
           129   Memo                                 4
10

11         _____

12              (Attached to the original transcript
                and copies provided to counsel)
13

14

15

16

17

18

19

20

21

22

23

24

25
                              2

1          TELEPHONIC DEPOSITION of STEVEN SCOTT

2     SMITH, a witness of lawful age, taken on behalf of

3     the Plaintiffs, wherein Neil Gaiman and Marvels and

4     Miracles, LLC, are Plaintiffs, and Todd McFarlane,

5     Todd McFarlane Productions, Inc., TMP International,

6     Inc., McFarlane Worldwide, Inc., and Image Comics,

7     Inc., are Defendants, pending in the United States

8     District Court for the Western District of

9     Wisconsin, pursuant to notice, before Jill Benson, a

10    Registered Professional Reporter and Notary Public

11    in and for the State of Wisconsin at the offices of

12    Foley & Lardner, Attorneys at Law, 150 East Gilman

13    Street, in the City of Madison, County of Dane, and

14    State of Wisconsin, on the 27th day of August, 2002,

15    commencing at 1:30 in the afternoon.

16

17                    A P P E A R A N C E S

18
          JEFFREY A. SIMMONS, Attorney,
19        for FOLEY & LARDNER, Attorneys at Law,
               150 East Gilman Street, Madison,
20             Wisconsin, appearing on behalf
               of the Plaintiffs.
21
          PETER SALSICH, Attorney,
22        for BLACKWELL SANDERS, LLP, Attorneys at Law,
               720 Olive Street, Suite 2400, St. Louis,
23             Missouri 63101, appearing on behalf
               of Defendants Todd McFarlane, Todd
24             McFarlane Productions, Inc., TMP
               International, and McFarlane Worldwide,
25             Inc., via telephone.

                              3

1           R. SCOTT FELDMANN, Attorney,
       for BROBECK, PHLEGER & HARRISON, LLP,
2               Attorneys at Law, 38 Technology Drive,
                Irvine, California 92618, appearing on
3               behalf of Defendant Image Comics via
                telephone.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                    (Exhibit No. 129 marked for

2                         identification)

3                    STEVEN SCOTT SMITH,

4           called as a witness, being first duly sworn,

5           testified on oath as follows:

6

7                         EXAMINATION

8    By Mr. Simmons:

9    Q    Mr. Smith, have you ever had your deposition taken

10        before?

11   A    No.

12   Q    Okay.  I'll just explain some of the ground rules to

13        you here.  Basically I'm going to be asking you a

14        series of questions and looking for your answer to

15        those questions.  We've got this court reporter here

16        who is typing all of our statements down as we

17        speak, and so it's just important that we be clear

18        when we're speaking so that she gets everything down

19        accurately.

20   A    Okay.

21   Q    And as part of that, you and I just have to try not

22        to talk over each other.  So if I'm asking a

23        question, just try to let me finish, and when you're

24        giving an answer, I'll try not to cut you off in

25        your answer, and that way it will help the court

                              5

Deposition of STEVEN SCOTT SMITH, 8/27/02

1        reporter make a clear record.

2    A   All right.  We'll keep from stepping over each

3        other.

4    Q   Now, you don't have an attorney on your end; is that

5        right, Mr. Smith?  You don't have an attorney

6        representing -- sitting with you right now in

7        West Virginia; correct?

8    A   Right.

9    Q   Okay.

10   A   I do not.

11   Q   The other attorneys on the line, while I'm asking

12       questions, they may want to jump in and make an

13       objection at some point, and they're free to do

14       that.  Although if they make an objection, generally

15       you'll still be required to answer the question.  If

16       there's any confusion, we'll help to straighten it

17       out for you.  Also, if I ask you a question and it

18       doesn't make any sense to you or you're a little

19       confused, feel free to just let me know that you're

20       confused and I'll try to rephrase the question.

21       Otherwise if I ask you a question and you give me an

22       answer, I'm going to assume that you understood the

23       question and that your answer is responsive to it.

24       Do you have any questions right now?

25   A   No, not yet.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    Q    Okay.  Did you do anything to prepare for this

2         deposition, Mr. Smith?

3    A    No, not really.

4    Q    And actually, along with that I should make sure,

5         did you receive a copy of Exhibit 129?  I Federal

6         Expressed it to you today.

7    A    Yes.  I have it right in front of me.

8                        MR. SIMMONS:  Pete and Scott, have

9              you got that also?  It should have been faxed

10             to you.

11                       MR. SALSICH:  Yeah, I got it, Jeff.

12                       MR. FELDMANN:  Yes.

13                       MR. SIMMONS:  And that is, as far

14             as I know, is going to be the only exhibit,

15             unless something unexpected comes up.

16   Q    Mr. Smith, have you spoken with Todd McFarlane or

17        any of Todd McFarlane's attorneys at any point

18        during this past year?

