

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND )
MIRACLES, LLC, )
)
    Plaintiffs, )
)
v. ) Case No. 02-C-0048-S
)
TODD McFARLANE, et al. )
)
    Defendants-Counterclaimants. )

## THE DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

    Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., and McFarlane Worldwide, Inc. (collectively, the "McFarlane Defendants"), through their attorneys LaFollette Godfrey & Kahn and Blackwell, Sanders, Peper, Martin, and defendant Image Comics, Inc., through its attorneys, Brobeck, Phleger & Harrison, respectfully submit the following proposed voir dire questions to be asked of the jury panel in this case:

1. Have you or a family member purchased a comic book in the past ten years?

2. Have you or a family member collected comic books in the past ten years?

3. When was the last time you read a comic book?

4. When was the last time you read a novel? Was the novel fiction or non-fiction?

5. Do you follow or review the books currently listed on the New York Times best seller list?

6. Have you ever collected trading cards of any kind?

7. Have you ever purchased or collected sports-related figures?

8. Have you or a family member ever worked as a bookkeeper, an accountant or an auditor, or in any other job or capacity that involves a knowledge of accounting?

9. Have you ever served as a juror before in either a criminal or civil case? If so, was it a civil or criminal case? Have you ever been excused from a jury? Have you ever served as a foreperson on a jury?

10. Was the jury able to reach a verdict in each case where you were a juror and the case was submitted to the jury?

11. Have you, members of your immediate family, or close personal friends ever been involved in a lawsuit as either a plaintiff, defendant or witness, to and including the filing of any type of lawsuit as a plaintiff, or having a lawsuit filed against you as a defendant?

Dated: September 20, 2002

LA FOLLETTE GODFREY & KAHN

By: _____
Eugenia G. Carter
Todd G. Smith
One East Main Street, Suite 500
Madison, WI 53701
Tel: (608) 257-3911
Fax: (608) 257-0609

—and—

Michael A. Kahn
Peter W. Salsich, III
Blackwell Sanders Peper Martin, LLP
720 Olive Street, Suite 2400
Saint Louis, MO 63101
Tel: (314) 345-6000
Fax: (314) 345-6060

Attorneys for Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc.

R. Scott Feldmann
Brobeck, Phleger & Harrison LLP
38 Technology Drive
Irvine, CA 92618-5312
Tel: (949) 790-6300
Fax: (949) 790-6301

Attorneys for Defendant Image Comics, Inc.

MN156943_1.DOC

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing was served on all counsel of record via hand delivery and regular mail this 20th day of September, 2002, addressed to the following:

    Allen A. Arntsen
    Jeffrey A. Simmons
    Foley & Lardner
    150 East Gilman Street
    Madison, WI 53703-2808
    Fax: 608-258-4258

    Kenneth F. Levin
    Kenneth F. Levin & Associates
    20 North Wacker Drive, Suite 2200
    Chicago, IL 60606
    Fax: 312-977-2990

_____