IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND )
MIRACLES, LLC, )
  )
    Plaintiffs, )
  )
v. ) Case No. 02-C-0048-S
  )
TODD McFARLANE, et al. )
  )
    Defendants-Counterclaimants. )

## THE DEFENDANTS' BRIEF IN SUPPORT OF THEIR OBJECTIONS TO PLAINTIFFS' PROPOSED TRIAL EXHIBITS 11 AND 71

Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., and McFarlane Worldwide, Inc. (collectively, the "McFarlane Defendants"), through their attorneys LaFollette Godfrey & Kahn and Blackwell, Sanders, Peper, Martin, and defendant Image Comics, Inc., through its attorneys, Brobeck, Phleger & Harrison, respectfully submit this Brief in Support of their Objections to Plaintiffs' Proposed Trial Exhibits 11 and 71.

Proposed Trial Exhibit 11 is inadmissible because it is irrelevant to any contested issue in this case and contains potentially prejudicial statements to Todd McFarlane not related to this case. In particular, the memorandum ends with the line "Your loyal slave till you fuck me over." The defendants' principal objection to this memorandum is this line, and would not object to the admission of this document if this line was redacted. The disputed line has no relevance to any issue in this case and should be excluded because it contains profanity and could prejudice the jury against the defendants. It is inadmissible under Rules 402 and 403, Fed. R. Evid.

Proposed Trial Exhibit 71 should be excluded under Rule 402 because it is irrelevant to any contested issue in this case. The exhibit consists of a contract between the bankrupt Eclipse Comics and Mark Buckingham related to the Miracleman comic. Mr. Buckingham's contributions to old issues of this comic is not at issue in this lawsuit. There is therefore no reason to present this contract as an exhibit in this case. Admission of this document would only lead to jury confusion and unnecessary and cumulative testimony.

Dated: September 20, 2002

By: _____
LA FOLLETTE GODFREY & KAHN

Eugenia G. Carter
Todd G. Smith
One East Main Street, Suite 500
Madison, WI 53701
Tel: (608) 257-3911
Fax: (608) 257-0609

—and—

Michael A. Kahn
Peter W. Salsich, III
Blackwell Sanders Peper Martin, LLP
720 Olive Street, Suite 2400
Saint Louis, MO 63101
Tel: (314) 345-6000
Fax: (314) 345-6060

Attorneys for Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide, Inc.

R. Scott Feldmann
Brobeck, Phleger & Harrison LLP
38 Technology Drive
Irvine, CA 92618-5312
Tel: (949) 790-6300
Fax: (949) 790-6301
Attorneys for Defendant Image Comics, Inc.

MN156953_1.DOC

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing was served on all counsel of record via hand delivery and regular mail this 20th day of September, 2002, addressed to the following:

     Allen A. Arntsen
     Jeffrey A. Simmons
     Foley & Lardner
     150 East Gilman Street
     Madison, WI 53703-2808
     Fax: 608-258-4258

     Kenneth F. Levin
     Kenneth F. Levin & Associates
     20 North Wacker Drive, Suite 2200
     Chicago, IL 60606
     Fax: 312-977-2990

MN156953_1.DOC