Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Josefina F. McEvoy (CA Bar No. 147138) jmcevoy@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004
(602) 528-4000
Proposed Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. _____ |
| TODD MCFARLANE PRODUCTIONS, INC., an Arizona corporation | In Proceedings Under Chapter 11 |
| | Judge _____ |
| Debtor. | **NOTICE OF FILING BANKRUPTCY** |
| | **Date of Hearing:**<br>**Time of Hearing:** |

**NOTICE IS HEREBY GIVEN** that on December 17, 2004, TODD MCFARLANE PRODUCTIONS, INC. (the "**Debtor**"), by and through undersigned counsel filed a voluntary petition for relief under Chapter 11 of United States Bankruptcy Code (11 U.S.C. §§ 101-1330) in the United States Bankruptcy Court for the District of Arizona.

Phoenix/305658.2                                     1

Immediately upon the bankruptcy filing, a broad "stay" automatically goes into effect that prohibits creditors from taking or continuing most actions to collect money or property from the Debtor, including the commencement of any judicial proceedings in any other court. Such a stay is now in effect as of December 17, 2004 with respect to the Debtor listed above. A creditor wishing to proceed with an action against the Debtor or any of the Debtor's property must obtain permission from the U.S. Bankruptcy Court, or face a potential claim for damages, including costs and attorney's fees, and, in appropriate circumstances, punitive damages. Creditors who are uncertain of their rights should seek legal advice.

Dated this 17th day of December, 2004.

        SQUIRE, SANDERS & DEMPSEY, L.L.P.

        /s/ *Josefina F. McEvoy*
        Josefina F. McEvoy
        Two Renaissance Square, Suite 2700
        40 North Central Avenue
        Phoenix, Arizona 85004
        (602) 528-4000

        Attorneys for Debtor and Debtor-in-Possession