IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-C-0048-S<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 26, 2009, I electronically filed a letter directed to Magistrate Judge Stephen L. Crocker to clarify plaintiffs' position on filing a response to defendant Image Comics, Inc.'s Notice of Intervening Changes in Law, with the Clerk of Court using the ECF system which sends notification of such filing in the above-captioned matter to the following:

> Jeffrey A. Simmons, jsimmons@foley.com;
> Todd Smith, tsmith@gklaw.com; and
> R. Scott Feldmann, sfeldmann@crowell.com.

I further certify that I will cause the Court's confirmation of ECF, along with a true and correct file-stamped copy of this document to be placed in an envelope, affixed with appropriate postage, and mailed using the U.S. postal service addressed to the following non ECF participant:

> Michael Kahn, Esq.
> Bryan Cave LLP
> One Metropolitan Square
> 211 North Broadway, Suite 3600
> St. Louis, MO 63102-2750

MADI_1859828.1

and that I have e-mailed the same to the following non ECF participant:

>Kenneth F. Levin and Associates
>kenflevin@gmail.com

Dated this 26th day of March, 2009.

>s/ Jeffrey A. Simmons
>Jeffrey A. Simmons

MADI_1859828.1