IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>*Defendants.* | Case No.   02-C-0048-S<br>(Judge Shabaz)<br><br>**THOMAS E. DIETRICH APPLICATION FOR ADMISSION *PRO HAC VICE*** |

CROWELL & MORING LLP
R. Scott Feldmann
(*pro hac vice*)
Thomas E. Dietrich
(*pro hac vice* application pending*)*
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414

Attorneys for Defendant
Image Comics, Inc.

I, Thomas E. Dietrich, hereby apply to the Court under Local Rule 83.5(C) for permission to appear and participate in the above-entitled action on behalf of Defendant Image Comics, Inc., by whom I have been retained.

My out-of-state business information is as follows:

Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
phone: (949) 263-8400
fax:     (949) 263-8414
e-mail: tdietrich@crowell.com

I am a member of good standing and eligible to practice before the following courts:

| *Title of Court* | *Date of Admission* |
| --- | --- |
| State of California | December 2007 |
| U.S. District Court for the Northern District of California | April 2008 |
| U.S. District Court for the Eastern District of California | April 2008 |
| U.S. District Court for the Central District of California | April 2008 |
| U.S. District Court for the Southern District of California | April 2008 |

I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the State of Wisconsin. I am not currently suspended or disbarred in any court.

1                                                              Case No. 02-C-0048-S
THOMAS E. DIETRICH APPLICATION FOR ADMISSION PRO HAC VICE

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

DATED: January 13, 2010                     CROWELL & MORING LLP

                                            By: _____
                                                R. Scott Feldmann
                                                Thomas E. Dietrich

                                                Attorneys for Defendant
                                                Image Comics, Inc.

Cam No. 100381.001
IR4273847.1

THOMAS E. DIETRICH APPLICATION FOR ADMISSION PRO HAC VICE