

Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Andrew V. Banas (AZ Bar No. 023886) abanas@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Squire, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000
Counsel to Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| TODD McFARLANE PRODUCTIONS, INC., an Arizona corporation, | Case No.  2:04-bk-21755-CGC |
| Debtor. | **NOTICE OF EFFECTIVE DATE OF THIRD AMENDED PLAN OF REORGANIZATION** |

**PLEASE TAKE NOTICE THAT:**

1.      On June 23, 2008, the United States Bankruptcy Court, District of Arizona entered its *Findings of Fact, Conclusions of Law, and Order Confirming Third Amended Plan of Reorganization* [Docket No. 545] (the "**Confirmation Order**") confirming the *Third Amended Plan of Reorganization* [Docket No. 422] (the "**Plan**").[1] The Confirmation Order contains amendments to the Plan, all of which were incorporated into the confirmed Plan.

2.      The Plan and Confirmation Order establish the following dates and deadlines:

    a.      The **Confirmation Date** of the Plan is **June 23, 2008.**

    b.      The **Effective Date** of the Plan is **July 7, 2008.**

    c.      The **Administrative Claims Bar Date** is **August 6, 2008.**  All requests for payment of an Administrative Claim (other than a Professional Fee Claim) must be filed with the Bankruptcy Court and served on Reorganized Debtor's counsel no later than August 6, 2008. Any holder of an Administrative Claim (other than a Professional Fee Claim) that fails to file and serve its request by August 6, 2008, is forever barred from asserting its Administrative Claim against either the Debtor or the Reorganized Debtor.

    d.      The **Professional Fee Claims Bar Date** is **August 21, 2008.**  All applications for payment of a Professional Fee Claim must be filed with the Bankruptcy Court and served on Reorganized Debtor's counsel no later than August 21, 2008. Any

---

[1] All capitalized terms not defined in this Notice retain the meaning given to them in the Plan.

holder of a Professional Fee Claim that fails to file and serve its application by August 21, 2008, is forever barred from asserting its Professional Fee Claim against either the Debtor or the Reorganized Debtor.

e.     The **Rejection Damages Bar Date:**  If the rejection of an executory contract or unexpired lease during the Chapter 11 Case (including any such rejection under the Plan) results in a Claim, then such Claim shall be forever barred and shall not be enforceable against the Debtor, the Reorganized Debtor, or the properties of either of them unless a Proof of Claim is filed with the Bankruptcy Court and served on Reorganized Debtor's counsel by the earliest to occur of (i) 30 days following entry of the order authorizing the rejection of the executory contract or unexpired lease, and (ii) August 6, 2008.

Dated: July 7, 2008

                                            **SQUIRE, SANDERS & DEMPSEY L.L.P.**

                                            By:     /s/ Andrew V. Banas
                                                    Thomas J. Salerno
                                                    Andrew V. Banas
                                            Two Renaissance Square, Suite 2700
                                            40 North Central Avenue
                                            Phoenix, Arizona 85004
                                            (602) 528-4000
                                            Counsel to Debtor