Ex. E



*Spawn* Issue 26 -
Front Cover



# image™ COMICS PRESENTS:

# "the DARK"

**story**
TODD MᶜFARLANE

**art**
TODD MᶜFARLANE
GREG CAPULLO

**copy editor & letters**
TOM ORZECHOWSKI

**color**
STEVE OLIFF
and OLYOPTICS

**Dedicated to:**
## DAVE SIM

**OLYOPTICS:**
Tracey Anderson, Stacy Cox, Patti Stratton Jordan,
Kirk Mobert, Marie St. Clair, Mo Sampson, Quinn Supplee,
Christ Wolfe, Bree Blackford, Candace McCasland,
Robyn Roberson, Lea Rude, and William Zindel.

## FOR IMAGE COMICS

**Executive Director:** LARRY MARDER
**Publisher:** TONY LOBITO
**Art Director:** DOUG GRIFFITH
**Production Manager:** TERESA CESPEDES

**Distribution:** GERMAINE ZACHARIAH
**Traffic:** RONNA COULTER
**Asst. to Exec. Director:** KELLY VAN LANDINGHAM
**Graphic Design:** KENNY FELIX

SPAWN #26. December. 1994. FIRST PRINTING. Published by IMAGE COMICS. P.O. Box 25468
Anaheim CA 92825 $1.95/$2.65 in Canada. Spawn®, its logo and its symbol are registered Trade-
marks™ 1994 of Todd MᶜFarlane Productions, Inc. All rights reserved. Any similarities to persons
living or dead is purely coincidental. With the exception of artwork used for review purposes, none of
the contents of this publication may be reprinted without the permission of Todd MᶜFarlane.
PRINTED IN CANADA.

**Director Of Creative Development:** TERRY FITZGERALD.
**Graphics Coordinator:** JULIA SIMMONS.



*Spawn* Issue 26 -
Credit Page