Ex. F



*Spawn* Vol. 6 -
Front Cover



Todd McFarlane + Image Comics presents

# SPAWN

stories TODD McFARLANE

art TODD McFARLANE
GREG CAPULLO
Special thanks to Kevin Conrad

copy editor+ lettering TOM ORZECHOWSKI

color STEVE OLIFF+ OLYOPTICS

cover pencils GREG CAPU

cover inks TODD McFARLANE

cover colors STEVE OLIFF
QUINN SUPPLEE

publication cover + design
BRENT ASHE

president of entertainment
publishing and licensing TERRY FITZGERALD

for Image Comics LARRY MARDER Executive Dire

art director and graphic designer BRENT ASHE

graphics coordinator
JULIA SIMMONS

editorial coordinator MELANIE SIMMONS

**DIRECT SALES** 00611

TODD McFARLANE PRODUCTIONS

Spawn Trade Paperback Book Six 1994/1998. First Printing. Published by Image Comics 1440 N. Harbor B Fullerton, CA 92635. $9.95 U.S./$15.00 in Canada. Spawn, its logo and its symbol are registered trademarks 199 Todd McFarlane Productions, Inc. All other related characters are TM and © 1998 Todd McFarlane Productions, In rights reserved. Any similarities to persons living or dead are purely coincidental. With the exception of artwork use review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFar PRINTED IN CANADA. ISBN 1-58240-001-6

Spawn Vol. 6 - Credit Page



Todd McFarlane created Spawn in 1992 after becoming an internationally renowned artist at Marvel Comics working on characters such as Spider-Man and The Hulk.

Spawn is the #1 selling comic book in the US with over 10 million copies sold worldwide. The addition of the top-selling McFarlane Toys line has made Spawn into a multimedia sensation allowing the creation of the highly rated HBO animated series, and New Line Cinema's biggest film of 1997, both executive produced by Todd McFarlane.

$9.95 U.S._$15.00 CAN.

ISBN 1-58240-001-6

50995>

9 781582 400013

*Spawn* Vol. 6 -
Back Cover