Ex. G



*Pathway to Judgment* - Front Cover



Todd McFarlane and Image Comics presents

# SPAWN

BOOK 6 PATHWAY TO JUDGEMENT

## ABOUT THE CREATOR

Todd McFarlane created Spawn in 1992 after becoming an internationally renowned artist at Marvel Comics working on characters such as Spider-Man and The Incredible Hulk. Spawn is the #1 selling comic book in the US with over 10 million copies sold worldwide. The addition of the top-selling McFarlane Toys line has made Spawn into a multimedia sensation allowing for the creation of the highly rated HBO animated series, and New Line Cinema's biggest film of 1997, both executive produced by Todd McFarlane.

TODD McFARLANE PRODUCTIONS
www.spawn.com

*Pathway to Judgment -
Inside Front Cover*



Todd McFarlane and Image Comics presents

# SPAWN

## BOOK 6  PATHWAY TO JUDGEMENT

**STORIES**
Todd McFarlane

**ART**
Todd McFarlane
Greg Capullo
Special thanks to Kevin Conrad

**COPY EDITOR AND LETTERING**
Tom Orzechowski

**COLOR**
Steve Oliff and Olyoptics

**PUBLICATION COVER AND DESIGN**
Brent Ashe

**PRESIDENT OF ENTERTAINMENT**
Terry Fitzgerald

**EXECUTIVE DIRECTOR OF PUBLISHING**
Beau Smith

**MANAGING EDITOR**
Ted Adams

**EDITORIAL COORDINATOR**
Melanie Simmons

**EXECUTIVE DIRECTOR FOR IMAGE COMICS**
Larry Marder

TODD McFARLANE PRODUCTIONS
www.spawn.com

DIRECT SALES  00612
7 09853 03106 2

Spawn Trade Paperback Book Six *Pathway to Judgement* 1994/1998. Second Printing. Published by Image Comics 1440 N. Harbor Blvd., Fullerton, CA 92635. $9.95 U.S./$15.85 CAN. Spawn, its logo and its symbol are registered trademarks 1998 of Todd McFarlane Productions, Inc. All other related characters are TM and © 1998 Todd McFarlane Productions, Inc. All rights reserved. Any similarities to persons living or dead are purely coincidental. With the exception of artwork used for review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFarlane. PRINTED IN CANADA. ISBN 1-58240-001-6

*Pathway to Judgment - Credit Page*



*Pathway to Judgment* - Back Cover