## DECLARATION OF ERIC STEPHENSON

I, Eric Stephenson, hereby declare:

1.  I am the Publisher of Image Comics, Inc. ("Image"). I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto under oath.

2.  Image is currently in possession of 2,020 *Spawn* Volume 6 and *Pathway to Judgment* trade paperbacks that do not contain an author's credit to Neil Gaiman. Image is not selling or distributing these comic books as a result of the reverse passing-off injunction currently in place. The total sales value of these trade paperbacks is approximately $20,099.00.

3.  Image is currently in possession of 3,764 *Angela's Hunt* trade paperbacks that do contain Gaiman's name and biographical facts. Image is not selling or distributing these trade paperbacks as a result of the right of publicity injunction currently in place. The total sales value of these *Angela's Hunt* trade paperbacks is approximately $29,923.80.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of January, 2010, at Berkeley, California.

_____
Eric Stephenson

IR4270287.3
Cam No. 100381.0000001

1