## DECLARATION OF THOMAS E. DIETRICH

I, Thomas E. Dietrich, hereby declare:

1. I am an associate at Crowell & Moring LLP. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto under oath.

2. Attached hereto as Exhibit A is a true and correct copy of pages I selected and copied from an original edition of the *Angela's Hunt* 2000 ed. trade paperback.

3. Attached hereto as Exhibits B, C, and D are true and correct copies of documents filed in the Todd McFarlane Productions ("TMP") bankruptcy proceeding, Case No. 2:04-bk-21755-CGC (D. Az. Bk. Ct.). I retrieved these documents from the Pacer online docket system.

4. Attached hereto as Exhibit E is a true and correct copy of pages I selected and copied from an original *Spawn* Issue 26 comic book.

5. Attached hereto as Exhibit F is a true and correct copy of pages I selected and copied from an original edition of the *Spawn* Volume 6 trade paperback.

6. Attached hereto as Exhibit G is a true and correct copy of pages I selected and copied from an original edition of the *Pathway to Judgment* trade paperback.

7. Attached hereto as Exhibit H is a true and correct copy of pages I selected and copied from an original edition of the *Angela* trade paperback.

1

8. Attached hereto as Exhibit I is a true and correct copy of pages I selected and copied from an original edition of the *Angela's Hunt* 1998 ed. trade paperback.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2010, at Irvine, California.

_____
Thomas E. Dietrich

Cam No. 100381.0000001
IR4318476.1