**Ex. B**

Thomas J. Salerno (AZ Bar No. 007492) tsalerno@ssd.com
Josefina F. McEvoy (CA Bar No. 147138) jmcevoy@ssd.com
Jordan A. Kroop (AZ Bar No. 018825) jkroop@ssd.com
Kelly Singer (AZ Bar No. 022024) ksinger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004
(602) 528-4000
Proposed Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re | Case No. _____ |
|---|---|
| TODD MCFARLANE PRODUCTIONS, INC., an Arizona corporation | In Proceedings Under Chapter 11 |
| Debtor. | Judge _____ |
| | **NOTICE OF FILING BANKRUPTCY** |
| | **Date of Hearing:** <br> **Time of Hearing:** |

**NOTICE IS HEREBY GIVEN** that on December 17, 2004, TODD MCFARLANE PRODUCTIONS, INC. (the "**Debtor**"), by and through undersigned counsel filed a voluntary petition for relief under Chapter 11 of United States Bankruptcy Code (11 U.S.C. §§ 101-1330) in the United States Bankruptcy Court for the District of Arizona.

Phoenix/305658.2

1

1  Immediately upon the bankruptcy filing, a broad "stay" automatically goes into effect that
2  prohibits creditors from taking or continuing most actions to collect money or property from the Debtor,
3  including the commencement of any judicial proceedings in any other court. Such a stay is now in effect
4  as of December 17, 2004 with respect to the Debtor listed above. A creditor wishing to proceed with an
5  action against the Debtor or any of the Debtor's property must obtain permission from the U.S.
6  Bankruptcy Court, or face a potential claim for damages, including costs and attorney's fees, and, in
7  appropriate circumstances, punitive damages. Creditors who are uncertain of their rights should seek
8  legal advice.

Dated this 17th day of December, 2004.

                                **SQUIRE, SANDERS & DEMPSEY, L.L.P.**

                                /s/ *Josefina F. McEvoy*
                                Josefina F. McEvoy
                                Two Renaissance Square, Suite 2700
                                40 North Central Avenue
                                Phoenix, Arizona 85004
                                (602) 528-4000

                                Attorneys for Debtor and Debtor-in-Possession