Ex. F

SPAWN

Book of the Dead

BOOK NO. 6

Todd McFarlane / Greg Capullo

*Spawn* Vol. 6 - Front Cover



Todd McFarlane + Image Comics presents

# SPAWN

stories **TODD McFARLANE**

art **TODD McFARLANE**
**GREG CAPULLO**
Special thanks to Kevin Conrad

copy editor + lettering **TOM ORZECHOWSKI**

color **STEVE OLIFF + OLYOPTICS**

cover pencils **GREG CAPULLO**

cover inks **TODD McFARLANE**

cover colors **STEVE OLIFF**
**QUINN SUPPLEE**

publication cover + design
**BRENT ASHE**

president of entertainment publishing and licensing **TERRY FITZGERALD**

for Image Comics **LARRY MARDER** Executive Director

art director and graphic designer **BRENT ASHE**

graphics coordinator
**JULIA SIMMONS**

editorial coordinator **MELANIE SIMMONS**

*Spawn* Vol. 6 - Credit Page

Spawn Trade Paperback Book Six 1994/1998. First Printing. Published by Image Comics 1440 N. Harbor B Fullerton, CA 92635. $9.95 U.S./$15.00 in Canada. Spawn, its logo and its symbol are registered trademarks 199 Todd McFarlane Productions, Inc. All other related characters are TM and © 1998 Todd McFarlane Productions, In rights reserved. Any similarities to persons living or dead are purely coincidental. With the exception of artwork use review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFar PRINTED IN CANADA. ISBN 1-58240-001-6

Case: 3:02-cv-00048-bbc    Document #: 276-6    Filed: 01/13/10    Page 3 of 3



Spawn Vol. 6 - Back Cover

Todd McFarlane created Spawn in 1992 after becoming an internationally renowned artist at Marvel Comics working on characters such as Spider-Man and The Hulk.

Spawn is the #1 selling comic book in the US with over 10 million copies sold worldwide. The addition of the top-selling McFarlane Toys line has made Spawn into a multimedia sensation allowing the creation of the highly rated HBO animated series, and New Line Cinema's biggest film of 1997, both executive produced by Todd McFarlane.

$9.95 U.S. _ $15.00 CAN.

ISBN 1-58240-001-6

9 781582 400013

50995>