Case: 3:02-cv-00048-bbc    Document #: 276-8    Filed: 01/13/10    Page 1 of 3

Ex. H



*Angela* Trade Paperback - Front Cover

An angel, a hunter of Spawns, a great character. That's Angela.

What you are holding in your hands is only the second Spawn related trade paperback ever released, reprinting the Angela mini-series and the "Angela Special" comic. Following are the main reasons both the mini-series and now the trade paperback exist.

The date, March, 1993. Spawn nine, written by Neil Gaiman and drawn by Todd McFarlane, featuring the first appearance of Angela, hits the stores. Immediately after the book is released, the letters start pouring in begging to see more of this fierce new Spawn stalker. Those letters, your letters, did not go unnoticed. Neil, also the award winning writer of Sandman, was consequently asked if he would be interested in writing a follow up mini-series to the Spawn issue he penned, based on this new Image character. He was more than happy to oblige.

At this point, mid-1994, Greg Capullo had just started working for us and was also eager to jump on this new character, so to speak. Todd was very impressed with his early pencil drawings of Angela and he started working on the series soon thereafter. Mark Pennington was brought on board to ink issues two and three, Tom Orzechowski added letters and Todd Broeker added his distinctive, vibrant coloring style.

Sell through on the first issue was tremendous. Even the harshest of critics seemed to enjoy Angela and the fans themselves could not seem to keep their hands off the books either. Due to normal business strategy, retailers under-ordered issues two and three, and both were absorbed off of the shelves in no time flat.

Why reprint these issues?

As mentioned above, when the introductory issue of the Angela mini-series first hit the shelves in December, 1994, they didn't stay there all that long, same for issues two and three. In fact, due to much lower print runs, issues two and three continue to creep up in value as overall demand far outweighs supply. Now a fan who missed one of the three issues can pick up the entire series and read it cover to cover as intended.

The "Angela Special" comic book then also comes to mind. We decided to give away a separate sixteen page issue of an original Angela story, that featured two entirely different covers, as a thank you to comic book retailers. This comic is still the highest ranking promotional item ever released to retailers.

This separate issue was distributed as a free promotional comic for every twenty five issues of Spawn 32 a retailer ordered, making the print run very limited in the end. Demand for this book was enormous when initially released. Knowing that everyone who wanted one of these issues would not be able to get their hands on one, it was decided that it should also be reprinted here for everyone to see.

For those of you who might have missed one of these issues along the way, I hope this compilation helps complete your collection. To those of you new to Angela, I hope you enjoy reading about her many adventures as we have.

Read on... and enjoy.

Terry Fitzgerald
Phoenix 1995

IC 005029


*Angela* Trade Paperback - Page 1

**NEIL GAIMAN · GREG CAPULLO**

Angela Trade Paperback - Back Cover

IC 005141

$9.95 U.S. / $14.00 CANADA

ISBN # 1-887279-09-1