IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>*Defendants.* | Case No.   02-C-0048-S<br>(Judge Shabaz)<br><br>**CERTIFICATE OF SERVICE** |

CROWELL & MORING LLP
R. Scott Feldmann
(*pro hac vice*)
Thomas E. Dietrich
(*pro hac vice* application pending)
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

Attorneys for Defendant
Image Comics, Inc.

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. On **January 13, 2010**, I served a copy of the following document(s) described as:

1. **DEFENDANT IMAGE COMICS, INC.'S NOTICE OF MOTION AND MOTION TO AMEND SECOND AMENDED JUDGMENT AND ORDER DENYING FEES PURSUANT TO RULE 54(b) OR, IN THE ALTERNATIVE, RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

2. **DEFENDANT IMAGE COMICS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO AMEND SECOND AMENDED JUDGMENT AND ORDER DENYING FEES PURSUANT TO RULE 54(b) OR, IN THE ALTERNATIVE, RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

3. **ORDER GRANTING DEFENDANT IMAGE COMICS, INC.'S MOTION TO AMEND SECOND AMENDED JUDGMENT AND ORDER DENYING FEES PURSUANT TO RULE 54(b) OR, IN THE ALTERNATIVE, RULE 60(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

4. **DECLARATION OF THOMAS E. DIETRICH (AND ATTACHED EXHIBITS A-I)**

5. **DECLARATION OF ERIC STEPHENSON**

6. **THOMAS E. DIETRICH APPLICATION FOR ADMISSION *PRO HAC VICE***

7. **ORDER GRANTING THOMAS E. DIETRICH APPLICATION FOR ADMISSION *PRO HAC VICE***

8. **CERTIFICATE OF SERVICE**

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list.)

☒ **BY MAIL**: I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Crowell & Moring LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **FEDERAL**: I am employed in the office of a member of the Bar of this Court at whose direction above-described service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 13, 2010,** at Irvine, California.

_____
Patricia Rizer

## SERVICE LIST AS PROVIDED IN DOCKET:

| | |
|---|---|
| Jeffrey A. Simmons, Esq.<br>Foley & Lardner LLP<br>150 East Gilman Street<br>Madison, WI 53701<br><br>Telephone: (608) 258-4267 | *Counsel for*<br>*Neil Gaiman*<br>*Marvels and Miracles, LLC* |
| Kenneth F. Levin, Esq.<br>Kenneth F. Levin and Associates<br>20 N. Wacker Drive<br>Suite 2200<br>Chicago, IL 60606<br><br>Telephone: (312) 984-6000 | *Counsel for*<br>*Neil Gaiman*<br>*Marvels and Miracles, LLC* |
| Michael A. Kahn, Esq.<br>Blackwell Sanders Peper Martin, LLP<br>Olive Street<br>Suite 2400<br>St. Louis, MO 63101<br><br>Telephone (314) 345-6000 | *Counsel for*<br>*Todd Mcfarlane*<br>*Todd Mcfarlane Productions, Inc.*<br>*TMP International, Inc.*<br>*Mcfarlane Worldwide, Inc.* |
| Todd Smith, Esq.<br>Godfrey & Kahn S.C.<br>One East Main Street<br>Suite 5000<br>Madison, WI 53701<br><br>Telephone: (608) 257-3911 Ext. 2653 | *Counsel for*<br>*Todd Mcfarlane*<br>*Todd Mcfarlane Productions, Inc.*<br>*TMP International, Inc.*<br>*Mcfarlane Worldwide, Inc.* |

## COURTESY COPY PROVIDED TO:

| | |
|---|---|
| Michael Kahn, Esq.<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750<br><br>Telephone: (314) 259-2251 | |

Cam No. 100381.001
IR4320123.1