DOCKET # **253**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
JAN - 9 2003
FILED
JOSEPH W. SKUPNIEWITZ CLERK

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.

TODD MCFARLANE, TODD MCFARLANE
PRODUCTIONS, INC., TMP INTERNATIONAL,
INC. MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

SECOND AMENDED
JUDGMENT IN A CIVIL CASE

Case No.: 02-C-048-S

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT SECOND AMENDED JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF NEIL GAIMAN AGAINST DEFENDANTS TODD MCFARLANE, TODD MCFARLANE PRODUCTIONS, INC. AND IMAGE COMICS, INC. IN THE AMOUNT OF $45,000.00 WITH COSTS, AND ATTORNEYS FEES IN THE AMOUNT OF $33,639.40, AND IN FAVOR OF PLAINTIFFS AGAINST THE MCFARLANE DEFENDANTS FOR A DECLARATION THAT PLAINTIFF NEIL GAIMAN IS AN OWNER OF THE COPYRIGHTS TO THE PUBLICATIONS AND CHARACTERS AT ISSUE IN THIS CASE:

    MEDIEVAL SPAWN
    COGLIOSTRO
    SPAWN ISSUE 26
    ANGELA
    ANGELA ISSUES 1, 2 AND 3
    SPAWN ISSUE 9

Copy of this document has been provided to: Simmons, Levin, Smith, Kahn, Feldmann
this 9th day of Jan, 2003
By R. Plunder
    Deputy Clerk

FOR WHICH AN ACCOUNTING FOR PROFITS BY DEFENDANTS TODD MCFARLANE AND TODD MCFARLANE PRODUCTIONS, INC. IS ORDERED PURSUANT TO THE STIPULATION ENTERED INTO BETWEEN THE PARTIES, WHICH STIPULATION MARKED 182 IS ATTACHED AND MADE A PART OF THIS JUDGMENT.

THAT JUDGMENT IS FURTHER ENTERED ENJOINING DEFENDANTS AND THEIR OFFICERS, AGENTS AND EMPLOYEES FROM PUBLISHING OR DISTRIBUTING *ANGELA'S HUNT* USING THE NAME OR BIOGRAPHICAL INFORMATION OF PLAINTIFF NEIL GAIMAN FOR PURPOSES OF TRADE WITHOUT HIS WRITTEN CONSENT AND REQUIRING DEFENDANTS AND THEIR AGENTS AND EMPLOYEES TO CREDIT NEIL GAIMAN AS CO-AUTHOR OF *SPAWN* ISSUE 26, *SPAWN* VOLUME 6 AND *PATHWAY TO JUDGEMENT* AND TO APPROPRIATELY DESIGNATE NEIL GAIMAN AS A COPYRIGHT OWNER ON ALL PUBLICATIONS OR OTHER MEDIA WHICH HAVE NOT YET BEEN DISTRIBUTED BY DEFENDANTS AND FOR WHICH NEIL GAIMAN HAS BEEN FOUND A COPYRIGHT OWNER.

THAT JUDGMENT IS FURTHER ENTERED DISMISSING ALL REMAINING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE.

Approved as to form this 9th day of January, 2003.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

_____
Joseph W. Skupniewitz, Clerk
by Deputy Clerk

JAN - 9 2003
Date