



### ANGELA
A highly decorated and respected warrior angel of the highest integrity, she claims Heaven's most successful rate of hunting and ridding the world of Hell's soldiers.



### SPAWN
A general in Hell's army, recently sent to Earth confused and wondering about his role on the planet.

 

### KUAN YIN AND ANAHITA
Angela's angel friends who aid in her defense.



### GABRIELLE
A spiteful, jealous angel installed as the ambassador on Earth.



### CALLINDRA
Angela's young, inexperienced defense attorney.



### SMUT
A tour guide in an abandoned castle of Hell.

Printed in Canada

### TODD McFARLANE

Todd McFarlane, the creator of Spawn, is a multi-faceted businessman with a broad range of experience in entertainment, sports and publishing. Todd is the creative force behind Spawn.com, McFarlane Toys and Todd McFarlane Entertainment. Since January 1999, he's won an Emmy for the animated Spawn series, two MTV Video Music Awards and a Grammy for Korn's Freak on a Leash music video. He received a Grammy nomination for the Pearl Jam animated Do The Evolution music video.

TME develops and produces animated television, feature films, music videos and electronic gaming projects. McFarlane is currently developing the New Line sequel to the 1997's $100 million-grossing film, Spawn. He is the executive producer of Todd McFarlane's Spawn, the two-time Emmy winning animated series that began in 1997. He created and produced animation sequences for Jodie Foster's film The Dangerous Lives of Altar Boys. Todd will also produce Torso, acquired by Dimension Films, which chronicles the true story of Elliot Ness and his pursuit of America's first known serial killer.

In electronic gaming, Capcom has introduced Spawn: In the Demon's Hand, a stand-up arcade game that will be translated into Sega Dreamcast and PlayStation 2 formats. Gathering of Developers has produced KISS Psycho Circus: The Nightmare Child, a video game based on a McFarlane comic book, to be released for PC and Dreamcast platforms.

McFarlane Toys is the fifth largest action figure manufacturer in the industry. The company produces the award-winning Spawn action figures, plus many other pop culture, horror and professional sports icons from movies, music, comic books and video games. McFarlane Toys has produced figures of KISS, Beatles Yellow Submarine, Austin Powers, Rob Zombie, Alice Cooper, Where the Wild Things Are, Shaft, Akira, Halloween, Psycho and more.

In 1992, McFarlane co-founded the independent publishing company Image Comics, and introduced Spawn. Issue #1 sold 1.7 million copies, an unprecedented and unmatched independent comic book feat. Today, Spawn is still one of best-selling comic titles in the U.S., and is published in more than 120 countries and 16 languages. TMP also produces Spawn: The Dark Ages, Sam and Twitch and Hellspawn.

Todd is a passionate sports enthusiast and player who owns The McFarlane Collection, which contains 10 historic baseballs from the 1998 Mark McGwire/Sammy Sosa home run race. It showcases McGwire's 70th and Sosa's 66th home run balls, plus memorabilia from all the home run heroes of the 20th century. McFarlane is also part-owner of the NHL's Edmonton Oilers.

Born in Calgary, Alberta, Canada, in 1961, McFarlane began drawing comic book heroes in high school. After more than 700 rejection letters, McFarlane accepted a penciling assignment from Marvel/Epic Comics. He worked his way to the top of Marvel's talent roster, where he wrote, penciled and inked Spider-Man. His first issue sold more than 2.5 million copies – the best-selling comic book of all time. Following this success, McFarlane left Marvel in August 1991, which led to the formation of Image Comics.

For more information about Todd McFarlane and the McFarlane group of companies, visit Spawn.com.

### NEIL GAIMAN

Neil Gaiman was born in November 1960, and currently divides his time between the U.K. and the U.S. Starting out as a journalist, Neil switched to writing fiction and comics in 1986. Sandman, Gaiman's comic book cult classic, won not only the prestigious Eisner Award for best writer from 1991 to 1994, but also the World Fantasy Award for the story in Sandman #19; the only comic to have ever been so honored. He has also authored the Eisner-winning Signal to Noise and Death: The High Cost of Living. Having left comic writing in 1996, Gaiman has since written many books, as well as the screen adaptation for the critically acclaimed Princess Mononoke animated feature and Neverwhere, a six-part series for BBC television.

### GREG CAPULLO

Born in 1962, Greg Capullo is a self-taught artist who made his way from doodling in high school to commercial advertising. His first comic work, Gore Shriek, was published by a local comic shop in Albany, New York. Shortly thereafter, Capullo started at Marvel and worked on What if?, Quasar and X-Force. After leaving Marvel, Capullo began to pencil Spawn at issue #26, where he has been since. Capullo has also worked on various other projects including the award-winning Korn CD jacket for Follow the Leader and his own successful three-issue mini-series, The Creech, which he wrote and penciled.

Capullo has a great sense of humor and is thankful that his lovely wife, Michelle, manages to put up with his crazy schedule. His hobbies are bodybuilding, music, playing chess and collecting Southwest Indian art. He even occasionally manages to squeeze in time to play his guitar (really, really loud and heavy). Capullo also enjoys anime/Japanimation-style cartoons such as Akira and, of course, Spawn!

### MARK PENNINGTON

Mark Pennington, a Kubert School graduate, began his professional art career in 1986 at Hasbro designing G.I. Joe dolls. Two years later, Mark decided to freelance and landed a job inking Shade, The Changing Man and various Vertigo books. After a short stint on the X-Men, he began work with Todd McFarlane Productions inking the Violator mini-series, the Angela mini-series and a few Spawn issues. Since then, he has inked a variety of projects with Marvel and D.C. as well as illustrating and painting trading cards for Wizards of the Coast. To contact Mark and see some of his latest art work, log onto his Web site at barakastudios.com.

SPAWN: ANGELA'S HUNT © 1994/2000. First printing. Published by Image Comics 1071 N Batavia St, Suite A, Orange CA 92867 $7.95 US/$11.75 in Canada. Angela, its logo and its symbol are TM and © 2000, Todd McFarlane Productions, Inc. All other characters are TM and © 2000, Todd McFarlane Productions, Inc. All rights reserved. Any similarities to persons living or dead is purely coincidental. With the exception of artwork used for review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFarlane. PRINTED IN CANADA. ISBN # 1-58240-168-3

DIRECT SALES



7 09853 03200 7   00112

$7.95 USA $11.75 CAN 1-58240-168-3



NEIL GAIMAN, best known for his comic book cult classic *Sandman*, wrote this popular mini-series about the warrior angel Angela. Gaiman, who has won several awards for his fantasy fiction books, now writes screen adaptations including the critically acclaimed *Princess Mononoke* animated feature and *Neverwhere*, a six-part series for BBC television.

A highly skilled hunter, Angela has been ordered to stand trial for treason. Always considered an angel of honor and integrity, her friends disbelieve the charges and set about uncovering evidence to refute them.

They recruit Spawn, an Earth-bound soldier of Hell whom Angela last hunted, to go before the judge. However, when Angela and Spawn last met, Angela was the hunter and Spawn her quarry; she the attacker and he on the defensive. They were an even match, neither able to best the other. Now, the tables are turned and Angela must ask her prey to defend her in a court where mercy is never an option. With her life at stake, can Angela trust and depend on the very enemy she tried to kill?

$7.95 USA $11.75 CAN

ISBN/BOOKLAND EAN bar code
ISBN 1-58240-168-3





TODD McFARLANE PRODUCTIONS
SPAWN.COM