IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC., <br><br> Defendants. | Case No. 02-C-0048-S <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on February 5, 2010, I electronically filed a true and correct copy of **Plaintiffs' Brief in Opposition to Defendant Image Comics, Inc.'s Motion to Amend Second Amended Judgment and Order Denying Fees Pursuant to Rule 54(b) Or, in the Alternative, Rule 60(b)** using the ECF system which send notification of such filing to the following counsel of record:

**Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
**Michael Andrew Kahn** at mike.kahn@bryancave.com
**R. Scott Feldmann** at sfeldmann@crowell.com
**Thomas Dietrich** at tdietrich@crowell.com
**Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com

Notice will be delivered by other means to:

**Kenneth F. Levin**
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Suite 307
Northbrook, IL 60062-2459

Dated this 8th day of February, 2010.

s/ Jeffrey A. Simmons
Jeffrey A. Simmons

MADI_2175919.1