IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-C-0048-S<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on February 10, 2010, I electronically filed a true and correct copy of **Plaintiffs' Brief in Opposition to The McFarlane Defendants' Joinder to Parts 1 and 3 of Image Comics' Motion to Amend Second Amended Judgment** using the ECF system which send notification of such filing to the following counsel of record:

    **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
    **Michael Andrew Kahn** at mike.kahn@bryancave.com
    **R. Scott Feldmann** at sfeldmann@crowell.com
    **Thomas Dietrich** at tdietrich@crowell.com
    **Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com

A true and correct copy of the ECF Notice and document will be delivered by other means to:

    **Kenneth F. Levin**
    Kenneth F. Levin & Associates, Chtd.
    3100 Dundee Rd., Suite 307
    Northbrook, IL 60062-2459

Dated this 11th day of February, 2010.

                                                                               s/ Jeffrey A. Simmons
                                                                               Jeffrey A. Simmons