IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>        Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on March 30, 2010, I electronically filed a true and correct copy of **Plaintiffs' Report to Court** using the ECF system which send notification of such filing to the following counsel of record:

       **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
       **Michael Andrew Kahn** at mike.kahn@bryancave.com
       **R. Scott Feldmann** at sfeldmann@crowell.com
       **Thomas Dietrich** at tdietrich@crowell.com
       **Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com

A true and correct copy of the ECF Notice and document will be delivered by other means to:

       **Kenneth F. Levin**
       Kenneth F. Levin & Associates, Chtd.
       3100 Dundee Rd., Suite 307
       Northbrook, IL 60062-2459

Dated this <u>30th</u> day of March, 2010.

                                                                        s/ Allen A. Arntsen
                                                                        Allen A. Arntsen

MADI_2229537.1