IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on March 30, 2010, I electronically filed a true and correct copies of the following:

       1.     Plaintiff's Motion for Order Declaring Gaiman's Interest in Derivative Characters for Purposes of Accounting of Profits;

       2.     Plaintiff's Brief in Support of Motion for Order Declaring Gaiman's Interest in Derivative Characters for Purposes of Accounting of Profits;

       3.     Declaration of Allen A. Arntsen in Support of Motion for Order Declaring Gaiman's Interest in Derivative Characters for Purposes of Accounting Profits; and

       4.     Declaration of Susan M. Freeman in Support of Motion for Order Declaring Gaiman's Interest in Derivative Characters,

using the ECF system which send notification of such filing to the following counsel of record:

       **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
       **Michael Andrew Kahn** at mike.kahn@bryancave.com
       **R. Scott Feldmann** at sfeldmann@crowell.com
       **Thomas Dietrich** at tdietrich@crowell.com
       **Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com

True and correct copies of the ECF Notice and documents filed will be delivered by other means to:

| | |
|---|---|
| Kenneth F. Levin | Susan M. Freeman |
| Kenneth F. Levin & Associates, Chtd. | Lewis and Roca LLP |
| 3100 Dundee Rd., Suite 307 | 40 North Central Ave., 19th Floor |
| Northbrook, IL 60062-2459 | Phoenix, AZ 85004-4429 |

Dated this <u>30th</u> day of March, 2010.

<u>s/ Allen A. Arntsen</u>
Allen A. Arntsen