

## SPAWN THE DARK AGES

Spawn: The Dark Ages introduces Lord Covenant, a 12th Century knight killed in a holy crusade far from his homeland, who returns to Earth as a HellSpawn. As a plague of violence and turmoil cover the English countryside, the Dark Knight must choose whether to align himself with the innocent inhabitants of the once-thriving kingdom or with the malevolent forces of evil and corruption.

 Published by Image Comics. In North America, call 1-888-COMIC-BOOK to find the comic book shop nearest you.

**MONTHLY SERIES**
Current Issue (27)
Browse Past Issues

FRI:MAR.26:2010

### HEADLINES

'HAUNT' DOUBLE-HEADER WEDNESDAY

'HALO' SERIES 8 PHOTOS

NEW 'HALO' MONGOOSE SETS ROLLING INTO STORES

MCFARLANE'S SPORTS PICKS PRESENTS: NFL LEGENDS 6

'SPAWN: ORIGINS' BOOK 1 IN STORES MARCH 17

NEW 'SAM & TWITCH' MINI-SERIES COVERS REVEALED

### QUICK LINKS






**MCFARLANE UPDATE**

[ Sign Up ]

Enter your e-mail address to sign up for the Todd McFarlane Update, the official newsletter of the McFarlane companies.

### POLL QUESTION

Which new 'Halo' product is first on your list?