# *image* COMICS PRESENTS:

# "ANGELA"

story
**NEIL GAIMAN**

art
**TODD McFARLANE**

letters & editor
**TOM ORZECHOWSKI**

color
**STEVE OLIFF**
**REUBEN RUDE**
and OLYOPTICS



Dedicated To The Memory Of:
**HARVEY KURTZMAN**

**MALIBU COMICS**

DAVE OLBRICH Publisher  CHRIS ULM Editor In Chief  DAN DANKO Senior Editor
KM SCHOLTEN Design Editor  TOM MASON Creative Director

SCOTT ROSENBERG, Malibu Comics President  ROB JACOB, Malibu Interactive President

Manufacturing: ERIC SENNA Marketing  ALAN PAYNE  Advertising TY RULLI Licensing GERALD KLINE,
International Agents CHRISTINE JENSEN Consultant PAULA KREL Production EDD HENDRICKS, MARK
CHRISTY Editorial Assistants MIKE BROWN, KARA LAMB, STEVE LOWRY, STACY OBERKIRSER

SPAWN #9, March 1995. FIRST PRINTING. An Image Comics title published by Malibu Comics. Malibu Comics
is a division of Malibu Comics Entertainment, Inc. 5321 Sterling Center Dr., Westlake Village, CA 91361. (818)
889-8802. $1.95 US in Canada. Spawn and its logo are trademark™ and copyright © 1995 Todd McFarlane
Productions, Inc. All rights reserved. Any similarities to persons living or dead is purely coincidental. With the
exception of artwork used for review purposes, none of the contents of this publication may be reprinted without
the permission of Todd McFarlane. PRINTED IN CANADA.

Cover Colors By: OLYOPTICS.
Director Of Creative Development: TERRY FITZGERALD.



*image*



























# ANGELA

# POSTER

# By

# JIM LEE















 

# image info

## blah, blah, blah 4

Welcome to installment 4 of who knows how many. Well here is the information on the upcoming Violator special series that will be coming from Todd McFarlane Productions studio later this year. Alan Moore who wrote issue 6 of the Spawn, and is presently writing 1963 will return to write a three issue mini-series called Enemies of Mankind. This will feature the Violator and his four Phlebiac brothers, with the Violator stealing the

show, literally. You will meet the Vacillator, the Vindicator (who we saw in Spawn #8), the Vandalizer and the Vaporizer. I won't give too much of the story away, but in the first issue the four other brothers go searching for the Violator on Earth, to kill him for betraying their family. Hey, who's the real bad guy here? This book will feature the great pencilling skills of Bart Sears, who is well known for his work on X-O Manowar, Eclipso and the upcoming Turok series. You can also find Bart's monthly column in Wizard.

where he gives tips to up and coming artists. On a different note, the Spawn Tour '93 makes its second stop in Oakland, CA the weekend of April 3-4 for the Wonder Con. Todd will be there along with almost every other Image artist, along with other comic celebrities such as Neil Gaiman and Dave Sim. Be here next month as I might have some HUGE Spawn related news. Think big. Bigger than that!

—Terry Fitzgerald

## MAXX #2

The action heats up as the Maxx continues to track down the mysterious killer known as Mr. Gore, resulting in a chilling battle atop a freeway overpass. Meanwhile, back in the primitive world of the Australian outback, Julie continues to behave more and more erratically. And to top things off, why does Mr. Gore keep referring to the Maxx as Bear Lapin? Maxx features writing by William Messner-Loebs, with art by Sam Keith.

## Bloodstrike #1

Blood Brothers prelude featuring a special thermal spot embossed cover introducing Cabbot, Deadlock, Fourplay, Shogun and Tag. Five unstoppable killing machines who have defied death and now make up the ultra secret task known as Bloodstrike. Story and pencils by Rob Liefeld, pencils by Dan Fraga and inked by Danny Miki.

## WildC.A.T.S TPB

This book collects issues #1 thru 4 of the WildC.A.T.S comic, and it also has a few Lad Thru 1/2 page miniature

introduces the WildC.A.T.S along with the villainous Daemonites and their Cabal and features a never before seen gallery of early WildC.A.T.S sketches. Plus, as a special bonus to all you fans, each TPB will come poly-bagged with a copy of WildC.A.T.S #0, written by Jim Lee and Brandon Choi and featuring art by newcomer Brett Booth!

## Spawn #10

If you thought that issue 8 was weird, wait until you get a load that Dave Sim writes a political story about comic book creators and the characters that they create. Take the Spawn mix in Cerebus the aardvark, and you have one of the most creatively fresh comic stories in a long time. Featuring a couple of B&W pages where Spawn and Cerebus travel to a strange, but yet highly familiar place. Well, familiar to us anyway! This book also features a poster of Bloodwulf by Rob. Mr. Hollywood? Liefeld. A must read for anyone contemplating employment in the field of comics!

## Deathblow #1

Special book cannot cover. Set during Desert Storm, Deathblow is

activated by his Control Officer for a covert mission in Baghdad. Upon his arrival at the staging site, however, Cray learns he's been assigned to a CIA special ops team with orders to assassinate Saddam Hussein! And, as if that wasn't enough for Cray to worry about, dark and strange nightmares now plague him wherever he sleeps. Plus! A new back-up story by Jim Lee, Brandon Choi and hot new Image rookie Nick Manabat introduces the dark and dangerous world of THE CYBERNARY! It's a world where unimaginable wealth and desperate clash with cutting edge cybertechnology in a realm dominated by cyber-punks, cyborg killers and corrupt technocrats. Anyone is welcome, but no one ever leaves!

