



HOME | NEWS | COMMUNITY | FEATURES | STORE | TOYS | COMICS | ENTERTAINMENT | INFO | CULTUREBOOM

COMICS

SPAWN.COM >> COMICS >> SPAWN THE DARK AGES >> MONTHLY SERIES >> ISSUE 3



## SPAWN THE DARK AGES
MONTHLY SERIES
**ISSUE 3 | MAY 1999**

### CREDITS

| | |
|---|---|
| TITLE | Onward |
| DEDICATION | Uncle Kenny McFarlane |
| STORY | Brian Holguin |
| LETTERS | Oscar Gongora, Richard Starkings |
| COVER | Glenn Fabry, Liam McCormack-Sharp |
| COLORS | Brian Haberlin, Dan Kemp, Josh Myers |
| INKS | Liam McCormack-Sharp |
| PENCILS | Liam McCormack-Sharp |

### SUMMARY

In mourning for his wife, Baron Rivalen places his barony in the cruel hands of DuBlanc and the peasants are forced to endure worse atrocities than ever more. Meanwhile, the Hellspawn escapes captvity and torture of the three witch sisters by teleporting himself. As he regains consciousness, he becomes aware of who he was and what his new mission is. He must rally the peasants into a revolt against DuBlanc to secure their freedom from his cruel control. Cog urges him to abandon that mission and begin training with him instead.

Series [ ] Issue [ ]


PREVIOUS | NEXT

FRI:MAR.26:2010
**HEADLINES**

COMPLETE NFL 2010 LINEUP REVEALED

MASSIVE RETAIL EXPANSION FOR NFL SPORTSPICKS

'HAUNT' DOUBLE-HEADER WEDNESDAY

'HALO' SERIES 8 PHOTOS

NEW 'HALO' MONGOOSE SETS ROLLING INTO STORES

MCFARLANE'S SPORTS PICKS PRESENTS: NFL LEGENDS 6

**QUICK LINKS**






**MCFARLANE UPDATE**

[ ] Sign Up

Enter your e-mail address to sign up for the Todd McFarlane Update, the official newsletter of the McFarlane companies.

**POLL QUESTION**

I'll be looking for the NFL Elite figures at...
○ Target!
○ GameStop!
○ both!



Privacy Policy
Terms of Use | Intellectual Property