208

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET #
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
OCT 17 2002
FILED
JOSEPH W. SKUPNIEWITZ CLERK
CASE #

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

VOLUME 2

  vs.

Case No. 02-C-0048-S

TODD McFARLANE,
TODD McFARLANE PRODUCTIONS, INC.
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

Madison, Wisconsin
October 1, 2002
8:02 a.m.

    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF CONFERENCE AND SECOND DAY JURY TRIAL
BEFORE THE HONORABLE JOHN C. SHABAZ

APPEARANCES:

For the Plaintiffs:    Foley & Lardner
    BY: JEFFREY A. SIMMONS
    BY: ALLEN ARNTSEN
    BY: JOAN EADS
    P.O. Box 1497
    Madison, WI 53701-1497
        -and-
    Kenneth F. Levin and Associates
    BY: KENNETH F. LEVIN
    20 North Wacker Drive, Suite 2200
    Chicago, IL 60606

For Defendants
Todd McFarlane,
Todd McFarlane
Productions, Inc.,
TMP International,
Inc. and McFarlane
Worldwide, Inc.:
    LaFollette, Godfrey & Kahn, S.C.
    BY: TODD G. SMITH
    BY: EUGENIA C. CARTER
    One East Main Street, Suite 500
    Madison, WI 53703
        -and-
    Blackwell, Sanders, Peper & Martin, LLP
    BY: MICHAEL A. KAHN
    BY: PETER W. SALSICH, III
    720 Olive Street, Suite 2400
    St. Louis, MO 63101

Proceedings recorded by electronic sound recording, transcript produced by certified transcription service.

1  Q    And Medieval Spawn, Cogliostro and Angela are three of the
2  main -- three of the 15 main characters in the Spawn series,
3  correct?
4  A    I think you could say that, right.
5  Q    All have been made into toys, correct?
6  A    Right.
7  Q    And the first you heard of Angela was when Neil Gaiman
8  gave the idea of angels to you, correct?
9  A    Well, we had discussions going on so I don't know where it
10 first came from but in our discussions, right.
11 Q    There were no angels prior to Spawn 9, correct?
12 A    That's right.
13 Q    And angels have recurred off and on in Spawn since,
14 correct?
15 A    That's right.
16 Q    Angela and various other angels, correct?
17 A    Right.
18 Q    And Angela was the first one, right?
19 A    Right.
20 Q    And Angela was one of the most important villains in the
21 Spawn series, correct?
22 A    Depends on how you define that, but they're actually both
23 on the side of good eventually so she's, I don't see her as a
24 villain.  I see her as a, as a hero.  But in that case she was
25 a villain in that issue, right.