

EXHIBIT
21

 **COMICS PRESENTS:**

# ANGELA PART 1



**story**
NEIL GAIMAN

**art**
GREG CAPULLO

**letters**
TOM ORZECHOWSKI

**color**
TODD BROEKER

**and FIERCE COLORGRAPHICS**

Dedicated to:
## MIKE GAIMAN

*"The word angel is the name of a function not of a nature. For they are always spirits, but are called angels when they are sent."*
**St. Isadore: Entymologies**

## FOR IMAGE COMICS

Executive Director:
**LARRY MARDER**
Publisher:
**TONY LOBITO**
Art Director:
**DOUG GRIFFITH**
Production Manager:
**TERESA CESPEDES**

Distribution:
**GERMAINE ZACHARIAH**
Traffic:
**RONNA COULTER**
Asst. to Exec. Director:
**KELLY VAN LANDINGHAM**
Graphic Designer:
**KENNY FELIX**

ANGELA #1, December. 1994. FIRST PRINTING. Published by IMAGE COMICS. P.O. Box 25468 Anaheim CA 92825 $2.25/$3.20 in Canada. Angela®, its logo and its symbol are registered Trademarks™ 1994 of Todd McFarlane Productions, Inc. All rights reserved. Any similarities to persons living or dead is purely coincidental. With the exception of artwork used for review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFarlane.
PRINTED IN CANADA.

**Director Of Creative Development: TERRY FITZGERALD.**
**Graphics Coordinator: JULIA SIMMONS.**









































# image info

## BLAH, BLAH, BLAH 21

This month's blah will be a mish mash of all sorts of junk. First off, Todd's appearances in New York, at FAO Schwarz and in LA, at the Puzzle Zoo, both went well. Todd thanks you for taking the time to visit him. Because of the Zoo appearance, Todd and the toys were mentioned on seven LA tv stations and CNN and NBC took the coverage nationwide, thanks to Alan Saffron. Todd's last signing was at the Ft. Hood Army Base in Texas, where he drew a huge crowd. From there it was off to San Diego for the Image ComicCon. Yet again, Todd was bombarded with hordes of kids, Spawn figures in hand, wanting autos.

Yours truly was in New York last week working on some licensing deals for Spawn. I will keep you informed as they progress, or not. For those of you lucky enough to live in or

around the city, check out the Kinokuniya Bookstore in Manhattan, they have an incredible assortment of Japanese comics, books and such. From there it was off to Detroit, for two incredibly long days of toy meetings. Whew. Todd Toys is growing by leaps and bounds and one of the more interesting discussions was our international launch of the toys next year. We will be shipping all action figures to some of the following: UK, Australia, Brazil, Philippines, Germany, Scandinavia, France, Italy, Malaysia, and on and on. I will update you once the deals are signed. The toys continue to fly off the shelf. By December 31, 1994, we will have shipped our entire 1994 order, right on schedule! Not bad for a company that has only existed for less than one year.

Well, X-Mas is around the corner, and I would like to thank the follow-

ing, in no specific order, for helping to make 1994 such a successful year for not only myself, but Spawn, Todd Toys et al: Big Toddie himself, Wanda, Jay, Paul, Bill, Gretchen, Beth and all at Todd Toys, Frank Miller, Alan Moore, Grant Morrison, Neil and Mike Gaiman, toy whizzes Tony and Ed, Andy, the Hornes, HBO, Mike DeLuca @ NLC, our ILM buds Clint, Mark, Spaz and new addition Ty, Kim Kolomyjec, Uncle Kenny, Aunty Gerry, Cousins Blake, Bob and Mike H., the one and only Sylvie and Gabe duo, Larry, Germaine, Kelly, Teresa, Kenny, Ronna, Shay, Mary, Doug, Tony, et al at Image, and everyone else who has helped in some way, even Peter David (who continues to entertain Todd and I). But most importantly, thank you to all of our readers. Have a jolly Ho-Ho, see ya next year.

-Terry Fitzgerald

## GROO #2

Image's newest savage hero journey's to a town for "Alquelarre", the festival of the witches. Arba and Dakarba reappear in this tale by Sergio Aragones and Mark Evanier, the same two on the last 129 issues!

## WETWORKS #5

After battling the Vampire Nation, Dane sends his soldiers out for some much needed R&R. Witness the start of Pilgrim's incredible metamorphosis. Whilce Portacio.

## NEWMEN #9

Kodiak is kidnapped by mysterious Hunters and the team's new leader, Blur, reveals the secret of the Newmen's existence! Crucial Image Universe info is contained within! Stephenson/Mazzuda/Sibal.

## PROPHET #8

As Warzone's plan proceeds, Bloodstrike is sent off to capture the fugitive Prophet. How many bullet shells can fit on one page? Loeb/Nanton/Platt.

## SAVAGE DRAGON #16

Possessed?!?!? Star!! Our hero's mind has been taken over. Can

Mace save Chicago from a crazed Savage Dragon? Only from Erik Larsen.

## SHADOWHAWK SPECIAL #1

This double-sized flip book features two totally unique views of SH. One side features Busiek and McDaniel, the other Jim Valentino takes us back to 1963!

## SHAMAN'S TEARS #4

The end of the 4 part origin story. Joshua takes on the minions of Dr. Sinister in a mind-numbing battle. Mike Grell/Steve Havnie.

## SPAWN #27

The intro of a brand new villain and this time, he's human. Spawn battles the Curse. McFarlane/Capullo.

## SPAWN/ANGELA POSTERS

Check out these 2 cool posters. Spawn by Todd and Angela by Jim Lee and Todd. Three are the autos you have waited over 2 years for.

