

# *image*™ COMICS and TODD McFARLANE PRESENT:

# ANGELA
**PART 2**



## story
### NEIL GAIMAN

## pencils
### GREG CAPULLO

## inks
### MARK PENNINGTON

## letters
### TOM ORZECHOWSKI

## color
### STEVE OLIFF
### and OLYOPTICS

> For the Late, Great **Jack Kirby** another tiny room in the House that Jack Built.

*"Angels can fly, because they take themselves lightly".*
G.K. Chesterton

**OLYOPTICS:**
Tracey Anderson, Stacy Cox, Patti Stratton Jordan, Kirk Mobert, Marie St. Clair, MoSampson, Quina Supplee, Christ Wolfe, Brec Blackford, Candace McCasland, Robyn Roberson, Lea Rude, and William Zindel.

## FOR IMAGE COMICS

Executive Director:
**LARRY MARDER**

Publisher:
**TONY LOBITO**

Art Director:
**DOUG GRIFFITH**

Production Manager:
**TERESA CESPEDES**

Distribution:
**GERMAINE ZACHARIAH**

Traffic:
**RONNA COULTER**

Asst. to Exec. Director:
**KELLY VAN LANDINGHAM**

Graphic Designer:
**KENNY FELIX**

ANGELA #2. January. 1995. FIRST PRINTING. Published by IMAGE COMICS. P.O. Box 25468 Anaheim CA 92825 $2.25/$3.20 in Canada. *Angela*, its logo and its symbol are registered Trademarks™ and copyright © 1995 of Todd McFarlane Productions, Inc. All rights reserved. Any similarities to persons living or dead is purely coincidental. With the exception of artwork used for review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFarlane.                                                    PRINTED IN CANADA.

## Director Of Creative Development: TERRY FITZGERALD.
## Graphics Coordinator: JULIA SIMMONS.




*image*™











































  

## BLAH, BLAH, BLAH 22

All right, first off let me apologize to the following for leaving them off of my thank you list last ish: Beau "Real Man" Smith, (without him we'd be bored, underachievers), the "Real" Al Simmons, Melanie, Bob, the Caliber gang, Dave Sim, Allan and Mike at Sony and everyone else, (I mean you!).

Well, every month we get closer to the debut of the new Spawn toys! The latest faxes tell us that the first shipment of 1995 Spring toys should hit the west coast in mid-February. Remember they will take another few weeks to reach the east. <Here's a tip: production of them will be low.> The 1994 Fall line is still selling great, the numbers for the week before X-Mas were amazing. I guess it's true, everyone waits until the last moment to shop. Be on the lookout for a few "special" versions of the first year's run, which should be hitting the stores right about now. Spawn gets a new "head"?

Overtkill and Tremor "change" colors? Hmmm....

THE FOLLOWING IS FOR TOY COLLECTORS ONLY: By the way, the Violator figure was shipped in four different variations, all due to the trading card included with them. First out was the Spawn chromium card, then while waiting for the green card to arrive, a few figures shipped with no card, then as mentioned the green Violator cards arrived, and then finally the last variant featured the orange Violator card. I can't give you exact numbers for each, however if you really think about it, you should be able to pick out the rarer editions. Production was then stopped!!!

What has happened over the last month? Hmm... well, everyone had a great Holiday Season. I personally returned to Canada and was able to fill my need for hockey with the World Junior Hockey Championships. I tell you, if you want to drop any Canadian man to the ground fast, just take away

his hockey. Don't get me wrong, I love this country and I love working and living here, but I need some Canuck NHL hockey. Let's get this stinking strike over already. You hear me?

Jim Lee's Wildstorm Prods. will be releasing the first ever Spawn trading card set! The set will feature 150 cards and several different chase card levels. But don't despair, they won't be extremely difficult to collect them all. The rarest will feature the first appearance of Spawn in his new costume! Another interesting feature that's inserted are autographed cards by Todd, Jim Lee and Whilce Portacio. All of your favorite artists are in this set doing their own interpretations of Spawn, with some new Toddy art cards, as well.

Well that's all for this month, until next, be good and treat your Mom with respect.

-Terry Fitzgerald

## PROPHET #9

In the aftermath of Wargames, the prelude to Extreme Sacrifice begins! Seeking to put an end to Prophet's interference, Darkthorne dispatches his elite guard, the warrior Crypt to eliminate him! Liefeld/Platt

## SUPREME #22

Supreme and Thor stalk each other in a deadly game of cat and mouse to reserve the right to wield the hammer of Thor! Liefeld/Nocon

## TEAM YOUNGBLOOD #16

Guest starring Bloodpool! The new Sentinel arrives and is forced out of his role of Team Youngblood leader to make way for a younger, cockier Sentinel, brought up by Bloodpool! Jurevicius/Stephenson/Nadle

## YOUNGBLOOD STRIKEFILE #10

The artists look at once Image's hottest new title up. Yes, the almost all new art story by Robin, illustrates the the appearance of Bloodpool! Introducing art, Robinson/Williams and Robinson! Liefeld/Davick

## BACKLASH #3

Marc vs. ... and Backlash vs. Savage Dragon! The wildest villain party to all time continues as all-star studios and Backlash continues his hunt for the

Daemonite who killed his fiancee. Ruffner/Marlotte/Booth

## BLACK & WHITE #3

Reed and Whitney finally come face-to-face with their enemy and discover that evil is too weak a word for Chang! He backs B&W into a corner where death is the friendliest obstacle they face. Pamela and Art Thibert.

## BRIGADE #15

Brigade attempt to pick up the pieces of their lives following the death of two members. This issue ties in the with the Battlestone limited series and chronicles events leading up to Images' of Tomorrow #25 Wolfman/Winn

## CYBERFORCE #10

As Chris Claremont and Marc Silvestri continue their epic adventure, tensions mount as Ripclaw is kidnapped while Stryker and a force black marker should watch that's activities ahead of redemption

## ANGELA #2

The story continues in as two warriors Aus, Greg/Castille give us a story Where Spawn wins Angela as the finds recovery for thing trial, revelation of Heaven liberator, chaos ensues. Takes her in jail to hunt her from the Angelic authorities.

## MAXX #13

Julia continues her adventure in San Fran and Maxx keeps wandering into everyone's dreams. Sales note: please do not forget the Maxx is coming to MTV! Loebs/Kleth

## PITT #8

Pitt tracks Timmy into Canada's frozen wasteland, (no, not B.C.). The kidnappers demand a deadly ransom. Milk goes up a penny today. Hotton/Keown

## SHAMAN'S TEARS #5

At last the crossover you've been asking for! After Vanquishing Bar Sinister, Joshua Brand takes on the mantle of Scarlung Wolf, the hunter and the return of Sheriff Mike Grell

## SPAWN #28

Love, the sole reason for Spawn's existence, his issue Al Simmons finally faces with his wife. The sell-out cover Spawn meets, closer of Spawn the best friend they mysteriously comes back to haunt him. McFarlane/Capullo

## WILDCATS #17

possible that annoying relative Void comes for a visit and won't leave! James Robinson leaves us as he this month! Plus, wild and something's this issue set is, quite, simple. this appearing Stormwatch! Travis Charest





# Image Fan ART

1. Jeff Welburn  Shreveport, LA
2. Tim Mohan  Midland, ONT
3. Desmond Davies  Windsor, N.S.
4. A. J. Brutico  Taylor, PA
5. Richard Zimmer  N. Babylon, NY

6. Dean Hsieh  San Antonio, TX
7. Travis Trent  Stockton, CA
8. Ed Fillmore  N. Brunswick, NJ
9. Rance Boyet  Colorado Sp., CO
10. Lee E. Johnson  Pembroke, NH



1.



2.



3.



4.







GAIIIAN

# ANGELS VISITATIONS

This collection of stories, poems and various other pieces reveals Neil Gaiman, the Writer, as no other publication has before. Angels & Visitations contains the best of his fiction from his first decade of writing. This beautiful package, with dustjacket art by Dave McKean, and illustrations by many of today's top artists, has garnered praise from reviewers and critics around the country.
Trade Edition (2nd Printing) — $20.00

Available Fall 1994
Special Deluxe Edition
Leather bound in slipcase, limited to 400 copies and signed by Neil Gaiman and artists Dave McKean, Bill Sienkiewicz, Steve Bissette, Jill Karla Schwarz, P. Craig Russell, Randy Broecker, Charles Vess, and Michael Zulli
— $100.00

Postage on all orders is $4.00
DreamHaven Books, 1309 Fourth St. SE, Minneapolis, MN, 55414
612-379-0657 • Visa, Mastercard and Discover accepted.
Retailers: Inquire for wholesale terms.

Artwork Copyright © 1993 Dave McKean



# THE FIRST OFFICIAL TODD TOYS
## PHOTO GALLERY - FALL 1994







# THEY'RE HERE!

The Fall '94 Spawn action figures have already hit the shelves! The figures to the right and others, have started arriving at all of your favorite toy and department stores last week! Right now, this very second, phone them and ask, "Where are my Spawn toys?!" Spawn, Violator, Medieval Spawn, Overkill, Clown and Tremor make up the first year's run of toys. Also, in stores now are the Spawn-mobile, Violator Monster Rig and Spawn Alley Playset. Then, starting in February '95, the Spring assortment ships which will include figures of Rob Liefeld's Chapel and Badrock characters, plus Todd's Angela, Commando Spawn, Malebolgia and an awesome Violator motorcycle, plus many other characters!





ANGELA



COMMANDO SPAWN



CHAPEL

## ONLY FROM:

