

EXHIBIT
27
FENGAD-Bayonne, N. J.

# image™ COMICS and TODD McFARLANE PRESENT:

# ANGELA PART 3



**story**
NEIL GAIMAN

**pencils**
GREG CAPULLO

**inks**
MARK PENNINGTON

**letters**
TOM ORZECHOWSKI

**color**
TODD BROEKER
**& FIERCE COLORGRAPHICS**

For Susan Alston
and the Comic Book
Legal Defense Fund

*"Could we forbear dispute, and practise love,*
*We should agree as angels do above."*
Edmund Waller 'Divine Love'

## FOR IMAGE COMICS

Executive Director:
**LARRY MARDER**

Distribution:
**GERMAINE ZACHARIAH**

Publisher:
**TONY LOBITO**

Traffic:
**RONNA COULTER**

Art Director:
**DOUG GRIFFITH**

Asst. to Exec. Director:
**KELLY VAN LANDINGHAM**

Production Manager:
**TERESA CESPEDES**

Graphic Designer:
**KENNY FELIX**

ANGELA #3. February. 1995. FIRST PRINTING. Published by IMAGE COMICS. P.O. Box 25468 Anaheim CA 92825 $2.25/$3.20 in Canada. Angela®, its logo and its symbol are registered Trademarks™ 1995 of Todd McFarlane Productions, Inc. All rights reserved. Any similarities to persons living or dead is purely coincidental. With the exception of artwork used for review purposes, none of the contents of this publication may be reprinted without the permission of Todd McFarlane.
PRINTED IN CANADA.

**Director Of Creative Development: TERRY FITZGERALD.**
**Graphics Coordinator: JULIA SIMMONS.**









































 Master, I beg thee, do not eat poor Smut, do not gut him and roast him, nor eat him raw in one great gulp for he is but skin and b es and would be a pid meal for such as thee, and--
HEY! WERE YOU SPYING ON US?
WILL YOU BE QUIET?
Of course. Very quiet. Veryveryvery quietquietquiet quiet--
QUIET!
ump.
NOW-- WHO ARE YOU? WHAT ARE YOU DOING HERE? AND WHERE ARE WE? AND HOW DO WE GET OUT OF HERE?
...
WHY DON'T YOU ANSWER ME?
...
ANSWER!
I WOULD HAZARD THAT IT'S NOT ANSWERING BECAUSE SOME IDIOT JUST TOLD IT TO BE QUIET.
SMUT, IF THAT IS YOUR NAME, I GIVE YOU PERMISSION TO TALK.

SO. ANGELA. YOU'RE STILL ALIVE.
I'M GLAD YOUR POWERS OF OBSERVATION ARE STILL FUNCTIONING. HOW ARE YOUR POWERS OF EXPLANATION?
YOU ARE IN A LOT OF TROUBLE, ANGELA--
CAN IT, BITCH.
I WANT AN EXPLANATION. I WANT IT NOW. AND IF YOU LIE TO ME, I'LL HAVE YOUR HEAD OFF YOUR NECK FASTER THAN YOU CAN SCREAM.
NOW-- TALK.
AFTER YOU FOUGHT SPAWN, HE ACTIVATED THE LANCE, AND WAS TRANSLATED INTO SOME OTHER LEVEL OF REALITY. WE DON'T KNOW WHICH ONE.*
SOMEHOW, HE MADE IT BACK HERE. THAT SHOULDN'T HAVE BEEN POSSIBLE. HE MUST HAVE COMPLETELY RECONFIGURED REALITY IN ORDER TO HAVE MADE IT POSSIBLE.
THE LANCE ITSELF CEASED TO HAVE EVER EXISTED. THE RECORDS OF THE FIGHT VANISHED FROM ELYSIUM CENTRAL, AS DID YOUR HUNTING PERMIT.
I THINK EVEN YOU MAY HAVE BEEN IN SOME KIND OF HALF-LIFE THERE FOR A WHILE.
WHEN I DISCOVERED WHAT HAD HAPPENED, IT SEEMED LIKE A TAILOR-MADE OPPORTUNITY TO SET YOU UP.
BUT WHY?
BECAUSE I HATE YOU, ANGELA. I HATE YOU VERY, VERY MUCH.
DO YOU NEED MORE OF A REASON THAN THAT?
I SUPPOSE NOT.

# image info 

### BLAH, BLAH, BLAH 23

Alright, here I go. First and foremost, the hockey strike is over! Long live NHL and NHLPA! It was a very happy day when we heard the news. Finally we would see the boys lace up the skates and take to the ice. (BTW, so far my Canucks are playing boot piss!) Now on to real business.

The Spring '95 Spawn toys have arrived! They're in Seattle right now! Angela, Commando and Pilot Spawn, Malebolgia, Chapel and Badrock are on the shelves. These toys are amazing, the detail is unbelievable, Malebolgia stands at over 12" tall! Yup.

Remember the different Spawn toy I talked about last ish? Well, we lost a lot of them when that Filipino freighter sank about 40 days ago. And Tremors and Overtkills that were painted different, too? Yup, overboard.

Spawn goes cyber! Sony Imagesoft has officially announced that they will be releasing Spawn video games this X-Mas buying season! Be on the lookout for Super Nintendo, Genesis and PC-CD ROM versions. Then, less than a year later you'll see Sony PlayStation and Sega Saturn versions!

Todd and I have been and will be, involved at every stage of development, from initial animation design to final packaging. From what early info we have, the game should be great, it's look is as close to Todd's drawings as humanly, (computerly), possible. No one should be disappointed. I'll update you as the months go by.

In the meantime, feel free to write me with your game, or any other, suggestions, either using the snail mail address on the letters page of Spawn, or digitally at 75057,2350@Compuserve.com.

It's off to Toy Fair for Todd and I this weekend, Feb, 10-17. We will be attending the Todd Toys display area, showing off the new Fall 1995 Spawn toys line.

Also on display will be the prototypes for the Youngblood and Wetworks toy lines. This "show" is set up so all of the toy buyers from department, toy and warehouse stores can come and review your new products. If you thought that the Fall 94 toys were cool, wait until you see "Future Spawn" from the Fall 95 line. Incredible.

What else...? Well, last week Todd and I were in San Fran, shooting the second Todd Toys commercial at Industrial Light and Magic. The final cut arrives Friday, but from being there and seeing the action filmed, it'll be like a mini movie, not a "cheap" toy commercial. The first 10 seconds of the commercial is live action footage of Spawn, with the next 20 seconds highlighting kids playing with the toys. Some Todd guy makes a little appearance as well. That's it 'til next month....now, BACK TO WORK!

terry fitzgerald

---

### ANGELA #3

On the run from the forces of Heaven, Angela and Spawn find themselves in Hell, with a full-scale battle going on between them while trying to find their only means of escape.
Gaiman/Capullo/Pennington

### CYBERFORCE #11

As Chris Claremont and Marc Silvestri continue their epic adventure, Cyberdata seems to have Cyberforce and the Huntsman exactly where they want them. Do our heroes have an ace up their sleeves?

### BACKLASH #5

Fighting back to back again old Team 7 comrades Backlash and Dane, now the commander of Wetworks, meet an all-new enemy in an encounter that could cost them both their lives. Ruffin/Booth

### MAXX #14

Sara continues to taste Mr. Gone's attempts to reconcile with her, she still works on coming to grips with Kenny. Also, Maxx finds a strange, yellow monster with Horns, uh-oh. Kieth/Kane

### SPAWN #29

Spawn is inadvertently summoned into the other realm during a séance conducted by Wanda's daughter Cyan. Spawn's dealings with her creates the minor series. This story picks up directly after where the first issue finished.

How does the caped one get home?
McFarlane/Capullo

### UNION #1

Following the successful four-issue mini-series, Union returns in an all-new, unlimited, monthly series. Looking for a job with Stormwatch, Union stumbles across a group of terrorists wanting to blow up the UN!

### WETWORKS #6

Vampire Nation Civil War! Prince Drakken makes his move to take control of the Vampire Nation, while Red Queen is barricaded in her palace. Time for attack!
Whilce/Portacio

### WILDCATS #18

To save his teammate from a coma, Void must enter Voodoo's mind and battle their inner demons, but she learns some startling secrets about Voodoo's past while here! Hudnall/Charest

### BLOODSTRIKE #19

Bravo confronts Supreme and makes his first billion in an attempt to avenge the death of Bloodstrike. Extreme Sacrifice ties through the Image Universe leaving Tracy, Noto-briand and his comrades lose. Mychaels

### KNIGHTMARE TALES #1

The stories which Rob Liefeld is one of the Mark's Storm men and his past.

uncovered a secret "family" plot to purchase nuclear weapons left over from the Cold War! Mychaels/Vey

### NEWMEN #11

Newmen find themselves outcasts in a world that now hates and fears them more than ever! Plus the secrets of Reign's mind/gem are revealed for the first time! Stephenson/Nauck/Rapmund

### PROPHET #1

Jonathan Taylor explodes into this all-new series as the barbaric super-soldier seeks out a new destiny! Having learned some startling secrets about himself out the extreme sacrifice, he slowly starts to remembering his past! Dixon/Platt

### CHAPEL #1

From the depths of hell and back again Spawn killer Chapel returns. His mission to eliminate Al Simmons once again. War torn world poses a dark and present threat when the secret army of the US Military family.

### FREAK FORCE #14

The most shocking revelation the year! Freak's newfound, new power, unleashes that spells disaster for his team. Zero work believes your eyes this new this and.
Operation: Iris #2490. Larsen/Dixon/Hughes









# Image Fan
## ART

1. Tim Nacita  West Covina, CA
2. Radames Figueroa  Brooklyn, NY
3. Michael Chiapetti  Bronx, NY
4. Noel Wray  Pietermaritzburg NATAL
5. Heather Slovif  Ft. McNeil, BC

6. Fred Greenberg  Ft. Meyer, MN
7. Jonah Levy  Newport Beach, CA
8. Romeo Alvarado  Mountain View, CA
9. Unknown
10. Jacoue  Edmonton, ALTA



1.



2.



3.



4.



# ANGELA™
## action figure

If you enjoyed the Angela mini-series, you are going to like this toy even more! Straight out of the [      ] comic book comes this immensely detailed 6" action figure. Each toy will be articulated at the neck, arms, elbows, hips, and knees, for ultimate pose ability! Angela's sword is able to be stored in the sheaf around her waist. Also included, but not pictured, is a 6-1/2" tall staff, as seen in the comic, that houses a projectile tip! All of this and more, with the quality and detail that you have grown to expect from Todd Toys! Also shipping at the same time will be Commando Spawn, Pilot Spawn, Badrock, Chapel and Malebolgia.

only from:

TODD TOYS™



ANGELS
VISITATIONS

This collection of stories, poems and various other pieces reveals Neil Gaiman, the Writer, as no other publication has before. Angels & Visitations contains the best of his fiction from his first decade of writing. This beautiful package, with dustjacket art by Dave McKean, and illustrations by many of today's top artists, has garnered praise from reviewers and critics around the country.
Trade Edition (2nd Printing) — $20.00

Available Fall 1994
Special Deluxe Edition
Leather bound in slipcase, limited to 400 copies and signed by Neil Gaiman and artists Dave McKean, Bill Sienkiewicz, Steve Bissette, Jill Karla Schwarz, P. Craig Russell, Randy Broecker, Charles Vess, and Michael Zulli
— $100.00

Postage on all orders is $4.00
DreamHaven Books, 1309 Fourth St. SE, Minneapolis, MN, 55414
612-379-0657 • Visa, Mastercard and Discover accepted.
Retailers: Inquire for wholesale terms.

Artwork Copyright © 1993 Dave McKean

# THE MOST EAGERLY AWAITED TRADING CARD SET OF THE 90'S!

Todd McFarlane's Spawn Trading Cards, celebrating 25 issues of the decade's best-selling comic book, arrives in April!



150 oversized cards featuring some of the most talented artists in the business, including Todd McFarlane, Jim Lee, Jim Valentino, Whilce Portacio, Bill Sienkiewicz, J. Scott Campbell, Sam Kieth, Jae Lee, Mike Grell, Walter Simonson, Joe Quesada, George Perez, Tim Sale, Jerry Ordway, Scott Clark, Travis Charest, Aron Wiesenfeld, Brett Booth, Ryan Benjamin, Dan Norton, Trevor Scott, Tom McWeeney, Alex Garner, and many more.

12 oversized painted cards by Bill Sienkiewicz, Joe Chiodo, Joe Phillips, and Ken Steacy. 4 oversized bonus cards featuring all–new art by Todd McFarlane. 6 oversized photograph cards featuring the Spawn action figures from Todd Toys. 1 oversized ToddChrome™ card of Spawn in his new costume by Todd McFarlane!



—art by Michael Golden

## THE COMIC BOOK OF THE DECADE BECOMES THE CARD SET OF THE YEAR!

In April, only from WildStorm Productions and Image Comics.

 

Spawn®, its logo and its symbol are registered trademarks™ 1994 of Todd McFarlane Productions, Inc. All rights reserved.
WildStorm logo™ and © Aegis Entertainment, Inc., dba WildStorm Productions, 1994. All rights reserved.



