# Angela



She's beautiful, deadly and 100,000 years old. Angela is a hunter, one of few angels to have been granted permits to hunt Hellspawn as part of Heaven's cold war with Hell. She has been ruthless in her quest to rid the Earth of the Malebolgia's creatures and has only failed to kill one: Al Simmons. Whether by weakness or for some other reason, she has let this Hellspawn continue to live.

She is able to wander the cosmos at whim, riding the Flux to transport her from place to place and plane to plane. However, many of her work assignments have focused on the planet Earth. It is there that most of the Hellspawn have appeared, so she's gone where the hunting is. She keeps her skills honed by hunting other impossibly dangerous creatures, keeping herself challenged while she waits for the paperwork to come through on her Spawn permits.

Angela comes from Elysium, the first level of the Seven Heavens, closest to God. It is there that all of the bureaucratic work is handled, where the angels get their hands dirty doing God's bidding. Her form is that of a human female, like all of the angels there, possibly the result of a spontaenous aesthetic whim on the Creator's part. But the form hides her true power and strength, to better camouflage her intentions from her targets.

She has fought the current Hellspawn once, and yet he came to her aid during her trial for treason in Heaven. She is still puzzled by this turn of events. Her treatment at the hands of Gabrielle, then-ambassador from Heaven to Earth, as well as her contradictory encounters with Spawn, helped her decide to leave Elysium and go freelance. It is something generally not done, since angels don't only belong to Heaven but are part of the Creator directly. But Angela is a one-of-a-kind.

Currently, Angela and her friends Kuan-Yin and Anahita, angels also, are wandering the universes in search of freelance work. However, one thing remains nagging her thoughts. Though she was from Heaven, and Al Simmons from Hell, both have the same mercenary nature, and shared something special. The two are closer than even she would care to admit.

IC 002117