# Tiffany

In all around skills as a hunter of Hellspawn, Tiffany is second to only Angela and that is a point Tiffany will argue to the death. This a very noted point in the fact that she is a new Angel. Her ambition and drive have increased her notification within the flight at a high rate. The only word that best describes her is relentless. She harbors a strong distaste for Angela. She feels that Angela has crossed the line between Heaven and Hell, an aversion brought on by Angela's consorting with Spawn.

Tiffany feels that she has the true purpose within her: to destroy all that Hell has to offer by means of extreme prejudice. Tiffany went to Earth without official sanction to take Spawn's head. Her goal was to uproot Angela from her top flight position, show her for the traitor she believes Angela is, and kill Spawn all in one fell swoop. She fights the war for Heaven with two agendas: one open for view and the other hidden, perhaps even to herself. Her blatant objective is to vanquish all the forces of Hell. Her secret goal is to protect the sacred purity between what she perceives as good and evil. No quarter shall be given to the enemy. Tiffany is very chameleon-like in the fact that she can be anywhere and has the ability to shift herself into whatever form she desires to get her sometimes violent point across. If she feels she has been crossed, then the once ally is now tainted and must be destroyed.

Tiffany's confrontation with Spawn was more than she expected. It was her first battle with a true HellSpawn. She let her rage and unleashed zeal override her fighting composure. Spawn defeated Tiffany by delving into the power of the creatures of the dark. He replenished his depleted powers with the use of what legend calls "The Black Dispersal". By condensing the internal Neuro-systems flow, Spawn was able to force each plasma strand to gather it's dark evil to a single point-A concentrate of pure, malicious energy. This brought the cleansing upon Tiffany, leaving her nothing but a mound of rotting bones.

But as Cogliostro had stated before, Angels are constructed of pure Vitalite that is a plasma based substance derived from the spirit soul. This enables her to be the ultimate stealth chamelion.



IC 002128