



# DOMINA

**First Appearance: Spawn #96**

Domina is the leader of a phalanx of Heaven's angels. She first appears in the issues leading up the epic Spawn issue #100. As the battle lines are drawn in the war between Heaven and Hell, warrior angels gather in the æther, a sliver of time-space half a heartbeat from our "normal" reality. As the angels prepare to battle on Earth against the superpowered Hell demon Urizen, a message from Heaven orders them to stand down and not to interfere as Spawn and the renegade angel Angela prepare to fight Urizen. Domina and her band of warrior angels have decided to commit heresy and ignore Heaven's command. As they prepare to cross the threshold to Earth's terrestrial plane, the group is met head-on by Angela who forbids them from going to the aid of the imperiled planet. You see, Heaven's soldiers fighting on Earth could trigger Armageddon, the prophesied bloodbath between the light and dark. Just before an angelic brawl breaks out, emissaries from Heaven appear, allowing Angela to fight on Earth and ordering Domina's troops to back off, which they do.