## Freeman, Susan

| | |
|---|---|
| **From:** | Stevesills@aol.com |
| **Sent:** | Tuesday, September 18, 2007 3:28 PM |
| **To:** | mkahn@Blackwellsanders.com |
| **Cc:** | Freeman, Susan; kenflevin@gmail.com; MicheleGentille@aol.com |
| **Subject:** | Re: Neil Gaiman v. Todd McFarlane Productions, Inc., et al. |

In a message dated 9/18/2007 1:53:59 PM Pacific Daylight Time, mkahn@Blackwellsanders.com writes:

> Attached is a letter (plus enclosure) that I am sending to you on behalf of all parties via this email and U.S. Mail. As you will see, it regards a disputed issue that the parties will soon be submitting to you for resolution.

Dear Mr. Kahn,

I reviewed your letter and the Court order regarding the dispute over derivative works. As an accountant, I would be willing and able to analyze the revenue earned by a derivative work once the court or other expert had informed me that a work had been classified as such.

However, I am not experienced in determining what is or is not a derivative work and do not feel qualified to render an opinion.

Steven D. Sills
Sills & Gentille
Certified Public Accountants
A Professional Corporation
1801 Century Park East
Suite 1450
Los Angeles, California 90067
310-551-9850

---

See what's new at AOL.com and Make AOL Your Homepage.

3/25/2010