UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 02-C-0048-bbc |
| TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC., TMP INTERNATIONAL, INC., and McFARLANE WORLDWIDE, INC. | ) ) ) ) ) |
| Defendants-Counterclaimants, | ) ) |
| And | ) ) |
| IMAGE COMICS, INC., | ) ) |
| Defendant. | ) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
JAMES ALEX GRIMSLEY**

Todd G. Smith of Godfrey & Kahn, S.C., requests that this Court grant admission *pro hac vice* to James Alex Grimsley of Bryan Cave LLP. I have provided Mr. Grimsley with a copy of the Standards for Professional Conduct within the Seventh Federal Judicial Circuit. Attached to this motion is the CM/ECF registration form completed on behalf of Mr. Grimsley. Further support for this motion is in the accompanying Declaration of James Alex Grimsley.

Dated this 1st day of April, 2010.

*s/Todd G. Smith*

Todd G. Smith
State Bar No. 1022380

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Phone:  608-257-3911
Fax:      608-257-0609
Email:  tsmith@gklaw.com

Attorneys for Defendants, Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc. and McFarlane Worldwide

4823176_1