UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. 02-C-0048-bbc |
| TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC., TMP INTERNATIONAL, INC., and McFARLANE WORLDWIDE, INC. | ) ) ) ) ) |
| Defendants-Counterclaimants, | ) ) |
| And | ) ) |
| IMAGE COMICS, INC., | ) ) |
| Defendant. | ) |

## ORDER FOR ADMISSION *PRO HAC VICE* OF JAMES ALEX GRIMSLEY

Based on the foregoing Motion and the supporting Declaration of James Alex Grimsley and the Court being advised of the circumstances:

IT IS HEREBY ORDERED that attorney James Alex Grimsley of Bryan Cave LLP is admitted as attorney *pro hac vice* for this matter.

Dated this _____ day of April, 2010.

BY THE COURT:

_____
United States District Court Judge

4823286_1