UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 02-C-0048-bbc |
| TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC., TMP INTERNATIONAL, INC., and McFARLANE WORLDWIDE, INC. | ) ) ) ) ) |
| Defendants-Counterclaimants, | ) ) |
| And | ) ) |
| IMAGE COMICS, INC., | ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2010, I served true and correct copy of:

- **Motion for *Pro Hac Vice* Admission of James Alex Grimsley**
- **Declaration of James Alex Grimsley in Support of *Pro Hac Vice* Admission**
- **CM/ECF Registration Form for James Alex Grimsley**
- **Order for Admission *Pro Hac Vice* of James Alex Grimsley**

to be electronically filed with the Clerk of Court using the ECF system and served via e-mail and U.S. Mail to the following:

**Via Electronic Mail**
Allen A. Arntsen
Jeffrey A. Simmons
Foley & Lardner LLP
PO Box 1497
Madison, WI  53701
Email:   aarntsen@foley.com
            jsimmons@foley.com

**Via Electronic Mail**
R. Scott Feldmann
Thomas Dietrich
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Email:   sfeldmann@crowell.com
            tdietrich@crowell.com

**Via U.S. Mail**
Susan M. Freeman
Lewis and Roca LLP
40 North Central Ave., 19th Floor
Phoenix, AZ 85004-4429

**Via Electronic Mail**
Michael Andrew Kahn
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Email:   mike.kahn@bryancave.com

**Via U.S. Mail**
Kenneth F. Levin
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Suite 307
Northbrook, IL 60062-2459


 /s/ *Matthew P. Veldran*
Matthew P. Veldran

4825874_1