UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND )
MIRACLES, LLC, )
 )
      Plaintiffs, )
 )
      v. )
 )    Case No. 02-C-0048-S
TODD McFARLANE, TODD )
McFARLANE PRODUCTIONS, INC., )
TMP INTERNATIONAL, INC., and )
McFARLANE WORLDWIDE, INC. )
 )
      Defendants-Counterclaimants, )
 )
And )
 )
IMAGE COMICS, INC., )
 )
      Defendant. )

## DECLARATION OF JAMES ALEX GRIMSLEY IN SUPPORT OF *PRO HAC VICE* ADMISSION

James Alex Grimsley, pursuant to 28 U.S.C. § 1746, declares as follows:

I am an attorney with Bryan Cave LLP, located at One Renaissance Square, Two North Central Avenue, Suite 2200, Phoenix, AZ 85004 and I am co-counsel for the defendants, Todd McFarlane, Todd McFarlane Productions, Inc, TMP International, Inc., and McFarlane Worldwide, Inc.

I was first admitted to the practice of law before the Court of Appeals of New York on January 22, 1992, and I am currently a member in good standing of the bar of that court. I am also currently admitted to practice in the State of Arizona, the United States Courts of Appeals for the Fifth, Ninth, Eleventh and Federal Circuits and before the U.S. District Courts for the District of Arizona, Southern District of New York and Northern District of Illinois.

My law license has never been suspended or revoked.

I have been provided with a copy of the standards for professional conduct for the Western District of Wisconsin and I agree to abide by those standards.

This Declaration is made in support of a motion for my admission *pro hac vice* to appear in this case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 31st day of March, 2010.

_____
James Alex Grimsley

4823237_1