# EXHIBIT A

**SO ORDERED.**

**LEWIS AND ROCA LLP LAWYERS**

**Dated: December 13, 2007**

40 North Central Avenue
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756
Susan M. Freeman State Bar No. 004199

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**Kenneth F. Levin & Associates, Chtd.**
20 N. Wacker Drive, Suite 4200
Chicago IL 60606
Telephone: (312) 827-9000
Facsimile No. (312) 827-9001

Kenneth F. Levin (*pro hac vice*)
KenFLevin@aol.com

Attorneys for Gaiman

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 |
| TODD MCFARLANE PRODUCTIONS, INC., an Arizona corporation, | Case No. 2:04-bk-21755-CGC |
| Debtor, | ORDER RE: RELIEF FROM THE AUTOMATIC STAY TO RAISE DISCOVERY DISPUTE IN DISTRICT COURT |
| NEIL GAIMAN, | |
| Movant, | |
| TODD MCFARLANE PRODUCTIONS, INC. an Arizona Corporation, | |
| Respondent. | |

**GRANTED**

   Pursuant to the motion of Neil Gaiman ("Gaiman"), upon consideration of the record in this case and the response filed by the Debtor and the argument of counsel for the parties at hearing, and good cause appearing,

   IT IS ORDERED the automatic stay is modified to allow Gaiman, the Debtor and Todd McFarlane to litigate their dispute over whether certain characters are derivative works of the three characters in which Gaiman holds a co-copyright interest, and thus included within the scope

1871345.4

C:\Documents and Settings\jmcevoy\Desktop\TMP-Gaiman Protocol.REDLINE.DOC
10/06/05

1  of the Accounting for determination of amounts owed to Gaiman pursuant to the terms and
2  provisions of a stipulation and judgment of the United States District Court, Western District of
3  Wisconsin, Case No. 02-C-048-S, *Neil Gaiman and Marvels and Miracles, LLC v. Todd*
4  *McFarlane, Todd McFarlane Productions, Inc., TMP International Inc., McFarlane Worldwide,*
5  *Inc. and Image Comics, Inc.* (the "Dispute"), without prejudice to the parties' respective
6  contentions about whether the Wisconsin District Court can or should rule on the Dispute at this
7  time.
8      FURTHER ORDERED that the Order Pursuant to F.R.B.P. 4001(d)(4) Approving
9  Stipulation re: Relief From the Automatic Stay to Complete Litigation in District Court entered
10 November 15, 2005 (Dkt. 177) approving the Stipulation re: Relief From the Automatic Stay to
11 Complete Litigation in District Court dated October 31, 2005 (Dkt. 154) ("Protocol Order" and
12 "Protocol Stipulation" respectively, and collectively, the "Protocol") remain in full force and
13 effect. The Debtor shall comply with bi-annual supplementation of the Data Exchange as required
14 by the Protocol Stipulation and with production of all other Documents and Information (as
15 defined in the Protocol) other than that which is subject to the Dispute, and after the Wisconsin
16 District Court enters its order on the Dispute, any additional Documents and Information that may
17 be held producible by the Wisconsin District Court shall also be provided to Gaiman, and
18 thereafter the procedures set forth in the Protocol Stipulation shall resume to conclusion.
19     SIGNED and DATED ABOVE.

GRANTED

1871345.4

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

TODD MCFARLANE PRODUCTIONS, INC.
1711 W. GREENTREE DRIVE, SUITE 208
TEMPE, AZ 85284
**SSAN:**
**EIN:** 86–0782249

Debtor(s)

Case No.: 2:04–bk–21755–CGC

Chapter: 11

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on December 14, 2007, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: December 14, 2007**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Terrence S. Miller**