# EXHIBIT C

# BOTH CHARACTERS HAVE:

| BIG RED CAPE | CLAW HANDS | COSTUME COLOR | GREEN EYES | "M" STRIPE ON CHEST |

**ORIGINAL SPAWN**　　　**DARK AGES SPAWN**



ILLUSTRATION FROM SPAWN ISSUE 1



| NECK SKULLS W/CHAIN | SKULL BELT BUCKLE | SPIKES ON LEG/BOOT | SPIKES ON ARM |

# BIG RED CAPE

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

---

## ORIGINAL SPAWN




**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# CLAW HANDS

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

## ORIGINAL SPAWN

 

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993.
ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# GREEN EYES

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

## ORIGINAL SPAWN



**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# DECAYED "HAMBURGER" HEAD

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

---

## ORIGINAL SPAWN

 

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# GREEN "NECROPLASM" BLOOD

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

## ORIGINAL SPAWN




**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

"M" STRIPES ON CHEST

# DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

---

# ORIGINAL SPAWN

  

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993.
ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# NECK SKULLS WITH CHAIN

## DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

---

## ORIGINAL SPAWN

  

  

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# SKULL BELT BUCKLE

# DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

---

# ORIGINAL SPAWN

 

   

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993.
ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

SPIKES ON LEG/BOOT

# DARK AGES SPAWN



**IMAGES ARE FROM DARK AGES SPAWN**

# ORIGINAL SPAWN

 

**IMAGES ARE FROM SPAWN ISSUES 1-8 ORIGINALLY PUBLISHED MAY 1992-MARCH 1993. ALL ISSUES PUBLISHED PRIOR TO NEIL GAIMAN'S ISSUE 9.**

# THIS IS HOW "DARK AGES SPAWN" APPEARED THROUGH THE VAST MAJORITY OF THE "DARK AGES SPAWN" COMIC BOOK.






THIS IS HOW "DARK AGES SPAWN" APPEARED THROUGH THE VAST MAJORITY OF THE "DARK AGES SPAWN" COMIC BOOK.


