IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NEIL GAIMAN, et al.**,

       Plaintiffs,

  v.

                                      Case No. 02-C-0048-bbc

**TODD McFARLANE, et al.**,

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2010, I caused copies of the following document

- **THE McFARLANE DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER DECLARING GAIMAN'S INTEREST IN CERTAIN COMIC BOOK CHARACTERS**

to be electronically filed with the Clerk of Court using the ECF system which will send

notification to the following ECF participants:

Allen A. Arntsen
Jeffrey A. Simmons
Foley & Lardner LLP
PO Box 1497
Madison, WI 53701
Email: aarntsen@foley.com
Email: jsimmons@foley.com

Michael Andrew Kahn
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Email: mike.kahn@bryancave.com

R. Scott Feldmann
Thomas Dietrich
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Email: sfeldmann@crowell.com
Email: tdietrich@crowell.com

A copy of the above-referenced document will be served via email and U.S. regular mail to the following non-ECF participants:

Susan M. Freeman
Lewis and Roca LLP
40 North Central Ave., 19th Floor
Phoenix, AZ 85004-4429
Email: SFreeman@LRLaw.com

Kenneth F. Levin
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Suite 307
Northbrook, IL 60062-2459
Email: Levine@clm.com

Dated this 6th day of April, 2010.

By:   _s/Karen A. Paape_____
      Karen A. Paape

4839898_1