UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**NEIL GAIMAN, and**
**MARVELS AND MIRACLES, LLC,**

      Plaintiffs,                        Case No.: 02-CV-00048-bbc

      v.

**TODD MCFARLANE, TODD**
**MCFARLANE PRODUCTIONS, INC.,**
**TMP INTERNATIONAL, INC.,**
**MCFARLANE WORLDWIDE, INC., and**
**IMAGE COMICS, INC.,**

      Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

      Plaintiff Neil Gaiman moves the Court for leave to file a short reply brief in support of his March 30, 2010 Motion For An Order Declaring Gaiman's Interest In Derivative Characters For Purposes Of Accounting Of Profits (Dkt. 288). The Court originally scheduled that motion for a telephonic hearing to occur on April 14, 2010, but then cancelled the hearing the day before. As a result, Gaiman did not have an opportunity to reply to the positions stated by Defendants in their responses. Gaiman respectfully requests that he be granted leave to file a short reply brief addressing issues raised in Defendants' responses, in particular, an important mischaracterization of the relief Gaiman seeks. The proposed reply brief is filed as an exhibit to this motion.

Dated this 20th day of April, 2010.

|  |  |
|---|---|
| <u>Of Counsel:</u><br>Kenneth F. Levin<br>Kenneth F. Levin & Associates, Chtd.<br>3100 Dundee Rd., Ste. 307<br>Northbrook, Illinois 60062-2459<br>Tel: (312) 827-9000<br>KenFLevin@gmail.com | <u>  s/Jeffrey A. Simmons                              </u><br>Allen A. Arntsen<br>Jeffrey A. Simmons<br>FOLEY & LARDNER LLP<br>150 East Gilman Street<br>Madison, WI 53703-2808<br>Tel: (608) 257-5035<br>Fax: (608) 258-4258<br>aarntsen@foley.com<br>jsimmons@foley.com<br><br>*Attorneys for Plaintiffs* |