IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 20, 2010, I electronically filed a true and correct copies of the following:

1. Plaintiff's Motion for Leave to File a Reply Brief; and

2. Plaintiff's Reply Brief in Support of Motion for Order Declaring Gaiman's Interest in Derivative Characters for Purposes of Accounting of Profits,

using the ECF system which sends notification of such filing to the following counsel of record:

**Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
**Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
**James Alex Grimsley** at jagrimsley@bryancave.com
**Michael Andrew Kahn** at mike.kahn@bryancave.com
**R. Scott Feldmann** at sfeldmann@crowell.com
**Thomas Dietrich** at tdietrich@crowell.com
**Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

MADI_2252608.1

2

True and correct copies of the ECF Notice and documents filed will be delivered by other means to:

>Kenneth F. Levin
>Kenneth F. Levin & Associates, Chtd.
>3100 Dundee Rd., Suite 307
>Northbrook, IL 60062-2459

Dated this <u>20th</u> day of April, 2010.

<u>s/ Jeffrey A. Simmons</u>
Jeffrey A. Simmons
