IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>  Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 27, 2010, I electronically filed a true and correct copy of **Plaintiff's Motion to Extend Deadline for Completing Accounting of Profits** using the ECF system which sends notification of such filing to the following counsel of record:

  **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
  **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
  **James Alex Grimsley** at jagrimsley@bryancave.com
  **Michael Andrew Kahn** at mike.kahn@bryancave.com
  **R. Scott Feldmann** at sfeldmann@crowell.com
  **Thomas Dietrich** at tdietrich@crowell.com
  **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

  **Kenneth F. Levin** at KenFLevin@gmail.com

  Dated this 28th day of May, 2010.

                                                s/ Jeffrey A. Simmons
                                                Jeffrey A. Simmons

MADI_2300045.1