IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on May 28, 2010, I electronically filed a true and correct copy of **Plaintiffs' May Report to Court** using the ECF system which sends notification of such filing to the following counsel of record:

    **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
    **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com
    **James Alex Grimsley** at jagrimsley@bryancave.com
    **Michael Andrew Kahn** at mike.kahn@bryancave.com
    **R. Scott Feldmann** at sfeldmann@crowell.com
    **Thomas Dietrich** at tdietrich@crowell.com
    **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com,
        mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

    **Kenneth F. Levin** at KenFLevin@gmail.com

    Dated this <u>28th</u> day of May, 2010.

                                                      s/ Jeffrey A. Simmons
                                                      Jeffrey A. Simmons