# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 6/14/10    DAY: Monday    START TIME: 9:02 am    TOTAL HOURS: 4' 45"

JUDGE/MAG.: Crabb    CLERK: Jacobson    REPORTER: Swenson/Seeman

PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐   NO ☐

CASE NUMBER: 02-cv-48-bbc    CASE NAME: Neil Gaiman v. Todd McFarlane

APPEARANCES:

PLAINTIFF(S): Alan Arntsen    DEFENDANT(S): Todd Smith
Jeff Simmons    James Grimsley
Ken Levin

PROCEEDINGS: opening statements; pltf. case; deft. case. Briefs due by 6/25/10; original exhibits to be submitted when briefs are filed.

**PLAINTIFF(S) WITNESS**
1. Neil Gaiman
2.
3.
4.
5.
6.
7.
8.
9.
10.

**DEFENDANT(S) WITNESS**
1. Brian Holguin
2. Todd McFarlane
3.
4.
5.
6.
7.
8.
9.
10.

**PLAINTIFF(S) DISPOSITIVE MOTION(S)**
1. _____   GRANTED ☐   DENIED ☐   U/A ☐
2. _____   GRANTED ☐   DENIED ☐   U/A ☐
3. _____   GRANTED ☐   DENIED ☐   U/A ☐

**DEFENDANT(S) DISPOSITIVE MOTION(S)**
1. _____   GRANTED ☐   DENIED ☐   U/A ☐
2. _____   GRANTED ☐   DENIED ☐   U/A ☐
3. _____   GRANTED ☐   DENIED ☐   U/A ☐

1ST BREAK 10:24    RESUME 10:40    2ND BREAK 12:04    RESUME 1:00
3RD BREAK 2:40    RESUME 2:55    4TH BREAK _____    RESUME _____
ADJOURNMENT 3:09