EVIDENTIARY HEARING
PLAINTIFF EXHIBITS

GAIMAN vs. MCFARLANE

CAUSE NO. 02-CV-48-bbc

| DATE | No. | Witness | DESCRIPTION | OFFERS OBJECTIONS RULINGS EXCEPTIONS |
|---|---|---|---|---|
| 6/14 | 1 | Gaiman | Spawn/Angela - Issue #9 | |
| | 2 | Gaiman | re/Spawn - issue #14 | |
| | 3 | McFarlane | Spawn issue #15 | |
| | 4 | " | Spawn #26 | |
| | 5 | Gaiman | | |
| | 6 | " | Spawn 32 | |
| | 7 | McFarlane | Spawn 39 | |
| | 8 | Gaiman | Spawn #44 | |
| | 9 | | Spawn #45 | |
| | 10 | | Spawn #46 | |
| | 11 | | Cover of Spawn #97 | |
| | 12 | | Spawn #98 | |
| | 13 | | Spawn #99 | |
| | 14 | | Spawn #100 | |
| | 15 | | | |
| | 16 | | Spawn Bible - Tiffany | |
| | 17 | | 1st of 3 issues of angela | |
| | 18 | | 2nd of 3 issues of angela | |
| | 19 | | 3rd of 3 issues of angela | |
| | 20 | McFarlane | Issue #1 - Curse/Spawn | |
| | 21 | McFarlane | Issue #2 - Curse of the Spawn | |
| | 22 | Gaiman | Spawn The Dark Ages #1 (new series) © '98 | |
| | 23 | | Spawn Vol. 2 The Dark Ages | |
| | 24 | | Picture Spawn (TDA) | |
| | 25 | | Spawn The Dark Ages #4 | |

EVID. HRG.
PLAINTIFF
**EXHIBITS**

GAIMAN vs. MC FARLANE

CAUSE NO. 02-CV-48-bbc

| DATE | No. | Witness | DESCRIPTION | OFFERS OBJECTIONS RULINGS EXCEPTIONS |
|---|---|---|---|---|
| 6/14 | 26 | Gaiman | Spawn TDA – issue #15 | |
| | 27 | | Spawn TDA – issue #22 | |
| | 28 | | MS comic (distributed free w/ MS toy) + toy | |
| | 29 | | | |
| | 30 | | | |
| | 31 | | Toy Version – Spawn in armor | |
| | 32 | | sap Medival Spawn 2 | |
| | 33 | | Dark ages series | |
| | 34 | | Descrip. of Domina / 2 pictures of Domina | |
| | 35 | | Spawn website Tiffany images | |
| 6/14 | 36 | Mc Farlane | Pg fm Spawn Issue #1 | |
| | 37 | Gaiman | Spawn Issue #8 | |
| | 38 | " | Preview | |
| | 39 | Mc Farlane | Previews - 1999 | |
| | 40 | Gaiman | | |
| | 41 | Mc Farlane | Ex. C - A's Pro. | |
| | 42 | | Toy - Lord Covenant | |
| | 43 | | Toy. | |
| | 44 | | Spawn TDA #5 | |
| | 45 | | Spawn TDA #6 | |
| | 46 | | Spawn TDA #7 | |
| | 47 | | Spawn TDA #8 | |