IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>*Defendants.* | Case No.   02-C-0048-bbc<br>(Judge Crabb)<br><br>**CERTIFICATE OF SERVICE** |

CROWELL & MORING LLP
R. Scott Feldmann
(*pro hac vice*)
Christine E. Cwiertny
(*pro hac vice* application pending)
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

Attorneys for Defendant
Image Comics, Inc.

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505. I hereby certify that on **June 17, 2010**, I served a complete and accurate copy of the **MOTION OF CHRISTINE E. CWIERTNY FOR ADMISSION *PRO HAC VICE*** and the **ORDER GRANTING MOTION OF CHRISTINE E. CWIERTNY FOR ADMISSION *PRO HAC VICE*** on the attorneys for the parties in this action who are identified on the attached Service List by enclosing the document in a sealed envelope addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with Crowell & Moring LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of an attorney who is authorized to practice before this Court at whose direction services was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 17, 2010** at Irvine, California

By: /s/ Patricia Rizer
Patricia Rizer

1   Case No. 02-CV-0048-bbc
CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Allen Arntsen, Esq.<br>Jeffrey A. Simmons, Esq.<br>FOLEY & LARDNER LLP<br>150 East Gilman Street<br>Madison, WI 53701<br><br>Tel.: (608) 258-4267 | *Attorneys for*<br>*Neil Gaiman*<br>*Marvels and Miracles, LLC* |
| Kenneth F. Levin, Esq.<br>KENNETH F. LEVIN AND ASSOCIATES<br>20 North Wacker Drive<br>Chicago, IL 60606-3003<br><br>Tel.: (312) 984-6000 | *Attorneys for*<br>*Neil Gaiman*<br>*Marvels and Miracles, LLC* |
| James A. Grimsley, Esq.<br>Bryan Cave LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004<br><br>Tel.: (602) 364-7117 | *Attorneys for*<br>*Todd Mcfarlane*<br>*Todd Mcfarlane Productions, Inc.*<br>*TMP International, Inc.*<br>*Mcfarlane Worldwide, Inc.* |
| Michael Kahn, Esq.<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750<br><br>Tel.: (314) 259-2251 | *Attorneys for*<br>*Todd Mcfarlane*<br>*Todd Mcfarlane Productions, Inc.*<br>*TMP International, Inc.*<br>*Mcfarlane Worldwide, Inc.* |
| Todd Smith, Esq.<br>Godfrey & Kahn S.C.<br>One East Main Street, Suite 5000<br>Madison, WI 53701<br><br>Tel.: (608) 257-3911, ext. 2653 | *Attorneys for*<br>*Todd Mcfarlane*<br>*Todd Mcfarlane Productions, Inc.*<br>*TMP International, Inc.*<br>*Mcfarlane Worldwide, Inc.* |

Cam No. 100381.001
IR4671387.1