IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**NEIL GAIMAN, et al.**,

        Plaintiffs,

v.

**TODD McFARLANE, et al.**,

        Defendants.

Case No. 02-C-0048-bbc

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on June 25, 2010, I caused copies of the following document

- **POST-HEARING BRIEF OF THE McFARLANE DEFENDANTS**

to be electronically filed with the Clerk of Court using the ECF system which will send

notification to the following ECF participants:

Allen A. Arntsen
Jeffrey A. Simmons
Foley & Lardner LLP
PO Box 1497
Madison, WI 53701
Email: aarntsen@foley.com
Email: jsimmons@foley.com

Michael Andrew Kahn
James Alex Grimsley
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Email: mike.kahn@bryancave.com
Email: jagrimsley@bryancave.com

R. Scott Feldmann
Christine Elaine Cwiertny
Thomas Dietrich
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Email: sfeldmann@crowell.com
Email: tdietrich@crowell.com
Email: ccwiertny@crowell.com

A copy of the above-referenced document will be served via email and U.S. regular mail to the

following non-ECF participant:

Kenneth F. Levin
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Suite 307
Northbrook, IL 60062-2459
Email: kenflevin@gmail.com

Dated this 25th day of June, 2010.

By:    *s/Karen A. Paape*
       Karen A. Paape

5121665_1