

**GODFREY**
**& KAHN** s.c.
ATTORNEYS AT LAW

ONE EAST MAIN STREET
POST OFFICE BOX 2719
MADISON, WI 53701-2719
TEL 608-257-3911
FAX 608-257-0609
www.gklaw.com

Direct: 608-284-2653
tsmith@gklaw.com

DOC NO
REC'D/FILED
2010 JUN 25  PM 4: 20
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

June 25, 2010

**BY HAND DELIVERY**

Judge Barbara B. Crabb
U.S. District Court Western District
U.S. Courthouse
120 N. Henry St., Room 320
Madison, WI 53703

      RE:   *Neil Gaiman v. Todd McFarlane*
             WDWI Case No. 02-CV-48-bbc
             File No.: 069602-0001

Dear Judge Crabb:

      Delivered with this letter is a box containing the parties' selected original exhibits which were marked at the Evidentiary Hearing held on June 14, 2010 in the above-referenced action. Attached to this letter is an index showing the respective exhibit numbers and descriptions.

                          Very truly yours,

                          GODFREY & KAHN, S.C.

                          Todd G. Smith

TGS:ajp
Enclosures
cc:   Allen A. Arntsen (w/index via E-mail)
       Jeffrey A. Simmons (w/index via E-mail)
       Michael Andrew Kahn (w/index via E-mail)
       James Alex Grimsley (w/index via E-mail)
       R. Scott Feldmann (w/index via E-mail)
       Christine Elaine Cwiertny (w/index via E-mail)
       Kenneth F. Levin (w/index via E-mail)

5120277_1

INDEX OF ORIGINAL EXHIBITS FROM
EVIDENTIARY HEARING ON JUNE 14, 2010
*Neil Gaiman v. Todd McFarlane*
WDWI Case No. 02-CV-48-bbc

DOC NO
REC'D/FILED
2010 JUN 25 PM 4: 20
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | Spawn, Issue #1 |
| 2. | Spawn, Issue #14 |
| 3. | Spawn, Issue #15 |
| 4. | Spawn, Issue #26 |
| 5. | Spawn, Issue #31 |
| 6. | Spawn, Issue #32 |
| 7. | Spawn, Issue #39 |
| 8. | Spawn, Issue #44 |
| 9. | Spawn, Issue #45 |
| 10. | Spawn, Issue #46 |
| 11. | Spawn, Issue #97 |
| 12. | Spawn, Issue #98 |
| 13. | Spawn, Issue #99 |
| 14. | Spawn, Issue #100 |
| 15. | Spawn, Issue #101 |
| 16. | Spawn Bible - Tiffany |
| 17. | 1st of 3 issues of Angela |
| 18. | 2nd of 3 issues of Angela |
| 19. | 3rd of 3 issues of Angela |
| 20. | Issue #4 Curse/Spawn |
| 21. | Issue #2 Curse of the Spawn |
| 22. | Spawn the Dark Ages, issue #1 (new series) © '98 |
| 23. | Spawn Vol. 2 The Dark Ages |
| 24. | Whole issue of Spawn the Dark Ages, #33 |
| 25. | Spawn the Dark Ages, Issue #4 |
| 26. | Spawn the Dark Ages, Issue #15 |
| 27. | Spawn the Dark Ages, Issue 22 |
| 28. | MS comic (distributed free w/MS toy) and toy |
| 29. | |
| 30. | |
| 31. | Toy Version – Spawn in armor says Medival Spawn 2 |
| 32. | |
| 33. | Dark Ages Series |
| 34. | Description of Domina – 2 pictures of Domina |
| 35. | Spawn Website Tiffany images |
| 36. | Whole issue of Spawn, #1 |
| 37. | Spawn, Issue #8 |
| 38. | Previews |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 39. | |
| 40. | |
| 41. | |
| 42. | Toy-Lord Covenant |
| 43. | Toy – Medieval Spawn |
| 44. | |
| 45. | Spawn the Dark Ages, Issue #6 |
| 46. | Spawn the Dark Ages, Issue #7 |
| 47. | Spawn the Dark Ages, Issue #8 |
| 48. | |
| 49. | |
| 50. | |
| 51. | |
| 52. | |
| 53. | |
| 54. | |
| 55. | |
| 56. | |
| 57. | |
| 58. | |
| 59. | |
| 60. | |
| 61. | |
| 62. | |
| 63. | |
| 64. | |
| 65. | |
| 66. | Spawn – Poseable Action Figure w/special edition comic book |

5116660_1

2