IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on June 25, 2010, I electronically filed a true and correct copy of Plaintiff Neil Gaiman's Post-Hearing Brief In Support Of His Motion For An Order Declaring His Interest In Derivative Characters using the ECF system which sends notification of such filing to the following counsel of record:

    **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
    **Christine Elaine Cwiertny** at ccwiertny@crowell.com
    **Jeffrey A. Simmons** at jsimmons@foley.com, nbowron@foley.com
    **James Alex Grimsley** at jagrimsley@bryancave.com
    **Michael Andrew Kahn** at mike.kahn@bryancave.com
    **R. Scott Feldmann** at sfeldmann@crowell.com
    **Thomas Dietrich** at tdietrich@crowell.com
    **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com,
        mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

    **Kenneth F. Levin** at KenFLevin@gmail.com

    Dated this 28th day of June, 2010.

                                                            s/ Jeffrey A. Simmons
                                                            Jeffrey A. Simmons

MADI_2332663.1