IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>*Plaintiffs,*<br><br>            v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>*Defendants.* | Case No.   02-CV-0048-bbc<br>            (Judge Crabb)<br><br>**NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT IMAGE COMICS, INC.** |

CROWELL & MORING LLP
R. Scott Feldmann
(*pro hac vice*)
Christine E. Cwiertny
(*pro hac vice*)
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

Attorneys for Defendant
Image Comics, Inc.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Thomas Dietrich is no longer counsel of record for defendant Image Comics, Inc. in the above-entitled action.  Mr. Dietrich resigned from the law firm of Crowell & Moring LLP, which is representing defendant Image Comics in this action, to accept an invitation to become Assistant Attorney General of Wisconsin.  R. Scott Feldmann and Christine E. Cwiertny of Crowell & Moring LLP are currently counsel of record for defendant Image Comics in this action.

Mr. Feldmann and Ms. Cwiertny's business information is as follows:

Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
phone: (949) 263-8400
fax:     (949) 263-8414
e-mail: sfeldmann@crowell.com
            ccwiertny@crowell.com

DATED:  June 29, 2010                     CROWELL & MORING LLP


                                          By:   /s/ Christine E. Cwiertny
                                                R. Scott Feldmann
                                                Christine E. Cwiertny

                                                Attorneys for Defendant
                                                Image Comics, Inc.

                                                CROWELL & MORING LLP
                                                3 Park Plaza, 20th Floor
                                                Irvine, CA 92614
                                                Tel.:  (949) 798-1334
                                                Fax:   (949) 263-8414
                                                ccwiertny@crowell.com

1                                                                Case No.  02-CV-0048-bbc
NOTICE OF APPEARANCE OF ATTORNEYS FOR IMAGE COMICS

I hereby certify that on June 29, 2010, I electronically filed a complete and accurate copy of the **NOTICE OF APPEARANCE OF ATTORNEYS FOR DEFENDANT IMAGE COMICS, INC** using the CM-ECF system that sends a Notification of Electronic Filing ("NEF") to the following counsel of record:

> **Allen Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com;
> **James Alex Grimsley** at jagrimsley@bryancave.com;
> **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com;
> **Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com;
> **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com.

A complete and accurate copy of the aforementioned documents and the NEF will be delivered by U.S. Mail to:

> **Kenneth F. Levin**
> KENNETH F. LEVIN AND ASSOCIATES
> 20 North Wacker Drive
> Chicago, IL  60606-3003

DATED:  June 29, 2010

By:  /s/ Christine E. Cwiertny
Christine E. Cwiertny

IR4670310.1

| | 1 | Case No.  02-CV-0048-bbc |
|---|---|---|
| | CERTIFICATE OF SERVICE | |