UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.      Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## PLAINTIFF'S JUNE REPORT TO COURT

Pursuant to the Court's March 12, 2010 Opinion and Order, plaintiff Neil Gaiman files this report regarding the status of the accounting of profits ("Accounting") due Gaiman from defendants Todd McFarlane and Todd McFarlane Productions, Inc. ("TMP") (collectively the "McFarlane Defendants").

This month the McFarlane Defendants provided additional financial documents to Gaiman. The McFarlane Defendants are in the process of gathering certain financial information that was missing from that production. Gaiman is in the process of reviewing the documents already produced to determine whether any other information is missing. The parties are also working on finalizing the list of all products to be included in the Accounting.

On June 28, 2010, counsel for the parties had a conference call with the accountant to discuss the status of the Accounting, the Court's recent hearing regarding whether certain characters are subject to the Accounting, and the potential schedule for the rest of the Accounting. The parties informed the accountant that, under the Court's June 1, 2010 Order, the

1

parties are required to submit all financial information to the accountant within thirty days of the Court issuing a ruling on the pending motion regarding whether certain characters are subject to the Accounting. The accountant informed the Parties that he could not determine when he will be able to complete the Accounting until after the Court rules on that motion.

Dated this 30th day of June, 2010.

    s/Jeffrey A. Simmons
Allen A. Arntsen, WI Bar No. 1015038
Jeffrey A. Simmons, WI Bar No. 1031984

Of Counsel:
Kenneth F. Levin
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Ste. 307
Northbrook, Illinois 60062-2459
Tel: (312) 827-9000
KenFLevin@gmail.com

FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703-2808
Tel: (608) 257-5035
Fax: (608) 258-4258
aarntsen@foley.com
jsimmons@foley.com

*Attorneys for Plaintiffs*

MADI_2336294.1