UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

    v.                              Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## PLAINTIFF'S JULY REPORT TO COURT

        Pursuant to the Court's March 12, 2010 Opinion and Order, plaintiff Neil Gaiman files this report regarding the status of the accounting of profits ("Accounting") due Gaiman from defendants Todd McFarlane and Todd McFarlane Productions, Inc. ("TMP") (collectively the "McFarlane Defendants").

        This month Gaiman reviewed the financial documents provided by the McFarlane Defendants and provided them with a detailed list of items that Gaiman believes are missing from that production. Counsel for the parties met and conferred twice this month to discuss those production issues and are hoping to resolve any disputes shortly. Counsel for the parties have another telephonic meet-and-confer scheduled for next Thursday.

MADI_2370623.1

Dated this 30th day of July, 2010.

|  |  |
|---|---|
| Of Counsel:<br>Kenneth F. Levin<br>Kenneth F. Levin & Associates, Chtd.<br>3100 Dundee Rd., Ste. 307<br>Northbrook, Illinois 60062-2459<br>Tel: (312) 827-9000<br>KenFLevin@gmail.com |  s/Jeffrey A. Simmons<br>Allen A. Arntsen, WI Bar No. 1015038<br>Jeffrey A. Simmons, WI Bar No. 1031984<br><br>FOLEY & LARDNER LLP<br>150 East Gilman Street<br>Madison, WI 53703-2808<br>Tel: (608) 257-5035<br>Fax: (608) 258-4258<br>aarntsen@foley.com<br>jsimmons@foley.com<br><br>*Attorneys for Plaintiffs* |

2

MADI_2370623.1