IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>    Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

      I hereby certify that on August 31, 2010, I electronically filed a true and correct copy of Plaintiff's August Report to Court using the ECF system which sends notification of such filing to the following counsel of record:

      **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
      **Christine Elaine Cwiertny** at ccwiertny@crowell.com
      **Jeffrey A. Simmons** at jsimmons@foley.com, nbowron@foley.com
      **James Alex Grimsley** at jagrimsley@bryancave.com
      **Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com
      **R. Scott Feldmann** at sfeldmann@crowell.com
      **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

      **Kenneth F. Levin** at KenFLevin@gmail.com

      Dated this <u>31st</u> day of August, 2010.

                                                                 s/ Jeffrey A. Simmons
                                                                 Jeffrey A. Simmons