UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## PLAINTIFF'S DECEMBER REPORT TO COURT

Pursuant to the Court's March 12, 2010 Opinion and Order, plaintiff Neil Gaiman files this report regarding the status of the accounting of profits due Gaiman from defendants Todd McFarlane and Todd McFarlane Productions, Inc.

The parties are currently engaged in settlement discussions and have agreed, with the consent of the accountant, that their final submissions to the accountant are due on January 28, 2010.

Dated this 30th day of December, 2010.

                                            s/Jeffrey A. Simmons
                                            Allen A. Arntsen, WI Bar No. 1015038
                                            Jeffrey A. Simmons, WI Bar No. 1031984

| Of Counsel: | FOLEY & LARDNER LLP |
|---|---|
| Kenneth F. Levin | 150 East Gilman Street |
| Kenneth F. Levin & Associates, Chtd. | Madison, WI 53703-2808 |
| 3100 Dundee Rd., Ste. 307 | Tel: (608) 257-5035 |
| Northbrook, Illinois 60062-2459 | Fax: (608) 258-4258 |
| Tel: (312) 827-9000 | aarntsen@foley.com |
| KenFLevin@gmail.com | jsimmons@foley.com |

                                            *Attorneys for Plaintiffs*