UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.                              Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## PLAINTIFF'S JANUARY REPORT TO COURT

      Pursuant to the Court's March 12, 2010 Opinion and Order, plaintiff Neil Gaiman files this report regarding the status of the accounting of profits due Gaiman from defendants Todd McFarlane and Todd McFarlane Productions, Inc.

      The parties are continuing to engage in settlement discussions which they expect to conclude in February. In light of those ongoing discussions, the parties have agreed, with the consent of the accountant, that their final submissions to the accountant are due on Friday, February 25, 2011.

      Dated this 31st day of January, 2011.

                                              s/Jeffrey A. Simmons
                                              Allen A. Arntsen, WI Bar No. 1015038
                                              Jeffrey A. Simmons, WI Bar No. 1031984

Of Counsel:                               FOLEY & LARDNER LLP
Kenneth F. Levin                      150 East Gilman Street
Kenneth F. Levin & Associates, Chtd.      Madison, WI 53703-2808
3100 Dundee Rd., Ste. 307              Tel: (608) 257-5035
Northbrook, Illinois 60062-2459        Fax: (608) 258-4258
Tel: (312) 827-9000                      aarntsen@foley.com
KenFLevin@gmail.com                jsimmons@foley.com

                                              *Attorneys for Plaintiffs*