UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.                    Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## PLAINTIFF'S APRIL REPORT TO COURT

Pursuant to the Court's March 12, 2010 Opinion and Order, plaintiff Neil Gaiman files this report regarding the status of the accounting of profits due Gaiman from defendants Todd McFarlane and Todd McFarlane Productions, Inc.

The parties are currently negotiating the terms of settlement documents. In light of those ongoing negotiations, the parties have agreed, with the consent of the accountant, that their final submissions to the accountant are due on Tuesday, May 24, 2011.

Dated this 29th day of April, 2011.

                                s/Jeffrey A. Simmons
                                Allen A. Arntsen, WI Bar No. 1015038
                                Jeffrey A. Simmons, WI Bar No. 1031984

Of Counsel:
Kenneth F. Levin
Kenneth F. Levin & Associates, Chtd.
3100 Dundee Rd., Ste. 307
Northbrook, Illinois 60062-2459
Tel: (312) 827-9000
KenFLevin@gmail.com

FOLEY & LARDNER LLP
150 East Gilman Street
Madison, WI 53703-2808
Tel: (608) 257-5035
Fax: (608) 258-4258
aarntsen@foley.com
jsimmons@foley.com

*Attorneys for Plaintiffs*