IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND
MIRACLES, LLC,

    Plaintiffs,

    v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.;
TMP INTERNATIONAL, INC.;
McFARLANE WORLDWIDE, INC.; and
IMAGE COMICS, INC.,

    Defendants.

Case No. 02-cv-00048-bbc

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2011, I electronically filed a true and correct copy of Plaintiff's May Report to Court using the ECF system which sends notification of such filing to the following counsel of record:

    **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
    **Christine Elaine Cwiertny** at ccwiertny@crowell.com
    **Jeffrey A. Simmons** at jsimmons@foley.com, nbowron@foley.com
    **James Alex Grimsley** at jagrimsley@bryancave.com
    **Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com
    **R. Scott Feldmann** at sfeldmann@crowell.com
    **Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

    **Kenneth F. Levin** at KenFLevin@gmail.com

    Dated this 1st day of June, 2011.

    s/ Jeffrey A. Simmons
    Jeffrey A. Simmons