IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TODD McFARLANE, TODD McFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; McFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>　　　　Defendants. | Case No. 02-cv-00048-bbc<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on July 29, 2011, I electronically filed a true and correct copy of Plaintiff's July Report to Court using the ECF system which sends notification of such filing to the following counsel of record:

**Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
**Christine Elaine Cwiertny** at ccwiertny@crowell.com
**Jeffrey A. Simmons** at jsimmons@foley.com, nbowron@foley.com
**James Alex Grimsley** at jagrimsley@bryancave.com
**Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com
**R. Scott Feldmann** at sfeldmann@crowell.com
**Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A true and correct copy of the ECF Notice and document filed will be emailed to:

**Kenneth F. Levin** at KenFLevin@gmail.com

　　　　Dated this 29th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey A. Simmons
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Simmons