IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                                                                 ORDER

                  Plaintiffs,

                                                             02-cv-48-bbc

     v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on November 9, 2011. Plaintiffs participated by Jeffrey Simmons and Kenneth Levin. Defendants participated by James Grimsley, Scott Feldman and Christine Cwiertny.

      Counsel advised that the parties have continued to engage in settlement discussions but have encountered a stalemate with respect to Image Comics, Inc. If settlement is not fully accomplished in the next week, the possibility of a settlement with all defendants may not be possible. Counsel requested another week to attempt to resolve the case in full as to

1

all defendants. A followup conference will be held by telephone on November 16, 2011 at 8:30 a.m. to discuss the status of settlement negotiations or the form the judgment will take if all parties are not included in the settlement. Counsel for plaintiff is to initiate the conference call. If complete settlement has been accomplished by then and is on file with the court, the conference will be canceled.

     Entered this 9th day of November, 2011.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge