IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                                    ORDER

               Plaintiffs,

                                                    02-cv-48-bbc

      v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on November 16, 2011. All parties appeared by counsel. During the conference, counsel advised that the parties continue to attempt to resolve the disputes that have arisen during settlement negotiations and requested another week to work out their differences.

      A followup conference will be held by telephone on December 7, 2011 at 8:30 a.m. to discuss the status of settlement negotiations. Counsel for plaintiff is to initiate the conference call. If complete settlement has been accomplished by then and is on file with

the court, the conference will be canceled. If settlement has not been accomplished, the court will consider a request for mediation.

    Entered this 17th day of November, 2011.

                               BY THE COURT:
                               /s/
                               BARBARA B. CRABB
                               District Judge