IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                                     ORDER

               Plaintiffs,

                                                   02-cv-48-bbc

     v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on December 7, 2011. All parties appeared by counsel. During the conference, counsel advised that the parties have reached an agreement and are circulating settlement paperwork. The parties anticipate filing dismissal papers, including a proposed form of judgment within the next two weeks.

A followup conference will be held by telephone on December 28, 2011 at 8:30 a.m. If complete settlement has been accomplished by then and judgment has been entered by

1

the court, the parties can consider the conference canceled.

    Entered this 7th day of December, 2011.

                                           BY THE COURT:
                                           /s/
                                           BARBARA B. CRABB
                                           District Judge