IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                                        ORDER

             Plaintiffs,

                                                        02-cv-48-bbc

    v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on December 28, 2011. All parties appeared by counsel. During the conference, counsel confirmed that the parties have reached an agreement but are still awaiting its final approval. The parties anticipate filing dismissal papers, including a proposed form of judgment shortly after the first of the year.

      A followup conference will be held by telephone on January 11, 2012 at 8:30 a.m. If complete settlement has been accomplished by then and judgment has been entered by

the court, the parties can consider the conference canceled.

    Entered this 28th day of December, 2011.

                                     BY THE COURT:
                                     /s/
                                     BARBARA B. CRABB
                                     District Judge