IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                                          ORDER

            Plaintiffs,

                                                           02-cv-48-bbc

    v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone status conference was held in this case on January 11, 2012. All parties appeared by counsel. During the conference, counsel again confirmed that the parties have reached an agreement but are still awaiting final approval of the settlement. The parties anticipate filing dismissal papers, including a proposed form of judgment within the next few weeks.

      The court set an in-person status conference to be held on February 8, 2012 at 8:30 a.m. in courtroom 260. If complete settlement has been accomplished by then and judgment

1

has been entered by the court, the in person conference will be canceled.

    Entered this 12th day of January, 2012.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge