UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND MIRACLES LLC,

    Plaintiffs,

v.

TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,

    Defendants.

Case No.02-CV-0048-bbc (Judge Crabb)

**ATTORNEY'S NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT R. Scott Feldmann, counsel for Defendant Image Comics, Inc., has changed his address and firm affiliation effective January 17, 2012. Mr. Feldmann is now affiliated with the law firm of Baker & Hostetler LLP. His business information is as follows:

    Baker & Hostetler LLP
    600 Anton Boulevard
    Suite 900
    Costa Mesa, CA 92626
    Phone: 714.754.6600
    Fax: 714.754.6611
    E-mail: sfeldmann@bakerlaw.com

Dated: January 19, 2012                                BAKER & HOSTETLER LLP

                                                       By: /s/ R. Scott Feldmann
                                                           R. Scott Feldmann (*pro hac vice*)
                                                           sfeldmann@bakerlaw.com

                                                       600 Anton Boulevard
                                                       Suite 900
                                                       Costa Mesa, California  92626-7221
                                                       Telephone:     714.754.6600
                                                       Facsimile:     714.754.6611

                                                       Attorneys for Defendant
                                                       IMAGE COMICS, INC.

601010852