UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>　　　　　Defendants. | Case No.02-CV-0048-bbc (Judge Crabb)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Thomas E. Dietrich shall appear as counsel of record for Defendant Image Comics, Inc. in this case.

Dated: January 19, 2012

BAKER & HOSTETLER LLP

By: /s/ Thomas E. Dietrich
　　Thomas E. Dietrich
　　Wis. Bar No. 1078545
　　tdietrich@bakerlaw.com

600 Anton Boulevard
Suite 900
Costa Mesa, California  92626-7221
Telephone:　714.754.6600
Facsimile:　714.754.6611

Attorneys for Defendant
IMAGE COMICS, INC.