UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NEIL GAIMAN and MARVELS AND MIRACLES LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>TODD MCFARLANE; TODD MCFARLANE PRODUCTIONS, INC.; TMP INTERNATIONAL, INC.; MCFARLANE WORLDWIDE, INC.; and IMAGE COMICS, INC.,<br><br>        Defendants. | Case No.02-CV-0048-bbc (Judge Crabb)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 19, 2012, I electronically filed a complete and accurate copy of the **NOTICE OF APPEARANCE** using the CM-ECF system that sends a Notification of Electronic Filing ("NEF") to the following counsel of record:

- **Allen Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com;

- **James Alex Grimsley** at jagrimsley@bryancave.com;

- **Jeffrey A. Simmons** at jsimmons@foley.com, ballen@foley.com

- **Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com;

- **Todd Smith** at tsmith@gklaw.com, kpaape@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A complete and accurate copy of the aforementioned document and the NEF will be delivered by U.S. Mail to:

    Kenneth F. Levin
    KENNETH F. LEVIN AND ASSOCIATES
    20 North Wacker Drive
    Chicago, IL  60606-3003

DATED: January 19, 2012

                                            By:   /s/ Thomas E. Dietrich
                                                     Thomas E. Dietrich

601012520