UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS,
INC., TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## JOINT MOTION OF ALL PARTIES
## FOR ENTRY OF
## [PROPOSED] FINAL JUDGMENT ORDER

Plaintiffs Neil Gaiman and Marvels and Miracles LLC, and Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., McFarlane Worldwide, Inc. and Image Comics, Inc., being all of the parties to this litigation (together, the "Parties"), respectfully jointly move this Honorable Court for Entry of a Final Judgment Order, and further move that the status conference currently scheduled for February 8, 2012 be removed from the Court's calendar.

The Parties hereby inform the Court that they have resolved all matters between them by a fully executed Settlement Agreement. By this motion, the Parties jointly request that the Court enter a Final Judgment in this matter:

    A.    in favor of plaintiffs Neil Gaiman and Marvels and Miracles, LLC and against Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., and McFarlane Worldwide, Inc., declaring that Plaintiff Neil Gaiman is a joint, fifty

- 1 -

percent (50%) owner of the copyrights to the publications *Spawn* issues 9 and 26 and *Angela* issues 1, 2 and 3 and the contents of those publications, and finding that the Parties have resolved the respective future rights and obligations with respect thereto pursuant to the terms of their Settlement Agreement;

B.	dismissing all remaining claims and counterclaims in this matter with prejudice, the Parties having waived in their Settlement Agreement any right of appeal in respect of any such claims or counterclaims; and

C.	providing that each of the Parties is to bear his/its respective attorneys' fees and costs.

In furtherance of the foregoing, the Parties jointly request that the Court enter the [PROPOSED] **"ORDER FOR ENTRY OF FINAL JUDGMENT"** appended hereto, or alternatively, advise counsel for the Parties in the event that the Parties' draft of that Proposed Order is not acceptable to the Court.

Dated this 27th day of January, 2012.

<table>
<tr><td>Of Counsel:<br>Kenneth F. Levin<br>Kenneth F. Levin & Associates, Chtd.<br>3100 Dundee Rd., Ste. 307<br>Northbrook, Illinois 60062-2459<br>Tel: (312) 827-9000<br>KenFLevin@gmail.com</td><td>s/Jeffrey A. Simmons<br>Allen A. Arntsen, WI Bar No. 1015038<br>Jeffrey A. Simmons, WI Bar No. 1031984<br><br>FOLEY & LARDNER LLP<br>150 East Gilman Street<br>Madison, WI 53703-2808<br>Tel: (608) 257-5035<br>Fax: (608) 258-4258<br>aarntsen@foley.com<br>jsimmons@foley.com<br><br>*Attorneys for Plaintiffs Neil Gaiman and Marvels and Miracles, LLC*</td></tr>
</table>

       s/J. Alex Grimsley
J. Alex Grimsley, Esq.
BRYAN CAVE LLP
2 N Central Avenue # 2200
Phoenix, AZ 85004-0935
Tel: (602) 364-7117
jagrimsley@bryancave.com

Todd G. Smith
GODFREY & KAHN
One East Main Street,
Suite 500
Madison, WI 53701-2719
Tel: (608) 284-2653
tsmith@gklaw.com

*Attorneys for Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., and McFarlane Worldwide, Inc.*

       s/R. Scott Feldmann
R. Scott Feldmann
BAKER & HOSTETLER LLP
600 Anton Boulevard
Suite 900
Costa Mesa, CA 92626-7221
Tel: (714) 966-8862

*Attorney for Defendant Image Comics, Inc.*