UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN, and
MARVELS AND MIRACLES, LLC,

    Plaintiffs,

v.                                                    Case No.: 02-CV-00048-bbc

TODD MCFARLANE,
TODD MCFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
MCFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

    Defendants.

## [PROPOSED] ORDER FOR ENTRY OF FINAL JUDGMENT

      This action came for consideration before the Court upon the Joint Motion of Plaintiffs Neil Gaiman and Marvels and Miracles LLC and Defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., McFarlane Worldwide, Inc. and Image Comics, Inc. (the "Parties") for Entry of Final Judgment. The Parties have informed the Court that they have resolved all matters between them by a fully executed Settlement Agreement and seek entry of this Order For Entry of Final Judgment.

      Upon consideration of the motion,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Joint Motion for Entry of Final Judgment by plaintiffs Neil Gaiman and Marvels and Miracles, LLC, defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., and McFarlane Worldwide, Inc. (collectively, the "McFarlane Defendants") and defendant Image Comics, Inc., is GRANTED.

2. That FINAL JUDGMENT in this matter is hereby ENTERED:

  A. in favor of plaintiffs against the McFarlane Defendants for a declaration that plaintiff Neil Gaiman is a joint, 50% owner of the copyrights to the publications *Spawn* issues 9 and 26 and *Angela* issues 1, 2 and 3 and the contents of those publications, the respective future rights and obligations of the Parties with respect thereto being resolved pursuant to the terms of their Settlement Agreement;

  B. dismissing all remaining claims and counterclaims with prejudice, the Parties having waived in their Settlement Agreement any right of appeal in respect of any such claims or counterclaims; and

  C. providing that each of the Parties is to bear his/its respective attorneys' fees and costs.

  Dated this _____ day of _____, 2012.


                _____
                Barbara B. Crabb
                UNITED STATES DISTRICT JUDGE