IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and MARVELS AND
MIRACLES, LLC,

    Plaintiffs,

v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.;
TMP INTERNATIONAL, INC.;
McFARLANE WORLDWIDE, INC.; and
IMAGE COMICS, INC.,

    Defendants.

Case No. 02-cv-00048-bbc

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 27, 2012, I electronically filed true and correct copies of the Joint Motion of all Parties for Entry of Proposed Final Judgment Order and the Proposed Order for Entry of Final Judgment using the ECF system which sends notification of such filing to the following counsel of record:

    **Allen A. Arntsen** at aarntsen@foley.com, pwunsch@foley.com, ttimken@foley.com
    **Christine Elaine Cwiertny** at ccwiertny@crowell.com, ecastillo@crowell.com
    **Jeffrey A. Simmons** at jsimmons@foley.com, nbowron@foley.com
    **James Alex Grimsley** at jagrimsley@bryancave.com
    **Michael Andrew Kahn** at mike.kahn@bryancave.com, dorian.johnson@bryancave.com
    **R. Scott Feldmann** at sfeldmann@bakerlaw.com
    **Thomas E. Dietrich** at tdietrich@bakerlaw.com
    **Todd Smith** at tsmith@gklaw.com, lkowalk@gklaw.com, mveldran@gklaw.com

A true and correct copy of the ECF Notice and the documents filed will be emailed to:

    **Kenneth F. Levin** at KenFLevin@gmail.com

    Dated this 27th day of January, 2012.

                                                             s/ Jeffrey A. Simmons
                                                              Jeffrey A. Simmons