IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NEIL GAIMAN, MARVELS
AND MIRACLES, LLC.,

                                      ORDER

        Plaintiffs,

                                    02-cv-48-bbc

    v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC., and
IMAGE COMICS, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have informed the court that they have resolved this case and have asked for entry of final judgment.

Accordingly, IT IS ORDERED that the joint motion for entry of final judgment filed by plaintiffs Neil Gaiman and Marvels and Miracles, LLC., defendants Todd McFarlane, Todd McFarlane Productions, Inc., TMP International, Inc., McFarlane Worldwide, Inc. and defendant Image Comics, Inc., is GRANTED and the clerk of court is directed to enter judgment:

1

1. In favor of plaintiffs and against the McFarlane defendants for a declaration that plaintiff Neil Gaiman is a joint 50% owner of the copyrights to the publications *Spawn* issues 9 and 26 and *Angela* issues 1, 2 and 3 and the contents of those publications, with the respective future rights and obligations of the parties with respect hereto being resolved under the terms of their settlement agreement;

2. dismissing all remaining claims and counterclaims with prejudice, the parties having waived in their settlement agreement any right of appeal with respect to any such claims or counterclaims; and

3. providing that all parties are to bear their own attorney fees and costs.

Entered this 31st day of January, 2012.

            BY THE COURT:
            /s/
            BARBARA B. CRABB
            District Judge