## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

NEIL GAIMAN and
MARVELS AND MIRACLES, LLC,

     Plaintiffs,

          v.

TODD McFARLANE, TODD
McFARLANE PRODUCTIONS, INC.,
TMP INTERNATIONAL, INC.,
McFARLANE WORLDWIDE, INC.
and IMAGE COMICS, INC.,

     Defendants.

**FINAL
JUDGMENT IN A CIVIL CASE**

Case No. 02-cv-48-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs and against the McFarlane defendants declaring that plaintiff Neil Gaiman is a joint 50% owner of the copyrights to the publications *Spawn* issues 9 and 26 and *Angela* issues 1, 2 and 3 and the content of those publications, with the respective future rights and obligations of the parties with respect hereto being resolved under the terms of their settlement agreement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing all remaining claims and counterclaims with prejudice, the parties having waived in their settlement agreement any right of appeal with respect to any such claims or counterclaims. All parties are to bear their own attorney fees and costs.

Approved as to form this __3d__ day of February, 2012.


__Barbara B Crabb__
Barbara B. Crabb
District Judge


__Peter Oppeneer__
Peter Oppeneer
Clerk of Court

__2/3/12__
Date