19   A    Yes.

20   Q    Okay.  Who did you speak to?

21   A    I spoke not -- okay.  Here's where I'm a little

22        confused.  By speaking to them, do you mean hi, how

23        are you, or about this in particular?

24   Q    About this case in particular, the lawsuit between

25        Mr. Gaiman and Mr. McFarlane and Mr. McFarlane's

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    companies.

2  A  I talked to Michael Kahn last week or two, two

3    weeks, I guess.

4  Q  Okay.  And what did you talk about?

5  A  Mr. Kahn let me know that there was going to be a

6    deposition.

7  Q  Okay.  Did you talk at all about sort of the

8    substance of the dispute between Mr. Gaiman and

9    Mr. McFarlane?

10 A  No.  It was pretty much just giving me a heads-up

11   that there was going to be a deposition.

12 Q  Did he ask you any questions about what you may have

13   remembered about the relationship between Mr. Gaiman

14   and Mr. McFarlane?

15 A  No.

16 Q  Have you talked to anybody else about this lawsuit?

17 A  Not that I remember.

18 Q  Okay.  Now, I'd just like to get a little background

19   information from you.

20 A  Sure.

21 Q  First of all, how old are you?

22 A  I'm 47.  I'll be 48 in December.

23 Q  And can you just sort of briefly walk me through

24   your employment history, say, you know, since high

25   school or college, you know, just kind of hit the

8

Deposition of STEVEN SCOTT SMITH, 8/27/02

1      high points.  I don't need to know about every

2      little job.

3   A   I worked audio/video sales during college.

4      Afterwards worked, let's see, gun sales.  I worked

5      construction as a bridge inspector.  I worked

6      warehouse for a medical company.

7   Q   And let me just stop you there.  What time period

8      are we talking about for these jobs?

9   A   Well, late '70s, early '80s.

10  Q   Okay.

11  A   Let's see, various retail jobs which some were --

12     most were in sales, and whether it would be hardware

13     or audio/video sales, again, that sort of thing.

14     And then about '85, '86 I went to work for Eclipse

15     Comics, and then about -- let me see, about 1993

16     went to work for Image Comics, and I was working

17     part time for Todd McFarlane during that time,

18     helping him out with promotions and marketing and

19     stuff.

20  Q   And this is during the time you were working for

21     Image Comics?

22  A   Yeah.

23  Q   What was your --

24  A   Well, we -- I worked part -- actually I worked part

25     time for him, and then when Image needed me full

9

1          time, I went over to them full time and then, you

2          know, Todd, you know, kind of was one of the

3          co-owners, so I worked for all of them then at that

4          point, which was about 1993.

5    Q    And I'm sorry, so did you say you were working for

6          Todd McFarlane personally first prior to Image

7          Comics?

8    A    I'm trying to remember because I went from Eclipse,

9          and Eclipse took a long time to drag out.  And let's

10         see, that's hard to remember.  '93 for Image Comics

11         full time sticks in my head, and -- because I

12         remember full time.  So I guess that's about as best

13         as I can recollect.  My employment with Todd really

14         didn't start full time because things started

15         getting bigger for him probably about '95 or '96.

16         Then, you know, I was not with Image at all and it

17         was with Todd McFarlane Productions full time.

18   Q    Okay.  So let me back you up again for a second.

19         Who was it that approached you about coming to work

20         for Image Comics?

21   A    Oh, originally that would be Todd.  I had a meeting.

22         I flew out, had a meeting with Todd and the rest of

23         the owners.  This is -- I think it was in Fullerton,

24         California, and that was -- at the time they wanted

25         me to, like, you know, head up the whole thing, but

                                10

Deposition of STEVEN SCOTT SMITH, 8/27/02

1        it was times seven different owners.  It was a

2        little confusing to me.  It wasn't the kind of a

3        situation I wanted to get in at the time because

4        they all seemed to want to go different ways.  So at

5        that point I said no, you know, I don't want to do

6        this.

7            Then later on, I don't remember what year,

8        they brought Larry Marder in and Larry said, you

9        know, at that time he says, you want to come over,

10        you know, I need a head of marketing type of thing,

11        and that's what you did at Eclipse, so you want to

12        do it here?  So I was able to do that here, as I

13        worked for Eclipse, here in West Virginia.

14   Q    So ultimately Larry Marder was the one who recruited

15        you to come over to Image Comics?

16   A    Yeah, I guess.  To be honest, you probably have to

17        check with Larry and Todd exactly on that because I

18        really don't remember exactly.

19   Q    And there was a period of time -- maybe I'm wrong.

20        It sounded like there was a period of time where you

21        were working for both Eclipse and Image; is that

22        correct?

23   A    You know, I'm trying to think.  No.  No, I don't

24        think there was a time I was getting a check from

25        both of them.  Let me think.  There was a time

11

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    towards the end of Eclipse when Dean Malaney, who

2    owned Eclipse, knew that, you know, things were

3    heading down the tubes kind of, and I think for a

4    while there I was working for Todd part time,

5    helping him out with some stuff, and it was okay

6    with Dean.  That would probably be, I guess, about

7    '92, '93, I think.

8  Q  Okay.  So when you finally did come over to Image,

9    what were your duties at Image?

10  A  I was head of sales and marketing promotions.

11  Q  And what did you do in that position?

12  A  In the direct markets of comic books, I made sure

13    that, you know, I worked with the distributor, which

14    at the time we had more than one, but it was

15    Diamond & Capital Distribution, worked with them,

16    and I worked with Comic Book Press, you know, make

17    sure we got promotions and that our books got

18    attention and stuff like that.

19  Q  Do you recall how many other employees Image had

20    during the time you worked for them?

21  A  Well, are you talking the Image central office that

22    was in Anaheim?

23  Q  I guess total, if you know.  I didn't realize they

24    had other offices.

25  A  Yeah.  I don't know.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1   Q   How many at the central office, then?

2   A   I would guess probably eight to ten people.

3   Q   And who was your direct superior, if you had one?

4   A   That would be Larry Marder.

5   Q   Do you recall what Larry's title was at the time?

6   A   I think he was an executive director of

7       Image Comics.  I think that was his title.

8   Q   So was your impression he was sort of the senior

9       employee?

10  A   Yeah.  He was the guy that was the go-between

11      between all the different studios.

12  Q   And then I think you said you think it was '95 or

13      '96 you came over and worked for Todd McFarlane

14      Productions; is that right?

15  A   Right.

16  Q   And what were your duties at Todd McFarlane

17      Productions?

18  A   I was in charge of, like, promotions, marketing,

19      sales.  Again, the same thing I did for Image Comics

20      I kind of did for him, making sure the comic books

21      got, you know, press, and we worked with the

22      distributors, that sort of thing.

23  Q   Okay.  Did you work with any other comic book

24      companies to the extent -- or comic book publishers?

25  A   I don't understand.  Get a check from them?

13

1   Q  No, just had contact with them.  For example,

2       Exhibit 129 seems to indicate some contact with

3       DC Comics, so I'm wondering during your -- other

4       than Exhibit 129, were there times when you had

5       contacts with someone at DC Comics?

6   A  Oh, well, trying to think.  By contact you mean -- I

7       mean, in this business we talk to, you know, a lot

8       of people every day type of thing.  You mean actual

9       business between Todd McFarlane and, say, DC Comics?

10  Q  Yeah, exactly.  Did you ever handle any business

11      dealings between Mr. McFarlane and DC Comics?

12  A  When he did the Spawn/Batman crossover, I kind of

13      was talking to my counterparts there on occasion.

14      That was about it.

15  Q  Do you recall approximately when the Spawn/Batman

16      crossover occurred?

17  A  No.  I would have to look up, you know, the comic

18      book to see -- each comic book as a little indentia

19      that it would tell what year it was.  I can't

20      remember.

21  Q  And so what exactly was your role for Todd McFarlane

22      with regard to the Spawn/Batman crossover?

23  A  Probably just transferring of information, like

24      when -- if you want to do it or when do you want to

25      do it, how much is your cover price going to be, how

14

Deposition of STEVEN SCOTT SMITH, 8/27/02

1     much is our cover price going to be.  Simple details

2     like that.

3  Q  Did you have a particular contact person at

4     DC Comics that you usually dealt with?

5  A  Not a particular one that I remember.

6  Q  Who are some of the people that you remember dealing

7     with at DC Comics?

8  A  Trying to think.  Trying to think who the editor

9     was.  You know, I honestly don't remember.

10 Q  Okay.  I'm going to go back in time a little bit

11    again here to back when you were with Image Comics

12    sort of in the 1993 time period.  Actually, let me

13    scratch that.  Let me just change a little bit here.

14    When was the first time, if at all, you remember

15    having contact with Neil Gaiman?

16 A  I really don't remember.

17 Q  You have met Mr. Gaiman, though?

18 A  Oh, I've met him and -- I'm trying to think.

19    Probably the first time I talked to Neil was

20    probably when I worked for Eclipse.

21 Q  When you were with Eclipse, were you involved in the

22    publication of the Miracle Man series at all?

23 A  Make sure we got press on it and our solicitations

24    got to the distributor, that sort of thing.

25    Editorially it was handled by Dean Malaney.  He was

15

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    the publisher and owner, and his wife and co-owner

2    and editor, Cat Yronwode, and she spells her name

3    Y-r-o-n-w-o-d-e.

4  Q  So when you were employed at Eclipse, during that

5    time period, do you remember Neil Gaiman authoring

6    issues of Miracle Man?

7  A  Yeah.  Neil was one of the people that wrote the

8    comic, and Miracle Man was one that he wrote for us.

9  Q  Was Mark Buckingham the illustrator during that

10    time?

11  A  Mark worked with him, uh-huh.

12  Q  Did you have any understanding about whether or not

13    Mr. Buckingham and Mr. Gaiman may have owned some of

14    the rights to the Miracle Man stories or artwork

15    that they created?

16  A  I was never privy to any of those kind of

17    conversations, you know.

18  Q  What was your role, then?

19  A  To make sure the comic book got, you know, like our

20    solicitation got to the distributors and that we got

21    press on our comics, that sort of thing.

22  Q  Okay.  So now moving ahead, sorry we're jumping

23    around here, but moving ahead to when you come to

24    Image Comics.  I'll represent to you that

25    Neil Gaiman and Todd McFarlane worked together on

16

Deposition of STEVEN SCOTT SMITH, 8/27/02

1       Spawn issue number 9.  Did you have any involvement

2       in the publication of Spawn issue number 9?

3   A   I don't remember what year that was.

4   Q   Approximately 1993.

5   A   Okay.  So I was at Image then.  So it would be, you

6       know, the regular stuff of making sure like all our

7       other Image books, that solicitations got to the

8       distributors and the trade press knew we got this

9       comic coming out, you know, that sort of thing.

10  Q   Do you recall ever having any dealings with

11      Mr. Gaiman regarding publications that Mr. Gaiman

12      was working on for Todd McFarlane Productions or

13      Image Comics?

14  A   Do you mean as far as like editorial?

15  Q   I guess --

16  A   Or in general?

17  Q   Any in general.  And if so, you tell me what the

18      type of interaction was.

19  A   Not that I recall.  I really don't remember.

20  Q   Were you involved at all in the publication of the

21      Angela series of comic books?

22  A   Again, I don't know what year that was, if that was

23      the '90s, you know.

24  Q   I'll represent to you that it's 1994.

25  A   Okay.

17

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    Q    Early 1994.

2    A    Yeah, then, just like all the other Image Comics, I

3         was, you know, making sure our solicitations got to

4         the distributors and we got press and the trade

5         magazines, that sort of thing.

6    Q    When you were at Image Comics, my understanding of

7         how Image Comics works is it's a group of sort of

8         separate comic book publishers who have come

9         together to use Image to put their comics together

10        for them, but they're a separate comic book

11        publishers or creators who are all part of

12        Image Comics.  It's kind of a vague description, but

13        does that sort of generally fit your understanding

14        of how they operate?

15   A    Yes.

16   Q    I'm just wondering, when you were at Image, was

17        there any one of those individual publishers that

18        you tended to do most of your work for, or did you

19        work for all of the various publishers at Image?

20   A    No.  When I was at Image, it was pretty much day to

21        day all of them.

22   Q    You didn't necessarily emphasize working for

23        Mr. McFarlane's companies any more than anybody

24        else?

25   A    No.  It was all pretty equal because, granted, you

Deposition of STEVEN SCOTT SMITH, 8/27/02

1     had some like WildStorm at the time and Extreme

2     Studios which put out more books, which, if you

3     really broke it down to timewise during the day, you

4     know, you might spend a little more time because

5     they were putting out -- put an imaginary number,

6     15, 16 books a month.  That does take a little more

7     time, you know, as compared to, say, Todd McFarlane

8     is just putting out Spawn.  Jim Valentino was just

9     putting out Shadow Hawk, you know, like that.  It's

10     for the whole company.  It's like working in a

11     doughnut factory.  You know chocolate doughnuts are

12     your best seller, you spend more time on chocolate

13     doughnuts, but it still covers the company as a

14     whole.

15  Q  You authored an issue of -- an issue of the Angela

16     comic book, didn't you?

17  A  Yes, sir.

18  Q  Can you just tell me how you came to do that?

19  A  Well, originally when Todd, to the best of my

20     recollection, when Todd started doing toy comics,

21     you know, comic books put into the toy.

22  Q  Like an action figure, for example?

23  A  Yeah.

24  Q  And then when they sell the action figure, there's a

25     comic book that's inserted into the box with the

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1         action figure?

2   A   Yeah. That originally, I think, because it was only

3         16 pages, if I remember right.

4   Q   That's the Angela comic book that you authored?

5   A   Yeah. Wait a minute. No. No. No. No. No. I do

6         recall now. That was a special retail incentive

7         comic. It was a Diamond distribution with Ultra

8         Pro. They make the little sleeve that you put

9         comics in. If you ordered X amount cases of

10        Ultra Pro sheets, you know, these protector sheets,

11        you got, you know, one of those copies. That's what

12        that was. I got it confused because our comics went

13        into the toys for 16 pages as well, and that was a

14        real thin comic. That's what that was for.

15   Q   And so that Angela comic was an incentive that

16        retailers, something that retailers would get for

17        free?

18   A   Yes. If they bought X amount of Ultra Pro sheet

19        protectors from Ultra Pro or Diamond, I don't

20        remember how they worked that out, that's where --

21        that's what it was.

22   Q   And in the process of your writing -- well, what

23        exactly did you do? Did you just write the script

24        for the Angela comic, or did you do artwork as well?

25   A   No. I can't draw a straight line with a ruler. It

Deposition of STEVEN SCOTT SMITH, 8/27/02

| | | |
|---|---|---|
| 1 | | was all just the writing. |
| 2 | Q | Okay.  In the course of writing that Angela comic |
| 3 | | book, did you talk to Neil Gaiman at all to get an |
| 4 | | understanding of how he went about writing his |
| 5 | | Angela comic books? |
| 6 | A | Not that I remember. |
| 7 | Q | Do you recall talking to Mr. Gaiman at all about the |
| 8 | | Angela comic book you were writing? |
| 9 | A | Not that I remember. |
| 10 | Q | Do you recall that Angela comic book subsequently |
| 11 | | being republished in an Angela trade paperback? |
| 12 | A | Yes. |
| 13 | Q | Okay.  And then is it your understanding that in |
| 14 | | later editions of that Angela trade paperback, your |
| 15 | | comic was not included in those issues? |
| 16 | A | Right.  Yes. |
| 17 | Q | Do you know why it wasn't included? |
| 18 | A | I have no idea. |
| 19 | Q | Now, were you, in approximately 1996, 1997 time |
| 20 | | period -- can you hear me okay down there? |
| 21 | A | Yeah.  Excuse me, I was just coughing. |
| 22 | Q | It's quite all right.  If you need to take a break |
| 23 | | at any time, let us know.  Hopefully this should not |
| 24 | | take too long. |
| 25 | A | No problem. |

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    Q   In the 1996, 1997 time period, you were working for

2        Todd McFarlane Productions; correct?

3    A   Yes.

4    Q   And during that time when you were working for

5        Todd McFarlane Productions, at that time, who did

6        you report to?

7    A   Todd McFarlane.

8    Q   Okay.  And where were you working out of?

9    A   West Virginia.

10   Q   And where was Todd McFarlane Productions located at

11       that point?

12   A   Let's see, '96, I don't remember if he was still in

13       the Portland area or if he had moved to Phoenix.

14   Q   Approximately how often during that time period

15       would you talk to Todd McFarlane?

16   A   Around '96, I would say close to daily.

17   Q   You sort of call in periodically just to get an

18       update on what was going on?

19   A   Yeah, or to tell him, you know, need solicitation

20       for this.  If he was doing artwork, I might ask him

21       if he finished his artwork yet, you know, so we

22       would have it for solicitation, that sort of thing.

23   Q   And during the 1996, 1997 time period, do you

24       remember hearing from either Mr. McFarlane or

25       anybody else that Mr. McFarlane and Mr. Gaiman were

1          involved in some negotiations regarding royalties

2          for work that Mr. Gaiman had done?

3    A    I remember hearing about it more through, I guess

4          you call it the grapevine, but not directly. Todd

5          never asked me, you know, what he should do one way

6          or another on something like that.

7    Q    What do you remember hearing?

8    A    That they were going through some sort of

9          negotiations, possible negotiations on characters or

10          work that Neil had done.

11    Q    Do you remember ever talking to Larry Marder about

12          those negotiations?

13    A    I don't remember.

14    Q    Do you remember talking to anybody in particular

15          about those negotiations?

16    A    No, I really don't remember.

17    Q    Do you remember hearing from anyone whether

18          Mr. McFarlane and Mr. Gaiman had reached an

19          agreement during 1996 or 1997?

20    A    No, I don't remember hearing that.

21    Q    Do you remember hearing that Mr. McFarlane was

22          paying royalties to Mr. Gaiman during that time

23          period?

24    A    Trying to think, Jeff. No, I really don't remember.

25          I mean, -- no.

Deposition of STEVEN SCOTT SMITH, 8/27/02

1   Q   Okay.  Why don't we turn to Exhibit 129.

2   A   Okay.

3   Q   And you said you've got that in front of you?

4   A   Yeah.  It's right here.

5   Q   Do you recognize Exhibit 129?

6   A   Yeah.

7   Q   Is that a memo that you wrote to Todd McFarlane and

8       Sheila Egger?

9   A   Yes.

10   Q   And in the first line of that it says, "I need to

11       speak to you about the Neil Gaiman situation."  Do

12       you see that?

13   A   Yes.

14   Q   And then in parentheses it's Medieval Spawn/Batman?

15   A   Yeah.

16   Q   Can you explain to me, to the best of your

17       recollection, what you meant by those words, "the

18       Neil Gaiman situation"?

19   A   As best of my recollection, I think, and I'm not

20       positive, I might have been talking about a Medieval

21       Spawn/Batman crossover, possibly.  I'm not real

22       sure.  It's been awhile.

23   Q   And then right after that you say -- well, actually

24       going down two sentences, it says, "Since you signed

25       the deal to let him do it, let's get it over with."

24

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    A    Uh-huh.

2    Q    What was the deal you were referring to there?

3    A    Again, I really don't remember because that's --

4         it's kind of confusing because it's been so long.  I

5         remember, you know, I don't know if it was this

6         situation or not, but, you know, Todd runs his

7         company, and Todd is the guy that carries the balls.

8         It's always hard trying to get -- you know, it's

9         always hard to, you know, especially when he's doing

10        artwork for something, you know, you got this done

11        yet, you got this in yet.  It's kind of hard asking

12        your boss if he's got some work he's got done yet,

13        but it's -- but yeah, I really don't remember on

14        that.

15   Q    But was it your understanding that there was some

16        sort of deal to allow Mr. Gaiman to do a Medieval

17        Spawn/Batman crossover?

18   A    You know, it's right here, but I really don't

19        remember that long ago, you know.  This was just one

20        memo out of probably hundreds that I wrote during

21        that time.  And again, I wasn't that privy to a lot

22        of stuff, so you know, I really don't remember.  I

23        need more help on that.

24   Q    Before that, though, you say, "You," I think you

25        mean you and I "talked a little bit about it a

25

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1           couple of weeks ago."

2    A     Yeah.  My typos.  As you can tell, I don't have a

3           secretary to type this stuff up.

4    Q     It's all right.  As long as we understand what you

5           meant there.  So what do you recall about you and

6           Mr. McFarlane talking about?

7    A     You know, I really don't remember.  I mean, it's,

8           again, awhile back, and it -- just nothing in

9           particular really catches my thought on it.

10   Q     Well, do you remember Neil Gaiman ever calling you

11          about a potential Medieval Spawn/Batman crossover?

12   A     No, I don't recall.  I do recall talking to Neil

13          back in the Eclipse days when, you know, they didn't

14          pay him a couple times, and he was trying to find

15          somebody that would take his calls, but no, I don't

16          recall.

17   Q     Do you recall anybody -- Batman is published by

18          DC Comics, is that your understanding?

19   A     Yes.

20   Q     Do you remember anybody from DC Comics ever calling

21          you to talk about a Medieval Spawn/Batman crossover?

22   A     No, I don't remember.

23   Q     You don't remember anybody ever contacting you about

24          that?

25   A     Medieval Spawn/Batman thing, no, I can't remember.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    Q   Or any sort of crossover with -- between Neil Gaiman

2         and DC Comics?

3    A   No, not that I remember.

4    Q   Do you know a guy named -- I think it's Mike Carlin

5         over at DC Comics?

6    A   Yeah.  He's a -- like an executive editor.  He's

7         editor in chief type of thing for DC Comics.

8    Q   Do you recall ever speaking to Mike Carlin about a

9         potential Medieval Spawn/Batman crossover?

10   A   Well, I really don't remember.

11   Q   Do you need to deal with that?

12   A   No.  Machine will pick that one up.

13   Q   Okay.

14   A   I mean, I talked to Mike, you know, on and off for

15        the last 15 years about, you know, a lot of

16        different stuff, but I just don't recall talking to

17        him about that in particular.  I don't remember.

18   Q   Did you ever talk to Mr. Carlin about any sort of --

19        any sort of crossovers, whether they dealt with

20        Mr. Gaiman or not?

21   A   In all the time I talked to him in the last 15

22        years, I really don't remember on that particular

23        subject.  I really don't remember.

24   Q   Okay.  Now, you wrote this memo though; correct?

25        You do remember writing this?

27

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    A    Yes.

2    Q    And the memo has a date of July 6, 1998?

3    A    Yes.

4    Q    Were you employed by Todd McFarlane Productions at

5         that time?

6    A    Yes.

7    Q    So was this memo something you wrote just sort of in

8         the ordinary course of your business with

9         Todd McFarlane Productions?

10   A    You mean just like writing a memo, you know,

11        everyday type of thing or, you know, regular

12        business type thing?

13   Q    Correct.

14   A    Uh-huh.

15   Q    That's what this would have been?

16   A    Yes.

17   Q    Okay.   Just give me a second here.   Just looking

18        through my notes.

19   A    Sure, go ahead.

20   Q    Are you still employed by Todd McFarlane

21        Productions?

22   A    No, Jeff.

23   Q    When did you end your employment with them?

24   A    It was, I believe, August 31st of last year.

25   Q    Okay.   And why did you leave?

VERBATIM REPORTING SERVICE, LLC

1    A    Well, Todd was wanting to consolidate all his

2         outside offices, as many as possible, which was like

3         my office and the toy office that was in Michigan,

4         and bring everything, you know, to Phoenix as much

5         as he could to, you know, consolidate, you know,

6         keep everything, you know, under one roof.  And back

7         when I started working for Eclipse and Image and

8         everything, you know, through fax, phone, FedEx, all

9         this, you know, always -- that was always one of my

10        things that, you know, I want to work here in

11        West Virginia.  This is where my family is.  This is

12        where I want to be.  This is where I need to be, and

13        that was always something that was agreed on

14        beforehand.

15             And it had just, you know, Todd's company was

16        just getting bigger and bigger.  Todd felt it was

17        time, in the best interest of the company, to move

18        everything under one roof.  And I decided at that

19        point, you know, he made me an offer to come out

20        there, but it was just best for me, you know, to

21        stay here.

22   Q    And so what are you doing now?

23   A    I'm vice president of sales and marketing for Idea &

24        Design Works.

25   Q    What do you do for them?

                              29

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    A    Handle their sales and marketing for -- it's a

2         creative service company.  We do like DVD menus for

3         motion picture studios.  We design card games for

4         the entertainment division of Upper Deck Card

5         Companies like Survivor and things like that.  We've

6         done national ads, like, for three deodorants, and

7         we also publish graphic novels and a couple comic

8         books.

9    Q    Okay.  Let me -- I'm just going to take a minute

10        here.  I may be done, but let me just put you on

11        hold for a second.  I should be back in just two

12        minutes.  Okay?

13   A    You want me to hang here?

14   Q    Sure, if you don't mind.

15                       (Recess)

16                  MR. SIMMONS:  Who do we still have

17             here?  This is Jeff, I'm back.

18                  MR. FELDMANN:  Scott.

19                  MR. SIMMONS:  Okay.  Pete, you

20             back?

21                  MR. SALSICH:  I'm here.

22   Q    Okay.  I just have one last question, just to make

23        sure I've got everything here, Mr. Smith.  Again, on

24        Exhibit 129, I apologize if I asked you this before.

25   A    No, go ahead.

VERBATIM REPORTING SERVICE, LLC

1    Q    I just wanted to make sure, although I know you say

2         you no longer recall the events at that time period,

3         is it correct that you don't have any reason to

4         doubt that Exhibit 129 is an accurate representation

5         of your understanding of events at that time?  Does

6         that make sense to you?

7    A    No.

8    Q    I just want to make sure, again, you don't have any

9         reason to doubt that Exhibit 129, when you wrote it,

10         that it was an accurate representation of what you

11         were trying to communicate to Mr. McFarlane at that

12         time?

13    A    Well, I mean, I wrote this, but I don't recall, you

14         know, exactly what it was all about.  I wish I

15         could.

16    Q    Sure.

17    A    But again, I wrote so many memos and still do to

18         this day, I mean, I can tell you yes, I did write

19         it.  But as far as content, I really don't remember

20         a whole lot of what it was about.

21    Q    But when you wrote memos to Mr. McFarlane, you were

22         always trying to make sure that they were accurate,

23         fair statement?

24    A    Yeah.  I didn't like to write and lie to him.  That

25         wasn't good for my job.  But I mean, I remember

                              31

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1        writing, you know, this is my memo, but I just don't

2        remember all the details about the content.

3    Q   And that's fine.

4    A   You can tell -- you know, I've written comics for

5        15 years.  You can tell that this isn't your typical

6        business memo because of my witty humor that I have

7        put in here, but -- because I mean, I'm sure you

8        guys working in law offices don't come across these

9        kind of memos on a day-to-day basis, but you working

10       in a creative industry, I guess, you know, you kind

11       of get guys think they're funny.

12   Q   Sure.  Yeah, this might not have been a typical memo

13       for most offices, but in a comic book company it may

14       have been more common?

15   A   Yeah.  It is, you know, this is my memo, but again,

16       I just don't remember, you know, the context.

17   Q   But again, you don't have any reason to doubt that

18       when you wrote it, you were trying to be as accurate

19       as possible to Mr. McFarlane?

20   A   If I could remember that, then I would remember the

21       situation, Jeff.  I really just don't remember the

22       content.

23                   MR. SIMMONS:  Okay.  That's all

24           I've got.  If Mr. Feldmann or Mr. Salsich want

25           to ask you questions, they can do so now.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1      Pete or Scott?

2                      MR. FELDMANN:  I have a few

3          questions.

4

5                      EXAMINATION

6    By Mr. Feldmann:

7    Q   Mr. Smith, my name is Scott Feldmann.  I represent

8        Image Comics, and I just have a few questions about

9        your witty memo here.

10   A   Oh, thanks, Scott.

11   Q   You're right, for us lawyers it's a treat to find

12       something that's written with a little bit of wit.

13   A   Yeah, if you want to call it that.

14   Q   Now, if you'd look at this, you'll see in the second

15       paragraph, that second sentence where you said,

16       "Since you signed the deal to let him do it, let's

17       get it over with."  Do you see that?

18   A   Yes.

19   Q   Then you ask, "Are we getting anything from or out

20       of ol' Neil"?

21   A   Yes.

22   Q   Okay.  Now, did you know what the terms of the deal

23       that you referenced or negotiations were between

24       Mr. McFarlane and Mr. Gaiman?

25   A   I don't remember the deal at all.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1    Q   Okay.  Did you ever see a written and signed

2         contract between Mr. Gaiman and Mr. McFarlane or one

3         of those companies?

4    A   No.

5    Q   Okay.  Did you conduct any negotiations where you

6         acted as an intermediary between the two gentlemen?

7    A   For what?

8    Q   To conclude some sort of a deal about rights to

9         Miracle Man or the Spawn characters?

10   A   No, I don't remember doing that.

11   Q   Would you agree that the persons who would know best

12       if a final deal was ever reached would be

13       Mr. McFarlane and Mr. Gaiman?

14   A   Yes.

15             MR. FELDMANN:  All right.  That's

16       basically all that I have.  And thank you,

17       Mr. Smith.

18             THE WITNESS:  No problem, Scott.

19             MR. SIMMONS:  Pete, do you have

20       anything?

21             MR. SALSICH:  I don't have anything

22       to add to that.  I represent Todd and

23       Todd McFarlane Productions.

24             THE WITNESS:  Yeah, I talked to

25       Michael before.

34

VERBATIM REPORTING SERVICE, LLC

1              MR. SALSICH:  I work with Mike.

2         He's out of town today so you got me.  Sorry I

3         couldn't come up with something to add.

4              THE WITNESS:  Again, I wish I could

5         be more help on some stuff, guys, but, you

6         know, I'm getting old and I have trouble

7         finding my car keys some days.

8              MR. SIMMONS:  Mr. Smith, if that's

9         it, the court reporter, within the next couple

10        of weeks, will come up with a transcript of

11        this deposition, and we'll send it out to you

12        for your review, and if there's any -- you

13        should -- at that point you should read it

14        over and make sure that she didn't get

15        anything wrong as far as you can tell, and

16        you'll be able to note if you think there are

17        any corrections that should be made to the

18        transcript.

19              THE WITNESS:  Okay.  And what after

20        that?

21              MR. SIMMONS:  Then after that,

22        you're probably done, if all goes well.

23              THE WITNESS:  Okay.  I didn't know

24        if you needed me to do anything else or --

25              MR. SIMMONS:  Not as far as I know.

VERBATIM REPORTING SERVICE, LLC

Deposition of STEVEN SCOTT SMITH, 8/27/02

1              I don't know if anybody else has other plans.

2                     THE WITNESS:  Okay.

3                     MR. SIMMONS:  I think at this

4         point, then, we're done.

5                     (adjourning at 2:15 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERBATIM REPORTING SERVICE, LLC

1    STATE OF WISCONSIN )

2                       ) ss.

3    COUNTY OF DANE     )

4        I, JILL E. BENSON, a Registered Professional Reporter

5    and Notary Public duly commissioned and qualified in and

6    for the State of Wisconsin, do hereby certify that

7    pursuant to notice, there came before me on the 27th day

8    of August, 2002, at 1:30 in the afternoon, at the

9    offices of Foley & Lardner, Attorneys at Law, 150 East

10   Gilman Street, the City of Madison, County of Dane, and

11   State of Wisconsin, the following named person, to wit:

12   STEVEN SCOTT SMITH, who was by me duly sworn to testify

13   to the truth and nothing but the truth of his knowledge

14   touching and concerning the matters in controversy in

15   this cause; that his was thereupon carefully examined

16   upon his oath and his examination reduced to typewriting

17   with computer-aided transcription; that the deposition

18   is a true record of the testimony given by the witness;

19   and that reading and signing was waived.

20            I further certify that I am neither attorney

21   or counsel for, nor related to or employed by any of the

22   parties to the action in which this deposition is taken

23   and further that I am not a relative or employee of any

24   attorney or counsel employed by the parties hereto or

25   financially interested in the action.

37

Deposition of STEVEN SCOTT SMITH, 8/27/02

1          In witness whereof I have hereunto set my

2    hand and affixed my notarial seal this 3rd day of

3    September, 2002.

4

5    _____

6                                Registered Professional Reporter
                                 Notary Public, State of Wisconsin
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

38