## CYBERFORCE #3

Never were a sleeping giant, Dale Keown's wildly successful PITT guest stars in CYBERFORCE #3. CYBERFORCE hopes it up with Cyberblade, while the mutant rebellion continues, will they be in time to save Velocity and T.U.M.M.L. from ultimate certain doom?



THE SPAWNING GROUND

5323 Sterling Center Dr.
Westlake Village CA 91361

by many big-name creators other than yourself. These "restrictions" were acceptable when you took the job, so why complain afterwards? My personal belief is that your greed is what led you to go to Image. Creator owned comics are much more lucrative, so the prospect was too tempting. If this is the case, you are certainly justified in searching for a bigger piece of the pie.

To my dismay, though, it is not enough for you to have your own company, you have also taken the time to take cheap shots at Marvel at every opportunity. In many Image comics I have seen insults being hurled within the stories of the comics. [illegible] Spawn, Savage Dragon and [illegible] [illegible] If you have a problem with Marvel, that's your problem. I don't want to keep reading about it. [illegible] There's nothing more frustrating than reading a [illegible] your anti-Marvel propaganda.

Your reputation and fan following which has made possible your success on Spawn was built up at Marvel. Also, I'm sure you still must have friends at Marvel (such as Stan Lee), so when you insult Marvel you insult them. Most importantly, when you insult Marvel you insult many of your fans such as me. People who enjoy both your product and Marvel.

Don't try to make people chose between Marvel and Image. I would like to be able to collect titles from both companies. [illegible] Namely, that the comic book industry as a whole is on the same side, and should be attempting to expand the popularity of the medium rather than feud amongst itself.

I congratulate you on your success and wish you luck in your future endeavors, but I sincerely hope you will consider my opinion. Thank you for the chance to voice it.
Travis MacKinnon
Scarborough, Ontario

If making money is all that this is about, Travis, then let me go on record saying that I was by far the best paid artist working at Marvel Comics. [illegible]

Dear Mr. McFarlane,

We just picked up copies of Spawn #1. As usual, the quality of the artwork and storyline were top-notch. [illegible] Spawn is one of the select few comics worth buying on the market today.

The rest of the comic industry should take your work as an example that one does not need cheap gimmicks to sell their product. [illegible]

To exemplify this point, the day Jason and I purchased Spawn #7, we bore witness to the strange phenomenon of brain-washed consumers. It was hard to watch and understand. Three middle-aged professionals walked into the store we frequent and picked the shelves clean like a vulture would a corpse. They bought everything from Alpha Flight to Youngblood. They were impartial about their purchases. Everything was sucked into the ever growing stack of comics. Over $70 was spent by each of them and they happily walked away with their prize catches of the week, [illegible] — but what is their investment? We could guarantee over 75 percent of the merchandise would not be looked at but merely stowed in polyurethane bags to sit and sit on the chance the market might increase its value.

This goes the same for when people buy multiple copies of the same book. Two isn't bad, but five or six copies of the same book is disgusting. Their investment is being wasted through this process.

The above two examples show how commercialism and the pursuit of the almighty dollar is corrupting this one fine medium of communication - the American comic book.

Unfortunately, we see drastic decline in quality of work that is produced weekly, not necessarily with products from the Image line but perhaps from the "big two."

Marvel has capitalized on the cheap gimmicks, churning out [illegible]

DC Comics, until recently, didn't resort to such market strategies, but with profits slowly being lost to Image and other independents, drastic action was taken. Through television and newspaper hype, the flailing company killed off one of the most recognizable characters in comics, Superman. The ploy worked; thousands readily consumed the storyline [illegible]

One does not see these types of strategies in the independent market. You can find excellent stories and artwork located in the shadows of the independent lines. It is actually worth the extra money spent on the higher quality, more enjoyable comic.

In closing, the normal fan should not be the one who is easily fooled by the strategies of the "big two" but a wise consumer who can tell good from bad. The comic market right now is comparable to a horse race; many people are going to bet on the horse with the shiniest coat, the strongest muscles and the most competent jockey. [illegible] This horse's name is Image and it's gaining speed.

Sincerely,
Todd J. Miller
Waukesha, WI
Jason D. Brewing
Prairie du Sac, WI

Todd and Jason: thank you very much for your kind words. [illegible]

Approximately 10-12 Image creators (including Todd!) will be appearing at the Oakland Wonder Con April 1-4 at the Oakland Convention Center in California. See you there!

# Image Fan ART

1. Rafael de la Torre Diaz. Sevilla, Spain
2. Ricky Cruz. Hyattsville, MD.
3. Thom Flanagan. Commack, NY.
4. Mike Smith. Saint Cloud, FL.
5. Alexander Ilich. Seaside, CA.

6. Hans Zenjuga. Tampere, Finland.
7. Salvador Regla. Simi Valley, CA.
8. Sasha Raught. Ocean, NJ.
9. Bryan Koester. Albany, CA.
10. Chris Chen. Orangeville, ONT.