## TEAM 7 #3

Can the hardluck heroes survive their mission? Sent undertake on a nuclear reactor, the mission begins to fall apart the minute they land.

Now they must face each other. Dixon/Weisenfeld.

## WILDCATS #16

Agent Santini tries to stop a rogue imposter who has infiltrated the team. With James Robinson's script and Travis Charest's stunning art, this book gets hotter and hotter!

## ANGELA #1

She's back! A mini-series brought to you by Neil Gaiman and Greg Capullo. Angela is caught on a hidra planet where she must face other Angels like her. She goes back to Earth to get Spawn's help in a special mission.

## CYBERFORCE #9

At last, Chris Claremont and Marc Silvestri join forces to unmask the their greatest adventure. This story will change the game's universe over Scott Williams, Inc.

## YOUNGBLOOD STRIKEFILE #9

This issue spotlights YB's newest member Knight-Sabre. All out action as War-Wolf tests Sabre's mettle with an animalistic fury as both has seen before. Francis Sanders.





# THE FIRST OFFICIAL TODD TOYS PHOTO GALLERY - FALL 1994


















GAIMAN

# ANGELS
## VISITATIONS

This collection of stories, poems and various other pieces reveals Neil Gaiman, the Writer, as no other publication has before. Angels & Visitations contains the best of his fiction from his first decade of writing. This beautiful package, with dustjacket art by Dave McKean, and illustrations by many of today's top artists, has garnered praise from reviewers and critics around the country.
Trade Edition (2nd Printing) — $20.00

Available Fall 1994
Special Deluxe Edition
Leather bound in slipcase, limited to 400 copies and signed by Neil Gaiman and artists Dave McKean, Bill Sienkiewicz, Steve Bissette, Jill Karla Schwarz, P. Craig Russell, Randy Broecker, Charles Vess, and Michael Zulli
— $100.00

Postage on all orders is $4.00
DreamHaven Books, 1309 Fourth St. SE, Minneapolis, MN, 55414
612-379-0657 • Visa, Mastercard and Discover accepted.
Retailers: Inquire for wholesale terms.

Artwork Copyright © 1993 Dave McKean



# WIN ONE YEAR OF IMAGE COMIC BOOKS...FREE!

## AFTER EATING ONE OF OUR GREAT CHOCOLATE BARS, JUST LOOK INSIDE THE WRAPPER TO ENTER THE IMAGE BAR SWEEPSTAKES. YOU COULD BE THE LUCKY WINNER OF ONE OF THESE GREAT PRIZES:

**GRAND PRIZE (1) A YEARS SUPPLY OF IMAGE COMICS**
**2nd PRIZE (2) 1 PAGE OF ORIGINAL IMAGE ART**
**3rd PRIZE (3) AN IMAGE  i  CHROMIUM WATCH**
**4th PRIZE (10) AN IMAGE HAT**
**5th PRIZE (10) AN IMAGE T-SHIRT**

No Purchase Necessary.  Contest is open to anyone except owners and employees of Image Comics, Inc., its affiliated studios and the immediate families of the owners and employees thereof.  Print your name, age, address, city, state, zip code, telephone number with area code on the official entry form.  Enter as many times as you like.  Mail each entry form to IMAGE COMICS, INC., c/o Image Bar Sweepstakes, PO Box 25468, Anaheim, CA 92825.  Entry forms may be obtained free of charge by sending a written request to Image Comics at the above address with a self-addressed stamped envelope.  No mechanical reproductions will be accepted.  All entries become the property of Image Comics, Inc., and will not be returned.  All taxes (federal, state, and local, if any) will be the responsibility of the prize winner.  No cash equivalent or substitute prizes are offered.  The prizes will be awarded in the name of the contest winner and are not transferable.  Offer void where prohibited, regulated, or restricted by law in a manner inconsistent with the purpose and rules hereof.  All entries must be received at contest headquarters by January 31, 1995.  Image Comics, Inc. is not responsible for lost, late, misdirected, or mutilated entries.  Odds of winning will be determined by the number of valid entries received prior to the closing date of the contest.  The prize winners will be selected in a random drawing from all properly completed entry forms received at contest headquarters.  The random drawing will be conducted on February 6, 1995, by Image Comics, Inc.  The decision of Image Comics on all contest rules is final.

For the name of the prize winners, available after February 10, 1995, send a stamped, self-addressed envelope to Image Comics, Inc., c/o Image Bar Sweepstakes Winners, P.O. Box 25468, Anaheim, CA 92825.  Winners will not be announced over the telephone.  The 27th issue of Inside Image will list the Image Bar Sweepstakes winners.











# SPAWN® #27

The introduction of a brand new villain and this time he's human! Introducing Spawn's new nemesis...

## THE CURSE!™

The twisted life of Al Simmons continues to ensnare itself. Story by Todd McFarlane with art by Todd McFarlane and Greg Capullo.

Still only $1.95 and only from Image!



*image*™

Spawn and its logo are registered trademarks Todd McFarlane Productions, Inc.

# THEY'RE HERE!

The Fall '94 Spawn action figures have already hit the shelves! The figures to the right and others, have started arriving at all of your favorite toy and department stores last week! Right now, this very second, phone them and ask, "Where are my Spawn toys?!" Spawn, Violator, Medieval Spawn, Overtkill, Clown and Tremor make up the first year's run of toys. Next month will see the release of the Spawn-mobile, Violator Monster Rig and Spawn Alley Playset. Then, starting in January '95, the Spring assortment ships which will include figures of Rob Liefeld's Chapel and Badrock characters, plus Todd's Angela, Commando Spawn, Malebolgia and an awesome Violator motorcycle, plus many other characters!





SPAWN



VIOLATOR



MEDIEVAL SPAWN

ONLY FROM:

